**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand and fourteen.

Before:        Denny Chin,
                    *Circuit Judge*.

_____

  Eduardo Puricelli,
     Plaintiff - Appellee,

     v.                                                                 **ORDER**
                                                                        Docket No. 14-2104

  Republic of Argentina,
     Defendant - Appellant.

_____
_____

  Ruben Chorny,
     Plaintiff - Appellee,

     v.                                                                  **ORDER**
                                                                      Docket No. 14-2105

  Republic of Argentina,
     Defendant - Appellant.

_____

  Hickory Securities, Ltd., Rodolfo Vogelbaum, Elizabeth Andrea Azza,
     Plaintiff - Appellee,

     v.                                                                  **ORDER**
                                                                      Docket No. 14-2106

  Republic of Argentina,
     Defendant - Appellant.

_____

  Elizabeth Andrea Azza, Claudia Florencia Valls, Hickory Securities, Ltd.,
     Plaintiff - Appellee,

     v.                                                                  **ORDER**
                                                                      Docket No. 14-2107

  The Republic of Argentina,
     Defendant - Appellant.

_____

  Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada,
     Plaintiffs - Appellees,

     v.                                                                  **ORDER**
                                                                      Docket No. 14-2108

  Republic of Argentina,
     Defendant - Appellant.

_____

---

Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati,
 Plaintiffs - Appellees,

 v.

Republic of Argentina,
 Defendant - Appellant.

**ORDER**
Docket No. 14-2109

---

Hickory Securities Ltd.,
 Plaintiff - Appellee,

 v.

Republic of Argentina,
 Defendant - Appellant.

**ORDER**
Docket No. 14-2111

---

Cesar Raul Castro,
 Plaintiff - Appellee,

 v.

Republic of Argentina,
 Defendant - Appellant.

**ORDER**
Docket No. 14-2112

---

 Appellant moves to consolidate the eight above-captioned appeals.

 IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court