# 14-2104-cv(L)

## 14-2105-cv (CON), 14-2106-cv (CON), 14-2107-cv (CON), 14-2108-cv (CON), 14-2109-cv (CON), 14-2111-cv (CON), 14-2112-cv (CON)

## United States Court of Appeals

*for the*

## Second Circuit

EDUARDO PURICELLI, RUBEN CHORNY, HICKORY SECURITIES, LTD., RODOLFO VOGELBAUM, ELIZABETH ANDREA AZZA, CLAUDIA FLORENCIA VALLS, SILVIA SEIJAS, HEATHER M. MUNTON, THOMAS L. PICO ESTRADA, EMILIO ROMANO, RUBEN WEISZMAN, ANIBAL CAMPO, MARIA COPATI AND CESAR RAUL CASTRO,

*Plaintiffs-Appellees,*

— v. —

REPUBLIC OF ARGENTINA,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

### JOINT APPENDIX
### VOLUME I OF XIX (Pages A-1 to A-260)

| | |
|---|---|
| PROSKAUER ROSE LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| *Attorneys for Plaintiffs-Appellees* | *Attorneys for Defendant-Appellant* |
| *(continued on inside cover)* | *Republic of Argentina* |
| 11 Times Square | One Liberty Plaza |
| New York, New York 10036 | New York, New York 10006 |
| (212) 969-2900 | (212) 225-2000 |

*(Attorneys for Plaintiffs-Appellees)*

DIAZ REUS & TARG LLP
100 Southeast 2nd Street
Miami, Florida 33131
(305) 375-9220

Law Offices of Saul Roffe, Esq.
52 Homestead Circle
Marlboro, New Jersey 07746
sroffe@gmail.com

Howard Sirota
125 Beach 128th Street
Belle Harbor, New York 11694
(212) 425-9055

# TABLE OF CONTENTS

**Page**

District Court Docket,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG) .............................. A-1

District Court Docket,
*Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG) .............................. A-37

District Court Docket,
*Castro v. Republic of Argentina*, No. 04 Civ. 506 (TPG) ............................. A-67

District Court Docket,
*Hickory Securities Ltd. v. Republic of Argentina*, No. 04 Civ. 936 (TPG) .... A-70

District Court Docket,
*Valls v. Republic of Argentina*, No. 04 Civ. 937 (TPG) ............................... A-96

District Court Docket,
*Azza v. Republic of Argentina*, No. 04 Civ. 1085 (TPG) .............................. A-101

District Court Docket,
*Puricelli v. Republic of Argentina*, No. 04 Civ. 2117 (TPG) ....................... A-129

District Court Docket,
*Chorny v. Republic of Argentina*, No. 04 Civ. 2118 (TPG) .......................... A-154

Complaint,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Jan. 16, 2004 ......................................................................... A-178

Complaint,
*Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG),
dated Jan. 16, 2004 ......................................................................... A-185

Complaint,
*Castro v. Republic of Argentina*, No. 04 Civ. 506 (TPG),
dated Jan. 21, 2004 ......................................................................... A-193

ii

**Page**

Amended Complaint,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Jan. 26, 2004 ........................................................ A-200

Amended Complaint,
*Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG),
dated Jan. 26, 2004 ........................................................ A-207

Complaint,
*Valls v. Republic of Argentina*, No. 04 Civ. 937 (TPG),
dated Jan. 27, 2004 ........................................................ A-214

Complaint,
*Hickory Securities Ltd. v. Republic of Argentina*, No. 04 Civ. 936 (TPG)
dated Jan. 29, 2004 ........................................................ A-222

Complaint,
*Azza v. Republic of Argentina*, No. 04 Civ. 1085 (TPG),
dated Feb. 10, 2004 ........................................................ A-229

Complaint,
*Puricelli v. Republic of Argentina*, No. 04 Civ. 2117 (TPG),
dated Mar. 17, 2004 ........................................................ A-236

Complaint,
*Chorny v. Republic of Argentina*, No. 04 Civ. 2118 (TPG),
dated Mar. 17, 2004 ........................................................ A-243

Answer to Amended Complaint,
*Castro v. Republic of Argentina*, No. 04 Civ. 506 (TPG),
dated Apr. 2, 2004 ........................................................ A-249

Answer to Corrected Amended Class Action Complaint,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Apr. 2, 2004 ........................................................ A-256

iii

**Page**

Answer to Corrected Amended Class Action Complaint,
*Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG),
dated Apr. 2, 2004 .......................................... A-264

Notice of Motion for an Order declaring action to be a class action and
appointing Co-Lead Counsel, *Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated May 27, 2004.................................... A-272

Affidavit of Saul Roffe in Support of Motion for an Order declaring
action to be a class action and appointing Co-Lead Counsel,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated May 27, 2004.......................................... A-274

Affidavit of Silvia Seijas in Support of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Sept. 30, 2004 .......................................... A-276

        Exhibit A – Documents regarding ownership ...................................... A-282

Affidavit of Thomas L. Pico in Support of Motion for Summary
Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Oct. 6, 2004 .......................................... A-286

        Exhibit A – Documents regarding ownership ...................................... A-292

Affidavit of Heather M. Munton in Support of Motion for Summary
Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Oct. 10, 2004 .......................................... A-307

        Exhibit A – Documents regarding ownership ...................................... A-313

Affidavit of Saul Roffe in Support of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Oct. 14, 2004 .......................................... A-316

        Exhibit B – Republic of Argentina's 18-K Form,
        dated June 10, 2004.......................................... A-319

iv

**Page**

Exhibit E –  Republic of Argentina Prospectus Supplement,
dated Nov. 5, 1998 ................................................................ A-333

Exhibit F – Fiscal Agency Agreement, dated Oct. 19, 1994 ................ A-420

Exhibit G – Opinion, *Lightwater Corp. v. Republic of Argentina*,
No. 02 Civ 3804 (TPG), dated Apr. 14, 2003...................................... A-474

Exhibit H – Opinion, *Applestein v Province of Buenos*,
No. 02 Civ. 1773 (TPG), dated Apr. 25, 2003.................................... A-481

Exhibit I – Opinion, *EM LTD. v. Republic of Argentina*,
No. 03 Civ. 2507 (TPG), dated Sept. 12, 2003................................... A-486

Notice of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Oct. 15, 2004 ................................................................ A-491

Order to Show Cause,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Nov. 5, 2004 ................................................................. A-493

Declaration of Amy Chung in Opposition to Motion for Summary
Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Nov. 23, 2004 ................................................................ A-496

Exhibit A – Hearing Transcript,
*Macrotecnic Int'l Corp. v. Republic of Argentina*,
No. 02 Civ. 5932 (TPG), dated Sept. 5, 2002 ...................................... A-499

Exhibit B – Hearing Transcript,
*Allan Applestein TTEE FBO D.C.A. Grantor Trust v. Republic
of Argentina*, No. 02 Civ. 4124 (TPG), dated Apr. 24, 2003 ............... A-551

v

**Page**

Exhibit C – Affidavit of Guillermo Gleizer in Opposition to
Class Action Certification, *Macrotecnic Int'l Corp. v.
Republic of Argentina*, No. 02 Civ. 5932 (TPG)................................. A-590

Declaration of Federico Carlos Molina in Opposition to Motion for
Summary Judgment, *Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated Nov. 24, 2004 .................................. A-596

Affidavit of Silvia Seijas in Support of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Dec. 3, 2004........................................................... A-598

Affidavit of Heather M. Munton in Support of Motion for Summary
Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Dec. 6, 2004........................................................... A-600

Affidavit of Thomas L. Pico Estrada in Support of Motion for Summary
Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Dec. 6, 2004........................................................... A-603

Affirmation of Thomas Saul Roffe in Support of Motion for Summary
Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Dec. 7, 2004........................................................... A-606

Exhibit A – Republic of Argentina's Registration Statement Filed
Under Schedule B (Amendment 3), dated Sept. 28, 2004 .................. A-608

Exhibit B – *Argentine military, Chilean dictator used same
US bank: report*, yahoo.com, dated  Nov. 21, 2005........................... A-611

Exhibit C – Translations of Plaintiffs' Account
Statements (excerpts)........................................................ A-613

Exhibit D – Plaintiffs' Acceleration Letters ........................................ A-648

vi

**Page**

Exhibit E – Plaintiffs' Responses and Objections to Defendant the
Republic of Argentina's First Request for the Production of
Documents, dated Aug. 11, 2004 .......................................................... A-654

Declaration of Christopher P. Moore in Opposition to
Motion for Class Certification, dated Mar. 28, 2005 ................................... A-769

Exhibit C – Republic of Argentina's First Requests for the
Production of Documents ...................................................................... A-782

Exhibit D – Republic of Argentina's Interrogatories .......................... A-817

Exhibit E – Notices of Deposition .......................................................... A-842

Exhibit F – Plaintiffs' Responses and Objections to
Republic of Argentina's Requests for Production of Documents ....... A-853

Exhibit G – Plaintiffs' Responses to Interrogatories .......................... A-985

Exhibit H – Scheduling Orders, dated Sept. 24, 2004.......................... A-1205

Exhibit I – Hearing Transcript,
*H.W. Urban GmbH v. Republic of Argentina*,
No. 02 Civ. 5699 (TPG), dated Dec. 9, 2003 ...................................... A-1254

Exhibit J – Hearing Transcript,
*H.W. Urban GmbH v. Republic of Argentina*,
No. 02 Civ. 5699 (TPG), dated Nov. 16, 2004 ................................... A-1290

Exhibit K – Correspondence between Plaintiffs and the Republic ..... A-1326

Exhibit L – Deposition Transcript of Silvia Seijas,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Dec. 14, 2004 (excerpts) .............................................................. A-1386

vii

**Page**

Exhibit M – Deposition Transcript of Norberto Rodolfo Cianfagna,
*Hickory Securities Ltd. v. Republic of Argentina*,
No. 04 Civ. 936 (TPG), dated Jan. 7, 2005 (excerpts) ........................ A-1427

Exhibit N – Deposition Transcript of Cesar Raul Castro,
*Castro v. Republic of Argentina*,
No. 04 Civ 506 (TPG), dated Jan. 11, 2005 (excerpts) ...................... A-1478

Exhibit O – Deposition Transcript of Thomas L. Pico Estrada,
*Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated Jan. 19, 2005 (excerpts) ...................... A-1523

Exhibit P – Deposition Transcript of Heather M. Munton,
*Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated Jan. 26, 2005 (excerpts) ...................... A-1583

Exhibit Q – Deposition Transcript of Ernesto A.S. Munton,
*Cooke v. Republic of Argentina*,
No. 04 Civ. 508 (TPG), dated Jan. 28, 2005 (excerpts) ...................... A-1642

Exhibit R – Deposition Transcript of Anibal Campo,
*Seijas v. Republic of Argentina*,
No. 04 Civ. 401 (TPG), dated Feb. 16, 2005 (excerpts) ...................... A-1728

Exhibit S – Deposition Transcript of Rodolfo Vogelbaum, *Valls v.
Republic of Argentina*, No. 04 Civ. 937 (TPG),
dated Mar. 25, 2005 (excerpts) ............................................................ A-1797

Exhibit T – Memorandum, dated Mar. 14, 2005 .................................. A-1837

Exhibit U – Endorsed Memorandum, dated Mar. 17, 2005 ................. A-1839

Exhibit V – Plaintiffs' Retainer Agreements ....................................... A-1841

Exhibit W – Advertisement in La Nación, dated Jan. 11, 2004 ........... A-1892

viii

**Page**

Exhibit X – Republic Press Release, dated Mar. 18, 2005................... A-1894

Exhibit Y – Plaintiffs' Privilege Log, produced Mar. 23, 2005........... A-1898

Hearing Transcript on Class Certification,
dated Mar. 31, 2005 ..................................................................... A-1911

Order on Class Certification,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Mar. 31, 2005 ..................................................................... A-1925

Affidavit of Saul Roffe in Support of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated May 3, 2005......................................................................... A-1930

Exhibit E – Prospectus, dated July 15, 1998 ....................................... A-1933

Exhibit H – Letter from G. Gleizer to Bankers Trust Company,
dated Oct. 24, 2003; Letter from S. Roffe to Banco de la Nacion,
dated Jan. 26, 2004; Letter from S. Roffe to Banco de la Nacion,
dated Jan. 27, 2004; Letter from S. Roffe to Banco de la Nacion,
dated Jan. 27, 2004; Letter from S. Roffe to Banco de la Nacion,
dated Mar. 10, 2004; Letter from S. Roffe to Banco de la Nacion,
dated Feb. 4, 2004 ........................................................................ A-1990

Notice of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated June 9, 2005........................................................................ A-1996

Notice of Motion for Summary Judgment,
*Valls v. Republic of Argentina*, No. 04 Civ. 937 (TPG),
dated June 17, 2005...................................................................... A-2000

ix

**Page**

Notice of Motion for Summary Judgment,
*Puricelli v. Republic of Argentina*, No. 04 Civ. 2117 (TPG),
dated June 17, 2005 ........................................................................ A-2005

Order Granting Class Certification, *Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated Aug. 5, 2005 .................................... A-2009

Order withdrawing Motion for Summary Judgment, *Seijas v. Republic of
Argentina*, No. 04 Civ. 400 (TPG), dated Sept. 30, 2005 ............... A-2012

Notice of Motion for Summary Judgment,
*Chorny v. Republic of Argentina*, No. 04 Civ. 2118 (TPG),
dated Nov. 22, 2005 ........................................................................ A-2013

Declaration of Amy Chung in Opposition to Motion for Summary
Judgment, dated Jan. 10, 2006 ....................................................... A-2015

    Exhibit C – Memorandum from Judge Griesa to Counsel,
    dated Apr. 27, 2005 .............................................................. A-2019

    Exhibit F – Republic of Argentina's Supplemental Memorandum
    of Law in Further Opposition to Motion for Summary Judgment in
    *H.W. Urban GmbH v. Republic of Argentina*,
    No. 02 Civ. 5699 (TPG), dated Nov. 7, 2005 ...................... A-2021

Order denying Motions for Summary Judgment, *Seijas v.
Republic of Argentina*, No. 04 Civ. 400 (TPG), dated Feb. 15, 2006 ........... A-2045

Affidavit of Saul Roffe, *Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated Apr. 14, 2008 ................................... A-2049

    Exhibit A – Summary Notice of Class Action, dated Dec. 9, 2009 ..... A-2054

    Exhibit B – Notices of Class Action .................................... A-2057

    Exhibit C – List of Bond Holders up to 02-28-2007 ............ A-2071

x

**Page**

Notice of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Apr. 16, 2008 ......................................................... A-2122

Declaration of Howard Sirota in Support of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Apr. 16, 2008 ......................................................... A-2124

    Exhibit  B – Order with Respect to Notice,
    *Seijas v. Republic of Argentina*, No. 04 Civ. 400
    (TPG), dated Dec. 9, 2007 ....................................... A-2128

    Exhibit D – Republic of Argentina's 18-K Form,
    dated Dec. 31, 2006 (excerpt) ................................. A-2132

Notice of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG),
dated Apr. 16, 2008 ......................................................... A-2147

Declaration of Howard Sirota in Support of Motion for Summary Judgment,
*Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG),
dated Apr. 16, 2008 ......................................................... A-2149

Notice of Motion for Summary Judgment,
*Castro v. Republic of Argentina*, No. 04 Civ. 506 (TPG),
dated Apr. 16, 2008 ......................................................... A-2153

Declaration of Howard Sirota in Support of Motion for Summary Judgment,
*Castro v. Republic of Argentina*, No. 04 Civ. 506 (TPG),
dated Apr. 16, 2008 ......................................................... A-2155

Notice of Motion for Summary Judgment,
*Hickory Securities Ltd. v. Republic of Argentina*, No. 04 Civ. 936 (TPG),
dated Apr. 16, 2008 ......................................................... A-2159

**Page**

Declaration of Howard Sirota in Support of Motion for Summary
Judgment, *Hickory Securities Ltd. v. Republic of Argentina*,
No. 04 Civ. 936 (TPG), dated Apr. 16, 2008.................................... A-2161

Notice of Motion for Summary Judgment,
*Valls v. Republic of Argentina*, No. 04 Civ. 937 (TPG),
dated Apr. 16, 2008......................................................................... A-2165

Declaration of Howard Sirota in Support of Motion for Summary
Judgment, *Valls v. Republic of Argentina*, No. 04 Civ. 937 (TPG),
dated Apr. 16, 2008......................................................................... A-2167

Notice of Motion for Summary Judgment,
*Azza v. Republic of Argentina*, No. 04 Civ. 1085 (TPG),
dated Apr. 16, 2008......................................................................... A-2171

Declaration of Howard Sirota in Support of Motion for Summary
Judgment, *Azza v. Republic of Argentina*, No. 04 Civ. 1085 (TPG),
dated Apr. 16, 2008......................................................................... A-2173

Notice of Motion for Summary Judgment,
*Puricelli v. Republic of Argentina*, No. 04 Civ. 2117 (TPG),
dated Apr. 16, 2008......................................................................... A-2177

Declaration of Howard Sirota in Support of Motion for Summary
Judgment, *Puricelli v. Republic of Argentina*, No. 04 Civ. 2117 (TPG),
dated Apr. 16, 2008......................................................................... A-2179

Notice of Motion for Summary Judgment,
*Chorny v. Republic of Argentina*, No. 04 Civ. 2118 (TPG),
dated Apr. 16, 2008......................................................................... A-2183

Declaration of Howard Sirota in Support of Motion for Summary
Judgment, *Chorny v. Republic of Argentina*, No. 04 Civ. 2118 (TPG),
dated Apr. 16, 2008......................................................................... A-2185

xii

**Page**

Declaration of Amy Chung in Opposition to Motions for Summary Judgment,
dated May 12, 2008......................................................................... A-2189

    Exhibit B – Republic of Argentina's Memorandum of Law in
    Opposition to Summary Judgment, dated Jan. 10, 2006 ...................... A-2192

    Exhibit C – Hearing Transcript,
    *Agritech S.R.L. v. Republic of Argentina*,
    No. 06 Civ. 15393 (TPG), dated Mar. 16, 2007 .................................. A-2203

    Exhibit D – Notice of Pendency of Class Action in
    *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG) ..................... A-2207

    Exhibit E – Letter from Saul Roffe to the Honorable Thomas P. Griesa,
    dated Apr. 23, 2008 ............................................................................ A-2212

Hearing Transcript on Summary Judgment,
dated Nov. 12, 2008......................................................................... A-2215

Order, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Jan. 8, 2009............................................................................ A-2232

Order, *Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG),
dated Jan. 8, 2009............................................................................ A-2235

Order, *Castro v. Republic of Argentina*, No. 04 Civ. 506 (TPG),
dated Jan. 8, 2009............................................................................ A-2238

Order, *Hickory Securities Ltd. v. Republic of Argentina*,
No. 04 Civ. 936 (TPG), dated Jan. 8, 2009....................................... A-2241

Order, *Valls v. Republic of Argentina*, No. 04 Civ. 937 (TPG),
dated Jan. 8, 2009............................................................................ A-2244

xiii

**Page**

Order, *Azza v. Republic of Argentina*, No. 04 Civ. 1085 (TPG),
dated Jan. 8, 2009 ............................................................... A-2247

Order, *Puricelli v. Republic of Argentina*, No. 04 Civ. 2117 (TPG),
dated Jan. 8, 2009 ............................................................... A-2250

Order, *Chorny v. Republic of Argentina*, No. 04 Civ. 2118 (TPG),
dated Jan. 8, 2009 ............................................................... A-2253

Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Jan. 9, 2009 ............................................................... A-2256

Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG),
dated Jan. 9, 2009 ............................................................... A-2263

Judgment, *Castro v. Republic of Argentina*, No. 04 Civ. 506 (TPG),
dated Jan. 9, 2009 ............................................................... A-2270

Judgment, *Hickory Securities Ltd. v. Republic of Argentina*,
No. 04 Civ. 936 (TPG), dated Jan. 9, 2009 .................................... A-2277

Judgment, *Valls v. Republic of Argentina*, No. 04 Civ. 937 (TPG),
dated Jan. 9, 2009 ............................................................... A-2284

Judgment, *Azza v. Republic of Argentina*, No. 04 Civ. 1085 (TPG),
dated Jan. 9, 2009 ............................................................... A-2291

Judgment, *Puricelli v. Republic of Argentina*, No. 04 Civ. 2117 (TPG),
dated Jan. 9, 2009 ............................................................... A-2298

Judgment, *Chorny v. Republic of Argentina*, No. 04 Civ. 2118 (TPG),
dated Jan. 9, 2009 ............................................................... A-2305

Hearing Transcript, dated June 3, 2010 ........................................ A-2312

Hearing Transcript, dated June 8, 2010 ........................................ A-2340

xiv

**Page**

Declaration of Michael Adler in Support of Order to Show Cause,
dated Aug. 2, 2010 ................................................................... A-2403

    Exhibit A – Curriculum Vitae of Michael Adler ................................. A-2413

    Exhibit B – J.P. Morgan Bond Price Charts ........................................ A-2416

Declaration of Jennifer Scullion in Support of Order to Show Cause,
dated Sept. 21, 2010 ................................................................ A-2429

    Exhibit B – Letter from C. Boccuzzi to J. Scullion,
    dated July 7, 2010 ...................................................................... A-2433

    Exhibit C – Letter from C. Boccuzzi to J. Scullion,
    dated Aug. 18, 2010 .................................................................. A-2437

    Exhibit D – Letter from C. Boccuzzi to J. Scullion,
    dated Sept. 17, 2010 ................................................................. A-2442

    Exhibit E – Email from J. Scullion to C. Boccuzzi,
    dated Sept. 20, 2010 ................................................................. A-2446

    Exhibit F – Chart Setting Forth Amounts that Plaintiffs' Counsel
    Were Informed Are Still Pending in Other Litigation ......................... A-2449

Declaration of Scott D. Hakala in Support of Order to Show Cause,
dated Sept. 21, 2010 ................................................................ A-2458

    Exhibit A – Curriculum Vitae of Scott D. Hakala ............................... A-2465

    Exhibit B – Calculation of Principal and Accrued Interest with
    Default Interest on Scheduled Payments Owed to Classes ................. A-2483

    Exhibit C – Calculation of Principal and Accrued Interest with
    Semi-Annual Compounding at Note Terms to Current Date ............... A-2488

xv

**Page**

Order to Show Cause,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Sept. 22, 2010 ........................................................................... A-2491

Declaration of Sara A. Sanchez in Opposition to Order to Show Cause,
dated Oct. 6, 2010 ............................................................................. A-2495

    Exhibit C – Email from W. Weisman to C. Boccuzzi,
    dated Nov. 13, 2008 ...................................................................... A-2499

    Exhibit D – Second Circuit Brief of the Republic, *Seijas v. Republic
    of Argentina*, 09-0332-cv(L) (Addendum A), dated May 1, 2009 ....... A-2503

    Exhibit E – Second Circuit Brief of the Republic, *Seijas v. Republic
    of Argentina*, 09-0332-cv(L), dated May 1, 2009 (excerpts) ............... A-2504

    Exhibit F – Hearing Transcript, *H.W. Urban GmbH v. Republic
    of Argentina*, No. 02 Civ. 5699 (TPG),
    dated Apr. 15, 2010 (excerpts) ............................................................ A-2508

    Exhibit G – Prospectus Supplement for 2010 Exchange Offer,
    dated Apr. 28, 2010 ............................................................................. A-2510

    Exhibit H – Republic Announcement (adjusting schedule for 2010
    Exchange Offer), dated June 1, 2010 .................................................. A-2777

    Exhibit J – Republic Announcement (announcing 2010 Exchange
    Offer results), dated July 1, 2010 ....................................................... A-2786

    Exhibit K – Letter of C. Boccuzzi to J. Scullion,
    dated July 7, 2010 ............................................................................... A-2798

    Exhibit L – Letter of C. Boccuzzi to J. Scullion,
    dated Aug. 18, 2010 ............................................................................ A-2824

xvi

**Page**

Exhibit M – Letter of C. Boccuzzi to J. Scullion,
dated Sept. 17, 2010.............................................................. A-2828

Exhibit N – Letter of C. Boccuzzi to C. Lamm,
dated Sept. 17 2010 ............................................................. A-2831

Exhibit O – List of claimants on dollar-denominated bonds
(including class action bonds) filed in *Giovanni Alemanni and
others v. Argentine Republic (ICSID Case No. ARB/07/8)* .................. A-2837

Exhibit P – List of claimants on bonds (including class action
bonds) filed in *Giordano Alp and others v. Argentine Republic
(ICSID Case No. ARB/08/9)* ................................................ A-2849

Exhibit Q – Letter of P. Parodi to the Tribunal in *Giordano Alp and
others v. Argentine Republic (ICSID Case No. ARB/08/9)* (attaching
list of claimants who participated in the 2010 Exchange Offer),
dated Sept. 21, 2010............................................................ A-2856

Exhibit R – Letter of C. Boccuzzi to M. Spencer,
dated Sept. 24, 2010 ........................................................... A-2861

Exhibit S – Republic Announcement (announcing completion of final
settlement of 2010 Exchange Offer), dated Sept. 27, 2010 ................ A-2869

Exhibit T – Press Release of Task Force Argentina (TFA),
dated Sept. 29, 2010 ........................................................... A-2877

Exhibit U – Email of C. Boccuzzi to J. Hamilton,
dated Oct. 1, 2010............................................................... A-2884

Exhibit V – Letter of M. Perez to C. Boccuzzi,
dated Oct. 1, 2010 ............................................................. A-2891

Exhibit W – Letter of C. Boccuzzi to J. Scullion,
dated Oct. 1, 2010 ............................................................. A-2892

xvii

**Page**

Exhibit X – Email of J. Hamilton to C. Boccuzzi,
dated Oct. 4, 2010 ................................................................. A-2894

Exhibit Y – Letter of M. Davis to G. Snitow,
dated Oct. 4, 2010 ................................................................. A-2902

Exhibit Z – Deposition Transcript of Scott D. Hakala Deposition,
dated Oct. 4, 2010 (excerpts) ................................................ A-2904

Exhibit AA – SDNY Cases Involving Interests in Class Bonds in
Which Confirmation Concerning Participation in 2010 Exchange
Offer Is Still Outstanding ...................................................... A-2920

Reply Declaration of Jennifer Scullion in Support of Order to Show Cause,
dated Oct. 13, 2010 ...................................................................... A-2923

Exhibit A – 2010 Exchange Offer Correspondence ............................ A-2926

Exhibit B – Selected Dockets Identified by Mr. Snitow ..................... A-2957

Exhibit C – Correspondence to Counsel for Plaintiffs in
*Aurelius Capital Partners LP v. Republic of Argentina* ...................... A-3250

Deposition Transcript of Professor Michael Adler, dated Oct. 13, 2010 ....... A-3255

Supplemental Declaration of Sara A. Sanchez in Opposition to Order to
Show Cause, dated Oct. 18, 2010 .................................................... A-3355

Exhibit A – Complaint, *NML Capital, Ltd. v. Republic of Argentina*,
No. 07 Civ. 1910 (TPG), dated Mar. 2, 2007 ........................... A-3359

Exhibit C – Email of W. Weisman to M. Adler Attaching Draft
Declaration of Prof. Michael Adler, dated July 26, 2010 ................... A-3381

Exhibit D – Blackline Comparison of the July 26, 2010 Draft

xviii

**Page**

Declaration of Michael Adler and the Aug. 2, 2010 Declaration
    of Prof. Michael Adler ......................................................... A-3393

    Exhibit F – Price Graphs Showing Continued Trading of Interests
    in the Certain Class Bonds in 2010 ...................................... A-3402

Hearing Transcript on Order to Show Cause, dated Oct. 19, 2010 ................ A-3409

Letter of C. Boccuzzi to the Honorable Thomas P. Griesa,
dated May 11, 2011 ........................................................................ A-3462

Letter of J. Scullion to the Honorable Thomas P. Griesa,
dated May 18, 2011 ........................................................................ A-3479

Hearing Transcript, dated May 19, 2011 .......................................... A-3484

Stipulation and Order, *Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated July 22, 2011 .................................. A-3499

Stipulation and Order, *Seijas v. Republic of Argentina*,
No. 04 Civ. 401 (TPG), dated July 22, 2011 .................................. A-3504

Stipulation and Order, *Castro v. Republic of Argentina*,
No. 04 Civ. 506 (TPG), dated July 22, 2011 .................................. A-3509

Stipulation and Order, *Hickory Securities Ltd. v. Republic of Argentina*,
No. 04 Civ. 936 (TPG), dated July 22, 2011 .................................. A-3514

Stipulation and Order, *Valls v. Republic of Argentina*,
No. 04 Civ. 937 (TPG), dated July 22, 2011 .................................. A-3519

Stipulation and Order, *Azza v. Republic of Argentina*,
No. 04 Civ. 1085 (TPG), dated July 22, 2011 ................................ A-3524

Stipulation and Order, *Puricelli v. Republic of Argentina*,
No. 04 Civ. 2117 (TPG), dated July 22, 2011 ................................ A-3529

xix

**Page**

Stipulation and Order, *Chorny v. Republic of Argentina*,
No. 04 Civ. 2118 (TPG), dated July 22, 2011 ................................. A-3534

Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated July 22, 2011 ........................................................................ A-3539

Judgment, *Seijas v. Republic of Argentina*, No. 04 Civ. 401 (TPG),
dated July 22, 2011 ........................................................................ A-3546

Judgment, *Castro v. Republic of Argentina*, No. 04 Civ. 506 (TPG),
dated July 22, 2011 ........................................................................ A-3553

Judgment, *Hickory Securities Ltd. v. Republic of Argentina*,
No. 04 Civ. 936 (TPG), dated July 22, 2011 ................................. A-3560

Judgment, *Valls v. Republic of Argentina*, No. 04 Civ. 937 (TPG),
dated July 22, 2011 ........................................................................ A-3567

Judgment, *Azza v. Republic of Argentina*, No. 04 Civ. 1085 (TPG),
dated July 22, 2011 ........................................................................ A-3574

Judgment, *Puricelli v. Republic of Argentina*, No. 04 Civ. 2117 (TPG),
dated July 22, 2011 ........................................................................ A-3581

Judgment, *Chorny v. Republic of Argentina*, No. 04 Civ. 2118 (TPG),
dated July 22, 2011 ........................................................................ A-3588

Letter from Jason A. Zweig to the Honorable Thomas P. Griesa,
dated Nov. 21, 2012 ....................................................................... A-3595

Notice of Rule 23(c)(1)(C) Motion to Modify Class Definitions,
*Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG),
dated Sept. 12, 2013 ...................................................................... A-3598

Declaration of Jennifer Scullion in Support of Plaintiffs' Rule 23(c)(1)(C)
Motion to Modify Class Definitions, dated Sept. 12, 2013 ............ A-3601

Exhibit A – Complaints (excerpts) .................................... (at A-178)

xx

**Page**

Exhibit B – Plaintiffs' Memorandum of Law in Support of Their
Motion for Class Certification, dated May 28, 2004............................ A-3606

Exhibit C – Plaintiffs' Memorandum of Law in Further Support of
Their Motions for Class Certification, dated Mar. 30, 2005................ A-3632

Exhibit D – Hearing Transcript on Class Certification,
dated Mar. 31, 2005..............................................................................(at A-1911)

Exhibit E – Republic of Argentina's Memorandum of Law in
Opposition to Plaintiffs' Motions for Class Certification,
dated Mar. 28, 2005.............................................................................. A-3652

Exhibit F – Affidavit of Saul Roffe, *Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated Apr. 14, 2008 ...................................... (at A-2049)

Exhibit G – Hearing Transcript, *H.W. Urban GmbH v. Republic of
Argentina*, No. 02 Civ. 5699 (TPG), dated Dec. 9, 2003..................... (at A-1254)

Exhibit H – Stipulation and Order, *Seijas v. Republic of Argentina*,
No. 04 Civ. 400 (TPG), dated July 22, 2011........................................ (at A-3499)

Exhibit I – Class Plaintiffs' Responses to Defendant's Third
Consolidated Request for the Production of Documents,
dated Feb. 15, 2013.............................................................................. A-3692

Exhibit J – Class Plaintiffs' Responses to Defendant's Fourth
Consolidated Request for the Production of Documents,
dated Feb. 15, 2013.............................................................................. A-3702

Exhibit K – Republic of Argentina's Responses and Objections to
Class Plaintiffs' Post-Remand Document Request,
dated Feb. 15, 2013.............................................................................. A-3714

Declaration of Carmine D. Boccuzzi, dated Oct. 24, 2013 ........................... A-3728

xxi

**Page**

Exhibit A – Letter from Jennifer Scullion to the Honorable Thomas P. Griesa, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG); *Brecher v. Republic of Argentina*, No. 06 Civ. 15297 (TPG), dated June 27, 2013 ........................................................................ A-3732

Exhibit B – Letter from Jennifer Scullion to Honorable Thomas P. Griesa, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG); *Brecher v. Republic of Argentina*, No. 06 Civ. 15297 (TPG), dated Apr. 26, 2013 .................................... A-3735

Exhibit C – *The Griesa Effect: Argentina's Defaulted Bonds are at Their Highest Levels*, Infobae, dated Jan. 15, 2013 ......................... A-3737

Exhibit D – Katia Porzecanski, *Defaulted Bondholder Undeterred as Gains Hold: Argentina Credit*, Bloomberg, dated Dec. 12, 2012 .. A-3742

Exhibit E – Hearing Transcript, *Brecher v. Republic of Argentina*, No. 06 Civ. 15297 (TPG), dated Aug. 29, 2012 (excerpts) ................. A-3746

Exhibit G – Hearing Transcript, *Puricelli v. Republic of Argentina*, No. 09-0332, dated Nov. 9, 2009 (excerpts) ........................................ A-3752

Exhibit H – Letter from Carmine Boccuzzi to the Honorable Thomas P. Griesa, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG), dated Oct. 12, 2007 ........................................ A-3759

      Attachment 1 – Proposed Order ................................. A-3763

Exhibit K – Plaintiffs' Proposed Order with Respect to Notice, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG), dated Apr. 18, 2005 ........................................................................ A-3767

Exhibit M – Letter from J. Blackman to the Honorable Thomas P. Griesa, *H.W. Urban GmbH v. Republic of Argentina*, No. 02 Civ. 5699 (TPG), dated May 6, 2003 ........................................ A-3773

xxii

**Page**

Exhibit N – Letter from J. Blackman to the Honorable Thomas P. Griesa, *H.W. Urban GmbH v. Republic of Argentina*, No. 02 Civ. 5699 (TPG), dated Apr. 23, 2003 ..................................... A-3780

Reply Declaration of Jennifer R. Scullion, dated Nov. 22, 2013 .................. A-3787

Exhibit A – Hearing Transcript, dated June 8, 2010 ........................... (at A-2340)

Exhibit B – Hearing Transcript, *H.W. Urban GmbH v. Republic of Argentina*, No. 02 Civ. 5699 (TPG), dated Dec. 9, 2003 .................... (at A-1254)

Hearing Transcript, dated Feb. 21, 2014 ....................................... A-3790

# A-1

CLOSED,APPEAL,ECF,RELATED

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00400-TPG

Seijas et al v. The Republic Of Argentina            Date Filed: 01/16/2004
Assigned to: Judge Thomas P. Griesa                  Date Terminated: 01/09/2009
Related Cases: 1:02-cv-05699-TPG                      Jury Demand: Plaintiff
                1:07-cv-01938-TPG                     Nature of Suit: 190 Contract: Other
                1:10-cv-04300-TPG                     Jurisdiction: Federal Question
                1:07-cv-11591-TPG
                1:10-cv-04324-TPG
Case in other court: USCA 2nd Circuit, 09-03888-cv
                      USCA 2nd Circuit, 11-03323
Cause: 28:1331 Fed. Question: Breach of Contract

**Plaintiff**

**Silvia Seijas**                     represented by   **Bertrand Charles Sellier**
                                                        Vandenberg & Feliu, LLP
                                                        60 East 42nd Street,
                                                        51st Floor
                                                        New York, NY 10165
                                                        212-763-6833
                                                        Fax: 212-380-0172
                                                        Email: bsellier@rlrpclaw.com
                                                        *LEAD ATTORNEY*

                                                        **Michael Todd Mobley**
                                                        Proskauer Rose, LLP
                                                        Eleven Times Square
                                                        New York, NY 10036
                                                        (212) 969-3212
                                                        Fax: (212) 969-2900
                                                        Email: mmobley@proskauer.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Saul Roffe**
                                                        Sirota & Sirota, LLP(Queens)
                                                        125 Beach 128th Street
                                                        Queens, NY 11694
                                                        (609) 791-7007
                                                        Fax: (609) 896-9060
                                                        Email: saul@sirotalaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 26 of 284

**Alexander Reus**
Diaz Reus
Bank of America Tower
100 S.E. Second Street
Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric R. Levine**
Eiseman, Levine, Lehrhaupt &
Kakoyiannis, P.C.
805 Third Avenue
10th Floor
New York, NY 10022
(212) 752-1000
Fax: (212)-355-4608
Email: elevine@eisemanlevine.com
*ATTORNEY TO BE NOTICED*

**Guillermo Ariel Gleizer**
Guillermo A. Gleizer, Esq.
347 Fifth Avenue, Suite 1402
New York, NY 10016
(917) 539-0175
Fax: (212) 918-7958
Email: ari.gui@gmail.com

**Howard Barry Sirota**
Sirota & Sirota, LLP
125 Beach 128th Street
Belle Harbor, NY 11694
(212)-425-9055
Fax: (212)-425-9055
Email: howard.sirota@gmail.com
*ATTORNEY TO BE NOTICED*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square

# A-3

New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com
*ATTORNEY TO BE NOTICED*

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta Colomar Garcia**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*TERMINATED: 06/30/2014*

**Plaintiff**

**Heather M. Munton**                    represented by **Bertrand Charles Sellier**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

                                                         **Michael Todd Mobley**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

## A-4

*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric R. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guillermo Ariel Gleizer**
(See above for address)

**Howard Barry Sirota**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer R. Scullion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

**Plaintiff**

**Thomas L. Pico Estrada**          represented by   **Bertrand Charles Sellier**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

                                                     **Michael Todd Mobley**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Saul Roffe**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Alexander Reus**
                                                     (See above for address)

                                                     **Carlos F. Gonzalez**
                                                     (See above for address)
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Eric R. Levine**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Guillermo Ariel Gleizer**
                                                     (See above for address)

                                                     **Howard Barry Sirota**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer R. Scullion**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Margaret T. Perez**
                                                     (See above for address)
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Marta Colomar Garcia**
                                                     (See above for address)
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael Diaz , Jr.**
                                                     (See above for address)
                                                     *PRO HAC VICE*

# A-6

*ATTORNEY TO BE NOTICED*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

V.

**Defendant**

**The Republic of Argentina**    represented by    **Carmine D. Boccuzzi , Jr**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan I. Blackman**
Cleary, Gottlieb, Steen & Hamilton
LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**The individual persons and entities
listed in Annex A**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2004 | | SUMMONS ISSUED as to The Republic of Argentina. (gmo, ) (Entered: 01/22/2004) |
| 01/16/2004 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 150.00.) Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas.(gmo, ) (Entered: 01/22/2004) |
| 01/16/2004 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:02-cv-5699. (gmo, ) (Entered: 01/22/2004) |
| 02/10/2004 | | CASE ACCEPTED AS RELATED TO 02-cv-5699. Notice of Assignment to follow. (gmo, ) (Entered: 02/11/2004) |
| 02/10/2004 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned no longer assigned to the case. (gmo, ) (Entered: 02/11/2004) |
| | | |

| | | |
|---|---|---|
| 02/10/2004 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (gmo, ) (Entered: 02/11/2004) |
| 02/13/2004 | 3 | CORRECTED AMENDED CLASS ACTION COMPLAINT amending 1 Complaint against The Republic of Argentina.Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. Related document: 1 Complaint filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(yv, ) (Entered: 02/18/2004) |
| 02/13/2004 | | Set Answer Due Date re: 3 Amended Complaint, as to The Republic of Argentina answer due on 2/23/2004. (yv, ) (Entered: 02/18/2004) |
| 02/16/2004 | 4 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. The Republic of Argentina served on 2/2/2004, answer due 2/23/2004. Service was accepted by Roger Schmid, Assistant Vice President. Document filed by Thomas L. Pico Estrada ; Heather M. Munton ; Silvia Seijas. (yv, ) (Entered: 02/18/2004) |
| 04/05/2004 | 5 | ANSWER to Amended Complaint. Document filed by The Republic of Argentina. Related document: 3 Amended Complaint, filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(db, ) (Entered: 04/08/2004) |
| 06/01/2004 | 6 | MOTION for an Order declaring this action to be a class action and for Sirota & Sirota LLP, Lovell Stewart Halbian, L.L.P. and law firm of Guillermo Gleizer appointed Co-Lead Counsel in this action. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (jco, ) (Entered: 06/02/2004) |
| 06/01/2004 | 7 | MEMORANDUM OF LAW in Support re: 6 MOTION for an Order declaring this action to be a class action and for Sirota & Sirota LLP, Lovell Stewart Halbian, L.L.P. and law firm of Guillermo Gleizer appointed Co-Lead Counsel in this action. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (jco, ) (Entered: 06/02/2004) |
| 06/01/2004 | 8 | AFFIDAVIT of Saul Roffe in Support re: 6 MOTION for an Order declaring this action to be a class action and for Sirota & Sirota LLP, Lovell Stewart Halbian, L.L.P. and law firm of Guillermo Gleizer appointed Co-Lead Counsel in this action. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (jco, ) (Entered: 06/02/2004) |
| 07/12/2004 | 9 | STIPULATION AND ORDER that the 7/7/04 return date contained in the motion is adjourned sine die pending completion of class certification discovery; parties will confer concerning an agreed to briefing schedule for the Republic's papers in response to the motion and palintiffs' reply papers in further support of the motion; pursuant to Rule 1.E of the court's individual practices. (Signed by Judge Sidney H. Stein on 7/8/04) (dle, ) (Entered: 07/13/2004) |
| 09/28/2004 | 10 | STIPULATION AND ORDER; that The Republic will serve discovery request concerning class certification issues on plaintiffs on or before 9/16/04, after which plaintiffs and the Republic will coordinate class discovery in the Proposed Class Actions; at the conclusion of class discovery in the Propose class Actions plaintiffs and the Republic will confer concerning an agreed-to |

| | | |
|---|---|---|
| | | briefing schedule for Republic's papers in response to the Class certification motion and the reply papers of the plaintiffs, if any in further in support of their motion. (Signed by Judge Thomas P. Griesa on 9/28/04) (pl, ) (Entered: 09/30/2004) |
| 10/18/2004 | 11 | MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 10/20/2004) |
| 10/18/2004 | 12 | MEMORANDUM OF LAW in Support re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 10/20/2004) |
| 10/18/2004 | 13 | AFFIDAVIT of Heather M. Munton in Support re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 10/20/2004) |
| 10/18/2004 | 14 | AFFIDAVIT of Thomas L. Pico in Support re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 10/20/2004) |
| 10/18/2004 | 15 | AFFIDAVIT of Silvia Seijas in Support re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 10/20/2004) |
| 10/18/2004 | 16 | AFFIDAVIT of Saul Roffe in Support re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 10/20/2004) |
| 11/08/2004 | 17 | ORDER TO SHOW CAUSE by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas Show Cause Hearing set for 11/16/2004 04:30 PM before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 11/5/2004) (jsa, ) (Entered: 11/08/2004) |
| 11/08/2004 | 18 | MEMORANDUM/ORDER;... The Court will set 4:30 p.m., November 16, 2004 as the date for a hearing on the motion for a preliminary injunction. The Court will also grant the application for expedited discovery; (Signed by Judge Thomas P. Griesa on 11/5/04) (djc, ) (Entered: 11/09/2004) |
| 11/09/2004 | 19 | STIPULATION AND ORDER; The Republic shall have until 11/23/04 to serve papers in response to plaintiffs' motion for summary judgment. Plaintiffs shall have until 12/6/04 to serve reply papers, if any, in further support of their motions for summary judgment. (Signed by Judge Thomas P. Griesa on 11/5/04) (sac, ) (Entered: 11/11/2004) |
| 11/16/2004 | 20 | DECLARATION of Federico Carlos Molina in Opposition to pltffs motion for a preliminary injunction enjoining deft from commencing its exchange offer.. Document filed by The Republic of Argentina. (pa, ) (Entered: 11/19/2004) |
| 11/16/2004 | 21 | MEMORANDUM OF LAW in Opposition to pltffs motion for a preliminary injunction. Document filed by The Republic of Argentina. (pa, ) (Entered: 11/19/2004) |
| 11/24/2004 | 22 | MEMORANDUM OF LAW in Opposition re: 11 MOTION for Summary |

| | | |
|---|---|---|
| | | Judgment. Document filed by The Republic of Argentina. (sac, ) (Entered: 11/30/2004) |
| 11/24/2004 | 23 | DECLARATION of Amy Chung in Opposition re: 11 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (sac, ) (Entered: 11/30/2004) |
| 11/24/2004 | 24 | DECLARATION of Federico Carlos Molina in Opposition re: 11 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (sac, ) (Entered: 11/30/2004) |
| 11/24/2004 | 63 | CERTIFICATE OF SERVICE re Memo of Law et al in Opposition to Plntfs' Motion for a Preliminary Injunction. Document filed by The Republic of Argentina. (recvd in docketing on 1/11/06) (cd, ) Modified on 1/19/2006 (dn, ). (Entered: 01/11/2006) |
| 12/08/2004 | 25 | AFFIRMATION of Saul Roffe in Support re: 11 MOTION for Summary Judgment.. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (djc, ) (Entered: 12/15/2004) |
| 12/08/2004 | 26 | MEMORANDUM OF LAW in Support re: 11 MOTION for Summary Judgment.. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (djc, ) (Entered: 12/15/2004) |
| 12/17/2004 | 27 | AFFIDAVIT of Silvia Seijas in Support re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 12/22/2004) |
| 12/17/2004 | 28 | AFFIDAVIT of Thomas L. Pico Estrada in Support of re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 12/22/2004) |
| 12/17/2004 | 29 | AFFIDAVIT of Heather M. Munton in Support of re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (kw, ) (Entered: 12/22/2004) |
| 12/21/2004 | 30 | AFFIDAVIT of Silvia Seijas in Support re: 11 MOTION for Summary Judgment. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (jco, ) (Entered: 01/05/2005) |
| 12/21/2004 | 31 | AFFIDAVIT of Heather M. Munton in Support re: 11 MOTION for Summary Judgment. Document filed by Heather M. Munton. (jco, ) (Entered: 01/05/2005) |
| 12/21/2004 | 32 | AFFIDAVIT of Thomas L. Pico Estrada in Support re: 11 MOTION for Summary Judgment. Document filed by Thomas L. Pico Estrada. (jco, ) (Entered: 01/05/2005) |
| 01/24/2005 | 33 | NOTICE of Firm Name Change & Legal Status to Cleary Gottlieb, Steen & Hamilton LLP. Document filed by The Republic of Argentina. (ps, ) (Entered: 01/31/2005) |
| 03/21/2005 | 34 | ENDORSED LETTER addressed to Judge Griesa from Saul Roffe dated 3/17/2005 re: request denied (Signed by Judge Thomas P. Griesa on |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 34 of 284

# A-10

| | | |
|---|---|---|
| | | 3/17/2005) (jsa, ) (Entered: 03/23/2005) |
| 03/28/2005 | 38 | MEMORANDUM OF LAW in Opposition re: 6 MOTION for an Order declaring this action to be a class action and for Sirota & Sirota LLP, Lovell Stewart Halbian, L.L.P. and law firm of Guillermo Gleizer appointed Co-Lead Counsel in this action.. Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 39 | DECLARATION of Christopher P. Moore in Opposition re: 6 MOTION for an Order declaring this action to be a class action and for Sirota & Sirota LLP, Lovell Stewart Halbian, L.L.P. and law firm of Guillermo Gleizer appointed Co-Lead Counsel in this action.(Vol.I of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 40 | DECLARATION of Christopher P. Moore in Opposition re: 6 MOTION for an Order declaring this action to be a class action and for Sirota & Sirota LLP, Lovell Stewart Halbian, L.L.P. and law firm of Guillermo Gleizer appointed Co-Lead Counsel in this action.(Vol. II of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/30/2005 | 37 | CERTIFICATE OF SERVICE of declaration of Christopher P. Moore served on Lovell Stewart Halebian, LLP, Saul Roffe, Guillermo Gleizer on 3/28/05. Service was made by hand delivery. Document filed by The Republic of Argentina. (dle, ) (Entered: 04/06/2005) |
| 03/31/2005 | 35 | ORDER granting 6 Motion for motion for class action treatment For reasons stated on the record at today's hearing, the motions are granted in all of the captioned cases except in Fuhr (04 civ. 507), Cooke (04 civ 508), Castro (04 civ 746) and Castro (04 civ 1183). . (Signed by Judge Thomas P. Griesa on 3/31/2005) (jsa, ) Modified on 4/4/2005 (jsa, ). Modified on 4/4/2005 (jsa, ). Modified on 4/4/2005 (jsa, ).Plaintiff's attorneys are to settle appropriate orders. (Entered: 04/04/2005) |
| 04/06/2005 | 36 | TRANSCRIPT of proceedings (including 04 cv 401, 04 cv 504) held on 03/31/05 before Judge Thomas P. Griesa. (es, ) (Entered: 04/06/2005) |
| 04/08/2005 | 42 | AFFIDAVIT of Saul Roffe in Support of Plaintiffs' motion for a temporary restraining order, expedited discovery and an injunction. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mde, ) (Entered: 04/20/2005) |
| 04/08/2005 | 43 | AFFIDAVIT of Saul Roffe in Support of Plaintiffs' motion for a TRO... Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mde, ) (Entered: 04/20/2005) |
| 04/08/2005 | 44 | MEMORANDUM OF LAW in Further Support of Plaintiffs' Motion for a Preliminary Injunction. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mde, ) (Entered: 04/20/2005) |
| 04/08/2005 | 45 | MEMORANDUM OF LAW in Support of Plaintiffs' Motion for TRO, a preliminary injunction and expedited discovery. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mde, ) (Entered: 04/20/2005) |
| | | |

| 04/08/2005 | 46 | AFFIDAVIT of Julio Cesar Giancaterino. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mde, ) (Entered: 04/20/2005) |
|---|---|---|
| 04/12/2005 | 41 | MEMORANDUM OF LAW in Support re: 6 MOTION for an Order declaring this action to be a class action and for Sirota & Sirota LLP, Lovell Stewart Halbian, L.L.P. and law firm of Guillermo Gleizer appointed Co-Lead Counsel in this action. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (yv, ) (Entered: 04/19/2005) |
| 04/19/2005 | 47 | NOTICE of pursuant to Rule 23: Banca Arner S.A. opts out of any class. (kw, ) (Entered: 04/25/2005) |
| 06/15/2005 | 48 | MOTION for Summary Judgment. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (ae, ) (Entered: 06/20/2005) |
| 06/15/2005 | 49 | AFFIDAVIT of Saul Roffe in Support re: 48 MOTION for Summary Judgment. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (ae, ) (Entered: 06/20/2005) |
| 06/15/2005 | 50 | MEMORANDUM OF LAW in Support re: 48 MOTION for Summary Judgment. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (ae, ) (Entered: 06/20/2005) |
| 07/19/2005 | 51 | NOTICE OF MOTION for Leave to Amend Pursuant to Rule 15(a) Defendant Leave to Amend the Answer, and for Such Other Relief as This Court Deems Just and Proper. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/20/2005) |
| 07/19/2005 | 52 | MEMORANDUM OF LAW of The Republic of Argentina in Support re: 51 MOTION for Leave to File.. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/20/2005) |
| 08/10/2005 | 53 | ORDER; granting Class Certification; the Court hereby appoints Sirota & Sirota LLP, the law Offices of Guillermo Gleizer and Lovell Steward Halebian LLP as co-lead counsel ("Class Counsel") in the prosecution of this action pursuant to Rule 23. (Signed by Judge Thomas P. Griesa on 8/5/05) (pl, ) (Entered: 08/12/2005) |
| 09/12/2005 | 54 | AFFIDAVIT of Saul Roffe in Opposition; re: 51 MOTION for Leave to File.. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (pl, ) (Entered: 09/15/2005) |
| 09/12/2005 | 55 | MEMORANDUM OF LAW in Opposition re: 51 MOTION for Leave to File.. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (pl, ) (Entered: 09/16/2005) |
| 09/28/2005 | 56 | ORDER Cede & Co. and Depository Trust Company appear in this Court at 500 Pearl Street, Courtroom 26B through their legal representatives on 9/28/05 at 4:30 p.m. to address the issues raised in the Conference before this Court on 9/13/05. (Signed by Judge Thomas P. Griesa on 9/27/05) (jco, ) (Entered: 09/28/2005) |
| 10/03/2005 | 57 | AFFIDAVIT OF SERVICE of Order served on William Sweeney, Esq. on 9/27/2005. Service was accepted by William Sweeney, Esq.. (jar, ) (Entered: |

# A-12

| | | 10/03/2005) |
|---|---|---|
| 10/04/2005 | 58 | ORDER withdrawing 48 Motion for Summary Judgment, withdrawing 11 Motion for Summary Judgment . Pursuant to the request of plaintiffs' in this above-captioned case by letter Sepember 30,2005, plaintiffs' motion for summary judgment is withdrawn with court's approval. (Signed by Judge Thomas P. Griesa on 9/30/2005) (jmi, ) (Entered: 10/05/2005) |
| 12/06/2005 | 59 | STIPULATION AND ORDER: The Republic will serve a consolidated response to the motions for summary judgment on or before 1/10/2006; Plaintiffs will serve a consolidated reply to the Republic's response to the motions for summary judgment, if any, on or before 1/27/2006. (Signed by Judge Thomas P. Griesa on 12/5/2005) (lb, ) (Entered: 12/06/2005) |
| 01/05/2006 | 60 | Non-Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Non-Appeal 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp, ) (Entered: 01/05/2006) |
| 01/05/2006 | | Non-Appeal Record Sent to USCA (File). Indexed record on Non-Appeal Files were transmitted to the U.S. Court of Appeals to the attention of Vincenza Mathias on 1/6/05. (tp, ) (Entered: 01/05/2006) |
| 01/10/2006 | 61 | MEMORANDUM OF LAW in Opposition re: 48 MOTION for Summary Judgment., 11 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/10/2006 | 62 | DECLARATION of Amy Chung in Opposition re: 48 MOTION for Summary Judgment., 11 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/17/2006 | 64 | ORDER denying as moot deft's Rule 15(a) motion. (Signed by Judge Thomas P. Griesa on 1/13/06) (cd, ) (Entered: 01/18/2006) |
| 03/03/2006 | 65 | ORDER of USCA (Certified Copy) USCA Case Number 05-8023-mv(L), 05-8024, 05-8025, 05-8026, 05-8027, 05-8028,05-8029, & 05-8030. Petitioner moves pursuant to Fed. R. Civ. P. 23(f) for an interlocutory apppeal of the district court's order granting Respondent's motions for class certification. Upon due consideration, it is ORDERED that the Fed. R. Civ. P.23(f) petition is DENIED because an immediate appeal is not warranted. See Sumitomo Copper Litigation v. Credit Lyonnais Rouse, Ltd, 262 F.3d 134, 139-40 (2d Cir. 2001). The Respondents' motion to strike the Petitioner's reply brief is DENIED as moot. Roseann B. MacKechnie, Clerk USCA. Certified: 3/1/2006. (nd, ) (Entered: 03/06/2006) |
| 04/07/2006 | 66 | MANDATE of USCA (Certified Copy) USCA Case Number 05-8023-mv (L), 05-8024-mv(c), 05-8025,05-8026,05-8027,05-8028,05-8029,05-8030. Upon due consideration, it is ORDERED that the Fed. R. Civ. P. 23(f) petition is DENIED because an immediate appeal is not warranted. See Sumitomo Copper Litigation v. Credit Lyonnais Rouse, Ltd., 262 F.3d 134, 139-40 (2d Cir. 2001). The Respondents' motion to strike the Petitioner's reply brief is DENIED as moot. Roseann B. MacKechnie, Clerk USCA. Issued As Mandate: 3/22/2006. (nd, ) (Entered: 04/11/2006) |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 37 of 284

# A-13

| 04/11/2006 | | Transmission of USCA Mandate/Order to the District Judge re: 66 USCA Mandate Non-Dismissal,,. (nd, ) (Entered: 04/11/2006) |
|---|---|---|
| 09/13/2006 | 67 | Statement of Opt-Out From Certified and Putative Class Actions, as per Annex A. (cd, ) (Entered: 09/14/2006) |
| 09/18/2006 | 68 | NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. (ae, ) (Entered: 09/20/2006) |
| 11/06/2006 | 69 | MOTION to Appoint the law firm of Proskauer Rose LLP as co-lead counsel in these actions. Attached is affidavit in support of Bertrand Sellier. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc, ) Modified on 11/7/2006 (djc, ). (Entered: 11/07/2006) |
| 12/01/2006 | 70 | STIPULATION AND ORDER: Defendant the Republic of Argentina by its attorneys, Clearly Gottlieb Steen & Hamilton LLP, and plaintiffs, by their attorneys, Sirota & Sirota LLP, Lovell Stewart Halebian LLP, and Guillermo A. Gleizer, hereby stipulate and agree as follows: The Republic shall have until December 1, 2006 to serve papers in response to plaintiffs' motion to appoint Proskauer Rose LLP as co-lead counsel (the motion). Plaintiffs shall have until December 8, 2006 to serve reply papers,if any, in further support of the motion. Pursuant to Rule 1. E of the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the briefing schedule for the motion. (Signed by Judge Thomas P. Griesa on 11/29/06) (js, ) (Entered: 12/04/2006) |
| 12/01/2006 | 71 | DECLARATION of Amy Chung in Opposition re: 69 MOTION to Appoint Counsel.. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/01/2006 | 72 | MEMORANDUM OF LAW in Opposition re: 69 MOTION to Appoint Counsel.. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/08/2006 | 73 | MEMORANDUM OF LAW in Support re: 69 MOTION to Appoint Counsel. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (jco, ) (Entered: 12/11/2006) |
| 12/08/2006 | 74 | AFFIDAVIT of Bertrand C. Sellier in Support re: 69 MOTION to Appoint Counsel. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (jco, ) (Entered: 12/11/2006) |
| 12/13/2006 | 77 | AFFIDAVIT of Guillermo Gleizer in support of Plaitnffs' motions to appoint Proskauer Rose LLP co-lead counsel in these actions. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc, ) (Entered: 12/20/2006) |
| 12/19/2006 | 75 | Statement of Opt-Out from certified and putative class actions by counsel for the parties listed in Annexes A and B. (pl, ) (Entered: 12/20/2006) |
| 12/19/2006 | 76 | NOTICE of Notice of Errata To Previously Filed Opt-Out Statement by counsel for the parties listed in Annexes A to the Statement of Opt-Out from Certified and Putative Class Actions filed on 9/12/06. (pl, ) (Entered: |

| | | |
|---|---|---|
| | | 12/20/2006) |
| 12/22/2006 | 78 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of all plaintiffs. New Address: Guillermo A. Gleizer, 6 Beechwood Court, East Hampton, NY, US 11937, 917-539-0175. (Gleizer, Guillermo) (Entered: 12/22/2006) |
| 12/22/2006 | 79 | AMENDMENT re: [68,73] NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. The following names should not have appeared in exhibit one to this notice: Anna Miccio, Antonio Gargiulo, Maria Gargiulo.(jmi, ) (Entered: 12/26/2006) |
| 01/26/2007 | | Non-Appeal Record Returned. Indexed record on Non-Appeal Files USCA Case Number 05-8023-mv (L), returned from the U.S. Court of Appeals. (nd) (Entered: 02/01/2007) |
| 02/16/2007 | 80 | CONFIDENTIALITY STIPULATION AND ORDER. The term "Confidential Information" means and includes any material, document or information that a producing party reasonably and in good faith believes is proprietary, personal, sensative, private and/or otherwise confidential, including, but not limited to financial, business and/or customer information. SO ORDERED. (Signed by Judge Thomas P. Griesa on 2/16/2007) (jar) (Entered: 02/21/2007) |
| 05/31/2007 | 81 | NOTICE of ERRATA to Previously filed Opt-Out Statements. Certain individuals and entities listed in either (i) Annex A to the opt-out notice filed on September 12, 2006 or (ii) Annex A to the opt-out notice filed on December 19, 2006, should not have been listed in either Annex for purposes of the Sept. 12, 2006 or December 19, 2006 filings. The names listed in Exhibit A. attached hereto should not have appeared in either of the afore-mentioned Annexes. The individuals and entities listed in Exhibit A remain participants in the above captioned actions. (djc) (Entered: 06/05/2007) |
| 09/14/2007 | | Minute Entry for proceedings held before Judge Thomas P. Griesa : Interim Pretrial Conference held on 9/14/2007. (tro) (Entered: 09/19/2007) |
| 09/28/2007 | 82 | ORDER APPOINTING CO-LEAD COUNSEL: on 11/6/2006, plaintiffs filed a motion seeking an order appointing Proskauer Rose LLP as co-lead counsel for the Plaintiffs. A conference was held on 9/14/2007, to address the motion. Proskauer Rose LLP is hereby appointed as co-lead counsel for the plaintiffs. (Signed by Judge Thomas P. Griesa on 9/27/07) Motions terminated: 69 MOTION to Appoint Counsel filed by Silvia Seijas, Thomas L. Pico Estrada, Heather M. Munton. Attorney Bertrand Charles Sellier for Silvia Seijas and Heather M. Munton added. (kco) (Entered: 10/02/2007) |
| 11/07/2007 | 83 | TRANSCRIPT of proceedings held on 9/14/2007 AT 3:10 pm before Judge Thomas P. Griesa. (mbe) (Entered: 11/07/2007) |
| 11/13/2007 | 84 | ORDER WITH RESPECT TO NOTICE: On or before thirty (30) days after the date of this Order, Class Counsel shall caused the Notice of Pendency to be given to Members of the Class. Class Counsel shall file with the Court proof, by affidavit, of such publications and mailings. (Signed by Judge |

# A-15

| | | Thomas P. Griesa on 11/9/2007) (jar) (Entered: 11/14/2007) |
|---|---|---|
| 12/04/2007 | 85 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. New Address: Guillermo A. Gleizer, 19 W 34th St. Suite 914, New York, NY, USA 10001, 9175390175. (Gleizer, Guillermo) (Entered: 12/04/2007) |
| 02/29/2008 | 86 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE of Errata to Previously Filed Opt-Out Statements re: 67 Remark, 75 Remark. Document filed by The individual persons and entities listed in Annex A. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Pell, Owen) Modified on 3/3/2008 (db). (Entered: 02/29/2008) |
| 03/03/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Owen Pell to MANUALLY RE-FILE Document NOTICE of Errata to Previously Filed Opt-Out Statements, Document No. 86. This case is not ECF. (db) (Entered: 03/03/2008) |
| 04/16/2008 | 87 | AFFIDAVIT of Saul Roffe. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 88 | MOTION for an order granting summary judgment in favor of plaintiffs on all counts of the Complaint in the amount of $1,118,344,963, inclusive of accrued interest through 4/30/08, plus accrued interest thereafter at the statutory rate of 9% Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(dle) (Entered: 04/18/2008) |
| 04/16/2008 | 89 | NOTICE OF CHANGE OF ADDRESS by Howard B. Sirota on behalf of Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. New Address: Howard Sirota, Attorney at Law, 260 Madison Avenue, New York, New York, 10016, (212) 425-9055. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 90 | RULE 56.1 STATEMENT. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 91 | MEMORANDUM OF LAW in Support re: 88 MOTION for Summary Judgment.. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (dle) (Entered: 04/18/2008) |
| 04/18/2008 | 92 | DECLARATION of Guillermo A. Gleizer in Support of plaintiffs' motion for pre-judgment relief concerning property located in New York belonging to Argentina. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | 93 | MEMORANDUM OF LAW in Support of Plaintiffs' Order to Show Cause. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | 94 | ORDER TO SHOW CAUSE: Defendants shall show on 4/30/2008 at 10:30 AM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa, as to why an order should not be made and entered, as set forth herein. Reply papers if any shall be served upon defendant's counsel at the time of the hearing. (Signed by Judge Thomas P. Griesa on 4/18/2008) (jpo) (Entered: 04/18/2008) |

| 04/25/2008 | 101 | CERTIFICATE OF SERVICE of order to show cause served on Cynthia Scott on 4/18/08. Service was accepted by Cynthia Scott by hand delivery. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (dle) (Entered: 05/05/2008) |
|---|---|---|
| 04/28/2008 | 95 | DECLARATION of Gleizer in support of plaintiffs' motion for pre-judgment relief concerning property located in Belgium and Germany belonging to Argentina. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc) (Entered: 04/29/2008) |
| 04/28/2008 | 96 | ORDER TO SHOW CAUSE filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. The Republic of Argentina shall show cause as to why an order should not be entered Preliminarily Restraining and Enjoining with respect to the Trust Bonds. Show Cause Response due by 4/29/2008. Show Cause Hearing set for 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/28/08) (cd) (Entered: 04/29/2008) |
| 04/30/2008 | 97 | MEMORANDUM OF LAW in Opposition to Plaintiffs' Motion for Preliminary Injunction and Restraining Order. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 98 | DECLARATION of JoAnn D. Kamuf in Support re: 97 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 99 | DECLARATION of Christopher P. Moore in Support re: 97 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 05/02/2008 | 100 | TRANSCRIPT of proceedings held on 4/30/08 before Judge Thomas P. Griesa. (ama) (Entered: 05/02/2008) |
| 05/05/2008 | 102 | DECLARATION of Carlos Maria Tombeur. Document filed by The Republic of Argentina. (jp) (Entered: 05/06/2008) |
| 05/05/2008 | 103 | DECLARATION of Severo Rizzo. Document filed by The Republic of Argentina. (jp) (Entered: 05/06/2008) |
| 05/09/2008 | 104 | REPLY MEMORANDUM OF LAW in Support of class Plainti9ffs' Order to Show Cause. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc) (Entered: 05/12/2008) |
| 05/12/2008 | 105 | RESPONSE to Plaintiffs' Local Rule 56.1 Statement. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 106 | MEMORANDUM OF LAW in Opposition re: 88 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 107 | DECLARATION of Amy Chung in Opposition re: 88 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| | | |

## A-17

| 05/16/2008 | 108 | TRANSCRIPT of proceedings held on 4/30/08 before Judge Thomas P. Griesa. (ama) (Entered: 05/16/2008) |
|---|---|---|
| 05/16/2008 | 109 | SUR-REPLY MEMORANDUM OF LAW in Opposition to Plaintiff's motion for Preliminary Injunction. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/16/2008 | 110 | SUR-REPLY MEMORANDUM OF LAW in Opposition to Plaintiff's motion for Preliminary Injunction. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/20/2008 | 111 | MOTION for Leave to File a brief amicus curiae and accompanying declaration. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(djc) (Entered: 05/21/2008) |
| 05/20/2008 | 112 | DECLARATION of Isaac Montal in Support re: 111 MOTION for Leave to File a brief amicus curiae and accompanying declaration. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc) (Entered: 05/21/2008) |
| 05/20/2008 | 113 | MEMORANDUM OF LAW in Support re: 111 MOTION for Leave to File a brief amicus curiae and accompanying declaration. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc) (Entered: 05/21/2008) |
| 05/30/2008 | 114 | NOTICE of Errata To Previously Filed Opt-Out Statements. Document filed by The individual persons and entities listed in Annex A. (dle) (Entered: 06/02/2008) |
| 06/03/2008 | 115 | STIPULATION AND ORDER, Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgement, dated April 16, 2008 (the "motion"), previously due on May 27, 2008, shall now be due on June 3, 2008; Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request by plaintiffs for an extension in the briefing schedule for motion. (Signed by Judge Thomas P. Griesa on 6/3/08) (mme) (Entered: 06/03/2008) |
| 06/03/2008 | 116 | STIPULATION AND ORDER: Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgment, dated 4/16/08, previously due on 5/27/08, shall now be due on 6/3/08. (Signed by Judge Thomas P. Griesa on 6/3/08) (tro) (Entered: 06/04/2008) |
| 06/04/2008 | 118 | REPLY MEMORANDUM OF LAW in Support re: 88 MOTION for Summary Judgment. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc) (Entered: 06/12/2008) |
| 06/06/2008 | 117 | NOTICE OF APPEAL from 94 Order to Show Cause. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653367. Copies mailed to attorney(s) of record: Howard B. Sirota; Proskauer Rose LLP; Guillermo A. Gleizer; Lovell Stewart Halebian LLP. (tp) (Entered: 06/11/2008) |
| 06/11/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 117 Notice of Appeal. (tp) (Entered: 06/11/2008) |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 41 of 284

| | | |
|---|---|---|
| 06/11/2008 | | Transmission of Notice of Appeal to the District Judge re: 117 Notice of Appeal. (tp) (Entered: 06/11/2008) |
| 10/14/2008 | 119 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 117 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2981, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) (Entered: 10/14/2008) |
| 11/25/2008 | 121 | TRANSCRIPT of proceedings held on 11/12/2008 before Judge Thomas P. Griesa. (cg) (Entered: 12/04/2008) |
| 12/02/2008 | 120 | STIPULATION FOR ADDITIONAL OF DOCUMENTS TO THE RECORD: NOW THEREFORE in consideration of the foregoing: The May 7 letter attached to the accompanying Declaration of Rahul Mukhi in Support of Stipulation for Addition of Documents to the Record, dated November 25, 2008, is included in the record. (Signed by Judge Thomas P. Griesa on 12/2/2008) (jfe) (Entered: 12/02/2008) |
| 12/23/2008 | 122 | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATEMENTS. Document filed by The individual persons and entities listed in Annex A. (db) (Entered: 12/24/2008) |
| 12/23/2008 | | ***DELETED DOCUMENT. Deleted document number 123 Notice. The document was incorrectly filed TWICE in this case. (db) (Entered: 12/24/2008) |
| 01/09/2009 | 123 | ORDER: For the reasons stated on the record at the hearing on November 12, 2008 the motions for summary judgment in these cases are granted. The Clerk of the Court is directed to close these cases and terminate the following motions set forth within. (Signed by Judge Thomas P. Griesa on 1/8/2009) (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 123 Order, Terminate Motions,,, to the Judgments and Orders Clerk. (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | 124 | JUDGMENT #09,0011 in favor of Heather M. Munton, Silvia Seijas, Thomas L. Pico Estrada against The Republic of Argentina in the amount of $ 172,066,060.00. (Signed by Judge Thomas P. Griesa on 1/8/09) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 01/09/2009) |
| 01/22/2009 | 125 | ORDER AFFIRMING DESIGNATION OF PORTIONS OF LOPEZ ISNARDI AS "CONFIDENTIAL" It is hereby ordered that plaintiffs and plaintiffs' counsel may not publicly disclose, directly or indirectly, any of the Confidential Testimony, and shall not only use such Confidential Testimony for purposes of prosecuting the above captioned litigation. (Signed by Judge Thomas P. Griesa on 1/16/09) (mme) (Entered: 01/23/2009) |
| 01/22/2009 | 126 | NOTICE OF APPEAL from 124 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 676192. Copies mailed to attorney(s) of record: Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewat Halebian LLP; and Guillermo A. Gleizer. (tp) Modified on 1/26/2009 |

| | | |
|---|---|---|
| | | (tp). (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 126 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal to the District Judge re: 126 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/29/2009 | 127 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Thomas P. Griesa on 1/29/2009) (jfe) (Entered: 01/29/2009) |
| 02/11/2009 | 128 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 126 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0338-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 02/13/2009) |
| 03/11/2009 | | Received returned mail re: 126 Notice of Appeal. Mail was addressed to Saul Roffe, Esq. of Sirota & Sirota LLP. at 110 Wall Street, 21st Floor, New York, NY 10005 and was returned for the following reason(s): FORWARD TIME EXP RTN TO SEND. Forwarded Return Document to Sirota & Sirota LLP, 125 Beach 128th St., Rockaway Park NY 11694-1604. (tp) (Entered: 03/11/2009) |
| 07/13/2009 | 129 | MOTION to turn over property. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(djc) (Entered: 07/15/2009) |
| 07/13/2009 | 130 | DECLARATION of Sirota. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc) (Entered: 07/15/2009) |
| 07/13/2009 | 131 | MEMORANDUM OF LAW in Support re: 129 MOTION to turn over property. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (djc) (Entered: 07/15/2009) |
| 07/28/2009 | 132 | DECLARATION of Amy Chung in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/30/2009) |
| 07/28/2009 | 133 | MEMORANDUM OF LAW in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/30/2009) |
| 08/06/2009 | 134 | STIPULATION AND ORDER; Plaintiffs' reply papers in further support of plaintiffs' motion to turn over property, dated July 13, 2009 (the "Motion"), previously due on August 3, 2009, shall now be due on August 7, 2009. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/6/2009) (tve) (Entered: 08/06/2009) |
| 08/07/2009 | 135 | REPLY MEMORANDUM OF LAW in Support re: 129 MOTION to turn over property.. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mbe) (Entered: 08/10/2009) |
| | | |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 44 of 284

# A-20

| | | |
|---|---|---|
| 08/07/2009 | 136 | SUPPLEMENTAL DECLARATION of Sirota. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mbe) (Entered: 08/10/2009) |
| 08/19/2009 | 137 | ORDER: The motion to compel the Republic to turn over all property held in the United States by Aerolineas Argentinas is denied. In light of the above discussion, the court need not reach the Republic's additional contention that the motion is procedurally flawed because plaintiffs failed to commence a separate turnover proceeding. For the reasons stated above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 8/19/2009) (jpo) (Entered: 08/19/2009) |
| 09/15/2009 | 138 | NOTICE OF APPEAL from 137 Order, Terminate Motions. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. Filing fee $ 455.00, receipt number E 700063. Copies mailed to attorney(s) of record: Cleary Gottlieb Steen & Hamilton LLP. (tp) (Entered: 09/16/2009) |
| 09/16/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 138 Notice of Appeal. (tp) (Entered: 09/16/2009) |
| 09/16/2009 | | Transmission of Notice of Appeal to the District Judge re: 138 Notice of Appeal. (tp) (Entered: 09/16/2009) |
| 11/16/2009 | 139 | TRUE COPY ORDER of USCA as to 117 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2981-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Capital Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 11/12/2009. (nd) (Entered: 11/16/2009) |
| 12/08/2009 | | USCA Case Number 09-3888-cv from the USCA 2nd Circuit assigned to 138 |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 45 of 284

# A-21

| | | |
|---|---|---|
| | | Notice of Appeal, filed by Silvia Seijas, Thomas L. Pico Estrada, Heather M. Munton. (tp) (Entered: 12/08/2009) |
| 12/31/2009 | 140 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 138 Notice of Appeal, filed by Silvia Seijas, Thomas L. Pico Estrada, Heather M. Munton USCA Case Number 09-3888-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) (Entered: 12/31/2009) |
| 02/18/2010 | 141 | MANDATE of USCA (Certified Copy) as to 117 Notice of Appeal, filed by The Republic of Argentina. USCA Case Number 08-2981-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Capital Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 2/8/2010. (nd) (Entered: 02/18/2010) |
| 04/14/2010 | 142 | ORDER TO SHOW CAUSE: The Republic of Argentina shall show cause as to why this Court should not enter an Order temporarily restraining and enjoining Defendant Republic of Argentina, its servants, employees, agents, representatives and any person acting in concert with them. Show Cause Hearing set for 4/15/2010 at 04:30 PM before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/14/2010) (jfe) (Entered: 04/14/2010) |
| 04/14/2010 | 143 | MEMORANDUM OF LAW in Support of Plaintiff's Motion for a Temporary Restraining Order, A Preliminary Injunction and Expedited Discovery. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mro) (Entered: 04/15/2010) |
| 04/14/2010 | 144 | DECLARATION of Guillermo Gleizer in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. |

| | | Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mro) (Entered: 04/16/2010) |
|---|---|---|
| 04/14/2010 | 145 | DECLARATION of Guillermo Gleizer (with exhibits attached hereto) in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mro) (Entered: 04/16/2010) |
| 04/23/2010 | 146 | NOTICE OF APPEARANCE by Alexander Reus on behalf of Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada (mro) (Entered: 04/26/2010) |
| 04/23/2010 | 148 | MOTION for Carlos F. Gonzalez to Appear Pro Hac Vice. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(mro) (Entered: 04/26/2010) |
| 04/23/2010 | 149 | MOTION for Margaret T. Perez to Appear Pro Hac Vice. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(mro) (Entered: 04/26/2010) |
| 04/23/2010 | 150 | MOTION for Michael Diaz, Jr. to Appear Pro Hac Vice. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(mro) (Entered: 04/26/2010) |
| 04/26/2010 | 147 | OPINION: The motions before the court in the 10 captioned cases are denied. (Signed by Judge Thomas P. Griesa on 4/26/2010) (tro) (Entered: 04/26/2010) |
| 04/27/2010 | | CASHIERS OFFICE REMARK on 150 Motion to Appear Pro Hac Vice, 149 Motion to Appear Pro Hac Vice, 148 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 04/23/2010, Receipt Number 901537. (jd) (Entered: 04/27/2010) |
| 04/30/2010 | 151 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 152 | STIPULATION AND ORDER OF SUBSTITUTION OF PLAINTIFFS' CO-LEAD COUNSEL that Diaz, Reus & Targ, LLP be and hereby is substituted as attorney of record and Co-Lead Counsel for the Lead Plaintiffs and Class Representatives in the above-captioned matters, in place and stead of the Law Offices of Guillermo A. Gleizer, as of the date hereof. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 153 | CERTIFICATE OF SERVICE of Motions to Admit Counsel Pro Hac Vice served on Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewart & Halebian, LLP on 4/26/10. Service was made by U.S. Mail. (mro) (Entered: 05/04/2010) |
| | | |

# A-23

| | | |
|---|---|---|
| 05/03/2010 | 154 | MOTION for Marta Colomar Garcia to Appear Pro Hac Vice. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada.(mro) (Entered: 05/04/2010) |
| 05/10/2010 | 155 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Guillermo Gleizer dated 5/3/2010 re: Class Members-Judgment Creditors request to be treated "the same" and not worse than every other recipient of the Exchange Offer. ENDORSEMENT: Denied. So ordered. (Signed by Judge Lawrence M. McKenna, Part I, on 5/10/2010) (tve) (Entered: 05/10/2010) |
| 05/17/2010 | | CASHIERS OFFICE REMARK on 154 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/03/2010, Receipt Number 902378. (jd) (Entered: 05/17/2010) |
| 05/17/2010 | 156 | NOTICE OF APPEARANCE by Guillermo Ariel Gleizer on behalf of Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada (mro) (Entered: 05/18/2010) |
| 05/20/2010 | 157 | ORDER: In light of the above circumstances, which "reaffirm Plaintiffs' concerns that they may receive nothing in return under the proposed Exchange Offer," plaintiffs request that the court "require Argentina to maintain in escrow all relevant incoming bonds (whether old or new) and cash, if any." After consideration of the circumstances outlined above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 5/20/2010) (jpo) (Entered: 05/20/2010) |
| 05/24/2010 | 158 | MEMORANDUM OF LAW in Support of Order to Show Cause. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | 159 | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Jonathan I. Blackman, Carmine D. Boccuzzi, Christopher P. Moore (attorneys for defendants the Republic of Argentina) on 5/24/10. Service was made by U.S. Mail and Email. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | 160 | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Banco Nacion Argentina on 5/24/10. Service was made by U.S. Mail. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | 161 | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on HSBC on 5/24/10. Service was made by U.S. Mail. (mro) (Entered: 05/25/2010) |
| 05/25/2010 | 162 | WRIT OF EXECUTION AND ORDER TO SHOW CAUSE. IT IS HEREBY ORDERED, that a Writ of Execution is hereby issued; pursuant to this Writ of Execution, Rule 69(a) of the Federal Rules of Civil Procedure and -as applicable- FSIA, 28 U.S.C. §1610, Plaintiffs are authorized to execute upon certain property of Argentina as previously authorized by further Order of this court within this jurisdiction in satisfaction of the outstanding final |

| | | judgments, amounting, to date in total to the sum of $2,243,075,681.00 until full payment and as further set forth in this order. Defendant The Republic of Argentina shall show cause as to why an order of execution pursuant to Rule 69 (a) of the Federal Rules of Civil Procedure and CPLR § 5230 shall not issue to the Sheriff of New York County or the United States Marshal directing him to satisfy the Judgments out of the Funds held by or for the benefit of Argentina in the Accounts maintained by BNA.(Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa., Show Cause Response due by 6/2/2010.). Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
|---|---|---|
| 05/25/2010 | 163 | RESTRAINING NOTICE TO GARNISHEE. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 164 | RESTRAINING NOTICE TO GARNISHEE. To: HSBC Bank 550 Fashion Avenue, New York, New York 10018. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 165 | RESTRAINING NOTICE TO GARNISHEE. To: Banco de la Nacion Argentina 225 Park Avenue, New York, New York 10017. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/26/2010 | 166 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 154 Motion for Marta Colomar Garcia to Appear Pro Hac Vice. (Signed by Judge Thomas P. Griesa on 5/26/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 167 | RESTRAINING NOTICE TO GARNISHEE: (Re: HSBC Bank) The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 49 of 284

# A-25

| | | |
|---|---|---|
| | | you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) Modified on 5/27/2010 (jpo). (Entered: 05/27/2010) |
| 05/27/2010 | 168 | RESTRAINING NOTICE TO GARNISHEE: (Re: Banco de la Nacion Argentina) The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 169 | ORDER: The U.S. Marshals Service is directed to defer taking actual possession of or levying upon any property pursuant to the Orders until further order of this Court; ORDERED, the Blanket Orders are immediately vacated for the reasons stated in the Republic's May 25, 2010 letter; ORDERED, as provided for under the OSC, objections or responses to the BNA Orders and HSBC Orders shall be filed on or before June 2, 2010 at 12:00 p.m., or at such other time set by the Court. (Signed by Judge Thomas P. Griesa on 5/27/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | | Set Deadlines/Hearings: Responses due by 6/2/2010 (jpo) (Entered: 05/27/2010) |
| 06/04/2010 | 170 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada (mro) (Entered: 06/04/2010) |
| 06/04/2010 | 171 | ORDER granting 150 Motion for Michael Diaz Jr. to Appear Pro Hac Vice. So Ordered. (Signed by Judge Thomas P. Griesa on 6/4/2010) (js) (Entered: 06/04/2010) |
| 06/04/2010 | 172 | ORDER granting 149 Motion for Margaret T. Perez to Appear Pro Hac Vice. So Ordered. (Signed by Judge Thomas P. Griesa on 6/4/2010) (js) (Entered: |

| | | 06/04/2010) |
|---|---|---|
| 06/04/2010 | 173 | ORDER granting 148 Motion for Carlos F. Gonzalez to Appear Pro Hac Vice. So Ordered. (Signed by Judge Thomas P. Griesa on 6/4/2010) (js) (Entered: 06/04/2010) |
| 06/07/2010 | 174 | MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. ***Declaration of Rahul Mukhi and exhibits attached hereto. (Received in the night deposit box on 6/7/10 at 6:08pm)(mro) (Entered: 06/08/2010) |
| 06/07/2010 | 175 | MEMORANDUM OF LAW in Support re: 174 MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. (Received in the night deposit box on 6/7/10 at 6:08pm) (mro) (Entered: 06/08/2010) |
| 06/18/2010 | 176 | MANDATE of USCA (Certified Copy) as to (65 in 1:04-cv-02117-TPG) Notice of Appeal, filed by The Republic of Argentina, (126 in 1:04-cv-00400-TPG) Notice of Appeal, filed by The Republic of Argentina, (66 in 1:04-cv-00936-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00506-TPG) Notice of Appeal, filed by Republic of Argentina, (66 in 1:04-cv-00401-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-01085-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00937-TPG) Notice of Appeal, filed by The Republic of Argentina, (55 in 1:04-cv-02118-TPG) Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0332-cv(L). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, REMANDED in part in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 06/17/2010. (nd) (Entered: 06/18/2010) |
| 06/18/2010 | | Transmission of USCA Mandate/Order to the District Judge re: (176 in 1:04-cv-00400-TPG, 96 in 1:04-cv-00937-TPG, 99 in 1:04-cv-00401-TPG, 96 in 1:04-cv-01085-TPG, 97 in 1:04-cv-00936-TPG, 86 in 1:04-cv-02118-TPG, 95 in 1:04-cv-00506-TPG, 96 in 1:04-cv-02117-TPG) USCA Mandate,,,. (nd) (Entered: 06/18/2010) |
| 06/23/2010 | 177 | TRANSCRIPT of proceedings held on June 3, 2010 4:15 p.m. before Judge Thomas P. Griesa. (ajc) (Entered: 06/24/2010) |
| 07/01/2010 | 178 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 7/1/10) (pl) (Entered: 07/02/2010) |
| 07/07/2010 | 179 | TRANSCRIPT of proceedings held on June 8, 2010 2:25 p.m. before Judge Thomas P. Griesa. (ajc) (Entered: 07/07/2010) |
| 08/05/2010 | 180 | MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas.(mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |

| 08/05/2010 | 181 | MEMORANDUM OF LAW in Support re: 180 MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| --- | --- | --- |
| 08/19/2010 | 182 | RESPONSE by the Republic of Argentina to plaintiffs' Motion to Clarify. Document filed by The Republic of Argentina. (mro) (Entered: 08/23/2010) |
| 08/25/2010 | <u>183</u> | ORDER: The court hereby withdraws Footnote 1 of the July 23,2010 opinion in Aurelius Capital Partners, LP v. Republic of Argentina, 07 Civ. 2715 (TPG), and notes that the Seijas plaintiffs have not formally abandoned whatever rights they have in connection with this claim. (Signed by Judge Thomas P. Griesa on 8/23/2010) (jpo) (Entered: 08/25/2010) |
| 09/22/2010 | <u>184</u> | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated 4/19/10 re: I write to follow up on the April 15, 2010 hearing in the above-captioned matters concerning the Republic's prospective exchange offer. ENDORSEMENT: To be docketed. So Ordered. (Signed by Judge Thomas P. Griesa on 9/21/10) (db) Modified on 10/1/2010 (db). (Entered: 09/22/2010) |
| 09/22/2010 | 190 | ORDER TO SHOW CAUSE filed by Heather M. Munton. The Republic of Argentina Show Cause Hearing set for 10/6/2010 at 04:00 PM before Judge Thomas P. Griesa. Show Cause Response due by 10/13/2010. It is hereby Ordered that defendant, The Republic of Argentina, show cause at the United States District Court for the Southern District of New York, U.S. Courthouse, 500 Pearl Street, New York, NY before the Honorable Thomas P. Griesa, on October 15, 2010 at 10 a.m. or soon thereafter as counsel may be heard, why this Court should not enter judgments in the amounts and forms set forth as Appendices A-H hereto; and it is further Ordered that any opposition or other response (including any evidence in opposition) to the proposed judgments shall be filed and serves no later than 4 p.m. on October 6, 2010(service to be made by e-mail to Plaintiff's counsel, Proskauer Rose, Sirota & Sirota, and Diaz Reus, with a courtesy copy by e-mail to the Court); and it is further ordered that Plaintiffs may file and serve any reply papers in support of the judgments by no later than 4 p.m. on October 13, 2010 (service to be made by mail to defendant's counsel, Cleary Gottlieb Steen & Hamilton, with courtesy copy by e-mail to the Court); and it is further Ordered that personal service of this Order and the papers upon which it was granted upon Defendant's counsel, Cleary Gottlieb Steen & Hamilton, at 1 Liberty Plaza, New York, NY 10006 on or before September 22, 2010 shall be deemed good and sufficient service thereof. (Signed by Judge Thomas P. Griesa on 9/22/2010) (mbe) (Entered: 10/05/2010) |
| 09/23/2010 | 185 | DECLARATION of Michael Adler. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (mro) (Entered: 09/24/2010) |
| 09/23/2010 | 186 | MEMORANDUM OF LAW in Support of entry of revised Class Judgments. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (mbe) (Entered: 09/24/2010) |
| | | |

# A-28

| | | |
|---|---|---|
| 09/23/2010 | 187 | DECLARATION of Jennifer Scullion. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (mro) (Entered: 09/24/2010) |
| 09/23/2010 | 188 | DECLARATION of Scott D. Hakala, PH.D, CFA. (mbe) (Entered: 09/24/2010) |
| 10/04/2010 | 189 | ORDER: Plaintiffs request that the court compel the Republic to respond to interrogatories and document requests dated September 29, 2010. Plaintiffs seek to determine whether it is the Republic's present intention to issue new bonds in the next twelve months, and, if so, plaintiffs seek further information. The Republic opposes the request in its entirety. Plaintiffs' request is denied. (Signed by Judge Thomas P. Griesa on 10/4/10) (db) (Entered: 10/04/2010) |
| 10/06/2010 | 192 | DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 193 | CERTIFICATE OF SERVICE of the Memorandum of Law of the Republic of Argentina in Opposition to Entry of Revised Aggregate Class Judgments served on Michael Diaz, Jr., and Jennifer Scullion on 10/6/2010. Service was made by Federal Express.. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/07/2010 | 191 | MEMORANDUM OF LAW of the Republic of Argentina in Opposition to entry of revised Aggregated Class Judgments. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/12/2010 | 194 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine Boccuzzi dated 10/12/10 re: Briefing schedule for further briefing the order to show cause as follows. ENDORSEMENT: So Ordered. (Plaintiff Reply due by 10/13/2010. The Republic may make a supplemental filing addressing the opinions of plaintiffs' expert Prof. Michael Adler by Monday, 10/18 at noon. Hearing set for Tuesday, 10/19/2010 at 11:00 AM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/12/10) (cd) (Entered: 10/13/2010) |
| 10/13/2010 | 195 | REPLY MEMORANDUM OF LAW in Support of Entry of Revised Class Judgments. Document filed by Plaintiff Classes. (Received in the night deposit box on 10/13/10 at 10:47pm). (mro) (Entered: 10/18/2010) |
| 10/13/2010 | 196 | REPLY DECLARATION of Jennifer Scullion in Support of Plaintiffs' Reply on their Order to Show Cause for entry of revised Class Judgments. Document filed by Plaintiff Classes. ***Exhibits attached hereto. (Received in the night deposit box on 10/13/10 at 10:47pm) (mro) (Entered: 10/18/2010) |
| 10/18/2010 | 197 | SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO THE DECLARATION OF MICHAEL ADLER CONCERNING REVISED AGGREGATED CLASS JUDGMENT. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/18/2010 | 198 | SUPPLMENTAL DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/19/2010 | 199 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF |

# A-29

| | | |
|---|---|---|
| | | ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/19/2010) |
| 11/05/2010 | 200 | TRANSCRIPT of proceedings held on 10/19/2010 before Judge Thomas P. Griesa. (mbe) (Entered: 11/08/2010) |
| 11/12/2010 | 201 | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATMENTS. Document filed by The individual persons and entities listed in Annex A. (mro) (Entered: 11/15/2010) |
| 12/20/2010 | 202 | MANDATE of USCA (Certified Copy) as to 138 Notice of Appeal, filed by Silvia Seijas, Thomas L. Pico Estrada, Heather M. Munton USCA Case Number 09-3888-cv. Ordered, Adjudged and Decreed the appeal is DISMISSED without prejudice. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 12/20/2010. (nd) (Entered: 12/20/2010) |
| 12/20/2010 | | Transmission of USCA Mandate/Order to the District Judge re: 202 USCA Mandate,. (nd) (Entered: 12/20/2010) |
| 03/29/2011 | 203 | OPINION: #100142 The motion to vacate the May 24 orders is granted. This resolves the motions listed as document numbers 174 in case 04 Civ. 400; 97 in 04 Civ. 401; 93 in 04 Civ. 506; 95 in 04 Civ. 936; 94 in 04 Civ. 937, 04 Civ. 1085, and 04 Civ. 2117; and 84 in 04 Civ. 21 18. SO ORDERED. (Signed by Judge Thomas P. Griesa on 3/29/2011) (lnl) Modified on 3/31/2011 (ajc). (Entered: 03/29/2011) |
| 05/19/2011 | | Minute Entry for proceedings held before Judge Thomas P. Griesa: Interim Pretrial Conference held on 5/19/2011. (mbe) (Entered: 05/20/2011) |
| 06/06/2011 | 204 | TRANSCRIPT of Proceedings re: argument held on 5/19/2011 before Judge Thomas P. Griesa. Court Reporter/Transcriber: Linda Fisher, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/30/2011. Redacted Transcript Deadline set for 7/11/2011. Release of Transcript Restriction set for 9/8/2011.(McGuirk, Kelly) (Entered: 06/06/2011) |
| 06/06/2011 | 205 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 5/19/2011 has |

| | | |
|---|---|---|
| | | been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 06/06/2011) |
| 06/15/2011 | 206 | TRANSCRIPT of Proceedings re: argument held on 5/19/2011 before Judge Thomas P. Griesa. Court Reporter/Transcriber: Linda Fisher, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/11/2011. Redacted Transcript Deadline set for 7/21/2011. Release of Transcript Restriction set for 9/16/2011.(McGuirk, Kelly) (Entered: 06/15/2011) |
| 06/15/2011 | 207 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 5/19/2011 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 06/15/2011) |
| 07/22/2011 | 208 | STIPULATION AND ORDER that without waiver of the Republic's positions on aggregate judgments and acceleration, all of which are expressly preserved for any appeal, the amounts of principal and interest for each Plaintiff Class is currently calculated as further set forth in this document and detailed in the chart attached hereto as Exhibit B. (Signed by Judge Thomas P. Griesa on 7/22/11) (cd) (Entered: 07/22/2011) |
| 07/22/2011 | 209 | JUDGMENT #11,1413 in favor of Heather M. Munton, Silvia Seijas, Thomas L. Pico Estrada against The Republic of Argentina in the amount of $ 32,419,026.05. (Signed by Judge Thomas P. Griesa on 7/22/11) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Transmission to Docket Assistant Clerk. Transmitted re: 209 Judgment, to the Docket Assistant Clerk for case processing. (dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Mailed notice of Right to Appeal re: 209 Judgment, to Attorney(s) of Record: Jennifer R. Scullion, Bertrand Charles Sellier, Alexander Reus, William Henry Weisman, Saul Roffe, Michael Diaz, Jr, Howard Barry Sirota, Guillermo Ariel Gleizer, Marta Colomar Garcia, Margaret T. Perez, Eric R. Levine, Carlos F. Gonzalez, Carmine D. Boccuzzi, Jr, Jonathan I. Blackman. (eef) (Entered: 07/26/2011) |
| 08/15/2011 | 210 | NOTICE OF APPEAL from 209 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number 11465400150. Copies of Notice of Appeal mailed to Attorney(s) of Record: Diaz Reus; Stark & Stark LLP; Proskauer Rose LLP; Sirota & Sirota LLP. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 210 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| | | |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 55 of 284

# A-31

| | | |
|---|---|---|
| 08/16/2011 | | Transmission of Notice of Appeal to the District Judge re: 210 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/24/2011 | | USCA Case Number 11-3323 from the USCA 2nd Circuit assigned to 210 Notice of Appeal, filed by The Republic of Argentina. (tp) (Entered: 08/24/2011) |
| 08/25/2011 | 211 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 210 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3323, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/25/2011) |
| 09/07/2012 | 212 | MANDATE of USCA (Certified Copy) as to 210 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3323. Ordered, Adjudged and Decreed that the judgments of the District Court are AFFIRMED in part, VACATED in part, and the case is REMANDED for further proceedings.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/07/2012. (nd) (Entered: 09/07/2012) |
| 09/07/2012 | | Transmission of USCA Mandate/Order to the District Judge re: 212 USCA Mandate,. (nd) (Entered: 09/07/2012) |
| 11/26/2012 | 213 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jason A. Zweig dated 11/21/2012 re: Class counsel in the cases and counsel for Argentina have conferred and jointly propose the following schedule for discovery and hearing on the issues identified for remand: February 15, 2013 - Fact Discovery Completed; March 15, 2013 - Parties Exchange Expert Reports; April 5, 2013 - Parties Exchange Rebuttal Reports (if necessary); April 26, 2013 - Expert Depositions Completed. ENDORSEMENT: Approved. (Deposition due by 4/26/2013, Fact Discovery due by 2/15/2013.) (Signed by Judge Thomas P. Griesa on 11/26/2012) (djc) (Entered: 11/30/2012) |
| 08/22/2013 | 214 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/21/2013 re: The parties jointly propose the following schedule: Plaintiff's Motion: September 12, 2013; Defendant's Opposition: October 18, 2013; Plaintiff's Reply: November 1, 2013. ENDORSEMENT: Approved., ( Motions due by 9/12/2013., Responses due by 10/18/2013., Replies due by 11/1/2013.) (Signed by Judge Thomas P. Griesa on 8/22/2013) (lmb) (Entered: 08/22/2013) |
| 09/12/2013 | 215 | NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas.(lmb) (Entered: 09/16/2013) |
| 09/12/2013 | 216 | MEMORANDUM OF LAW in Support re: 215 NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (lmb) (Entered: 09/16/2013) |
| 10/16/2013 | 217 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated 10/15/2013 re: We represent defendant the Republic of Argentina (the "Republic") in the above captioned actions. The parties have |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 56 of 284

## A-32

| | | |
|---|---|---|
| | | agreed to extend, from October 18, 2013, to October 25, 2013, the deadline for the Republic to file opposition papers to plaintiffs' motions to modify the class definition. Pursuant to this agreement, the deadline for plaintiffs to file reply papers would be extended from November 1, 2013, to November 15, 2013. ENDORSEMENT: Approved. ( Responses due by 10/25/2013, Replies due by 11/15/2013.) (Signed by Judge Thomas P. Griesa on 10/16/2013) (ama) (Entered: 10/16/2013) |
| 11/08/2013 | 218 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 11/06/2013 re: The parties have agreed to extend the Plaintiffs' deadline to file reply papers in further support of their motions to modify the class definitions from November 15, 2013 to November 22, 2013. ENDORSEMENT: Approved., ( Replies due by 11/22/2013.) (Signed by Judge Thomas P. Griesa on 11/08/2013) (ama) (Entered: 11/08/2013) |
| 11/19/2013 | 219 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jeniphr Breckenridge dated 11/15/2013 re: Counsel for Brecher Plaintiffs requests that Your Honor so-order the modified briefing schedule by endorsement of this letter. ENDORSEMENT: Approved. Set Deadlines/Hearing as to (78 in 1:06-cv-15297-TPG) MOTION Modify Class Definition: Replies due by 11/22/2013. (Signed by Judge Thomas P. Griesa on 11/19/2013) ***Filed in 06cv15297, 04cv5068, 04cv400, 04cv401, 04cv506, 04cv936, 04cv937, 04cv1085, 04cv2117, and 04cv2118(tn) Modified on 11/25/2013 (tn). (Entered: 11/20/2013) |
| 11/22/2013 | 220 | REPLY MEMORANDUM OF LAW in Support re: 215 MOTION. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (ft) (Entered: 12/04/2013) |
| 11/22/2013 | 221 | REPLY DECLARATION of Jennifer R. Scullion in Support re: 215 MOTION. Document filed by Silvia Seijas. (ft) (Entered: 12/04/2013) |
| 02/24/2014 | | Minute Entry for proceedings held before Judge Thomas P. Griesa: Status Conference on Motions to modify class definitions held on 2/24/2014. Motions granted in open court. Plaintiffs to submit proposed orders. (Court Reporter Jennifer Thun) (Beale, Jon) (Entered: 02/24/2014) |
| 03/18/2014 | 222 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/21/2014 before Judge Thomas P. Griesa. Court Reporter/Transcriber: Jennifer Thun, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/11/2014. Redacted Transcript Deadline set for 4/21/2014. Release of Transcript Restriction set for 6/19/2014.(McGuirk, Kelly) (Entered: 03/18/2014) |
| 03/18/2014 | 223 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/21/2014 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without |

| | | |
|---|---|---|
| | | redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/18/2014) |
| 04/24/2014 | 224 | ORDER GRANTING MOTION TO MODIFY CLASS DEFINITION AND CERTIFYING MODIFIED CLASS: granting 215 Motion to Modify Class Definitions. IT IS HEREBY ORDERED THAT: 1. The Court finds: There is good and sufficient cause to modify the existing class definition to encompass the Holder Class; modification of the class definition will serve the interests of justice and will not prejudice Argentina or any holder; the Holder Class satisfies the requirements of Rule 23 (including numerosity, commonality, typicality, and fair and adequate representation) and is ascertainable by reference to objective criteria; and the requirements of FED. R. CIV. P. 23(b)(3) and 23(c)(2)(B) will be satisfied, and Due Process rights of actual and potential Holder Class members will be protected, by notice and opt out procedures. 2. The Court therefore GRANTS Plaintiffs' motion to modify the class definition to encompass, as modified, "all holders of Republic of Argentina 11% Global Notes due October 9, 2006 (CUSIP/ISIN # US040114AN02)," a "holder" being an owner of a beneficial interest in said bonds. Excluded from the Holder Class are all holders to the extent that their holdings (x) are the subject of a separately pending lawsuit or claim in arbitration to collect on such holdings or (y) have been exchanged for new bonds or otherwise extinguished. Holders that timely opt out pursuant to the attached procedures also will be excluded from the Holder Class. 3. The Court hereby appoints Proskauer Rose LLP, Diaz Reus & Targ LLP, and Saul Roffe as co-Class Counsel for the Holder Class. (Signed by Judge Thomas P. Griesa on 4/24/2014) (lmb) Modified on 4/25/2014 (lmb). (Entered: 04/24/2014) |
| 06/19/2014 | 225 | ORDER of USCA (Certified Copy) USCA Case Number 14-1444. Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's orders granting class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.,* 262 F.3d 134,139-40 (2d Cir. 2001). The appeals will be heard in tandem. The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 06/19/2014. (nd) Modified on 6/19/2014 (nd). **[New USCA Case No. 14-2108-cv]** (Entered: 06/19/2014) |
| 06/19/2014 | | Appeal Fee Due: re: FRCP 23(f) granting leave to appeal the District Court's order granting class certification. $505.00 Appeal filing fee due. (nd) (Entered: 06/19/2014) |
| 06/20/2014 | | USCA Appeal Fees received $ 505.00 receipt number 465401098434 on 6/20/2014 re: Rule 23f Appeal. USCA Case No. 14-2108-cv. (tp) (Entered: 06/20/2014) |
| 06/26/2014 | 226 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal. USCA Case Number 14-2108, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) (Entered: 06/26/2014) |
| 06/30/2014 | 227 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from William |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page 57 of 284

| | | H. Weisman dated 6/24/2014 re: Counsel requests to be terminated as an attorney of record for Plaintiffs in the above-referenced matter. ENDORSEMENT: So ordered. Attorney William Henry Weisman terminated. (Signed by Judge Thomas P. Griesa on 6/30/2014) (tn) (Entered: 06/30/2014) |
|---|---|---|
| 07/23/2014 | 228 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 7/23/2014 re: Settlement Negotiations. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas.(Scullion, Jennifer) (Entered: 07/23/2014) |
| 07/24/2014 | 229 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 230 | NOTICE OF APPEARANCE by Michael Todd Mobley on behalf of Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (Mobley, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 231 | MOTION for Preliminary Injunction . Document filed by Heather M. Munton, Silvia Seijas. (Attachments: # 1 Exhibit A)(Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 232 | MEMORANDUM OF LAW in Support re: 231 MOTION for Preliminary Injunction . *Memorandum of Law in Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 233 | CERTIFICATE OF SERVICE of Notice of Motion for Preliminary Injunction and Supporting Papers served on Carmine Boccuzzi, Attorney for Defendant on 7/24/14. Service was accepted by ECF and Hand Delivery. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 234 | NOTICE OF APPEARANCE by Michael Diaz, Jr on behalf of Silvia Seijas. (Diaz, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 235 | NOTICE OF APPEARANCE by Carlos F. Gonzalez on behalf of Silvia Seijas. (Gonzalez, Carlos) (Entered: 07/24/2014) |
| 08/06/2014 | 236 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/6/2014 re: Response the Mr. Blackman's letter. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (Attachments: # 1 Appendices A - C)(Scullion, Jennifer) (Entered: 08/06/2014) |
| 08/15/2014 | 237 | ORDER. On July 24, 2014, plaintiffs filed a motion for a preliminary injunction, seeking essentially the same relief granted to plaintiffs in NML Capital, Ltd., et al. v. The Republic of Argentina, No. 08-cv-6978, and related cases. By letter dated August 5, 2014, the Republic asked the court to defer briefing on plaintiffs' motion or grant the Republic an extension to file its opposition. The court will defer briefing on plaintiffs' motion according to the following schedule: The Republic's opposition shall be filed no later than August 29, 2014. Plaintiffs' reply shall be filed no later than September 12, |

|  |  | 2014. So ordered. (Responses due by 8/29/2014. Replies due by 9/12/2014.) (Signed by Judge Thomas P. Griesa on 8/15/2014) (rjm) (Entered: 08/15/2014) |
|---|---|---|
| 08/15/2014 | 238 | ORDER: IT IS HEREBY: ORDERED, that the Republic's Memorandum of Law in Opposition to Plaintiffs' Motion to Modify the Class Definition and the Declaration of Carmine D. Boccuzzi in support thereof be added to the docket in each of the above-captioned cases. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/15/2014) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B-2, # 4 Exhibit B-3)(ama) (Entered: 08/15/2014) |
| 08/18/2014 |  | First Supplemental ROA Sent to USCA (Electronic File). USCA Case Number 14-2108, Certified Supplemental Indexed record on Appeal Electronic Files for 238 Order, were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/18/2014) |
| 08/19/2014 | 239 | ORDER: The court directs the Clerk's Office to designate all of the above-captioned actions as ECF cases. Barring issues related to confidential, privileged, or otherwise sensitive information, parties are directed to file all documents electronically and send a courtesy copy to the court. (Signed by Judge Thomas P. Griesa on 8/19/2014) (kgo) (Entered: 08/19/2014) |
| 08/19/2014 |  | Case Designated ECF. (kgo) (Entered: 08/19/2014) |
| 08/26/2014 | 240 | MEMORANDUM OF LAW in Support re: 231 MOTION for Preliminary Injunction . *Supplement to Memorandum of Law In Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (Attachments: # 1 Appendix A, # 2 Appendix B)(Scullion, Jennifer) (Entered: 08/26/2014) |
| 08/29/2014 | 241 | MEMORANDUM OF LAW in Opposition re: 231 MOTION for Preliminary Injunction . *, dated August 29, 2014*. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 08/29/2014 | 242 | DECLARATION of Carmine D. Boccuzzi, dated August 29, 2014, with Exhibits in Opposition re: 231 MOTION for Preliminary Injunction .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit I-K) (Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 09/12/2014 | 243 | REPLY MEMORANDUM OF LAW in Support re: 231 MOTION for Preliminary Injunction . . Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (Scullion, Jennifer) (Entered: 09/12/2014) |
| 09/12/2014 | 244 | DECLARATION of Jennifer R. Scullion in Support re: 231 MOTION for Preliminary Injunction .. Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (Attachments: # 1 Exhibit s A-B, # 2 Exhibit s C-E) (Scullion, Jennifer) (Entered: 09/12/2014) |

Case 14-2104, Document 49, 10/01/2014, 1334185, Page   60 of 284

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00401-TPG

Seijas et al v. The Republic Of Argentina
Assigned to: Judge Thomas P. Griesa
Related Cases:   1:02-cv-05699-TPG
                 1:07-cv-05593-TPG
                 1:06-cv-13084-TPG
Case in other court: USCA 2nd Circuit, 11-03324
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 01/16/2004
Date Terminated: 01/09/2009
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Silvia Seijas**                                  represented by  **Bertrand Charles Sellier**
                                                                   Vandenberg & Feliu, LLP
                                                                   60 East 42nd Street,
                                                                   51st Floor
                                                                   New York, NY 10165
                                                                   212-763-6833
                                                                   Fax: 212-380-0172
                                                                   Email: bsellier@rlrpclaw.com
                                                                   *LEAD ATTORNEY*

                                                                   **Guillermo Ariel Gleizer**
                                                                   Guillermo A. Gleizer, Esq.
                                                                   347 Fifth Avenue, Suite 1402
                                                                   New York, NY 10016
                                                                   (917) 539-0175
                                                                   Fax: (212) 918-7958
                                                                   Email: ari.gui@gmail.com
                                                                   *LEAD ATTORNEY*

                                                                   **Michael Todd Mobley**
                                                                   Proskauer Rose, LLP
                                                                   Eleven Times Square
                                                                   New York, NY 10036
                                                                   (212) 969-3212
                                                                   Fax: (212) 969-2900
                                                                   Email: mmobley@proskauer.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Saul Roffe**
Sirota & Sirota, LLP(Queens)
125 Beach 128th Street
Queens, NY 11694
(609) 791-7007
Fax: (609) 896-9060
Email: saul@sirotalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
Diaz Reus
Bank of America Tower
100 S.E. Second Street
Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: cgonzalez@diazreus.com
*PRO HAC VICE*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**Marta Colomar Garcia**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*TERMINATED: 06/30/2014*

**Plaintiff**

**Emilio Romano**                    represented by **Bertrand Charles Sellier**
(See above for address)
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
(See above for address)
*LEAD ATTORNEY*

**Michael Todd Mobley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*

**Jennifer R. Scullion**
(See above for address)

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

**Plaintiff**

**Ruben Weiszman**                represented by **Bertrand Charles Sellier**
(See above for address)
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
(See above for address)
*LEAD ATTORNEY*

**Michael Todd Mobley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*

**Jennifer R. Scullion**
(See above for address)

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

**Plaintiff**

**Anibal Campo**                  represented by   **Bertrand Charles Sellier**
(See above for address)
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
(See above for address)
*LEAD ATTORNEY*

**Michael Todd Mobley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*

**Jennifer R. Scullion**
(See above for address)

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

**Plaintiff**

**Maria Copati**                    represented by    **Bertrand Charles Sellier**
(See above for address)
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
(See above for address)
*LEAD ATTORNEY*

**Michael Todd Mobley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*

**Jennifer R. Scullion**
(See above for address)

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

V.

**Defendant**

**The Republic of Argentina**    represented by **Jonathan I. Blackman**
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Vegas Import/Export S.A.S.**

V.

**Miscellaneous**

**The individual persons and entities
listed in Annex A**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2004 | | SUMMONS ISSUED as to The Republic of Argentina. (gmo, ) (Entered: 01/22/2004) |
| 01/16/2004 | 1 | COMPLAINT against The Republic of Argentina. (Receipt #496786) (Filing Fee $ 150.00.)Document filed by Thomas L. Pico Estrada, Heather M. Munton, Silvia Seijas. (gmo, ) Modified on 1/22/2004 (gmo, ). (Entered: 01/22/2004) |
| 01/16/2004 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:02-cv-5699. (gmo, ) (Entered: 01/22/2004) |
| 02/10/2004 | | CASE ACCEPTED AS RELATED TO 02-cv-59699. Notice of Assignment to follow. (gmo, ) (Entered: 02/11/2004) |
| 02/10/2004 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned no longer assigned to the case. (gmo, ) (Entered: 02/11/2004) |
| 02/10/2004 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (gmo, ) (Entered: 02/11/2004) |
| 02/13/2004 | 4 | CORRECTED AMENDED COMPLAINT amending 1 Complaint against The Republic of Argentina. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. Related document: 1 Complaint filed by Silvia Seijas.(tp, ) (Entered: 02/19/2004) |
| 02/13/2004 | | Set Answer Due Date re: 4 Amended Complaint as to The Republic of Argentina answer due on 2/23/2004. (tp, ) (Entered: 02/19/2004) |
| 02/16/2004 | 3 | AFFIDAVIT OF SERVICE of summons and Corrected Amended Class Action Complaint. The Republic of Argentina served on 2/2/2004, answer due 2/23/2004. Service was accepted by Roger Schmid, Asst, VP. Document filed by Anibal Campo ; Maria Copati ; Emilio Romano ; Silvia Seijas ; Ruben Weiszman. (djc, ) (Entered: 02/18/2004) |
| 04/05/2004 | 5 | ANSWER to Amended Complaint. Document filed by The Republic of Argentina. Related document: 4 Amended Complaint filed by Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati. (db, ) (Entered: 04/08/2004) |
| 08/13/2004 | 6 | NOTICE OF MOTION to Certify Class action and for Sirota & Sirota, Lovell Stewart Halbian and law firm of Guillermo Gleizer appointed co-lead counsel in this action.Request Oral Argument. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (pa, ) (Entered: 08/13/2004) |

9/26/2014                                                        SDNY CM/ECF Version 5.1.1

| 08/13/2004 | 7 | AFFIDAVIT of Saul Roffe in Support re: 6 MOTION to Certify Class.. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (pa, ) (Entered: 08/13/2004) |
|---|---|---|
| 08/13/2004 | 8 | MEMORANDUM OF LAW in Support re: 6 MOTION to Certify Class.. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (pa, ) (Entered: 08/13/2004) |
| 09/28/2004 | 9 | STIPULATION AND ORDER: the Republic will serve discovery requests concerning class certification issues on plaintiffs by 9/16/04, after which plaintiffs and the Republic will coordinate class discovery in the Proposed Class Actions. At the conclusion of class discovery in the Proposed Class Actions, Plaintiffs and the Republic will confer concerning an agreed-to briefing schedule for the Republic's papers in response to the class certification motion and the reply papers of Plaintiffs, if any, in further support of their motion. (Signed by Judge Thomas P. Griesa on 9/24/04) (kw, ) (Entered: 10/01/2004) |
| 01/24/2005 | 10 | NOTICE of Firm Name Change & Legal Status to Cleary Gottlieb, Steen & Hamilton LLP. Document filed by The Republic of Argentina.(ps, ) (Entered: 01/31/2005) |
| 03/21/2005 | | ENDORSED LETTER addressed to Judge Griesa from Saul Roffe dated 3/17/2005 re: request denied. Original filed in 04 cv 400. (Signed by Judge Thomas P. Griesa on 3/17/2005) (jsa, ) (Entered: 03/23/2005) |
| 03/28/2005 | 13 | MEMORANDUM OF LAW in Opposition re: 6 MOTION to Certify Class.. Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 14 | DECLARATION of Christopher P. Moore in Opposition re: 6 MOTION to Certify Class.(Vol. I of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 15 | DECLARATION of Christopher P. Moore in Opposition re: 6 MOTION to Certify Class.(Vol. II of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/30/2005 | 12 | CERTIFICATE OF SERVICE of Declaration of Christopher P. Moore served on Lovell Stewart Halebian, LLP on 3/30/05. Service was made by hand delivery. Document filed by The Republic of Argentina. (dle, ) (Entered: 04/06/2005) |
| 03/31/2005 | 11 | ORDER granting 6 Motion to Certify Class For reasons stated on the record at today's hearing, the motions are granted in all of the captioned cases except in Fuhr (04 civ. 507), Cooke (04 civ 508), Castro (04 civ 746) and Castro (04 civ 1183). . (Signed by Judge Thomas P. Griesa on 3/31/2005) (jsa, ) Modified on 4/4/2005 (jsa, ). Modified on 4/4/2005 (jsa, ).Plaintiff's attorneys are to settle appropriate orders. (Entered: 04/04/2005) |
| 04/12/2005 | | MEMORANDUM OF LAW in Support re: 6 MOTION to Certify Class. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. Original entry in 04cv400 document number 41 (yv, ) Modified on 4/19/2005 (yv, ). (Entered: 04/19/2005) |

| | | |
|---|---|---|
| 06/15/2005 | 16 | MOTION for Summary Judgment. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (ae, ) (Entered: 06/20/2005) |
| 06/15/2005 | 17 | AFFIDAVIT of Saul Roffe in Support re: 16 MOTION for Summary Judgment. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (ae, ) (Entered: 06/20/2005) |
| 06/15/2005 | 18 | MEMORANDUM OF LAW in Support re: 16 MOTION for Summary Judgment. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (ae, ) (Entered: 06/20/2005) |
| 07/19/2005 | 19 | NOTICE OF MOTION for Leave to Amend Pursuant to Rule 15(a) Defendant Leave to Amend the Answer, and for Such Other Relief as This Court Deems Just and Proper. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/20/2005) |
| 07/19/2005 | 20 | MEMORANDUM OF LAW of The Republic of Argentina in Support re: 19 MOTION for Leave to File.. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/20/2005) |
| 08/10/2005 | 21 | ORDER; granting Class Certification; the Court hereby appoints Sirota & Sirota LLP, the law Offices of Guillermo Gleizer and Lovell Steward Halebian LLP as co-lead counsel ("Class Counsel") in the prosecution of this action pursuant to Rule 23. (Signed by Judge Thomas P. Griesa on 8/5/05) (pl, ) (Entered: 08/12/2005) |
| 09/12/2005 | | AFFIDAVIT of Saul Roffe in Opposition re: 19 MOTION for Leave to File.. Document filed by Emilio Romano, Anibal Campo, Maria Copati, Silvia Seijas. (orig. docketed in 04cv400) (pl, ) (Entered: 09/15/2005) |
| 09/12/2005 | | MEMORANDUM OF LAW in Opposition re: 19 MOTION for Leave to File. (orig. document docketed in 04cv400 as document #55).(pl, ) (Entered: 09/16/2005) |
| 09/28/2005 | | ORDER Cede & Co. and Depository Trust Company appear in this Court at 500 Pearl Street, Courtroom 26B through their legal representatives on 9/28/05 at 4:30 p.m. to address the issues raised in the Conference before this Court on 9/13/05. Original filed in case 04cv400, doc #56. (Signed by Judge Thomas P. Griesa on 9/27/05) (jco, ) (Entered: 09/28/2005) |
| 09/28/2005 | | AFFIDAVIT OF SERVICE of Order served on William Sweeney, Esq on 9/27/2005. Service was accepted by William Sweeney, Esq.Original filed under 04cv400 document #57. (jar, ) (Entered: 10/03/2005) |
| 12/06/2005 | 22 | STIPULATION AND ORDER: The Republic will serve a consolidated response to the motions for summary judgment on or before 1/10/2006; Plaintiffs will serve a consolidated reply to the Republic's response to the motions for summary judgment, if any, on or before 1/27/2006. (Signed by Judge Thomas P. Griesa on 12/5/2005) (lb, ) (Entered: 12/06/2005) |
| 01/10/2006 | 23 | DECLARATION of Amy Chung in Opposition re: 16 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |

| 01/10/2006 | 24 | MEMORANDUM OF LAW in Opposition re: 16 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/17/2006 | 25 | ORDER denying as moot 19 Motion for Leave to File Document . (Signed by Judge Thomas P. Griesa on 1/13/06) (cd, ) (Entered: 01/18/2006) |
| 01/24/2006 | 26 | MEMORANDUM OF LAW in Support re: 16 MOTION for Summary Judgment.. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (jmi, ) (Entered: 01/25/2006) |
| 02/15/2006 | 27 | ORDER denying 16 Motion for Summary Judgment . (Signed by Judge Thomas P. Griesa on 2/15/06) (dle, ) (Entered: 02/17/2006) |
| 09/13/2006 | 28 | Statement of Opt-Out From Certified And Putative Class aCtions, as per Annex A. (cd, ) (Entered: 09/14/2006) |
| 09/18/2006 | 29 | NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. (ae, ) (Entered: 09/20/2006) |
| 11/06/2006 | 30 | NOTICE of Statement of opt-out from a certified class action. Document filed by Vegas Import/Export S.A.S.. (Boggio, Andrea) (Entered: 11/06/2006) |
| 11/06/2006 | | MOTION to Appoint the law firm of Proskauer Rose LLP as co-lead counsel in these actions. Attached is affidavit in support of Bertrand Sellier. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas.(orig. docmt dktd in 04 cv 400, docmt #69) (djc, ) Modified on 11/7/2006 (djc, ). (Entered: 11/07/2006) |
| 12/01/2006 | 31 | STIPULATION AND ORDER the Republic shall have until December 1, 2006 to serve papers in response to plaintiffs' motion to appoint Troskauer Rose LLP as co-lead counsel (the "Motion"). Plaintiffs shall have until December 8, 2006 to serve reply papers, if any, in further support of the Motion. Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel respresent that this is the first request for an extension of the briefing shcedule for the Motion. (Signed by Judge Thomas P. Griesa on 11/21/2006) (jmi, ) (Entered: 12/04/2006) |
| 12/01/2006 | 32 | DECLARATION of Amy Chung in Opposition re: MOTION to appoint Proskauer Rose LLP as co lead counsel. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/01/2006 | 33 | MEMORANDUM OF LAW in Opposition re: MOTION to appoint Proskauer Rose LLP as co lead counsel. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/08/2006 | | MEMORANDUM OF LAW in Support re: MOTION. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. Original filed in case 04cv400 (TPG), doc # 73. (jco, ) (Entered: 12/11/2006) |
| 12/08/2006 | | AFFIDAVIT of Bertrand C. Sellier in Support re: MOTION. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. Original filed in |

| | | case 04cv400 (TPG), doc # 74. (jco, ) (Entered: 12/11/2006) |
|---|---|---|
| 12/19/2006 | 34 | NOTICE of Notice of Errata To Previously Filed Opt-Out Statement by counsel for the parties listed in Annexes A to the Statement of Opt-Out from Certified and Putative Class Actions filed on 9/12/06. (pl, ) (Entered: 12/20/2006) |
| 12/19/2006 | 35 | Statement of Opt-Out from certified and putative class actions by counsel for the parties listed in Annexes A and B. (pl, ) (Entered: 12/20/2006) |
| 12/22/2006 | 36 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of all plaintiffs. New Address: Guillermo A. Gleizer, 6 Beechwood Court, East Hampton, NY, US 11937, 917-539-0175. (Gleizer, Guillermo) (Entered: 12/22/2006) |
| 12/22/2006 | 37 | AMENDMENT re: [29,34] NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. The following names should not have appeared in exhibit one to this notice: Anna Miccio, Antonio Gargiulo, Maria Gargiulo. (jmi, ) (Entered: 12/26/2006) |
| 02/16/2007 | 38 | CONFIDENTIALITY STIPULATION AND ORDER. The term "Confidential Information" means and includes any material, document or information that a producing party reasonably and in good faith believes is proprietary, personal, sensative, private and/or otherwise confidential, including, but not limited to financial, business and/or customer information. SO ORDERED. (Signed by Judge Thomas P. Griesa on 2/16/2007) (jar) (Entered: 02/21/2007) |
| 05/31/2007 | 39 | NOTICE of ERRATA to Previously filed Opt-Out Statements. Certain individuals and entities listed in either (i) Annex A to the opt-out notice filed on September 12, 2006 or (ii) Annex A to the opt-out notice filed on December 19, 2006, should not have been listed in either Annex for purposes of the Sept. 12, 2006 or December 19, 2006 filings. The names listed in Exhibit A. attached hereto should not have appeared in either of the afore-mentioned Annexes. The individuals and entities listed in Exhibit A remain participants in the above captioned actions. (djc) (Entered: 06/05/2007) |
| 09/05/2007 | | Minute Entry for proceedings held before Judge Thomas P. Griesa : Interim Pretrial Conference held on 9/5/2007. (djc) (Entered: 09/27/2007) |
| 09/28/2007 | 40 | ORDER APPOINTING CO-LEAD COUNSEL: on 11/6/2006, plaintiffs filed a motion seeking an order appointing Proskauer Rose LLP co-lead counsel for the Plaintiffs. A conference was held on 9/14/2007, to address the motion. Proskauer Rose LLP is hereby appointed as co-lead counsel for the plaintiffs. (Signed by Judge Thomas P. Griesa on 9/27/07) (kco) (Entered: 10/02/2007) |
| 09/28/2007 | | ***Attorney Bertrand Charles Sellier for Emilio Romano and Ruben Weiszman added. (kco) (Entered: 10/02/2007) |
| 12/04/2007 | 41 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of Emilio Romano, Anibal Campo, Maria Copati, Silvia Seijas. New Address: Guillermo A. Gleizer, 19 W 34th St. Suite 914, New York, NY, USA 10001, 9175390175. (Gleizer, Guillermo) (Entered: 12/04/2007) |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| 02/29/2008 | 42 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE of Errata to Previously Filed Opt-Out Statements re: 35 Remark, 28 Remark. Document filed by The individual persons and entities listed in Annex A. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Pell, Owen) Modified on 3/3/2008 (db). (Entered: 02/29/2008) |
| 03/03/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Owen Pell to MANUALLY RE-FILE Document NOTICE of Errata to Previously Filed Opt-Out Statements, Document No. 42. This case is not ECF. (db) (Entered: 03/03/2008) |
| 04/16/2008 | | AFFIDAVIT of Saul Roffe. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. Original document filed in case #04cv400, document #87. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 43 | MOTION for an order granting summary judgment in favor of Plaintiffs on all counts of the Complaint in the amount of $1,053,104,404 inclusive of accrued interest through April 30, 2008, plus accrued interest thereafter at the statutory rate of 9%. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 44 | MEMORANDUM OF LAW in Support re: 43 MOTION for Summary Judgment.. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 45 | RULE 56.1 STATEMENT. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 46 | NOTICE OF CHANGE OF ADDRESS by Howard B. Sirota on behalf of Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. New Address: Howard Sirota, Attorney at Law, 260 Madison Avenue, New York, New York, 10016, (212) 425-9055. (dle) (Entered: 04/18/2008) |
| 04/18/2008 | | DECLARATION of Guillermo A. Gleizer in Support of plaintiffs' motion for pre-judgment relief concerning property located in New York belonging to Argentina. Document filed by Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada. (tro) Original document filed under civil case no. 04-cv-400, document #92. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | | MEMORANDUM OF LAW in Support of Plaintiffs' Order to Show Cause. Original document filed under case no. 04-cv-400, document # 93. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | 47 | ORDER TO SHOW CAUSE: Defendants shall show cause on 4/30/2008 at 10:30 AM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa, as to why an order should not be made and entered, as set forth herein. Reply papers if any shall be served upon defendant's counsel at the time of the hearing. (Signed by Judge Thomas P. Griesa on 4/18/2008) (jpo) (Entered: 04/18/2008) |
| 04/25/2008 | | CERTIFICATE OF SERVICE of order to show cause and supporting documents served on Cynthia Scott on 4/18/08. Service was accepted by Cynthia Scott by hand |

| | | delivery. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (dle) Modified on 5/5/2008 (dle) Original document filed in case #04cv400, document #101. (Entered: 05/05/2008) |
|---|---|---|
| 04/28/2008 | | DECLARATION of Gleizer in support of plaintiffs' motion for pre-judgment relief concerning property located in Belgium and Germany belonging to Argentina. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. (orig. docmt dktd in case no. 04 cv 400, docmt #95) (djc) (Entered: 04/29/2008) |
| 04/28/2008 | 48 | ORDER TO SHOW CAUSE filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. The Republic of Argentina shall show cause as to why an order should not be entered Preliminary Restraining and Enjoining with respect to the Trust Bonds. Show Cause Response due by 4/29/2008. Show Cause Hearing set for 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/28/08) (cd) (Entered: 04/29/2008) |
| 04/30/2008 | 49 | MEMORANDUM OF LAW in Opposition to Plaintiffs' Motion for Preliminary Injunction and Restraining Order. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 50 | DECLARATION of Christopher P. Moore in Support re: 49 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 51 | DECLARATION of JoAnn D. Kamuf in Support re: 49 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 05/05/2008 | 52 | DECLARATION of Carlos Maria Tombeur. Document filed by The Republic of Argentina. (jp) (Entered: 05/06/2008) |
| 05/12/2008 | 53 | CERTIFICATE OF SERVICE of Memorandum of Law of the Republic of Argentina in opposition to Plaintiffs' Motions for Summary Judgment, dated May 12, 2008, the Declaration of Amy Chung dated May 12, 2008 including Exhbits A-E and Response of the Republic of Argentina to Plaintiffs' Local Rule 56.1 Statement served on Bertrand Sellier of Proskauer Rose LLP; Howard B. Sirota, Esq., Imtiaz Siddiqui, Esq., of Lovell Stewart Halebian LLP and Guilleremo A. Gleizer, Esq. on 5/12/08. Service was accepted by hand. Document filed by The Republic of Argentina. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 54 | RESPONSE to Plaintiffs' Local Rule 56.1 Statement. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 55 | MEMORANDUM OF LAW in Opposition re: 43 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (docmt received in night dep. on 5/2/08 at 5:59 p.m.) (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 56 | DECLARATION of Amy Chung in Opposition re: 43 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/16/2008 | 57 | DECLARATION of Severo Rizzo. Document filed by The Republic of Argentina. (pl) |

| | | |
|---|---|---|
| | | (Entered: 05/19/2008) |
| 05/30/2008 | 58 | NOTICE of Errata To Previously Filed Opt-Out Statements. Document filed by The individual persons and entities listed in Annex A. (dle) (Entered: 06/02/2008) |
| 06/03/2008 | 59 | STIPULATION AND ORDER: Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgment, dated 4/16/08, previously due on 5/27/08, shall now be due on 6/3/08. (Signed by Judge Thomas P. Griesa on 6/3/08) (tro) (Entered: 06/04/2008) |
| 06/03/2008 | | ***DELETED DOCUMENT. Deleted document number 60 Stipulation and order. The document was incorrectly filed in this case. (mme) (Entered: 06/16/2008) |
| 06/06/2008 | 61 | NOTICE OF APPEAL from 48 Order to Show Cause,. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653372. Copies of the Notice of Appeal mailed to attorney(s) of record: Howard B. Sirota, Esq., Proskauer Rose LLP, Guillermo A. Gleizer, Esq. and Lovell Stewart Halebian LLP. (nd) (Entered: 06/10/2008) |
| 06/10/2008 | | Transmission of Notice of Appeal to the District Judge re: 61 Notice of Appeal,. (nd) (Entered: 06/10/2008) |
| 06/10/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 61 Notice of Appeal,. (nd) (Entered: 06/10/2008) |
| 12/23/2008 | 62 | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATEMENTS. Document filed by The individual persons and entities listed in Annex A. (db) (Entered: 12/24/2008) |
| 01/09/2009 | 63 | ORDER: For the reasons stated on the record at the hearing on November 12, 2008 the motions for summary judgment in these cases are granted. The Clerk of the Court is directed to close these cases and terminate the following motions set forth within. (Signed by Judge Thomas P. Griesa on 1/8/2009) (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 63 Order, Terminate Motions,,, to the Judgments and Orders Clerk. (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | 64 | JUDGMENT #09,0012 in favor of Anibal Campo, Emilio Romano, Maria Copati, Ruben Weiszman, Silvia Seijas against The Republic of Argentina in the amount of $ 473,393,190. (Signed by Judge Thomas P. Griesa on 1/8/09) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 01/09/2009) |
| 01/22/2009 | 65 | ORDER AFFIRMING DESIGNATION OF PORTIONS OF LOPEZ ISNARDI AS "CONFIDENTIAL" It is hereby ordered that plaintiffs and plaintiffs' counsel may not publicly disclose, directly or indirectly, any of the Confidential Testimony, and shall not only use such Confidential Testimony for purposes of prosecuting the above captioned litigation. (Signed by Judge Thomas P. Griesa on 1/16/09) (mme) (Entered: 01/23/2009) |
| 01/22/2009 | 66 | NOTICE OF APPEAL from 64 Judgment. Document filed by The Republic of |

| | | Argentina. Filing fee $ 455.00, receipt number E 676192. Copies mailed to attorney(s) of record: Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewat Halebian LLP; and Guillermo A. Gleizer.(tp) (Entered: 01/26/2009) |
|---|---|---|
| 01/26/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 66 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal to the District Judge re: 66 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/29/2009 | 67 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Thomas P. Griesa on 1/29/2009) (jfe) (Entered: 01/29/2009) |
| 02/11/2009 | 68 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 66 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0345-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 02/13/2009) |
| 03/05/2009 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 59 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 48 Order to Show Cause, filed by Anibal Campo, Silvia Seijas, Maria Copati, Ruben Weiszman, Emilio Romano, 36 Notice of Change of Address filed by Anibal Campo, Silvia Seijas, Maria Copati, Ruben Weiszman, Emilio Romano, 67 Protective Order, 66 Notice of Appeal, filed by The Republic of Argentina, 42 Notice (Other), Notice (Other) filed by The individual persons and entities listed in Annex A, 41 Notice of Change of Address filed by Anibal Campo, Silvia Seijas, Maria Copati, Emilio Romano, 64 Judgment, 30 Notice (Other) filed by Vegas Import/Export S.A.S., 65 Order, 47 Order to Show Cause, filed by Anibal Campo, 63 Order, Terminate Motions, 68 Appeal Record Sent to USCA - Index, USCA Case Number 09-0345-cv, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/05/2009) |
| 03/11/2009 | | Received returned mail re: 66 Notice of Appeal. Mail was addressed to Saul Roffe, Esq. of Sirota & Sirota LLP. at 110 Wall Street, 21st Floor, New York, NY 10005 and was returned for the following reason(s): FORWARD TIME EXP RTN TO SEND. Forwarded Return Document to Sirota & Sirota LLP, 125 Beach 128th St., Rockaway Park NY 11694-1604. (tp) (Entered: 03/11/2009) |
| 07/28/2009 | 69 | DECLARATION of Amy Chung in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 07/28/2009 | 70 | MEMORANDUM OF LAW in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 08/06/2009 | 71 | STIPULATION AND ORDER; Plaintiffs' reply papers in further support of plaintiffs' motion to turn over property, dated July 13, 2009 (the "Motion"), previously due on |

| | | August 3, 2009, shall now be due on August 7, 2009. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/6/2009) (tve) (Entered: 08/06/2009) |
|---|---|---|
| 08/06/2009 | | Set/Reset Deadlines: Replies due by 8/7/2009. (tve) (Entered: 08/06/2009) |
| 08/19/2009 | 72 | ORDER: The motion to compel the Republic to turn over all property held in the United States by Aerolineas Argentinas is denied. In light of the above discussion, the court need not reach the Republic's additional contention that the motion is procedurally flawed because plaintiffs failed to commence a separate turnover proceeding. For the reasons stated above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 8/19/2009) (jpo) (Entered: 08/19/2009) |
| 11/19/2009 | 73 | ORDER GRANTING PRELIMINARY INJUNCTION. It is therefore ordered that pursuant to FRCP 65(a) and 65(d), defendant, its officers, agents, servants, employees, and attorneys any other person acting in concert with them, including without limitation Caja, is preliminarily enjoined as set forth herein. It is further ordered that no security is required under Fed. R.Civ. P. 65(c). See Doctor's Assocs., Inc. v. Distajo, 107 F.3d 126, 136 (2d Cir. 1997) Rule 65(c) fives the district court wide discretion to set the amount of a bond, and even to dispense with the bond requirement where there has been no proof of likelihood of harm" requiring the District Court to make such determination (internal quotation omitted). Finally, it is ordered that all of the above referenced submissions to the court, including letters which are not otherwise entered on the docket, shall be included as part of the record for the proposes of any appeal of this Order that may be taken by Argentina. (Signed by Judge Thomas P. Griesa on 11/19/09) (djc) (Entered: 11/20/2009) |
| 12/03/2009 | 74 | MANDATE of USCA (Certified Copy) as to 61 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2847-cv (L), 08-2864-cv(Con), 08-2922-cv(con), 08-2926-cv(con), 08-2943-cv(con). Ordered, Adjudged and Decreed that the judgment of the District Court is REMANDED for further proceedings. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 12/1/2009. (nd) (Entered: 12/03/2009) |
| 12/03/2009 | | Transmission of USCA Mandate/Order to the District Judge re: 74 USCA Mandate,. (nd) (Entered: 12/03/2009) |
| 12/08/2009 | 75 | NOTICE OF APPEAL from 73 Order. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 708132. Copies of Notice of Appeal mailed to attorney(s) of record: Guillermo Gleizer; Sirota & Sirota LLP; Proskauer Rose LLP; Stark & Stark LLP. (nd) (Entered: 12/10/2009) |
| 12/10/2009 | | Transmission of Notice of Appeal to the District Judge re: 75 Notice of Appeal,. (nd) (Entered: 12/10/2009) |
| 12/10/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 75 Notice of Appeal,. (nd) (Entered: 12/10/2009) |
| 12/29/2009 | 76 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on |

| | | |
|---|---|---|
| | | Appeal for 75 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-5108-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) (nd). (Entered: 12/29/2009) |
| 04/14/2010 | 77 | ORDER TO SHOW CAUSE: The Republic of Argentina shall show cause as to why this Court should not enter an Order temporarily restraining and enjoining Defendant Republic of Argentina, its servants, employees, agents, representatives and any person acting in concert with them. Show Cause Hearing set for 4/15/2010 at 04:30 PM before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/14/2010) (jfe) (Entered: 04/14/2010) |
| 04/14/2010 | | MEMORANDUM OF LAW in Support of Plaintiff's Motion for a Temporary Restraining Order, A Preliminary Injunction and Expedited Discovery. Document filed by Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati. ***Original filed in case number 04-cv-400, document #143. (mro) Modified on 4/15/2010 (mro). (Entered: 04/15/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati. ***Original filed in case number 04-cv-400, document #144. (mro) (Entered: 04/16/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer (with exhibits attached hereto) in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati. ***Original filed in case number 04-cv-400, document #145. (mro) (Entered: 04/16/2010) |
| 04/23/2010 | | NOTICE OF APPEARANCE by Alexander Reus on behalf of Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. ***Original filed in case number 04-cv-400, document #146. (mro) (Entered: 04/26/2010) |
| 04/26/2010 | 78 | OPINION: The motions before the court in the 10 captioned cases are denied. (Signed by Judge Thomas P. Griesa on 4/26/2010) (tro) (Entered: 04/26/2010) |
| 04/30/2010 | 79 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 80 | STIPULATION AND ORDER OF SUBSTITUTION OF PLAINTIFFS' CO-LEAD COUNSEL that Diaz, Reus & Targ, LLP be and hereby is substituted as attorney of record and Co-Lead Counsel for the Lead Plaintiffs and Class Representatives in the above-captioned matters, in place and stead of the Law Offices of Guillermo A. Gleizer, |

| | | |
|---|---|---|
| | | as of the date hereof. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 81 | CERTIFICATE OF SERVICE of Motions to Admit Counsel Pro Hac Vice served on Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewart & Halebian, LLP on 4/26/10. Service was made by U.S. Mail. (mro) (Entered: 05/04/2010) |
| 05/03/2010 | 82 | MOTION for Marta Colomar Garcia to Appear Pro Hac Vice. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas.(mro) (Entered: 05/04/2010) |
| 05/10/2010 | 83 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Guillermo Gleizer dated 5/3/2010 re: Class Members-Judgment Creditors request to be treated "the same" and not worse than every other recipient of the Exchange Offer. ENDORSEMENT: Denied. So ordered. (Signed by Judge Lawrence M. McKenna, Part I, on 5/10/2010) (tve) (Entered: 05/10/2010) |
| 05/11/2010 | 84 | MOTION for Margaret T. Perez to Appear Pro Hac Vice. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 85 | MOTION for Carlos F. Gonzalez to Appear Pro Hac Vice. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 86 | MOTION for Michael Diaz, Jr. to Appear Pro Hac Vice. Document filed by Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas.(mro) (Entered: 05/13/2010) |
| 05/17/2010 | | CASHIERS OFFICE REMARK on 82 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/03/2010, Receipt Number 902378. (jd) (Entered: 05/17/2010) |
| 05/17/2010 | 87 | NOTICE OF APPEARANCE by Guillermo Ariel Gleizer on behalf of Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas (mro) (Entered: 05/18/2010) |
| 05/18/2010 | | CASHIERS OFFICE REMARK on 85 Motion to Appear Pro Hac Vice, 84 Motion to Appear Pro Hac Vice, 86 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 05/11/2010, Receipt Number 903907,903908,903909. (jd) (Entered: 05/18/2010) |
| 05/20/2010 | 88 | ORDER: In light of the above circumstances, which "reaffirm Plaintiffs' concerns that they may receive nothing in return under the proposed Exchange Offer," plaintiffs request that the court "require Argentina to maintain in escrow all relevant incoming bonds (whether old or new) and cash, if any." After consideration of the circumstances outlined above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 5/20/2010) (jpo) (Entered: 05/20/2010) |
| 05/24/2010 | | MEMORANDUM OF LAW in Support of Order to Show Cause. Document filed by |

| | | |
|---|---|---|
| | | Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas. ***Original filed in case number 04-cv-400, document #158. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Jonathan I. Blackman, Carmine D. Boccuzzi, Christopher P. Moore (attorneys for defendants the Republic of Argentina) on 5/24/10. Service was made by U.S. Mail and Email. ***Original filed in case number 04-cv-400, document number 159. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Banco Nacion Argentina on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 160. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on HSBC on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 161. (mro) (Entered: 05/25/2010) |
| 05/25/2010 | 89 | WRIT OF EXECUTION AND ORDER TO SHOW CAUSE. IT IS HEREBY ORDERED, that a Writ of Execution is hereby issued; pursuant to this Writ of Execution, Rule 69(a) of the Federal Rules of Civil Procedure and -as applicable- FSIA, 28 U.S.C. §1610, Plaintiffs are authorized to execute upon certain property of Argentina as previously authorized by further Order of this court within this jurisdiction in satisfaction of the outstanding final judgments, amounting, to date in total to the sum of $2,243,075,681.00 until full payment and as further set forth in this order. Defendant The Republic of Argentina shall show cause as to why an order of execution pursuant to Rule 69 (a) of the Federal Rules of Civil Procedure and CPLR § 5230 shall not issue to the Sheriff of New York County or the United States Marshal directing him to satisfy the Judgments out of the Funds held by or for the benefit of Argentina in the Accounts maintained by BNA.(Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa., Show Cause Response due by 6/2/2010.). Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 90 | RESTRAINING NOTICE TO GARNISHEE. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |

| 05/25/2010 | 91 | RESTRAINING NOTICE TO GARNISHEE. To: HSBC Bank 550 Fashion Avenue, New York, New York 10018. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
|---|---|---|
| 05/25/2010 | 92 | RESTRAINING NOTICE TO GARNISHEE. To: Banco de la Nacion Argentina 225 Park Avenue, New York, New York 10017. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | | Set Deadlines/Hearings: Show Cause Response due by 6/2/2010. Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (rjm) (Entered: 05/26/2010) |
| 05/27/2010 | 93 | RESTRAINING NOTICE TO GARNISHEE: The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 94 | RESTRAINING NOTICE TO GARNISHEE: (Re: Banco de la Nacion Argentina) The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth |

| | | |
|---|---|---|
| | | in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 95 | ORDER: The U.S. Marshals Service is directed to defer taking actual possession of or levying upon any property pursuant to the Orders until further order of this Court; ORDERED, the Blanket Orders are immediately vacated for the reasons stated in the Republic's May 25, 2010 letter; ORDERED, as provided for under the OSC, objections or responses to the BNA Orders and HSBC Orders shall be filed on or before June 2, 2010 at 12:00 p.m., or at such other time set by the Court. (Signed by Judge Thomas P. Griesa on 5/27/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | | Set Deadlines/Hearings: Responses due by 6/2/2010 (jpo) (Entered: 05/27/2010) |
| 06/04/2010 | 96 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati, Silvia Seijas (mro) (Entered: 06/04/2010) |
| 06/07/2010 | 97 | MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. ***Declaration of Rahul Mukhi and exhibits attached hereto. (Received in the night deposit box on 6/7/10 at 6:09pm)(mro) (Entered: 06/08/2010) |
| 06/07/2010 | 98 | MEMORANDUM OF LAW in Support re: 97 MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. (Received in the night deposit box on 6/7/10 at 6:09pm)(mro) (Entered: 06/08/2010) |
| 06/18/2010 | 99 | MANDATE of USCA (Certified Copy) as to (65 in 1:04-cv-02117-TPG) Notice of Appeal, filed by The Republic of Argentina, (126 in 1:04-cv-00400-TPG) Notice of Appeal, filed by The Republic of Argentina, (66 in 1:04-cv-00936-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00506-TPG) Notice of Appeal, filed by Republic of Argentina, (66 in 1:04-cv-00401-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-01085-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00937-TPG) Notice of Appeal, filed by The Republic of Argentina, (55 in 1:04-cv-02118-TPG) Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0332-cv(L). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, REMANDED in part in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 06/17/2010. (nd) (Entered: 06/18/2010) |
| 06/18/2010 | | Transmission of USCA Mandate/Order to the District Judge re: (176 in 1:04-cv-00400-TPG, 96 in 1:04-cv-00937-TPG, 99 in 1:04-cv-00401-TPG, 96 in 1:04-cv-01085-TPG, 97 in 1:04-cv-00936-TPG, 86 in 1:04-cv-02118-TPG, 95 in 1:04-cv-00506-TPG, 96 in 1:04-cv-02117-TPG) USCA Mandate,,,. (nd) (Entered: 06/18/2010) |
| 07/01/2010 | 100 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 7/1/10) (pl) (Entered: 07/02/2010) |

| | | |
|---|---|---|
| 08/05/2010 | | MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. ***Original document filed in case number 04-cv-400, document number 180.(mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/05/2010 | | MEMORANDUM OF LAW in Support re: MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). ***Original document filed in case number 04-cv-400, document number 181. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/19/2010 | 101 | RESPONSE by the Republic of Argentina to plaintiffs' Motion to Clarify. Document filed by The Republic of Argentina. (mro) (Entered: 08/23/2010) |
| 08/25/2010 | 102 | ORDER: The court hereby withdraws Footnote 1 of the July 23,2010 opinion in Aurelius Capital Partners, LP v. Republic of Argentina, 07 Civ. 2715 (TPG), and notes that the Seijas plaintiffs have not formally abandoned whatever rights they have in connection with this claim. (Signed by Judge Thomas P. Griesa on 8/23/2010) (jpo) (Entered: 08/25/2010) |
| 09/23/2010 | | DECLARATION of Michael Adler. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. ***Original document filed in case number 04-cv-400, document # 185. (mro) (Entered: 09/24/2010) |
| 09/23/2010 | | DECLARATION of Jennifer Scullion. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. ***Original document filed in case number 04-cv-400, document # 187. (mro) (Entered: 09/24/2010) |
| 09/27/2010 | 103 | MANDATE of USCA (Certified Copy) as to 75 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-5108-cv. The Republic of Argentina moves to vacate the district court's November 19, 2009 preliminary injunction, from which the instant appeals arise. Plaintiffs do not oppose the motion. Upon due consideration, it is hereby ORDERED that the motion is GRANTED, the November 19, 2009 preliminary injunction is VACATED, and the appeals are DISMISSED as moot because the district court's July 23, 2010 order, which denied Plaintiff's motion for a turnover order, constituted a merits adjudication of the matters at issue in the preliminary injunction, thus rendering the injunction moot. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/24/2010. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/24/2010. (nd) (Entered: 09/27/2010) |
| 09/27/2010 | | Transmission of USCA Mandate/Order to the District Judge re: 103 USCA Mandate,,,. (nd) (Entered: 09/27/2010) |
| 10/04/2010 | 104 | ORDER: Plaintiffs request that the court compel the Republic to respond to interrogatories and document requests dated September 29, 2010. Plaintiffs seek to determine whether it is the Republic's present intention to issue new bonds in the next twelve months, and, if so, plaintiffs seek further information. The Republic opposes the |

| | | |
|---|---|---|
| | | request in its entirety. Plaintiffs' request is denied. (Signed by Judge Thomas P. Griesa on 10/4/10) (db) (Entered: 10/04/2010) |
| 10/06/2010 | 105 | MEMORANDUM OF LAW in Opposition to Entry of Revised Aggregate Class Judgments. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 106 | DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/07/2010 | 107 | CERTIFICATE OF SERVICE of the Memorandum of Law of the Republic of Argentina in Opposition to Entry of Revised Aggregate Class Judgments served on Michael Diaz, Jr., and Jennifer Scullion on 10/6/2010. Service was made by Federal Express.. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/12/2010 | 108 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine Boccuzzi dated 10/12/10 re: Briefing schedule for further briefing the order to show cause as follows. ENDORSEMENT: So Ordered. (Plaintiff Reply due by 10/13/2010. The Republic may make a supplemental filing addressing the opinions of plaintiffs' expert Prof. Michael Adler by Monday, 10/18 at noon. Hearing set for Tuesday, 10/19/2010 at 11:00 AM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/12/10) (cd) (Entered: 10/13/2010) |
| 10/13/2010 | | REPLY MEMORANDUM OF LAW in Support of Entry of Revised Class Judgments. Document filed by Plaintiff Classes. (Received in the night deposit box on 10/13/10 at 10:47pm). ***Original Document filed in case number 04-cv-400, document number 195. (mro) (Entered: 10/18/2010) |
| 10/13/2010 | | REPLY DECLARATION of Jennifer Scullion in Support of Plaintiffs' Reply on their Order to Show Cause for entry of revised Class Judgments. Document filed by Plaintiff Classes. ***Exhibits attached hereto. (Received in the night deposit box on 10/13/10 at 10:47pm) ***Original document filed in case number 04-cv-400, document number 196. (mro) Modified on 10/18/2010 (mro). (Entered: 10/18/2010) |
| 10/18/2010 | 109 | SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO THE DECLARATION OF MICHAEL ADLER CONCERNING REVISED AGGREGATED CLASS JUDGMENT. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/18/2010 | 110 | SUPPLEMENTAL DECLARATION of Sara A. Sanchez.. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/19/2010 | 111 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be |

| | | |
|---|---|---|
| | | transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/20/2010) |
| 11/12/2010 | | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATMENTS. Document filed by The individual persons and entities listed in Annex A. ***Original filed in case number 04-cv-400, document #201.(mro) (Entered: 11/15/2010) |
| 12/15/2010 | 112 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Michael Diaz, Jr., Carlos F. Gonzalez, Margaret T. Perez, and Marta Colomar Garcia, counsel for defendants in the above captioned matters, have moved for permission to appear and participate pro hac vice in the above captioned matters pursuant to Local Rule 1.3(c). The motion is granted, and Mr. Diaz, Mr. Gonzalez, Ms. Perez, and Ms. Garcia may appear and participate in this matter upon payment of the necessary fee. SO ORDERED. (Signed by Judge Thomas P. Griesa on 12/15/2010) (lnl) (Entered: 12/15/2010) |
| 03/29/2011 | 113 | OPINION: The motion to vacate the May 24 orders is granted. This resolves the motions listed as document numbers 174 in case 04 Civ. 400; 97 in 04 Civ. 401; 93 in 04 Civ. 506; 95 in 04 Civ. 936; 94 in 04 Civ. 937, 04 Civ. 1085, and 04 Civ. 2117; and 84 in 04 Civ. 21 18. SO ORDERED. (Signed by Judge Thomas P. Griesa on 3/29/2011) (lnl) (Entered: 03/29/2011) |
| 07/22/2011 | 114 | STIPULATION AND ORDER that without waiver of the Republic's positions on aggregate judgments and acceleration, all of which are expressly preserved for any appeal, the amounts of principal and interest for each Plaintiff Class is currently calculated as further set forth in this document and detailed in the chart attached hereto as Exhibit B. (Signed by Judge Thomas P. Griesa on 7/22/11) (cd) (Entered: 07/22/2011) |
| 07/22/2011 | 115 | JUDGMENT #11,1414 in favor of Anibal Campo, Emilio Romano, Maria Copati, Ruben Weiszman, Silvia Seijas against The Republic of Argentina in the amount of $ 32,055,476.38. (Signed by Judge Thomas P. Griesa on 7/22/11) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Transmission to Docket Assistant Clerk. Transmitted re: 115 Judgment, to the Docket Assistant Clerk for case processing. (dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Mailed notice of Right to Appeal re: 115 Judgment, to Pro Se Litigant(s): Vegas Import/Export S.A.S. and to Attorney(s) of Record: Marta Colomar Garcia, Carlos F. Gonzalez, Jennifer R. Scullion, Michael Diaz, Jr, William Henry Weisman, Bertrand Charles Sellier, Alexander Reus, Margaret T. Perez, Saul Roffe, Guillermo Ariel Gleizer, Jonathan I. Blackman. (eef) (Entered: 07/26/2011) |
| 08/15/2011 | 116 | NOTICE OF APPEAL from 115 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number 11465400150. Copies of Notice of Appeal mailed to Attorney(s) of Record: Diaz Reus; Stark & Stark LLP; Proskauer |

| | | |
|---|---|---|
| | | Rose LLP; Sirota & Sirota LLP. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 116 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal to the District Judge re: 116 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/24/2011 | | USCA Case Number 11-3324 from the USCA 2nd Circuit assigned to 116 Notice of Appeal, filed by The Republic of Argentina. (tp) (Entered: 08/24/2011) |
| 08/25/2011 | 117 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 116 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3324, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 08/25/2011) |
| 09/07/2012 | 118 | MANDATE of USCA (Certified Copy) as to 116 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3324. Ordered, Adjudged and Decreed that the judgments of the District Court are AFFIRMED in part, VACATED in part, and the case is REMANDED for further proceeding. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Order: 08/14/2012. (nd) (Entered: 09/07/2012) |
| 09/07/2012 | | Transmission of USCA Mandate/Order to the District Judge re: 118 USCA Mandate - Other,. (nd) (Entered: 09/07/2012) |
| 11/26/2012 | 119 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jason A. Zweig dated 11/21/2012 re: Class counsel in the cases and counsel for Argentina have conferred and jointly propose the following schedule for discovery and hearing on the issues identified for remand: February 15, 2013 - Fact Discovery Completed; March 15, 2013 - Parties Exchange Expert Reports; April 5, 2013 - Parties Exchange Rebuttal Reports (if necessary); April 26, 2013 - Expert Depositions Completed. ENDORSEMENT: Approved. (Deposition due by 4/26/2013, Fact Discovery due by 2/15/2013.) (Signed by Judge Thomas P. Griesa on 11/26/2012) (djc) (Entered: 11/30/2012) |
| 08/22/2013 | 120 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/21/2013 re: The parties jointly propose the following schedule: Plaintiff's Motion: September 12, 2013; Defendant's Opposition: October 18, 2013; Plaintiff's Reply: November 1, 2013. ENDORSEMENT: Approved., ( Motions due by 9/12/2013., Responses due by 10/18/2013., Replies due by 11/1/2013.) (Signed by Judge Thomas P. Griesa on 8/22/2013) (lmb) (Entered: 08/22/2013) |
| 09/12/2013 | 121 | NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (lmb) (Entered: 09/16/2013) |
| 09/12/2013 | 122 | MEMORANDUM OF LAW in Support re: 121 NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Anibal Campo, Maria |

SDNY CM/ECF Version 5.1.1

| | | Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (lmb) (Entered: 09/16/2013) |
|---|---|---|
| 10/16/2013 | 123 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated 10/15/2013 re: We represent defendant the Republic of Argentina (the "Republic") in the above captioned actions. The parties have agreed to extend, from October 18, 2013, to October 25, 2013, the deadline for the Republic to file opposition papers to plaintiffs' motions to modify the class definition. Pursuant to this agreement, the deadline for plaintiffs to file reply papers would be extended from November 1, 2013, to November 15, 2013. ENDORSEMENT: Approved. ( Responses due by 10/25/2013, Replies due by 11/15/2013.) (Signed by Judge Thomas P. Griesa on 10/16/2013) (ama) (Entered: 10/16/2013) |
| 11/08/2013 | 124 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 11/06/2013 re: The parties have agreed to extend the Plaintiffs' deadline to file reply papers in further support of their motions to modify the class definitions from November 15, 2013 to November 22, 2013. ENDORSEMENT: Approved., ( Replies due by 11/22/2013.) (Signed by Judge Thomas P. Griesa on 11/08/2013) (ama) (Entered: 11/08/2013) |
| 11/19/2013 | 125 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jeniphr Breckenridge dated 11/15/2013 re: Counsel for Brecher Plaintiffs requests that Your Honor so-order the modified briefing schedule by endorsement of this letter. ENDORSEMENT: Approved. Set Deadlines/Hearing as to (78 in 1:06-cv-15297-TPG) MOTION Modify Class Definition: Replies due by 11/22/2013. (Signed by Judge Thomas P. Griesa on 11/19/2013) ***Filed in 06cv15297, 04cv5068, 04cv400, 04cv401, 04cv506, 04cv936, 04cv937, 04cv1085, 04cv2117, and 04cv2118(tn) Modified on 11/25/2013 (tn). (Entered: 11/20/2013) |
| 11/22/2013 | 126 | REPLY MEMORANDUM OF LAW in Support re: 121 MOTION. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (ft) (Entered: 12/04/2013) |
| 11/22/2013 | 127 | REPLY DECLARATION of Jennifer R. Scullion in Support re: 121 MOTION. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (ft) (Entered: 12/04/2013) |
| 04/24/2014 | 128 | ORDER GRANTING MOTION TO MODIFY CLASS DEFINITION AND CERTIFYING MODIFIED CLASS: granting 121 Motion to Modify Class Definitions. IT IS HEREBY ORDERED THAT: 1. The Court finds: There is good and sufficient cause to modify the existing class definition to encompass the Holder Class; modification of the class definition will serve the interests of justice and will not prejudice Argentina or any holder; the Holder Class satisfies the requirements of Rule 23 (including numerosity, commonality, typicality, and fair and adequate representation) and is ascertainable by reference to objective criteria; and the requirements of FED. R. CIV. P. 23(b)(3) and 23(c)(2)(B) will be satisfied, and Due Process rights of actual and potential Holder Class members will be protected, by notice and opt out procedures. 2. The Court therefore GRANTS Plaintiffs' motion to modify the class definition to encompass, as modified, "all holders of Republic of Argentina 7% Global Notes due December 19, |

| | | |
|---|---|---|
| | | 2008 (CUSIP/ISIN # US040114GF14)," a "holder" being an owner of a beneficial interest in said bonds. Excluded from the Holder Class are all holders to the extent that their holdings (x) are the subject of a separately pending lawsuit or claim in arbitration to collect on such holdings or (y) have been exchanged for new bonds or otherwise extinguished. Holders that timely opt out pursuant to the attached procedures also will be excluded from the Holder Class. 3. The Court hereby appoints Proskauer Rose LLP, Diaz Reus & Targ LLP, and Saul Roffe as co-Class Counsel for the Holder Class. (Signed by Judge Thomas P. Griesa on 4/24/2014) (lmb) (Entered: 04/24/2014) |
| 06/19/2014 | 129 | ORDER of USCA (Certified Copy) USCA Case Number 14-1447. Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's orders granting class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.,* 262 F.3d 134, 139-40 (2d Cir. 2001). The appeals will be heard in tandem. The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 06/19/2014. (nd) Modified on 6/19/2014 (nd). **[New USCA Case No. 14-2109-cv]**. (Entered: 06/19/2014) |
| 06/19/2014 | | Appeal Fee Due: re: FRCP 23(f) granting leave to appeal the District Court's order granting class certification. $505.00 Appeal filing fee due. (nd) (Entered: 06/19/2014) |
| 06/20/2014 | | USCA Appeal Fees received $ 505.00 receipt number 465401098435 on 6/20/2014 re: Rule 23f Appeal. USCA Case No. 14-2109-cv. (tp) (Entered: 06/20/2014) |
| 06/30/2014 | 130 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from William H. Weisman dated 6/24/2014 re: Counsel requests to be terminated as an attorney of record for Plaintiffs in the above-referenced matter. ENDORSEMENT: So ordered. Attorney William Henry Weisman terminated. (Signed by Judge Thomas P. Griesa on 6/30/2014) (tn) (Entered: 06/30/2014) |
| 07/02/2014 | | Appeal Record Sent to USCA (Electronic File).USCA Case Number 14-2109-cv, Certified Indexed record on Appeal Electronic Files **ONLY** for 129 USCA Order - granting leave to appeal the District Court's order granting class certification were transmitted to the U.S. Court of Appeals. (nd) (Entered: 07/02/2014) |
| 07/23/2014 | 131 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 7/23/2014 re: Settlement Negotiations. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman.(Scullion, Jennifer) (Entered: 07/23/2014) |
| 07/24/2014 | 132 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 133 | NOTICE OF APPEARANCE by Michael Todd Mobley on behalf of Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Mobley, Michael) (Entered: 07/24/2014) |

| 07/24/2014 | 134 | MOTION for Preliminary Injunction . Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Attachments: # 1 Exhibit A)(Scullion, Jennifer) (Entered: 07/24/2014) |
| --- | --- | --- |
| 07/24/2014 | 135 | MEMORANDUM OF LAW in Support re: 134 MOTION for Preliminary Injunction . *Memorandun of Law in Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 136 | CERTIFICATE OF SERVICE of Notice of Motion for Preliminary Injunction and Supporting Papers served on Carmine Boccuzzi-Attorney for Defendant on 7/24/14. Service was accepted by ECF and Hand Delivery. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 137 | NOTICE OF APPEARANCE by Michael Diaz, Jr on behalf of Silvia Seijas. (Diaz, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 138 | NOTICE OF APPEARANCE by Carlos F. Gonzalez on behalf of Silvia Seijas. (Gonzalez, Carlos) (Entered: 07/24/2014) |
| 08/06/2014 | 139 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/6/2014 re: Response to Mr. Blackman's letter. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Attachments: # 1 Appendix A - C)(Scullion, Jennifer) (Entered: 08/06/2014) |
| 08/15/2014 | 140 | ORDER. On July 24, 2014, plaintiffs filed a motion for a preliminary injunction, seeking essentially the same relief granted to plaintiffs in NML Capital, Ltd., et al. v. The Republic of Argentina, No. 08-cv-6978, and related cases. By letter dated August 5, 2014, the Republic asked the court to defer briefing on plaintiffs' motion or grant the Republic an extension to file its opposition. The court will defer briefing on plaintiffs' motion according to the following schedule: The Republic's opposition shall be filed no later than August 29, 2014. Plaintiffs' reply shall be filed no later than September 12, 2014. So ordered. (Responses due by 8/29/2014. Replies due by 9/12/2014.) (Signed by Judge Thomas P. Griesa on 8/15/2014) (rjm) (Entered: 08/15/2014) |
| 08/15/2014 | 141 | ORDER: IT IS HEREBY: ORDERED, that the Republic's Memorandum of Law in Opposition to Plaintiffs' Motion to Modify the Class Definition and the Declaration of Carmine D. Boccuzzi in support thereof be added to the docket in each of the above-captioned cases. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/15/2014) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B-2, # 4 Exhibit B-3)(ama) (Entered: 08/15/2014) |
| 08/18/2014 | | First Supplemental ROA Sent to USCA (Electronic File). USCA Case Number 14-2109-cv., Certified Supplemental Indexed record on Appeal Electronic Files for 141 Order, were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/18/2014) |
| 08/19/2014 | 142 | ORDER: The court directs the Clerk's Office to designate all of the above-captioned actions as ECF cases. Barring issues related to confidential, privileged, or otherwise |

9/26/2014 SDNY CM/ECF Version 5.1.1

| | | sensitive information, parties are directed to file all documents electronically and send a courtesy copy to the court. (Signed by Judge Thomas P. Griesa on 8/19/2014) (kgo) (Entered: 08/19/2014) |
|---|---|---|
| 08/19/2014 | | Case Designated ECF. (kgo) (Entered: 08/19/2014) |
| 08/26/2014 | 143 | MEMORANDUM OF LAW in Support re: 134 MOTION for Preliminary Injunction . *Supplement to Memorandum of Law In Support of Class Plaintiffs' Motion for Preliminary Injunction.* Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Attachments: # 1 Appendix A, # 2 Appendix B)(Scullion, Jennifer) (Entered: 08/26/2014) |
| 08/29/2014 | 144 | MEMORANDUM OF LAW in Opposition re: 134 MOTION for Preliminary Injunction . *, dated August 29, 2014.* Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 08/29/2014 | 145 | DECLARATION of Carmine D. Boccuzzi, dated August 29, 2014, with Exhibits in Opposition re: 134 MOTION for Preliminary Injunction .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit I-K)(Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 09/12/2014 | 146 | REPLY MEMORANDUM OF LAW in Support re: 134 MOTION for Preliminary Injunction . . Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Scullion, Jennifer) (Entered: 09/12/2014) |
| 09/12/2014 | 147 | DECLARATION of Jennifer R. Scullion in Support re: 134 MOTION for Preliminary Injunction .. Document filed by Anibal Campo, Maria Copati, Emilio Romano, Silvia Seijas, Ruben Weiszman. (Attachments: # 1 Exhibit s A-B, # 2 Exhibit s C-E)(Scullion, Jennifer) (Entered: 09/12/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/26/2014 22:02:53 | | |
| **PACER Login:** | clearypacer:3464758:0 | **Client Code:** | 28017-204 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-00401-TPG |
| **Billable Pages:** | 23 | **Cost:** | 2.30 |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

                                                          CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00506-TPG

Castro v. Republic of Argentina                 Date Filed: 01/22/2004
Assigned to: Judge Thomas P. Griesa             Date Terminated: 01/09/2009
Related Case: 1:02-cv-05699-TPG                  Jury Demand: Plaintiff
Case in other court: USCA 2nd Circuit, 11-03321 Nature of Suit: 190 Contract: Other
Cause: 28:1332 Diversity-Other Contract         Jurisdiction: Diversity

**Plaintiff**

**Cesar Raul Castro**          represented by   **Bertrand Charles Sellier**
                                                Vandenberg & Feliu, LLP
                                                60 East 42nd Street,
                                                51st Floor
                                                New York, NY 10165
                                                212-763-6833
                                                Fax: 212-380-0172
                                                Email: bsellier@rlrpclaw.com
                                                *LEAD ATTORNEY*

                                                **Guillermo Ariel Gleizer**
                                                Guillermo A. Gleizer, Esq.
                                                347 Fifth Avenue, Suite 1402
                                                New York, NY 10016
                                                (917) 539-0175
                                                Fax: (212) 918-7958
                                                Email: ari.gui@gmail.com
                                                *LEAD ATTORNEY*

                                                **Michael Todd Mobley**
                                                Proskauer Rose, LLP
                                                Eleven Times Square
                                                New York, NY 10036
                                                (212) 969-3212
                                                Fax: (212) 969-2900
                                                Email: mmobley@proskauer.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Saul Roffe**

Sirota & Sirota, LLP(Queens)
125 Beach 128th Street
Queens, NY 11694
(609) 791-7007
Fax: (609) 896-9060
Email: saul@sirotalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
Diaz Reus
Bank of America Tower
100 S.E. Second Street
Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**Marta Colomar Garcia**
Diaz, Reus, & Targ, LLP

100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*TERMINATED: 06/30/2014*

V.

**Defendant**

**Republic of Argentina**               represented by **Jonathan I. Blackman**
                                         Cleary, Gottlieb, Steen & Hamilton LLP
                                         One Liberty Plaza
                                         New York, NY 10006
                                         (212) 225-2000
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Miscellaneous**

**The individual persons and entities
listed in Annex A**

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00936-TPG

| | |
|---|---|
| Hickory Securities Ltd. v. The Republic of Argentina | Date Filed: 02/04/2004 |
| Assigned to: Judge Thomas P. Griesa | Date Terminated: 01/09/2009 |
| Related Case: 1:03-cv-02507-TPG | Jury Demand: Plaintiff |
| Case in other court: USCA 2nd Circuit, 11-03317 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1603 Suit on Loan Agreements | Jurisdiction: Diversity |

**Plaintiff**

**Hickory Securities Ltd.**                represented by    **Bertrand Charles Sellier**
                                                              Vandenberg & Feliu, LLP
                                                              60 East 42nd Street,
                                                              51st Floor
                                                              New York, NY 10165
                                                              212-763-6833
                                                              Fax: 212-380-0172
                                                              Email: bsellier@rlrpclaw.com
                                                              *LEAD ATTORNEY*

                                                              **Guillermo Ariel Gleizer**
                                                              Guillermo A. Gleizer, Esq.
                                                              347 Fifth Avenue, Suite 1402
                                                              New York, NY 10016
                                                              (917) 539-0175
                                                              Fax: (212) 918-7958
                                                              Email: ari.gui@gmail.com
                                                              *LEAD ATTORNEY*

                                                              **Michael Todd Mobley**
                                                              Proskauer Rose, LLP
                                                              Eleven Times Square
                                                              New York, NY 10036
                                                              (212) 969-3212
                                                              Fax: (212) 969-2900
                                                              Email: mmobley@proskauer.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Saul Roffe**

Sirota & Sirota, LLP(Queens)
125 Beach 128th Street
Queens, NY 11694
(609) 791-7007
Fax: (609) 896-9060
Email: saul@sirotalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
Diaz Reus
Bank of America Tower
100 S.E. Second Street
Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: cgonzalez@diazreus.com
*PRO HAC VICE*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**Marta Colomar Garcia**

Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*TERMINATED: 06/30/2014*

V.

**Defendant**

**The Republic of Argentina**               represented by **Carmine D. Boccuzzi , Jr**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan I. Blackman**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com

9/26/2014                                     SDNY CM/ECF Version 5.1.1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**The individual persons and entities
listed in Annex A**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2004 | 1 | CLASS ACTION COMPLAINT against The Republic of Argentina. (Filing Fee $ 150.00, Receipt Number 498045)Document filed by Hickory Securities Ltd. (jjm, ) (Entered: 02/05/2004) |
| 02/04/2004 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:02-cv-5699. (jjm, ) (Entered: 02/05/2004) |
| 02/04/2004 | | SUMMONS ISSUED as to The Republic of Argentina. (jjm, ) (Entered: 02/05/2004) |
| 02/04/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Hickory Securities Ltd. (jjm, ) (Entered: 02/05/2004) |
| 02/19/2004 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Republic of Argentina served on 2/13/2004, answer due 3/4/2004. Service was accepted by Antonio Lues, Compliance Officer. Document filed by Hickory Securities Ltd. (yv, ) (Entered: 02/24/2004) |
| 02/23/2004 | | CASE ACCEPTED AS RELATED TO 1:03-cv-2507. Notice of Assignment to follow. (jjm, ) (Entered: 02/23/2004) |
| 02/23/2004 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned no longer assigned to the case. (jjm, ) (Entered: 02/23/2004) |
| 02/23/2004 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (jjm, ) (Entered: 02/23/2004) |
| 02/23/2004 | | Mailed notice to the attorney(s) of record. (jjm, ) (Entered: 02/23/2004) |
| 04/14/2004 | 5 | ANSWER to Complaint. Document filed by The Republic of Argentina.(db, ) (Entered: 04/15/2004) |
| 07/26/2004 | 6 | MOTION to Certify Class. Document filed by Hickory Securities Ltd. (jco, ) (Entered: 07/27/2004) |
| 07/26/2004 | 7 | MEMORANDUM OF LAW in Support re: 6 MOTION to Certify Class. Document filed by Hickory Securities Ltd. (jco, ) (Entered: 07/27/2004) |
| 07/26/2004 | 8 | AFFIDAVIT of Saul Roffe in Support re: 6 MOTION to Certify Class. Document filed by Hickory Securities Ltd. (jco, ) (Entered: 07/27/2004) |
| 09/28/2004 | 9 | STIPULATION AND ORDER; The Republic will serve discovery requests concerning class certification issues on Plaintiff on or before 9/16/04, after which Plaintiff and the Republic will coordinate class discovery in the Proposed Class Action. (Signed by |

|  |  | Judge Thomas P. Griesa on 9/16/04) (sac, ) (Entered: 09/29/2004) |
|---|---|---|
| 01/24/2005 | 10 | NOTICE of Change of Firm Name & Legal Status to Cleary Gottlieb, Steen & Hamilton LLP. Document filed by The Republic of Argentina.(ps, ) (Entered: 01/31/2005) |
| 03/21/2005 |  | ENDORSED LETTER addressed to Judge Griesa from Saul Roffe dated 3/17/2005 re: request denied. Original filed in 04cv400 (Signed by Judge Thomas P. Griesa on 3/17/2005) (jsa, ) (Entered: 03/23/2005) |
| 03/28/2005 | 13 | MEMORANDUM OF LAW in Opposition re: 6 MOTION to Certify Class.. Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 14 | DECLARATION of Christopher P. Moore in Opposition re: 6 MOTION to Certify Class.(Vol. I of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 15 | DECLARATION of Christopher P. Moore in Opposition re: 6 MOTION to Certify Class.(Vol. II of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/30/2005 | 12 | CERTIFICATE OF SERVICE of declaration of Christopher P. Moore served on Lovell Stewart Halebian, LLP, Saul Roffe, Guillermo Gleizer on 3/28/05. Service was made by hand delivery. Document filed by The Republic of Argentina. (dle, ) (Entered: 04/06/2005) |
| 03/31/2005 | 11 | ORDER granting 6 Motion to Certify Class For the reasons stated on the record at today's hearing, the motions are granted in all of the captioned cases except in Fuhr (04 civ 507), Cooke 04 civ 508, Castro 04 civ 746 and Castro 04 civ 1183).Plaintiffs attorneys to settle appropriate orders.. (Signed by Judge Thomas P. Griesa on 3/31/2005) (jsa, ) (Entered: 04/04/2005) |
| 04/12/2005 |  | MEMORANDUM OF LAW in Support re: 6 MOTION to Certify Class. Document filed by Hickory Securities Ltd. Original entry in 04cv400 document number 41. (yv, ) Modified on 4/19/2005 (yv, ). (Entered: 04/19/2005) |
| 06/27/2005 | 16 | MOTION for Summary Judgment. Document filed by Hickory Securities Ltd.. Return Date set for 7/25/2005 09:00 AM. (ll, ) (Entered: 06/29/2005) |
| 06/27/2005 | 17 | MEMORANDUM OF LAW in Support re: 16 MOTION for Summary Judgment.. Document filed by Hickory Securities Ltd.. (ll, ) (Entered: 06/29/2005) |
| 06/27/2005 | 18 | AFFIDAVIT of Saul Roffe in Support re: 16 MOTION for Summary Judgment.. Document filed by Hickory Securities Ltd.. (ll, ) (Entered: 06/29/2005) |
| 07/19/2005 | 19 | NOTICE OF MOTION for Leave to Amend Pursuant to Rule 15(a) Defendant Leave to Amend the Answer, and for Such Other Relief as This Court Deems Just and Proper. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/20/2005) |
| 07/19/2005 | 20 | MEMORANDUM OF LAW of The Republic of Argentina in Support re: 19 MOTION for Leave to File Amend Pursuant to Rule 15(a) Defendant Leave to Amend |

| | | |
|---|---|---|
| | | the Answer, and for Such Other Relief as This Court Deems Just and Proper.. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/20/2005) |
| 08/10/2005 | 21 | ORDER; granting Class Certification; the Court hereby appoints Sirota & Sirota LLP, the law Offices of Guillermo Gleizer and Lovell Steward Halebian LLP as co-lead counsel ("Class Counsel") in the prosecution of this action pursuant to Rule 23. (Signed by Judge Thomas P. Griesa on 8/5/05) (pl, ) (Entered: 08/12/2005) |
| 09/12/2005 | | AFFIDAVIT of Saul Roffe in Opposition re: 19 MOTION for Leave to File Amend Pursuant to Rule 15(a) Defendant Leave to Amend the Answer, and for Such Other Relief as This Court Deems Just and Proper. (orig. docketed in 04cv400 as document #54). Document filed by Hickory Securities Ltd.. (pl, ) (Entered: 09/16/2005) |
| 09/12/2005 | | MEMORANDUM OF LAW in Opposition re: 19 MOTION for Leave to File Amend Pursuant to Rule 15(a) Defendant Leave to Amend the Answer, and for Such Other Relief as This Court Deems Just and Proper. (orig. document docketed in 04cv400 as document #55).(pl, ) (Entered: 09/16/2005) |
| 09/28/2005 | | ORDER Cede & Co. and Depository Trust Company appear in this Court at 500 Pearl Street, Courtroom 26B through their legal representatives on 9/28/05 at 4:30 p.m. to address the issues raised in the Conference before this Court on 9/13/05. Original filed in case 04cv400, doc #56 (Signed by Judge Thomas P. Griesa on 9/27/05) (jco, ) (Entered: 09/28/2005) |
| 09/28/2005 | | AFFIDAVIT OF SERVICE of Order served on William Sweeney, Esq on 9/27/2005. Service was accepted by William Sweeney, Esq.Original filed under 04cv400 document #57. (jar, ) (Entered: 10/03/2005) |
| 12/06/2005 | 22 | STIPULATION AND ORDER: The Republic will serve a consolidated response to the motions for summary judgment on or before 1/10/2006; Plaintiffs will serve a consolidated reply to the Republic's response to the motions for summary judgment, if any, on or before 1/27/2006. (Signed by Judge Thomas P. Griesa on 12/5/2005) (lb, ) (Entered: 12/06/2005) |
| 01/10/2006 | 23 | DECLARATION of Amy Chung in Opposition re: 16 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/10/2006 | 24 | MEMORANDUM OF LAW in Opposition re: 16 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/17/2006 | 25 | ORDER denying as moot 19 Motion for Leave to File Document . (Signed by Judge Thomas P. Griesa on 1/13/06) (cd, ) (Entered: 01/18/2006) |
| 02/15/2006 | 26 | ORDER denying 16 Motion for Summary Judgment . (Signed by Judge Thomas P. Griesa on 2/15/06) (dle, ) (Entered: 02/17/2006) |
| 09/13/2006 | 27 | Statement of Opt-Out From Certified and Putative Class Actions, as per Annex A. (cd, ) (Entered: 09/14/2006) |
| 09/18/2006 | 28 | NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain |

| | | |
|---|---|---|
| | | Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. (ae, ) (Entered: 09/20/2006) |
| 11/06/2006 | | MOTION to Appoint the law firm of Proskauer Rose LLP as co-lead counsel in these actions. Attached is affidavit in support of Bertrand Sellier.Document filed by Hickory Securities Ltd. (orig. docmt dktd in 04 cv 400, docmt #69) (djc, ) (djc, ) (Entered: 11/07/2006) |
| 12/01/2006 | 29 | STIPULATION AND ORDER; The Republic Shall have until December 1, 2006 to serve papers in response to plaintiffs' motion to appoint Proskauer Rose LLP as co-lead counsel. Plaintiffs shall have until December 8, 2006 to serve reply papers, if any, in further support of the Motion. Purs to Rule 1.E of the court's individual practices, the undersigned counsel represent that this is the first request for an extenstion of the briefing schedule for the Motion. (Signed by Judge Thomas P. Griesa on 11/29/06) (djc, ) (Entered: 12/04/2006) |
| 12/01/2006 | 30 | DECLARATION of Amy Chung in Opposition re: MOTION to appoint Proskauer Rose LLP. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/01/2006 | 31 | MEMORANDUM OF LAW in Opposition re: MOTION to appoint Proskauer Rose LLP as co lead counsel. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/08/2006 | | MEMORANDUM OF LAW in Support re: MOTION. Document filed by Hickory Securities Ltd. Original filed in case 04cv400 (TPG), doc # 73. (jco, ) (Entered: 12/11/2006) |
| 12/08/2006 | | AFFIDAVIT of Bertrand C. Sellier in Support re: MOTION. Document filed by Hickory Securities Ltd. Original filed in case 04cv400 (TPG), doc # 74. (jco, ) (Entered: 12/11/2006) |
| 12/19/2006 | 32 | Statement of Opt-Out from certified and putative class actions by counsel for the parties listed in Annexes A and B. (pl, ) (Entered: 12/20/2006) |
| 12/19/2006 | 33 | Notice of Errata To Previously Filed Opt-Out Statement by counsel for the parties listed in Annexes A to the Statement of Opt-OUt from Certified and Puntative Class Actions filed on 9/12/06.. (pl, ) (Entered: 12/20/2006) |
| 12/22/2006 | 34 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of all plaintiffs. New Address: Guillermo A. Gleizer, 6 Beechwood Court, East Hampton, NY, US 11937, 917-539-0175. (Gleizer, Guillermo) (Entered: 12/22/2006) |
| 12/22/2006 | 35 | AMENDMENT re: 33 NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. The following names should not have appeared in exhibit one to this notice: Anna Miccio, Antonio Gargiulo, Maria Gargiulo. (jmi, ) (Entered: 12/26/2006) |
| 02/16/2007 | 36 | CONFIDENTIALITY STIPULATION AND ORDER. The term "Confidential Information" means and includes any material, document or information that a producing |

| | | |
|---|---|---|
| | | party reasonably and in good faith believes is proprietary, personal, sensative, private and/or otherwise confidential, including, but not limited to financial, business and/or customer information. SO ORDERED. (Signed by Judge Thomas P. Griesa on 2/16/2007) (jar) (Entered: 02/21/2007) |
| 05/31/2007 | 37 | NOTICE of ERRATA to Previously filed Opt-Out Statements. Certain individuals and entities listed in either (i) Annex A to the opt-out notice filed on September 12, 2006 or (ii) Annex A to the opt-out notice filed on December 19, 2006, should not have been listed in either Annex for purposes of the Sept. 12, 2006 or December 19, 2006 filings. The names listed in Exhibit A. attached hereto should not have appeared in either of the afore-mentioned Annexes. The individuals and entities listed in Exhibit A remain participants in the above captioned actions. (djc) (Entered: 06/05/2007) |
| 07/01/2007 | 38 | REQUEST FOR EXCLUSION FROM CLASS *STATEMENT OF OPT-OUT FROM CERTIFIED CLASS ACTIONS*. Document filed by Andrarex, Ltd..(Boggio, Andrea) (Entered: 07/01/2007) |
| 09/14/2007 | | Minute Entry for proceedings held before Judge Thomas P. Griesa : Pretrial Conference held on 9/14/2007. (jpo) (Entered: 09/19/2007) |
| 09/28/2007 | 39 | ORDER APPOINTING CO-LEAD COUNSEL: on 11/6/2006, plaintiffs filed a motion seeking an order appointing Proskauer Rose LLP co-lead counsel for the Plaintiffs. A conference was held on 9/14/2007, to address the motion. Proskauer Rose LLP is hereby appointed as co-lead counsel for the plaintiffs. (Signed by Judge Thomas P. Griesa on 9/27/07) (kco) (Entered: 10/02/2007) |
| 12/04/2007 | 40 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of Andrarex, Ltd., Hickory Securities Ltd.. New Address: Guillermo A. Gleizer, 19 W 34th St. Suite 914, New York, NY, USA 1, 9175390175. (Gleizer, Guillermo) (Entered: 12/04/2007) |
| 02/29/2008 | 41 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE of Errata to Previously Filed Opt-Out Statements re: 27 Remark, 32 Remark. Document filed by The individual persons and entities listed in Annex A. (Attachments: # 1 Exhibit A, # 2 Certficate of Service)(Pell, Owen) Modified on 3/3/2008 (db). (Entered: 02/29/2008) |
| 03/03/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Owen Pell to MANUALLY RE-FILE Document NOTICE of Errata to Previously Filed Opt-Out Statements, Document No. 41. This case is not ECF. (db) (Entered: 03/03/2008) |
| 04/16/2008 | | AFFIDAVIT of Saul Roffe. Document filed by Hickory Securities Ltd. Original document filed in case #04cv400, document #87. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 42 | MOTION for an order granting summary judgment in favor of Plaintiffs on all counts of the complaint in the amount of $416,261,235 inclusive of accrued interest through 4/30/08, plus accrued interest thereafter at the statutory 9%. Document filed by Hickory Securities Ltd..(dle) (Entered: 04/18/2008) |

| 04/16/2008 | 43 | MEMORANDUM OF LAW in Support re: 42 MOTION for Summary Judgment. Document filed by Hickory Securities Ltd. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 44 | RULE 56.1 STATEMENT. Document filed by Hickory Securities Ltd.. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 45 | NOTICE OF CHANGE OF ADDRESS by Howard B. Sirota on behalf of Hickory Securities Ltd. New Address: Howard Sirota, Attorney at Law, 260 Madison Avenue, New York, New York, 10016, (212) 425-9055. (dle) (Entered: 04/18/2008) |
| 04/18/2008 |  | DECLARATION of Guillermo A. Gleizer in Support of plaintiffs' motion for pre-judgment relief concerning property located in New York belonging to Argentina. (tro) Original document filed under civil case no. 04-cv-400, document #92. (tro) (Entered: 04/18/2008) |
| 04/18/2008 |  | MEMORANDUM OF LAW in Support of Plaintiffs' Order to Show Cause. Original document filed under case no. 04-cv-400, document # 93. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | 46 | ORDER TO SHOW CAUSE: Defendants shall show cause on 4/30/2008 at 10:30 AM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa, as to why an order should not be made and entered, as set forth herein. Reply papers if any shall be served upon defendant's counsel at the time of the hearing. (Signed by Judge Thomas P. Griesa on 4/18/2008) (jpo) (Entered: 04/18/2008) |
| 04/25/2008 |  | CERTIFICATE OF SERVICE of order to show cause and supporting documents served on Cynthia Scott on 4/18/08. Service was accepted by Cynthia Scott by hand delivery. Document filed by Hickory Securities Ltd. Original document filed in case #04cv400, document #101. (dle) (Entered: 05/05/2008) |
| 04/28/2008 |  | DECLARATION of Gleizer in support of plaintiffs' motion for pre-judgment relief concerning property located in Belgium and Germany belonging to Argentina. Document filed by Hickory Securities Ltd. (orig. docmt dktd in cae no. 04 cv 400, docmt 95) (djc) (Entered: 04/29/2008) |
| 04/28/2008 | 47 | ORDER TO SHOW CAUSE filed by Hickory Securities Ltd.. The Republic of Argentina shall show cause as to why an order should not be entered Preliminarily Restraining and Enjoining with respect to the Trust Bonds. Show Cause Response due by 4/29/2008. Show Cause Hearing set for 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/28/08) (cd) (Entered: 04/29/2008) |
| 04/30/2008 | 48 | MEMORANDUM OF LAW in Opposition to Plaintiffs' Motion for Preliminary Injunction and Restraining Order. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 49 | DECLARATION of JoAnn D. Kamuf in Support re: 48 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 50 | DECLARATION of Christopher P. Moore in Support re: 48 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |

| 05/05/2008 | 51 | DECLARATION of Carlos Maria Tombeur. Document filed by The Republic of Argentina. (jp) (Entered: 05/06/2008) |
|---|---|---|
| 05/12/2008 | 52 | CERTIFICATE OF SERVICE of Memorandum of Law of the Republic of Argentina in opposition to Plaintiffs' Motions for Summary Judgment, dated May 12, 2008, the Declaration of Amy Chung dated May 12, 2008 including Exhbits A-E and Response of the Republic of Argentina to Plaintiffs' Local Rule 56.1 Statement served on Bertrand Sellier of Proskauer Rose LLP; Howard B. Sirota, Esq., Imtiaz Siddiqui, Esq., of Lovell Stewart Halebian LLP and Guilleremo A. Gleizer, Esq. on 5/12/08. Service was accepted by hand. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 53 | RESPONSE to Plaintiff's Local Rule 56.1 Statement. Document filed by The Republic of Argentina. (docmt received in night dep. on 5/12/08 at 6:01 p.m.) (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 54 | MEMORANDUM OF LAW in Opposition re: 42 MOTION for Summary Judgment. (docmt received in night dep. on 5/12/08 at 6:01 p.m.) Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 55 | DECLARATION of Amy Chung in Opposition re: 42 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (docmt received in night dep. on 5/12/08 at 6:01 p.m.)(djc) (Entered: 05/13/2008) |
| 05/16/2008 | 56 | DECLARATION of Severo Rizzo. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/16/2008 | 57 | SUR-REPLY MEMORANDUM OF LAW in Opposition to Plaintiff's motion for Preliminary Injunction. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/30/2008 | 58 | NOTICE of Errata To Previously Filed Opt-Out Statements. Document filed by The individual persons and entities listed in Annex A. (dle) (Entered: 06/02/2008) |
| 06/03/2008 | 59 | STIPULATION AND ORDER: Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgment, dated 4/16/08, previously due on 5/27/08, shall now be due on 6/3/08. (Signed by Judge Thomas P. Griesa on 6/3/08) (tro) (Entered: 06/04/2008) |
| 06/06/2008 | 61 | NOTICE OF APPEAL from 46 Order to Show Cause. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653370. Copies mailed to attorney(s) of record: Howard B. Sirota; Proskauer Rose LLP; Guillermo A. Gleizer; Lovell Stewart Halebian LLP. (tp) (Entered: 06/11/2008) |
| 06/09/2008 | 60 | STIPULATION AND ORDER, Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgement, dated April 16, 2008 (the "motion"), previously due on May 27, 2008, shall now be due on June 3, 2008; Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request by plaintiffs for an extension in the briefing schedule for motion. (Signed by Judge Thomas |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

| | | P. Griesa on 6/3/08) (mme) (Entered: 06/09/2008) |
|---|---|---|
| 06/11/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 61 Notice of Appeal,. (tp) (Entered: 06/11/2008) |
| 06/11/2008 | | Transmission of Notice of Appeal to the District Judge re: 61 Notice of Appeal,. (tp) (Entered: 06/11/2008) |
| 12/23/2008 | 62 | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATEMENTS. Document filed by The individual persons and entities listed in Annex A. (db) (Entered: 12/24/2008) |
| 12/23/2008 | | ***DELETED DOCUMENT. Deleted document number 63 Notice. The document was incorrectly filed TWICE in this case. (db) (Entered: 12/24/2008) |
| 01/09/2009 | 63 | ORDER: For the reasons stated on the record at the hearing on November 12, 2008 the motions for summary judgment in these cases are granted. The Clerk of the Court is directed to close these cases and terminate the following motions set forth within. (Signed by Judge Thomas P. Griesa on 1/8/2009) (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 63 Order, Terminate Motions,,, to the Judgments and Orders Clerk. (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | 64 | JUDGMENT #09,0017 in favor of Hickory Securities Ltd. against The Republic of Argentina in the amount of $ 215,975,000.00. (Signed by Judge Thomas P. Griesa on 01/08/2009) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 01/09/2009) |
| 01/22/2009 | 65 | ORDER AFFIRMING DESIGNATION OF PORTIONS OF LOPEZ ISNARDI AS "CONFIDENTIAL" It is hereby ordered that plaintiffs and plaintiffs' counsel may not publicly disclose, directly or indirectly, any of the Confidential Testimony, and shall not only use such Confidential Testimony for purposes of prosecuting the above captioned litigation. (Signed by Judge Thomas P. Griesa on 1/16/09) (mme) (Entered: 01/23/2009) |
| 01/22/2009 | 66 | NOTICE OF APPEAL from 64 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 676192. Copies mailed to attorney(s) of record: Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewat Halebian LLP; and Guillermo A. Gleizer. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 66 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal to the District Judge re: 66 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/29/2009 | 68 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Thomas P. Griesa on 1/29/2009) (jfe) (Entered: 03/12/2009) |
| 02/11/2009 | 67 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on |

| | | |
|---|---|---|
| | | Appeal for 66 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0374-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 02/13/2009) |
| 03/05/2009 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 67 Appeal Record Sent to USCA - Index, 47 Order to Show Cause, filed by Hickory Securities Ltd., 66 Notice of Appeal, filed by The Republic of Argentina, 34 Notice of Change of Address filed by Hickory Securities Ltd., 64 Judgment, 41 Notice (Other), Notice (Other) filed by The individual persons and entities listed in Annex A, 59 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 38 Request for Exclusion from Class filed by Andrarex, Ltd., 40 Notice of Change of Address filed by Hickory Securities Ltd., Andrarex, Ltd., 65 Order, 60 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 63 Order, Terminate Motions, 46 Order to Show Cause, filed by Hickory Securities Ltd. USCA Case Number 09-0374-cv, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/05/2009) |
| 03/11/2009 | | Received returned mail re: 66 Notice of Appeal. Mail was addressed to Saul Roffe, Esq. of Sirota & Sirota LLP. at 110 Wall Street, 21st Floor, New York, NY 10005 and was returned for the following reason(s): FORWARD TIME EXP RTN TO SEND. Forwarded Return Document to Sirota & Sirota LLP, 125 Beach 128th St., Rockaway Park NY 11694-1604. (tp) (Entered: 03/11/2009) |
| 07/28/2009 | 69 | DECLARATION of Amy Chung in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 07/28/2009 | 70 | MEMORANDUM OF LAW in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 08/06/2009 | 71 | STIPULATION AND ORDER; Plaintiffs' reply papers in further support of plaintiffs' motion to turn over property, dated July 13, 2009 (the "Motion"), previously due on August 3, 2009, shall now be due on August 7, 2009. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/6/2009) (tve) (Entered: 08/06/2009) |
| 08/06/2009 | | Set/Reset Deadlines: Replies due by 8/7/2009. (tve) (Entered: 08/06/2009) |
| 08/19/2009 | 72 | ORDER: The motion to compel the Republic to turn over all property held in the United States by Aerolineas Argentinas is denied. In light of the above discussion, the court need not reach the Republic's additional contention that the motion is procedurally flawed because plaintiffs failed to commence a separate turnover proceeding. For the reasons stated above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 8/19/2009) (jpo) (Entered: 08/19/2009) |
| 11/16/2009 | 73 | TRUE COPY ORDER of USCA as to 61 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2979-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration |

from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Capital Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 11/12/2009. (nd) (Entered: 11/16/2009) |

| 01/27/2010 | 74 | MANDATE of USCA WITHDRAWING APPEAL (Certified Copy) as to 61 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2979-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Capital Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 1/25/2010. (nd) (Entered: 01/28/2010) |

| 04/14/2010 | 75 | ORDER TO SHOW CAUSE: The Republic of Argentina shall show cause as to why |

SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| | | this Court should not enter an Order temporarily restraining and enjoining Defendant Republic of Argentina, its servants, employees, agents, representatives and any person acting in concert with them. Show Cause Hearing set for 4/15/2010 at 04:30 PM before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/14/2010) (jfe) (Entered: 04/14/2010) |
| 04/14/2010 | | MEMORANDUM OF LAW in Support of Plaintiff's Motion for a Temporary Restraining Order, A Preliminary Injunction and Expedited Discovery. Document filed by Hickory Securities Ltd. ***Original filed in case number 04-cv-400, document #143. (mro) (Entered: 04/15/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Hickory Securities Ltd. ***Original filed in case number 04-cv-400, document #144. (mro) (Entered: 04/16/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer (with exhibits attached hereto) in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Hickory Securities Ltd. ***Original filed in case number 04-cv-400, document #145.(mro) (Entered: 04/16/2010) |
| 04/23/2010 | | NOTICE OF APPEARANCE by Alexander Reus on behalf of Hickory Securities Ltd. ***Original filed in case number 04-cv-400, document #146. (mro) (Entered: 04/26/2010) |
| 04/26/2010 | 76 | OPINION: The motions before the court in the 10 captioned cases are denied. (Signed by Judge Thomas P. Griesa on 4/26/2010) (tro) (Entered: 04/26/2010) |
| 04/30/2010 | 77 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 78 | STIPULATION AND ORDER OF SUBSTITUTION OF PLAINTIFFS' CO-LEAD COUNSEL that Diaz, Reus & Targ, LLP be and hereby is substituted as attorney of record and Co-Lead Counsel for the Lead Plaintiffs and Class Representatives in the above-captioned matters, in place and stead of the Law Offices of Guillermo A. Gleizer, as of the date hereof. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 79 | CERTIFICATE OF SERVICE of Motions to Admit Counsel Pro Hac Vice served on Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewart & Halebian, LLP on 4/26/10. Service was made by U.S. Mail. (mro) (Entered: 05/04/2010) |

9/26/2014 SDNY CM/ECF Version 5.1.1

| 05/03/2010 | 80 | MOTION for Marta Colomar Garcia to Appear Pro Hac Vice. Document filed by Hickory Securities Ltd.(mro) (Entered: 05/04/2010) |
|---|---|---|
| 05/10/2010 | 81 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Guillermo Gleizer dated 5/3/2010 re: Class Members-Judgment Creditors request to be treated "the same" and not worse than every other recipient of the Exchange Offer. ENDORSEMENT: Denied. So ordered. (Signed by Judge Lawrence M. McKenna, Part I, on 5/10/2010) (tve) (Entered: 05/10/2010) |
| 05/11/2010 | 82 | MOTION for Margaret T. Perez to Appear Pro Hac Vice. Document filed by Hickory Securities Ltd.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 83 | MOTION for Carlos F. Gonzalez to Appear Pro Hac Vice. Document filed by Hickory Securities Ltd.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 84 | MOTION for Michael Diaz, Jr. to Appear Pro Hac Vice. Document filed by Hickory Securities Ltd.(mro) (Entered: 05/13/2010) |
| 05/17/2010 | | CASHIERS OFFICE REMARK on 80 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/03/2010, Receipt Number 902378. (jd) (Entered: 05/17/2010) |
| 05/17/2010 | 85 | NOTICE OF APPEARANCE by Guillermo Ariel Gleizer on behalf of Hickory Securities Ltd. (mro) (Entered: 05/18/2010) |
| 05/18/2010 | | CASHIERS OFFICE REMARK on 82 Motion to Appear Pro Hac Vice, 83 Motion to Appear Pro Hac Vice, 84 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 05/11/2010, Receipt Number 903907,903908,903909. (jd) (Entered: 05/18/2010) |
| 05/20/2010 | 86 | ORDER: In light of the above circumstances, which "reaffirm Plaintiffs' concerns that they may receive nothing in return under the proposed Exchange Offer," plaintiffs' request that the court "require Argentina to maintain in escrow all relevant incoming bonds (whether old or new) and cash, if any." After consideration of the circumstances outlined above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 5/20/2010) (jpo) (Entered: 05/20/2010) |
| 05/24/2010 | | MEMORANDUM OF LAW in Support of Order to Show Cause. Document filed by Hickory Securities Ltd. ***Original filed in case number 04-cv-400, document #158. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Jonathan I. Blackman, Carmine D. Boccuzzi, Christopher P. Moore (attorneys for defendants the Republic of Argentina) on 5/24/10. Service was made by U.S. Mail and Email. ***Original filed in case number 04-cv-400, document number 159. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Banco Nacion Argentina on 5/24/10. Service was made by U.S. Mail. |

| | | |
|---|---|---|
| | | ***Original filed in case number 04-cv-400, document number 160. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on HSBC on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 161. (mro) (Entered: 05/25/2010) |
| 05/25/2010 | 87 | WRIT OF EXECUTION AND ORDER TO SHOW CAUSE. IT IS HEREBY ORDERED, that a Writ of Execution is hereby issued; pursuant to this Writ of Execution, Rule 69(a) of the Federal Rules of Civil Procedure and -as applicable- FSIA, 28 U.S.C. §1610, Plaintiffs are authorized to execute upon certain property of Argentina as previously authorized by further Order of this court within this jurisdiction in satisfaction of the outstanding final judgments, amounting, to date in total to the sum of $2,243,075,681.00 until full payment and as further set forth in this order. Defendant The Republic of Argentina shall show cause as to why an order of execution pursuant to Rule 69 (a) of the Federal Rules of Civil Procedure and CPLR § 5230 shall not issue to the Sheriff of New York County or the United States Marshal directing him to satisfy the Judgments out of the Funds held by or for the benefit of Argentina in the Accounts maintained by BNA.(Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa., Show Cause Response due by 6/2/2010.). Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 88 | RESTRAINING NOTICE TO GARNISHEE. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 89 | RESTRAINING NOTICE TO GARNISHEE. To: HSBC Bank 550 Fashion Avenue, New York, New York 10018. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 90 | RESTRAINING NOTICE TO GARNISHEE. To: Banco de la Nacion Argentina 225 Park Avenue, New York, New York 10017. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL |

| | | PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
|---|---|---|
| 05/25/2010 | | Set Deadlines/Hearings: Show Cause Response due by 6/2/2010. Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (rjm) (Entered: 05/26/2010) |
| 05/27/2010 | 91 | RESTRAINING NOTICE TO GARNISHEE: The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 92 | RESTRAINING NOTICE TO GARNISHEE: (Re: Banco de la Nacion Argentina) The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 93 | ORDER: The U.S. Marshals Service is directed to defer taking actual possession of or levying upon any property pursuant to the Orders until further order of this Court; ORDERED, the Blanket Orders are immediately vacated for the reasons stated in the Republic's May 25, 2010 letter; ORDERED, as provided for under the OSC, objections or responses to the BNA Orders and HSBC Orders shall be filed on or before June 2, 2010 at 12:00 p.m., or at such other time set by the Court. (Signed by Judge Thomas P. Griesa on 5/27/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | | Set Deadlines/Hearings: Responses due by 6/2/2010 (jpo) (Entered: 05/27/2010) |

| 06/04/2010 | 94 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Hickory Securities Ltd. (mro) (Entered: 06/04/2010) |
| --- | --- | --- |
| 06/07/2010 | 95 | MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. ***Declaration of Rahul Mukhi and exhibits attached hereto. (Received in the night deposit box on 6/7/10 at 6:08pm)(mro) (Entered: 06/08/2010) |
| 06/07/2010 | 96 | MEMORANDUM OF LAW in Support re: 95 MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. (Received in the night deposit box on 6/7/10 at 6:08pm)(mro) (Entered: 06/08/2010) |
| 06/18/2010 | 97 | MANDATE of USCA (Certified Copy) as to (65 in 1:04-cv-02117-TPG) Notice of Appeal, filed by The Republic of Argentina, (126 in 1:04-cv-00400-TPG) Notice of Appeal, filed by The Republic of Argentina, (66 in 1:04-cv-00936-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00506-TPG) Notice of Appeal, filed by Republic of Argentina, (66 in 1:04-cv-00401-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-01085-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00937-TPG) Notice of Appeal, filed by The Republic of Argentina, (55 in 1:04-cv-02118-TPG) Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0332-cv(L). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, REMANDED in part in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 06/17/2010. (nd) (Entered: 06/18/2010) |
| 06/18/2010 | | Transmission of USCA Mandate/Order to the District Judge re: (176 in 1:04-cv-00400-TPG, 96 in 1:04-cv-00937-TPG, 99 in 1:04-cv-00401-TPG, 96 in 1:04-cv-01085-TPG, 97 in 1:04-cv-00936-TPG, 86 in 1:04-cv-02118-TPG, 95 in 1:04-cv-00506-TPG, 96 in 1:04-cv-02117-TPG) USCA Mandate,,,. (nd) (Entered: 06/18/2010) |
| 07/01/2010 | 98 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 7/1/10) (pl) (Entered: 07/02/2010) |
| 08/05/2010 | | MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). Document filed by Hickory Securities Ltd. ***Original document filed in case number 04-cv-400, document number 180.(mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/05/2010 | | MEMORANDUM OF LAW in Support re: MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). ***Original document filed in case number 04-cv-400, document number 181. Document filed by Hickory Securities Ltd. (mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/19/2010 | 99 | RESPONSE by the Republic of Argentina to plaintiffs' Motion to Clarify. Document filed by The Republic of Argentina. (mro) (Entered: 08/23/2010) |

| | | |
|---|---|---|
| 08/25/2010 | 100 | ORDER: The court hereby withdraws Footnote 1 of the July 23,2010 opinion in Aurelius Capital Partners, LP v. Republic of Argentina, 07 Civ. 2715 (TPG), and notes that the Seijas plaintiffs have not formally abandoned whatever rights they have in connection with this claim. (Signed by Judge Thomas P. Griesa on 8/23/2010) (jpo) (Entered: 08/25/2010) |
| 09/23/2010 | | DECLARATION of Michael Adler. Document filed by Hickory Securities Ltd. ***Original document filed in case number 04-cv-400, document # 185. (mro) (Entered: 09/24/2010) |
| 09/23/2010 | | DECLARATION of Jennifer Scullion. Document filed by Hickory Securities Ltd. ***Original document filed in case number 04-cv-400, document # 187. (mro) (Entered: 09/24/2010) |
| 10/04/2010 | 101 | ORDER: Plaintiffs request that the court compel the Republic to respond to interrogatories and document requests dated September 29, 2010. Plaintiffs seek to determine whether it is the Republic's present intention to issue new bonds in the next twelve months, and, if so, plaintiffs seek further information. The Republic opposes the request in its entirety. Plaintiffs' request is denied. (Signed by Judge Thomas P. Griesa on 10/4/10) (db) (Entered: 10/04/2010) |
| 10/06/2010 | 102 | MEMORANDUM OF LAW in Opposition to Entry of Revised Aggregate Class Judgments.. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 103 | DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 104 | CERTIFICATE OF SERVICE of the Memorandum of Law of the Republic of Argentina in Opposition to Entry of Revised Aggregate Class Judgments served on Michael Diaz, Jr., and Jennifer Scullion on 10/6/2010. Service was made by Federal Express. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/12/2010 | 105 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine Boccuzzi dated 10/12/10 re: Briefing schedule for further briefing the order to show cause as follows. ENDORSEMENT: So Ordered. (Plaintiff Reply due by 10/13/2010. The Republic may make a supplemental filing addressing the opinions of plaintiffs' expert Prof. Michael Adler by Monday, 10/18 at noon. Hearing set for Tuesday, 10/19/2010 at 11:00 AM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/12/10) (cd) (Entered: 10/13/2010) |
| 10/13/2010 | | REPLY MEMORANDUM OF LAW in Support of Entry of Revised Class Judgments. Document filed by Plaintiff Classes. (Received in the night deposit box on 10/13/10 at 10:47pm). ***Original Document filed in case number 04-cv-400, document number 195. (mro) (Entered: 10/18/2010) |
| 10/13/2010 | | REPLY DECLARATION of Jennifer Scullion in Support of Plaintiffs' Reply on their Order to Show Cause for entry of revised Class Judgments. Document filed by Plaintiff Classes. ***Exhibits attached hereto. (Received in the night deposit box on 10/13/10 at |

| | | |
|---|---|---|
| | | 10:47pm) ***Original document filed in case number 04-cv-400, document number 196. (mro) (Entered: 10/18/2010) |
| 10/18/2010 | 106 | SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO THE DECLARATION OF MICHAEL ADLER CONCERNING REVISED AGGREGATED CLASS JUDGMENT. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/18/2010 | 107 | SUPPLEMENTAL DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/19/2010 | 108 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/20/2010) |
| 11/12/2010 | | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATMENTS. Document filed by The individual persons and entities listed in Annex A. ***Original filed in case number 04-cv-400, document #201.(mro) (Entered: 11/15/2010) |
| 12/15/2010 | 109 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Michael Diaz, Jr., Carlos F. Gonzalez, Margaret T. Perez, and Marta Colomar Garcia, counsel for defendants in the above captioned matters, have moved for permission to appear and participate pro hac vice in the above captioned matters pursuant to Local Rule 1.3(c). The motion is granted, and Mr. Diaz, Mr. Gonzalez, Ms. Perez, and Ms. Garcia may appear and participate in this matter upon payment of the necessary fee. SO ORDERED. (Signed by Judge Thomas P. Griesa on 12/15/2010) (lnl) (Entered: 12/15/2010) |
| 03/29/2011 | 110 | OPINION: The motion to vacate the May 24 orders is granted. This resolves the motions listed as document numbers 174 in case 04 Civ. 400; 97 in 04 Civ. 401; 93 in 04 Civ. 506; 95 in 04 Civ. 936; 94 in 04 Civ. 937, 04 Civ. 1085, and 04 Civ. 2117; and 84 in 04 Civ. 21 18. SO ORDERED. (Signed by Judge Thomas P. Griesa on 3/29/2011) (lnl) (Entered: 03/29/2011) |
| 07/22/2011 | 111 | STIPULATION AND ORDER that without waiver of the Republic's positions on aggregate judgments and acceleration, all of which are expressly preserved for any appeal, the amounts of principal and interest for each Plaintiff Class is currently calculated as further set forth in this document and detailed in the chart attached hereto |

|  | | as Exhibit B. (Signed by Judge Thomas P. Griesa on 7/22/11) (cd) (Entered: 07/22/2011) |
|---|---|---|
| 07/22/2011 | 112 | JUDGMENT #11,1416 in favor of Hickory Securities Ltd. against The Republic of Argentina in the amount of $ 178,093,585.55. (Signed by Judge Thomas P. Griesa on 7/22/11) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Transmission to Docket Assistant Clerk. Transmitted re: 112 Judgment, to the Docket Assistant Clerk for case processing. (dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Mailed notice of Right to Appeal re: 112 Judgment, to Attorney(s) of Record: Andrea Boggio, Michael Diaz, Jr, Carlos F. Gonzalez, Alexander Reus, Guillermo Ariel Gleizer, Jennifer R. Scullion, Marta Colomar Garcia, Margaret T. Perez, Saul Roffe, William Henry Weisman, Bertrand Charles Sellier, Carmine D. Boccuzzi, Jr, Jonathan I. Blackman. (eef) (Entered: 07/26/2011) |
| 08/15/2011 | 113 | NOTICE OF APPEAL from 112 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number 11465400150. Copies of Notice of Appeal mailed to Attorney(s) of Record: Diaz Reus; Stark & Stark LLP; Proskauer Rose LLP; Sirota & Sirota LLP. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 113 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal to the District Judge re: 113 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/24/2011 | | USCA Case Number 11-3317 from the USCA 2nd Circuit assigned to 113 Notice of Appeal, filed by The Republic of Argentina. (tp) (Entered: 08/24/2011) |
| 08/25/2011 | 114 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 113 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3317, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 08/26/2011) |
| 08/14/2012 | 115 | TRUE COPY ORDER of USCA as to 113 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3317-cv(L). Ordered, Adjudged and Decreed that the judgments of the District Court are AFFIRMED in part, VACATED in part, and the case is REMANDED for further proceedings. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 08/14/2012. (nd) (Entered: 08/14/2012) |
| 09/07/2012 | 116 | MANDATE of USCA (Certified Copy) as to 113 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3317-cv(L). Ordered, Adjudged and Decreed that the judgments of the District Court are AFFIRMED in part, VACATED in part, and the case is REMANDED for further proceedings.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/07/2012. (nd) (Entered: 09/07/2012) |
| 09/07/2012 | | Transmission of USCA Mandate/Order to the District Judge re: 116 USCA Mandate,. |

| | | (nd) (Entered: 09/07/2012) |
|---|---|---|
| 11/26/2012 | 117 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jason A. Zweig dated 11/21/2012 re: Class counsel in the cases and counsel for Argentina have conferred and jointly propose the following schedule for discovery and hearing on the issues identified for remand: February 15, 2013 - Fact Discovery Completed; March 15, 2013 - Parties Exchange Expert Reports; April 5, 2013 - Parties Exchange Rebuttal Reports (if necessary); April 26, 2013 - Expert Depositions Completed. ENDORSEMENT: Approved. (Deposition due by 4/26/2013, Fact Discovery due by 2/15/2013.) (Signed by Judge Thomas P. Griesa on 11/26/2012) (djc) (Entered: 11/30/2012) |
| 08/22/2013 | 118 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/21/2013 re: The parties jointly propose the following schedule: Plaintiff's Motion: September 12, 2013; Defendant's Opposition: October 18, 2013; Plaintiff's Reply: November 1, 2013. ENDORSEMENT: Approved., ( Motions due by 9/12/2013., Responses due by 10/18/2013., Replies due by 11/1/2013.) (Signed by Judge Thomas P. Griesa on 8/22/2013) (lmb) (Entered: 08/22/2013) |
| 09/12/2013 | 119 | NOTICE OF RULE 23(c) (1)(C) MOTION to Modify Class Definitions. Document filed by Hickory Securities Ltd.(lmb) (Entered: 09/13/2013) |
| 09/12/2013 | 120 | MEMORANDUM OF LAW in Support re: 119 NOTICE OF RULE 23(c) (1)(C) MOTION to Modify Class Definitions. Document filed by Hickory Securities Ltd. (lmb) (Entered: 09/13/2013) |
| 10/16/2013 | 121 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated 10/15/2013 re: We represent defendant the Republic of Argentina (the "Republic") in the above captioned actions. The parties have agreed to extend, from October 18, 2013, to October 25, 2013, the deadline for the Republic to file opposition papers to plaintiffs' motions to modify the class definition. Pursuant to this agreement, the deadline for plaintiffs to file reply papers would be extended from November 1, 2013, to November 15, 2013. ENDORSEMENT: Approved. ( Responses due by 10/25/2013, Replies due by 11/15/2013.) (Signed by Judge Thomas P. Griesa on 10/16/2013) (ama) (Entered: 10/16/2013) |
| 11/08/2013 | 122 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 11/06/2013 re: The parties have agreed to extend the Plaintiffs' deadline to file reply papers in further support of their motions to modify the class definitions from November 15, 2013 to November 22, 2013. ENDORSEMENT: Approved., ( Replies due by 11/22/2013.) (Signed by Judge Thomas P. Griesa on 11/08/2013) (ama) (Entered: 11/08/2013) |
| 11/19/2013 | 123 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jeniphr Breckenridge dated 11/15/2013 re: Counsel for Brecher Plaintiffs requests that Your Honor so-order the modified briefing schedule by endorsement of this letter. ENDORSEMENT: Approved. Set Deadlines/Hearing as to (78 in 1:06-cv-15297-TPG) MOTION Modify Class Definition: Replies due by 11/22/2013. (Signed by |

| | | |
|---|---|---|
| | | Judge Thomas P. Griesa on 11/19/2013) ***Filed in 06cv15297, 04cv5068, 04cv400, 04cv401, 04cv506, 04cv936, 04cv937, 04cv1085, 04cv2117, and 04cv2118(tn) Modified on 11/25/2013 (tn). (Entered: 11/20/2013) |
| 11/22/2013 | 124 | REPLY MEMORANDUM OF LAW in Support re: 119 MOTION to Modify Class Definitions. Document filed by Hickory Securities Ltd. (ft) (Entered: 12/04/2013) |
| 11/22/2013 | 125 | REPLY DECLARATION of Jennifer R. Scullion in Support re: 119 MOTION to Modify Class Definitions. Document filed by Hickory Securities Ltd. (ft) (Entered: 12/04/2013) |
| 04/24/2014 | 126 | ORDER GRANTING MOTION TO MODIFY CLASS DEFINITION AND CERTIFYING MODIFIED CLASS: granting 119 Motion to Modify Class Definitions. IT IS HEREBY ORDERED THAT: 1. The Court finds: There is good and sufficient cause to modify the existing class definition to encompass the Holder Class; modification of the class definition will serve the interests of justice and will not prejudice Argentina or any holder; the Holder Class satisfies the requirements of Rule 23 (including numerosity, commonality, typicality, and fair and adequate representation) and is ascertainable by reference to objective criteria; and the requirements of FED. R. CIV. P. 23(b)(3) and 23(c)(2)(B) will be satisfied, and Due Process rights of actual and potential Holder Class members will be protected, by notice and opt out procedures. 2. The Court therefore GRANTS Plaintiff's motion to modify the class definition to encompass, as modified, "all holders of Republic of Argentina 11.75% Global Notes due June 15,2015 (CUSIP/ISIN # US040114GA27)," a "holder" being an owner of a beneficial interest in said bonds. Excluded from the Holder Class are all holders to the extent that their holdings (x) are the subject of a separately pending lawsuit or claim in arbitration to collect on such holdings or (y) have been exchanged for new bonds or otherwise extinguished. Holders that timely opt out pursuant to the attached procedures also will be excluded from the Holder Class. 3. The Court hereby appoints Proskauer Rose LLP, Diaz Reus & Targ LLP, and Saul Roffe as co-Class Counsel for the Holder Class. (Signed by Judge Thomas P. Griesa on 4/24/2014) (lmb) Modified on 4/24/2014 (lmb). (Entered: 04/24/2014) |
| 06/19/2014 | 127 | ORDER of USCA (Certified Copy) USCA Case Number 14-1450. Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's orders granting class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.,* 262 F.3d 134, 139-40 (2d Cir. 2001). The appeals will be heard in tandem. The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 06/19/2014. (nd) Modified on 6/19/2014 (nd). **[New USCA Case NO. 14-2111-cv].** (Entered: 06/19/2014) |
| 06/19/2014 | | Appeal Fee Due: re: FRCP 23(f) granting leave to appeal the District Court's order granting class certification. $505.00 Appeal filing fee due. (nd) (Entered: 06/19/2014) |
| 06/20/2014 | | USCA Appeal Fees received $ 505.00 receipt number 465401098438 on 6/20/2014 re: Rule 23f Appeal. USCA Case NO. 14-2111-cv. (tp) (Entered: 06/20/2014) |

SDNY CM/ECF Version 5.1.1

| 06/30/2014 | 128 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from William H. Weisman dated 6/24/2014 re: Counsel requests to be terminated as an attorney of record for Plaintiff in the above-referenced matter. ENDORSEMENT: So ordered. Attorney William Henry Weisman terminated. (Signed by Judge Thomas P. Griesa on 6/30/2014) (tn) (Entered: 06/30/2014) |
|---|---|---|
| 07/02/2014 | 129 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for Notice of Appeal, filed by The Republic of Argentina. USCA Case Number 14-2111, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) (Entered: 07/02/2014) |
| 07/23/2014 | 130 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 7/23/2014 re: Settlement Negotiations. Document filed by Hickory Securities Ltd.. (Scullion, Jennifer) (Entered: 07/23/2014) |
| 07/24/2014 | 131 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Hickory Securities Ltd.. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 132 | NOTICE OF APPEARANCE by Michael Todd Mobley on behalf of Hickory Securities Ltd.. (Mobley, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 133 | MOTION for Preliminary Injunction . Document filed by Hickory Securities Ltd.. (Attachments: # 1 Exhibit A)(Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 134 | MEMORANDUM OF LAW in Support re: 133 MOTION for Preliminary Injunction . *Memorandum of Law in Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Hickory Securities Ltd.. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 135 | CERTIFICATE OF SERVICE of Notice of Motion for Preliminary Injunction and Supporting Papers served on Carmine Boccuzzi-Attorney for Defendant on 7/24/14. Service was accepted by ECF and Hand Delivery. Document filed by Hickory Securities Ltd.. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 136 | NOTICE OF APPEARANCE by Michael Diaz, Jr on behalf of Hickory Securities Ltd.. (Diaz, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 137 | NOTICE OF APPEARANCE by Carlos F. Gonzalez on behalf of Hickory Securities Ltd.. (Gonzalez, Carlos) (Entered: 07/24/2014) |
| 08/06/2014 | 138 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/6/2014 re: Response to Mr. Blackman's letter. Document filed by Hickory Securities Ltd.. (Attachments: # 1 Appendix A - C)(Scullion, Jennifer) (Entered: 08/06/2014) |
| 08/15/2014 | 139 | ORDER. On July 24, 2014, plaintiffs filed a motion for a preliminary injunction, seeking essentially the same relief granted to plaintiffs in NML Capital, Ltd., et al. v. The Republic of Argentina, No. 08-cv-6978, and related cases. By letter dated August 5, 2014, the Republic asked the court to defer briefing on plaintiffs' motion or grant the Republic an extension to file its opposition. The court will defer briefing on plaintiffs' motion according to the following schedule: The Republic's opposition shall be filed no |

| | | |
|---|---|---|
| | | later than August 29, 2014. Plaintiffs' reply shall be filed no later than September 12, 2014. So ordered. (Responses due by 8/29/2014. Replies due by 9/12/2014.) (Signed by Judge Thomas P. Griesa on 8/15/2014) (rjm) (Entered: 08/15/2014) |
| 08/15/2014 | 140 | ORDER: IT IS HEREBY: ORDERED, that the Republic's Memorandum of Law in Opposition to Plaintiffs' Motion to Modify the Class Definition and the Declaration of Carmine D. Boccuzzi in support thereof be added to the docket in each of the above-captioned cases. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/15/2014) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B-2, # 4 Exhibit B-3)(ama) (Entered: 08/15/2014) |
| 08/18/2014 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 140 Order, USCA Case Number 14-2111-cv., were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/18/2014) |
| 08/19/2014 | 141 | ORDER: The court directs the Clerk's Office to designate all of the above-captioned actions as ECF cases. Barring issues related to confidential, privileged, or otherwise sensitive information, parties are directed to file all documents electronically and send a courtesy copy to the court. (Signed by Judge Thomas P. Griesa on 8/19/2014) (kgo) (Entered: 08/19/2014) |
| 08/19/2014 | | Case Designated ECF. (kgo) (Entered: 08/19/2014) |
| 08/26/2014 | 142 | MEMORANDUM OF LAW in Support re: 133 MOTION for Preliminary Injunction . *Supplement to Memorandum of Law In Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Hickory Securities Ltd.. (Attachments: # 1 Appendix A, # 2 Appendix B)(Scullion, Jennifer) (Entered: 08/26/2014) |
| 08/29/2014 | 143 | MEMORANDUM OF LAW in Opposition re: 133 MOTION for Preliminary Injunction . *, dated August 29, 2014*. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 08/29/2014 | 144 | DECLARATION of Carmine D. Boccuzzi, dated August 29, 2014, with Exhibits in Opposition re: 133 MOTION for Preliminary Injunction .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit I-K)(Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 09/12/2014 | 145 | REPLY MEMORANDUM OF LAW in Support re: 133 MOTION for Preliminary Injunction . . Document filed by Hickory Securities Ltd.. (Scullion, Jennifer) (Entered: 09/12/2014) |
| 09/12/2014 | 146 | DECLARATION of Jennifer R. Scullion in Support re: 133 MOTION for Preliminary Injunction .. Document filed by Hickory Securities Ltd.. (Attachments: # 1 Exhibit s A-B, # 2 Exhibit s C-E)(Scullion, Jennifer) (Entered: 09/12/2014) |

## PACER Service Center

### Transaction Receipt

9/26/2014

SDNY CM/ECF Version 5.1.1

A-95

09/26/2014 22:04:31

| PACER Login: | clearypacer:3464758:0 | Client Code: | 28017-204 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-00936-TPG |
| Billable Pages: | 18 | Cost: | 1.80 |

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00937-TPG

Valls et al v. The Republic of Argentina

Assigned to: Judge Thomas P. Griesa

Related Case: 1:03-cv-02507-TPG

Case in other court: USCA 2nd Circuit, 11-03354

Cause: 28:1332 Diversity-Other Contract

Date Filed: 02/04/2004

Date Terminated: 01/09/2009

Jury Demand: Plaintiff

Nature of Suit: 190 Contract: Other

Jurisdiction: Diversity

**Plaintiff**

**Elizabeth Andrea Azza**
represented by
**Bertrand Charles Sellier**
Vandenberg & Feliu, LLP
60 East 42nd Street,
51st Floor
New York, NY 10165
212-763-6833
Fax: 212-380-0172
Email: bsellier@rlrpclaw.com
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
Guillermo A. Gleizer, Esq.
347 Fifth Avenue, Suite 1402
New York, NY 10016
(917) 539-0175
Fax: (212) 918-7958
Email: ari.gui@gmail.com
*LEAD ATTORNEY*

**Michael Todd Mobley**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036
(212) 969-3212
Fax: (212) 969-2900
Email: mmobley@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**

Sirota & Sirota, LLP(Queens)
125 Beach 128th Street
Queens, NY 11694
(609) 791-7007
Fax: (609) 896-9060
Email: saul@sirotalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
Diaz Reus
Bank of America Tower
100 S.E. Second Street
Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: cgonzalez@diazreus.com
*PRO HAC VICE*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**Marta Colomar Garcia**

Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*TERMINATED: 06/30/2014*

**Plaintiff**

**Claudia Florencia Valls**                    represented by **Bertrand Charles Sellier**
(See above for address)
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
(See above for address)
*LEAD ATTORNEY*

**Michael Todd Mobley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**

(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*

**Jennifer R. Scullion**
(See above for address)

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

**Plaintiff**

**Hickory Securities, Ltd.**                    represented by  **Bertrand Charles Sellier**
(See above for address)
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
(See above for address)
*LEAD ATTORNEY*

**Michael Todd Mobley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*

**Jennifer R. Scullion**
(See above for address)

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

V.

**Defendant**

**The Republic of Argentina**          represented by **Jonathan I. Blackman**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com
*LEAD ATTORNEY*

**Miscellaneous**

**The individual persons and entities
listed in Annex A**

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01085-TPG

Azza et al v. The Republic of Argentina

Assigned to: Judge Thomas P. Griesa

Related Case: 1:02-cv-05699-TPG

Case in other court: USCA 2nd Circuit, 11-03331

Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 02/10/2004

Date Terminated: 01/09/2009

Jury Demand: None

Nature of Suit: 190 Contract: Other

Jurisdiction: Federal Question

**Plaintiff**

**Elizabeth Andrea Azza**                 represented by   **Bertrand Charles Sellier**
Vandenberg & Feliu, LLP
60 East 42nd Street,
51st Floor
New York, NY 10165
212-763-6833
Fax: 212-380-0172
Email: bsellier@rlrpclaw.com
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
Guillermo A. Gleizer, Esq.
347 Fifth Avenue, Suite 1402
New York, NY 10016
(917) 539-0175
Fax: (212) 918-7958
Email: ari.gui@gmail.com
*LEAD ATTORNEY*

**Michael Todd Mobley**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036
(212) 969-3212
Fax: (212) 969-2900
Email: mmobley@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**

Sirota & Sirota, LLP(Queens)
125 Beach 128th Street
Queens, NY 11694
(609) 791-7007
Fax: (609) 896-9060
Email: saul@sirotalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
Diaz Reus
Bank of America Tower
100 S.E. Second Street
Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: cgonzalez@diazreus.com
*PRO HAC VICE*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**Marta Colomar Garcia**

Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*TERMINATED: 06/30/2014*

**<u>Plaintiff</u>**

**Rodolfo Vogelbaum**                    represented by **Bertrand Charles Sellier**
(See above for address)
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
(See above for address)
*LEAD ATTORNEY*

**Michael Todd Mobley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**

(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*

**Jennifer R. Scullion**
(See above for address)

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

**Plaintiff**

**Hickory Securities, Ltd.**          represented by   **Bertrand Charles Sellier**
(See above for address)
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
(See above for address)
*LEAD ATTORNEY*

**Michael Todd Mobley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)

**Carlos F. Gonzalez**
(See above for address)
*PRO HAC VICE*

**Jennifer R. Scullion**
(See above for address)

**Margaret T. Perez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marta Colomar Garcia**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
(See above for address)
*PRO HAC VICE*

**William Henry Weisman**
(See above for address)
*TERMINATED: 06/30/2014*

V.

**Defendant**

**The Republic of Argentina**                 represented by **Carmine D. Boccuzzi , Jr**
                                                             Cleary Gottlieb
                                                             One Liberty Plaza
                                                             New York, NY 10006
                                                             212-225-2000
                                                             Fax: 212-225-3499
                                                             Email: maofiling@cgsh.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jonathan I. Blackman**
                                                             Cleary Gottlieb
                                                             One Liberty Plaza
                                                             New York, NY 10006

212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**The individual persons and entities
listed in Annex A**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2004 | | SUMMONS ISSUED as to The Republic of Argentina. (gmo, ) (Entered: 02/11/2004) |
| 02/10/2004 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 150.00, Receipt Number 499146)Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum.(gmo, ) (Entered: 02/11/2004) |
| 02/10/2004 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 02-cv-5699. (gmo, ) (Entered: 02/11/2004) |
| 02/10/2004 | 5 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum.(ae, ) (Entered: 05/26/2004) |
| 02/19/2004 | 2 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Republic of Argentina served on 2/13/2004, answer due 3/4/2004. Service was accepted by Antonio Lues, Compliance Officer. Document filed by Elizabeth Andrea Azza ; Hickory Securities, Ltd. ; Rodolfo Vogelbaum. (yv, ) (Entered: 02/24/2004) |
| 03/02/2004 | | CASE ACCEPTED AS RELATED TO 1:02-cv-5699. Notice of Assignment to follow. (jjm, ) (Entered: 03/02/2004) |
| 03/02/2004 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned no longer assigned to the case. (jjm, ) (Entered: 03/02/2004) |
| 03/02/2004 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (jjm, ) (Entered: 03/02/2004) |
| 03/02/2004 | | Mailed notice to the attorney(s) of record. (jjm, ) (Entered: 03/02/2004) |
| 04/14/2004 | 4 | ANSWER to Complaint. Document filed by The Republic of Argentina.(yv, ) (Entered: 04/15/2004) |
| 08/13/2004 | 6 | NOTICE OF MOTION to Certify Class action and to appoint Sirota & Sirota LLP, Lovell Stewart Halbian, LLP and law firm of Guillermo Gleizer appointed co-lead |

| | | |
|---|---|---|
| | | counsel in this action.. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (pa, ) Modified on 8/16/2004 (pa, ). (Entered: 08/16/2004) |
| 08/13/2004 | 7 | AFFIDAVIT of Saul Roffe in Support re: 6 MOTION to Certify Class.. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (pa, ) (Entered: 08/16/2004) |
| 08/13/2004 | 8 | MEMORANDUM OF LAW in Support re: 6 MOTION to Certify Class.. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (pa, ) (Entered: 08/16/2004) |
| 09/28/2004 | 9 | STIPULATION AND ORDERThe Republic will serve discovery requests concerning class certification issues on plaintiffs on or before 9/16/04, after which plaintiffs and the Republic will coordinate class discovery in the Proposed Class Actions; and at the conclusion of class discovery in the Proposed Class Actions, plaintiffs and the republic will confer concerning an agreed-to briefing schedule for the Republic's papers in response to the class certification motion and the reply papers of plaintiffs, is any, in further support of their motion. Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the briefing schedule for the Motion. So Ordered. (Signed by Judge Thomas P. Griesa on 9/24/04) (jco, ) (Entered: 09/29/2004) |
| 01/24/2005 | 10 | NOTICE of Change of Firm Name & Legal Status to Cleary Gottlieb, Steen & Hamilton LLP. Document filed by The Republic of Argentina. (ps, ) (Entered: 01/31/2005) |
| 03/21/2005 | | ENDORSED LETTER addressed to Judge Griesa from Saul Roffe dated 3/17/2005 re: request denied. Original filed in 04cv400. (Signed by Judge Thomas P. Griesa on 3/17/2005) (jsa, ) (Entered: 03/23/2005) |
| 03/28/2005 | 13 | MEMORANDUM OF LAW in Opposition re: 6 MOTION to Certify Class.. Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 14 | DECLARATION of Christopher P. Moore in Opposition re: 6 MOTION to Certify Class.. Document filed by The Republic of Argentina.(Vol. I of II) (rag, ) Modified on 4/11/2005 (rag, ). (Entered: 04/11/2005) |
| 03/28/2005 | 15 | DECLARATION of Christopher P. Moore in Opposition re: 6 MOTION to Certify Class.. (Vol. II of II) Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/30/2005 | 12 | CERTIFICATE OF SERVICE of declaration of Christopher P. Moore served on Lovell Stewart Halebian, LLP, Saul Roffe, Guillermo Gleizer on 3/30/05. Service was made by hand delivery. Document filed by The Republic of Argentina. (dle, ) (Entered: 04/06/2005) |
| 03/31/2005 | 11 | ORDER granting 6 Motion to Certify Class For the reasons stated on the record at today's hearing, the motions are granted in all of the captioned cases except in Fuhr (04 civ 507), Cooke 04 civ 508, Castro 04 civ 746 and Castro 04 civ 1183).Plaintiffs |

| | | attorneys to settle appropriate orders.. (Signed by Judge Thomas P. Griesa on 3/31/2005) (jsa, ) (Entered: 04/04/2005) |
|---|---|---|
| 04/12/2005 | | MEMORANDUM OF LAW in Support re: 6 MOTION to Certify Class. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. Original entry in 04cv400 document number 41. (yv, ) Modified on 4/19/2005 (yv, ). (Entered: 04/19/2005) |
| 06/15/2005 | 16 | MOTION for Summary Judgment. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (ae, ) (Entered: 06/20/2005) |
| 06/15/2005 | 17 | MEMORANDUM OF LAW in Support re: 16 MOTION for Summary Judgment. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (ae, ) (Entered: 06/20/2005) |
| 06/15/2005 | 18 | AFFIDAVIT of Saul Roffe in Support re: 16 MOTION for Summary Judgment. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (ae, ) (Entered: 06/20/2005) |
| 07/19/2005 | 19 | NOTICE OF MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/21/2005) |
| 07/19/2005 | 20 | MEMORANDUM OF LAW of the Republic of Argentina in Support re: 19 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper.. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/21/2005) |
| 08/10/2005 | 21 | ORDER; granting Class Certification; the Court hereby appoints Sirota & Sirota LLP, the law Offices of Guillermo Gleizer and Lovell Steward Halebian LLP as co-lead counsel ("Class Counsel") in the prosecution of this action pursuant to Rule 23. (Signed by Judge Thomas P. Griesa on 8/5/05) (pl, ) (Entered: 08/12/2005) |
| 09/12/2005 | | AFFIDAVIT of Saul Roffe in Opposition re: 19 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper.(orig. docketed in 04cv400 as document #54). Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd.. (pl, ) (Entered: 09/16/2005) |
| 09/12/2005 | | MEMORANDUM OF LAW in Opposition re: 19 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. (orig. document docketed in 04cv400 as document #55). (pl, ) (Entered: 09/16/2005) |
| 09/28/2005 | | AFFIDAVIT OF SERVICE of Order served on William Sweeney, Esq on 9/27/2005. Service was accepted by William Sweeney, Esq. Original filed under 04cv400 document #57. (jar, ) (Entered: 10/03/2005) |
| 12/06/2005 | 22 | STIPULATION AND ORDER: The Republic will serve a consolidated response to the |

| | | motions for summary judgment on or before 1/10/2006; Plaintiffs will serve a consolidated reply to the Republic's response to the motions for summary judgment, if any, on or before 1/27/2006. (Signed by Judge Thomas P. Griesa on 12/5/2005) (lb, ) (Entered: 12/06/2005) |
|---|---|---|
| 01/10/2006 | 23 | DECLARATION of Amy Chung in Opposition re: 16 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/10/2006 | 24 | MEMORANDUM OF LAW in Opposition re: 16 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/17/2006 | 25 | ORDER denying as moot 19 Motion for Leave to File Document . (Signed by Judge Thomas P. Griesa on 1/13/06) (cd, ) (Entered: 01/18/2006) |
| 02/15/2006 | 26 | ORDER denying 16 Motion for Summary Judgment . (Signed by Judge Thomas P. Griesa on 2/15/06) (dle, ) (Entered: 02/17/2006) |
| 09/13/2006 | 27 | Statement of Opt-Out From Certified And Putative Class Actions, as per Annex A. (cd, ) (Entered: 09/14/2006) |
| 09/18/2006 | 28 | NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. (ae, ) (Entered: 09/20/2006) |
| 11/06/2006 | | MOTION for an order appointing the law firm of Proskauer Rose LLP as Co-Lead Counsel in these actions. Attached is Affidavit in support. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (orig. docmt dktd in case no. 04 cv 400, docmt #69) (djc, ) (Entered: 11/07/2006) |
| 12/01/2006 | 29 | STIPULATION AND ORDER: the Republic shall have until 12/1/06 to serve papers in response to plaintiffs motion to appoint Proskauer Rose LLP as co-lead counsel. Plaintiff's to serve reply papers by 12/8/06. (Signed by Judge Thomas P. Griesa on 11/29/06) (db, ) (Entered: 12/05/2006) |
| 12/01/2006 | 30 | DECLARATION of Amy Chung in Opposition re: MOTION to Appoint Proskauer Rose LLP co lead counsel. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/01/2006 | 31 | MEMORANDUM OF LAW in Opposition re: MOTION to Appoint Counsel.. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/08/2006 | | AFFIDAVIT of Bertrand C. Sellier in Support re: MOTION to Appoint Counsel. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. Original filed in case 04cv400 (TPG), doc # 74. (jco, ) (Entered: 12/11/2006) |
| 12/19/2006 | 32 | NOTICE OF Notice of Errata To Previously Filed Opt-Out Statement by counsel for the parties listed in Annexes A to the Statement of Opt-Out from Certified and Putative Class Actions filed on 9/12/06. (pl, ) (Entered: 12/20/2006) |
| 12/19/2006 | 33 | Statement Of Opt-Out from certified and putative class actions by counsel for the parties listed in Annexes A and B. (pl, ) (Entered: 12/20/2006) |

SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| 12/21/2006 | 34 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of all plaintiffs. New Address: Guillermo A. Gleizer, 6 Beechwood Court, East Hampton, NY, US 11937, 917-539-0175. (Gleizer, Guillermo) (Entered: 12/21/2006) |
| 12/22/2006 | 35 | AMENDMENT re: 28 NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. The following names should not have appeared in exhibit one to this notice: Anna Miccio, Antonio Gargiulo, Maria Gargiulo. (jmi, ) (Entered: 12/26/2006) |
| 02/16/2007 | 36 | CONFIDENTIALITY STIPULATION AND ORDER. The term "Confidential Information" means and includes any material, document or information that a producing party reasonably and in good faith believes is proprietary, personal, sensative, private and/or otherwise confidential, including, but not limited to financial, business and/or customer information. SO ORDERED. (Signed by Judge Thomas P. Griesa on 2/16/2007) (jar) (Entered: 02/21/2007) |
| 05/31/2007 | 37 | NOTICE of ERRATA to Previously filed Opt-Out Statements. Certain individuals and entities listed in either (i) Annex A to the opt-out notice filed on September 12, 2006 or (ii) Annex A to the opt-out notice filed on December 19, 2006, should not have been listed in either Annex for purposes of the Sept. 12, 2006 or December 19, 2006 filings. The names listed in Exhibit A. attached hereto should not have appeared in either of the afore-mentioned Annexes. The individuals and entities listed in Exhibit A remain participants in the above captioned actions. (djc) (Entered: 06/05/2007) |
| 09/14/2007 | | Minute Entry for proceedings held before Judge Thomas P. Griesa : Pretrial Conference held on 9/14/2007. (jpo) (Entered: 09/19/2007) |
| 09/28/2007 | 38 | ORDER APPOINTING CO-LEAD COUNSEL: on 11/6/2006, plaintiffs filed a motion seeking an order appointing Proskauer Rose LLP co-lead counsel for the Plaintiffs. A conference was held on 9/14/2007, to address the motion. Proskauer Rose LLP is hereby appointed as co-lead counsel for the plaintiffs. (Signed by Judge Thomas P. Griesa on 9/27/07) (kco) (Entered: 10/01/2007) |
| 12/04/2007 | 39 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of Elizabeth Andrea Azza, Hickory Securities, Ltd.. New Address: Guillermo A. Gleizer, 19 W 34th St. Suite 914, New York, NY, USA 10001, 9175390175. (Gleizer, Guillermo) (Entered: 12/04/2007) |
| 02/29/2008 | 40 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE of Errata to Previously Filed Opt-Out Statements re: 27 Remark, 33 Remark. Document filed by The individual persons and entities listed in Annex A. (Attachments: # 1 Exhibit A, # 2 Certficate of Service)(Pell, Owen) Modified on 3/3/2008 (db). (Entered: 02/29/2008) |
| 03/03/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Owen Pell to MANUALLY RE-FILE Document NOTICE of Errata to Previously Filed Opt-Out Statements, Document No. 40. This case is not ECF. (db) (Entered: 03/03/2008) |

9/26/2014                                          SDNY CM/ECF Version 5.1.1

| 04/16/2008 | | AFFIDAVIT of Saul Roffe. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. Original document filed in case #04cv400, document #87. (dle) (Entered: 04/18/2008) |
|---|---|---|
| 04/16/2008 | 41 | MOTION for an order granting summary judgment in favor of Plaintiffs on all counts of the Complaint in the amount of $818,137,248 inclusive of accrued interest through 4/30/08, plus accrued interest thereafter at the statutory rate of 9%. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd.(dle) (Entered: 04/18/2008) |
| 04/16/2008 | 42 | MEMORANDUM OF LAW in Support re: 41 MOTION for Summary Judgment. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 43 | RULE 56.1 STATEMENT. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 44 | NOTICE OF CHANGE OF ADDRESS by Howard B. Sirota on behalf of Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd.. New Address: Howard Sirota, Attorney at Law, 260 Madison Avenue, New York, New York, 10016, (212) 425-9055. (dle) (Entered: 04/18/2008) |
| 04/18/2008 | | DECLARATION of Guillermo A. Gleizer in Support of plaintiffs' motion for pre-judgment relief concerning property located in New York belonging to Argentina. (tro) Original document filed under civil case no. 04-cv-400, document #92. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | | MEMORANDUM OF LAW in Support of Plaintiffs' Order to Show Cause. Original document filed under case no. 04-cv-400, document # 93. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | 45 | ORDER TO SHOW CAUSE: Defendants shall show cause on 4/30/2008 at 10:30 AM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa, as to why an order should not be made and entered, as set forth herein. Reply papers if any shall be served upon defendant's counsel at the time of the hearing. (Signed by Judge Thomas P. Griesa on 4/18/2008) (jpo) (Entered: 04/18/2008) |
| 04/25/2008 | | CERTIFICATE OF SERVICE of order to show cause and supporting documents served on Cynthia Scott on 4/18/08. Service was accepted by Cynthia Scott by hand delivery. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd.(dle) (Entered: 05/05/2008) |
| 04/28/2008 | | DECLARATION of Gleizer in support of plaintiffs' motion for pre-judgment relief concerning property located in Belgium and Germany belonging to Argentina. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (orig. docmt dktd in case no. 04 cv 400, docmt #95) (djc) (Entered: 04/29/2008) |
| 04/28/2008 | 46 | ORDER TO SHOW CAUSE filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. The Republic of Argentina shall show cause as to why an order should not be entered Preliminarily Restraining and Enjoining with respect to the Trust Bonds. Show Cause Response due by 4/29/2008. Show Cause Hearing set for |

| | | |
|---|---|---|
| | | 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/28/08) (cd) (Entered: 04/29/2008) |
| 04/30/2008 | 47 | MEMORANDUM OF LAW in Opposition to Plaintiffs' Motion for Preliminary Injunction and Restraining Order. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 48 | DECLARATION of JoAnn D. Kamuf in Support re: 47 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 49 | DECLARATION of Christopher P. Moore in Support re: 47 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 05/05/2008 | 50 | DECLARATION of Carlos Maria Tombeur. Document filed by The Republic of Argentina. (jp) (Entered: 05/06/2008) |
| 05/12/2008 | 51 | CERTIFICATE OF SERVICE of Memorandum of Law of the Republic of Argentina in opposition to Plaintiffs' Motions for Summary Judgment, dated May 12, 2008, the Declaration of Amy Chung dated May 12, 2008 including Exhbits A-E and Response of the Republic of Argentina to Plaintiffs' Local Rule 56.1 Statement served on Bertrand Sellier of Proskauer Rose LLP; Howard B. Sirota, Esq., Imtiaz Siddiqui, Esq., of Lovell Stewart Halebian LLP and Guilleremo A. Gleizer, Esq. on 5/12/08. Service was accepted by hand. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 52 | RESPONSE to Plaintiffs' Local Rule 56.1 Statement. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 53 | MEMORANDUM OF LAW in Opposition re: 41 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 54 | DECLARATION of Amy Chung in Opposition re: 41 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/16/2008 | 55 | DECLARATION of Severo Rizzo. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/16/2008 | 56 | SUR-REPLY MEMORANDUM OF LAW in Opposition to Plaintiff's motion for Preliminary Injunction. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/30/2008 | 57 | NOTICE of Of Errata To Previously Filed Opt-Out Statements. Document filed by The individual persons and entities listed in Annex A. (dle) (Entered: 06/02/2008) |
| 06/03/2008 | 58 | STIPULATION AND ORDER: Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgment, dated 4/16/08, previously due on 5/27/08, shall now be due on 6/3/08. (Signed by Judge Thomas P. Griesa on 6/3/08) (tro) (Entered: 06/04/2008) |

9/26/2014                                      SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| 06/06/2008 | 60 | NOTICE OF APPEAL from 45 Order to Show Cause. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653366. Copies mailed to attorney(s) of record: Howard B. Sirota; Proskauer Rose LLP; Guillermo A. Gleizer; and Imtiaz A. Siddiqui. (tp) (Entered: 06/10/2008) |
| 06/09/2008 | 59 | STIPULATION AND ORDER, Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgement, dated April 16, 2008 (the "motion"), previously due on May 27, 2008, shall now be due on June 3, 2008; Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request by plaintiffs for an extension in the briefing schedule for motion. (Signed by Judge Thomas P. Griesa on 6/3/08) (mme) (Entered: 06/09/2008) |
| 06/10/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 60 Notice of Appeal.(tp) (Entered: 06/10/2008) |
| 06/10/2008 | | Transmission of Notice of Appeal to the District Judge re: 60 Notice of Appeal.(tp) (Entered: 06/10/2008) |
| 12/23/2008 | 61 | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATEMENTS. Document filed by The individual persons and entities listed in Annex A. (db) (Entered: 12/24/2008) |
| 01/09/2009 | 62 | ORDER: For the reasons stated on the record at the hearing on November 12, 2008 the motions for summary judgment in these cases are granted. The Clerk of the Court is directed to close these cases and terminate the following motions set forth within. (Signed by Judge Thomas P. Griesa on 1/8/2009) (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 62 Order, Terminate Motions,,, to the Judgments and Orders Clerk. (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | 63 | JUDGMENT #09,0013 in favor of Hickory Securities, Ltd., Elizabeth Andrea Azza, Rodolfo Vogelbaum against The Republic of Argentina in the amount of $ 543,869,875.00. (Signed by Judge Thomas P. Griesa on 01/08/2009) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 01/09/2009) |
| 01/22/2009 | 64 | ORDER AFFIRMING DESIGNATION OF PORTIONS OF LOPEZ ISNARDI AS "CONFIDENTIAL" It is hereby ordered that plaintiffs and plaintiffs' counsel may not publicly disclose, directly or indirectly, any of the Confidential Testimony, and shall not only use such Confidential Testimony for purposes of prosecuting the above captioned litigation. (Signed by Judge Thomas P. Griesa on 1/16/09) (mme) (Entered: 01/23/2009) |
| 01/22/2009 | 65 | NOTICE OF APPEAL from 63 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 676192. Copies mailed to attorney(s) of record: Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewat Halebian LLP; and Guillermo A. Gleizer. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 65 Notice of Appeal. (tp) (Entered: 01/26/2009) |

| 01/26/2009 |  | Transmission of Notice of Appeal to the District Judge re: 65 Notice of Appeal. (tp) (Entered: 01/26/2009) |
|---|---|---|
| 01/29/2009 | 66 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Thomas P. Griesa on 1/29/2009) (jfe) (Entered: 01/29/2009) |
| 02/13/2009 | 67 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 65 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0371-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 02/13/2009) |
| 03/05/2009 |  | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 64 Order, 45 Order to Show Cause, filed by Hickory Securities, Ltd., 39 Notice of Change of Address filed by Hickory Securities, Ltd., Elizabeth Andrea Azza, 67 Appeal Record Sent to USCA - Index, 66 Protective Order, 34 Notice of Change of Address filed by Hickory Securities, Ltd., Elizabeth Andrea Azza, Rodolfo Vogelbaum, 40 Notice (Other), Notice (Other) filed by The individual persons and entities listed in Annex A, 62 Order, Terminate Motions, 46 Order to Show Cause, filed by Hickory Securities, Ltd., Elizabeth Andrea Azza, Rodolfo Vogelbaum, 63 Judgment, 65 Notice of Appeal, filed by The Republic of Argentina, 59 Stipulation and Order, Set Motion and R&R Deadlines/Hearings,, 58 Stipulation and Order, Set Motion and R&R Deadlines/Hearings USCA Case Number 09-0371-cv, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/05/2009) |
| 03/11/2009 |  | Received returned mail re: 65 Notice of Appeal. Mail was addressed to Saul Roffe, Esq. of Sirota & Sirota LLP. at 110 Wall Street, 21st Floor, New York, NY 10005 and was returned for the following reason(s): FORWARD TIME EXP RTN TO SEND. Forwarded Return Document to Sirota & Sirota LLP, 125 Beach 128th St., Rockaway Park NY 11694-1604. (tp) (Entered: 03/11/2009) |
| 07/28/2009 | 68 | DECLARATION of Amy Chung in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 07/28/2009 | 69 | MEMORANDUM OF LAW in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 08/06/2009 | 70 | STIPULATION AND ORDER; Plaintiffs' reply papers in further support of plaintiffs' motion to turn over property, dated July 13, 2009 (the "Motion"), previously due on August 3, 2009, shall now be due on August 7, 2009. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/6/2009) (tve) (Entered: 08/06/2009) |
| 08/06/2009 |  | Set/Reset Deadlines: Replies due by 8/7/2009. (tve) (Entered: 08/06/2009) |
| 08/19/2009 | 71 | ORDER: The motion to compel the Republic to turn over all property held in the United States by Aerolineas Argentinas is denied. In light of the above discussion, the court |

| | | |
|---|---|---|
| | | need not reach the Republic's additional contention that the motion is procedurally flawed because plaintiffs failed to commence a separate turnover proceeding. For the reasons stated above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 8/19/2009) (jpo) (Entered: 08/19/2009) |
| 11/16/2009 | [72](#) | TRUE COPY ORDER of USCA as to 60 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2884-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 11/12/2009. (nd) (Entered: 11/16/2009) |
| 02/19/2010 | [73](#) | MANDATE of USCA (Certified Copy) as to 60 Notice of Appeal, filed by The Republic of Argentina. USCA Case Number 08-2884-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 |

| | | |
|---|---|---|
| | | (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 2/5/2010. (nd) (Entered: 02/19/2010) |
| 04/14/2010 | 74 | ORDER TO SHOW CAUSE: The Republic of Argentina shall show cause as to why this Court should not enter an Order temporarily restraining and enjoining Defendant Republic of Argentina, its servants, employees, agents, representatives and any person acting in concert with them. Show Cause Hearing set for 4/15/2010 at 04:30 PM before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/14/2010) (jfe) (Entered: 04/14/2010) |
| 04/14/2010 | | MEMORANDUM OF LAW in Support of Plaintiff's Motion for a Temporary Restraining Order, A Preliminary Injunction and Expedited Discovery. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. ***Original filed in case number 04-cv-400, document #143.(mro) (Entered: 04/15/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. ***Original filed in case number 04-cv-400, document #144.(mro) (Entered: 04/16/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support (with exhibits attached hereto)of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. ***Original filed in case number 04-cv-400, document #145.(mro) (Entered: 04/16/2010) |
| 04/23/2010 | | NOTICE OF APPEARANCE by Alexander Reus on behalf of Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. ***Original filed in case number 04-cv-400, document #146. (mro) (Entered: 04/26/2010) |
| 04/26/2010 | 75 | OPINION: The motions before the court in the 10 captioned cases are denied. (Signed by Judge Thomas P. Griesa on 4/26/2010) (tro) (Entered: 04/26/2010) |
| 04/30/2010 | 76 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |

| 04/30/2010 | 77 | STIPULATION AND ORDER OF SUBSTITUTION OF PLAINTIFFS' CO-LEAD COUNSEL that Diaz, Reus & Targ, LLP be and hereby is substituted as attorney of record and Co-Lead Counsel for the Lead Plaintiffs and Class Representatives in the above-captioned matters, in place and stead of the Law Offices of Guillermo A. Gleizer, as of the date hereof. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| --- | --- | --- |
| 04/30/2010 | 78 | CERTIFICATE OF SERVICE of Motions to Admit Counsel Pro Hac Vice served on Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewart & Halebian, LLP on 4/26/10. Service was made by U.S. Mail. (mro) (Entered: 05/04/2010) |
| 05/03/2010 | 79 | MOTION for Marta Colomar Garcia to Appear Pro Hac Vice. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd.(mro) (Entered: 05/04/2010) |
| 05/10/2010 | 80 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Guillermo Gleizer dated 5/3/2010 re: Class Members-Judgment Creditors request to be treated "the same" and not worse than every other recipient of the Exchange Offer. ENDORSEMENT: Denied. So ordered. (Signed by Judge Lawrence M. McKenna, Part I, on 5/10/2010) (tve) (Entered: 05/10/2010) |
| 05/11/2010 | 81 | MOTION for Margaret T. Perez to Appear Pro Hac Vice. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 82 | MOTION for Carlos F. Gonzalez to Appear Pro Hac Vice. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 83 | MOTION for Michael Diaz, Jr. to Appear Pro Hac Vice. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd.(mro) (Entered: 05/13/2010) |
| 05/17/2010 | | CASHIERS OFFICE REMARK on 79 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/03/2010, Receipt Number 902378. (jd) (Entered: 05/17/2010) |
| 05/17/2010 | 84 | NOTICE OF APPEARANCE by Guillermo Ariel Gleizer on behalf of Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (mro) (Entered: 05/18/2010) |
| 05/18/2010 | | CASHIERS OFFICE REMARK on 81 Motion to Appear Pro Hac Vice, 83 Motion to Appear Pro Hac Vice, 82 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 05/11/2010, Receipt Number 903907,903908,903909. (jd) (Entered: 05/18/2010) |
| 05/20/2010 | 85 | ORDER: In light of the above circumstances, which "reaffirm Plaintiffs' concerns that they may receive nothing in return under the proposed Exchange Offer," plaintiffs request that the court "require Argentina to maintain in escrow all relevant incoming bonds (whether old or new) and cash, if any." After consideration of the circumstances |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| | | outlined above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 5/20/2010) (jpo) (Entered: 05/20/2010) |
| 05/24/2010 | | MEMORANDUM OF LAW in Support of Order to Show Cause. Document filed by Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. ***Original filed in case number 04-cv-400, document #158. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Jonathan I. Blackman, Carmine D. Boccuzzi, Christopher P. Moore (attorneys for defendants the Republic of Argentina) on 5/24/10. Service was made by U.S. Mail and Email. ***Original filed in case number 04-cv-400, document number 159.(mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Banco Nacion Argentina on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 160. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on HSBC on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 161. (mro) (Entered: 05/25/2010) |
| 05/25/2010 | 86 | WRIT OF EXECUTION AND ORDER TO SHOW CAUSE. IT IS HEREBY ORDERED, that a Writ of Execution is hereby issued; pursuant to this Writ of Execution, Rule 69(a) of the Federal Rules of Civil Procedure and -as applicable- FSIA, 28 U.S.C. §1610, Plaintiffs are authorized to execute upon certain property of Argentina as previously authorized by further Order of this court within this jurisdiction in satisfaction of the outstanding final judgments, amounting, to date in total to the sum of $2,243,075,681.00 until full payment and as further set forth in this order. Defendant The Republic of Argentina shall show cause as to why an order of execution pursuant to Rule 69 (a) of the Federal Rules of Civil Procedure and CPLR § 5230 shall not issue to the Sheriff of New York County or the United States Marshal directing him to satisfy the Judgments out of the Funds held by or for the benefit of Argentina in the Accounts maintained by BNA.(Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa., Show Cause Response due by 6/2/2010.). Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 87 | RESTRAINING NOTICE TO GARNISHEE. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04- |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

|            |        |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
|------------|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |        | 936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 88 | RESTRAINING NOTICE TO GARNISHEE. To: HSBC Bank 550 Fashion Avenue, New York, New York 10018. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 89 | RESTRAINING NOTICE TO GARNISHEE. To: Banco de la Nacion Argentina 225 Park Avenue, New York, New York 10017. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 |        | Set Deadlines/Hearings: Show Cause Response due by 6/2/2010. Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (rjm) (Entered: 05/26/2010) |
| 05/27/2010 | 90 | RESTRAINING NOTICE TO GARNISHEE: The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 91 | RESTRAINING NOTICE TO GARNISHEE: (Re: Banco de la Nacion Argentina) The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| | | applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 92 | ORDER: The U.S. Marshals Service is directed to defer taking actual possession of or levying upon any property pursuant to the Orders until further order of this Court; ORDERED, the Blanket Orders are immediately vacated for the reasons stated in the Republic's May 25, 2010 letter; ORDERED, as provided for under the OSC, objections or responses to the BNA Orders and HSBC Orders shall be filed on or before June 2, 2010 at 12:00 p.m., or at such other time set by the Court. (Signed by Judge Thomas P. Griesa on 5/27/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | | Set Deadlines/Hearings: Responses due by 6/2/2010 (jpo) (Entered: 05/27/2010) |
| 06/04/2010 | 93 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Elizabeth Andrea Azza, Rodolfo Vogelbaum, Hickory Securities, Ltd. (mro) (Entered: 06/04/2010) |
| 06/07/2010 | 94 | MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. ***Declaration of Rahul Mukhi and exhibits attached hereto. (Received in the night deposit box on 6/7/10 at 6:10pm)(mro) (Entered: 06/08/2010) |
| 06/07/2010 | 95 | MEMORANDUM OF LAW in Support re: 94 MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. (Received in the night deposit box on 6/7/10 at 6:10pm)(mro) (Entered: 06/08/2010) |
| 06/18/2010 | 96 | MANDATE of USCA (Certified Copy) as to (65 in 1:04-cv-02117-TPG) Notice of Appeal, filed by The Republic of Argentina, (126 in 1:04-cv-00400-TPG) Notice of Appeal, filed by The Republic of Argentina, (66 in 1:04-cv-00936-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00506-TPG) Notice of Appeal, filed by Republic of Argentina, (66 in 1:04-cv-00401-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-01085-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00937-TPG) Notice of Appeal, filed by The Republic of Argentina, (55 in 1:04-cv-02118-TPG) Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0332-cv(L). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, REMANDED in part in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 06/17/2010. (nd) (Entered: 06/18/2010) |
| 06/18/2010 | | Transmission of USCA Mandate/Order to the District Judge re: (176 in 1:04-cv-00400-TPG, 96 in 1:04-cv-00937-TPG, 99 in 1:04-cv-00401-TPG, 96 in 1:04-cv-01085-TPG, 97 in 1:04-cv-00936-TPG, 86 in 1:04-cv-02118-TPG, 95 in 1:04-cv-00506-TPG, 96 in 1:04-cv-02117-TPG) USCA Mandate,,,. (nd) (Entered: 06/18/2010) |
| 07/01/2010 | 97 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL |

| | | |
|---|---|---|
| | | MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 7/1/10) (pl) (Entered: 07/02/2010) |
| 08/05/2010 | | MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. ***Original document filed in case number 04-cv-400, document number 180.(mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/05/2010 | | MEMORANDUM OF LAW in Support re: MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). ***Original document filed in case number 04-cv-400, document number 181. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/19/2010 | 98 | RESPONSE by the Republic of Argentina to plaintiffs' Motion to Clarify. Document filed by The Republic of Argentina. (mro) (Entered: 08/23/2010) |
| 08/25/2010 | 99 | ORDER: The court hereby withdraws Footnote 1 of the July 23,2010 opinion in Aurelius Capital Partners, LP v. Republic of Argentina, 07 Civ. 2715 (TPG), and notes that the Seijas plaintiffs have not formally abandoned whatever rights they have in connection with this claim. (Signed by Judge Thomas P. Griesa on 8/23/2010) (jpo) (Entered: 08/25/2010) |
| 09/23/2010 | | DECLARATION of Michael Adler. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. ***Original document filed in case number 04-cv-400, document # 185.(mro) (Entered: 09/24/2010) |
| 09/23/2010 | | DECLARATION of Jennifer Scullion. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. ***Original document filed in case number 04-cv-400, document # 187. (mro) (Entered: 09/24/2010) |
| 10/04/2010 | 100 | ORDER: Plaintiffs request that the court compel the Republic to respond to interrogatories and document requests dated September 29, 2010. Plaintiffs seek to determine whether it is the Republic's present intention to issue new bonds in the next twelve months, and, if so, plaintiffs seek further information. The Republic opposes the request in its entirety. Plaintiffs' request is denied. (Signed by Judge Thomas P. Griesa on 10/4/10) (db) (Entered: 10/04/2010) |
| 10/06/2010 | 101 | MEMORANDUM OF LAW in Opposition to Entry of Revised Aggregate Class Judgments. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 102 | DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 103 | CERTIFICATE OF SERVICE of the Memorandum of Law of the Republic of Argentina in Opposition to Entry of Revised Aggregate Class Judgments served on Michael Diaz, Jr., and Jennifer Scullion on 10/6/2010. Service was made by Federal Express. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |

9/26/2014                                                    SDNY CM/ECF Version 5.1.1

| 10/12/2010 | 104 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine Boccuzzi dated 10/12/10 re: Briefing schedule for further briefing the order to show cause as follows. ENDORSEMENT: So Ordered. (Plaintiff Reply due by 10/13/2010. The Republic may make a supplemental filing addressing the opinions of plaintiffs' expert Prof. Michael Adler by Monday, 10/18 at noon. Hearing set for Tuesday, 10/19/2010 at 11:00 AM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/12/10) (cd) (Entered: 10/13/2010) |
| --- | --- | --- |
| 10/13/2010 | | REPLY MEMORANDUM OF LAW in Support of Entry of Revised Class Judgments. Document filed by Plaintiff Classes. (Received in the night deposit box on 10/13/10 at 10:47pm). ***Original Document filed in case number 04-cv-400, document number 195. (mro) (Entered: 10/18/2010) |
| 10/13/2010 | | REPLY DECLARATION of Jennifer Scullion in Support of Plaintiffs' Reply on their Order to Show Cause for entry of revised Class Judgments. Document filed by Plaintiff Classes. ***Exhibits attached hereto. (Received in the night deposit box on 10/13/10 at 10:47pm) ***Original document filed in case number 04-cv-400, document number 196. (mro) (Entered: 10/18/2010) |
| 10/18/2010 | 105 | SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO THE DECLARATION OF MICHAEL ADLER CONCERNING REVISED AGGREGATED CLASS JUDGMENTS. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/18/2010 | 106 | SUPPLEMENTAL DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/19/2010 | 107 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/20/2010) |
| 11/12/2010 | | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATMENTS. Document filed by The individual persons and entities listed in Annex A. ***Original filed in case number 04-cv-400, document #201. (mro) Modified on 11/15/2010 (mro). (Entered: 11/15/2010) |
| 12/15/2010 | 108 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Michael Diaz, Jr., Carlos F. Gonzalez, Margaret T. Perez, and Marta Colomar Garcia, counsel |

| | | |
|---|---|---|
| | | for defendants in the above captioned matters, have moved for permission to appear and participate pro hac vice in the above captioned matters pursuant to Local Rule 1.3(c). The motion is granted, and Mr. Diaz, Mr. Gonzalez, Ms. Perez, and Ms. Garcia may appear and participate in this matter upon payment of the necessary fee. SO ORDERED. (Signed by Judge Thomas P. Griesa on 12/15/2010) (lnl) (Entered: 12/15/2010) |
| 03/29/2011 | 109 | OPINION: The motion to vacate the May 24 orders is granted. This resolves the motions listed as document numbers 174 in case 04 Civ. 400; 97 in 04 Civ. 401; 93 in 04 Civ. 506; 95 in 04 Civ. 936; 94 in 04 Civ. 937, 04 Civ. 1085, and 04 Civ. 2117; and 84 in 04 Civ. 21 18. SO ORDERED. (Signed by Judge Thomas P. Griesa on 3/29/2011) (lnl) (Entered: 03/29/2011) |
| 07/22/2011 | 110 | STIPULATION AND ORDER that without waiver of the Republic's positions on aggregate judgments and acceleration, all of which are expressly preserved for any appeal, the amounts of principal and interest for each Plaintiff Class is currently calculated as further set forth in this document and detailed in the chart attached hereto as Exhibit B. (Signed by Judge Thomas P. Griesa on 7/22/11) (cd) (Entered: 07/22/2011) |
| 07/22/2011 | 111 | JUDGMENT #11,1418 in favor of Hickory Securities, Ltd., Elizabeth Andrea Azza, Rodolfo Vogelbaum against The Republic of Argentina in the amount of $ 101,861,814.75. (Signed by Judge Thomas P. Griesa on 7/22/11) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Transmission to Docket Assistant Clerk. Transmitted re: 111 Judgment, to the Docket Assistant Clerk for case processing. (dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Mailed notice of Right to Appeal re: 111 Judgment, to Attorney(s) of Record: Guillermo Ariel Gleizer, William Henry Weisman, Saul Roffè, Carlos F. Gonzalez, Alexander Reus, Margaret T. Perez, Bertrand Charles Sellier, Jennifer R. Scullion, Marta Colomar Garcia, Michael Diaz, Jr, Jonathan I. Blackman, Carmine D. Boccuzzi, Jr. (eef) (Entered: 07/26/2011) |
| 08/15/2011 | 112 | NOTICE OF APPEAL from 111 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number 11465400150. Copies of Notice of Appeal mailed to Attorney(s) of Record: Diaz Reus; Stark & Stark LLP; Proskauer Rose LLP; Sirota & Sirota LLP. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 112 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal to the District Judge re: 112 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/24/2011 | | USCA Case Number 11-3331 from the USCA 2nd Circuit assigned to 112 Notice of Appeal, filed by The Republic of Argentina. (tp) (Entered: 08/24/2011) |
| 08/25/2011 | 113 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 112 Notice of Appeal, filed by The Republic of Argentina USCA Case |

| | | |
|---|---|---|
| | | Number 11-3331, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 08/25/2011) |
| 09/07/2012 | 114 | MANDATE of USCA (Certified Copy) as to 112 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11--3331. Ordered, Adjudged and Decreed that the judgments of the District Court are AFFIRMED in part, VACATED in part, and the case is REMANDED for further proceeding. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/07/2012. (nd) (Entered: 09/07/2012) |
| 09/07/2012 | | Transmission of USCA Mandate/Order to the District Judge re: 114 USCA Mandate,. (nd) (Entered: 09/07/2012) |
| 11/26/2012 | 115 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jason A. Zweig dated 11/21/2012 re: Class counsel in the cases and counsel for Argentina have conferred and jointly propose the following schedule for discovery and hearing on the issues identified for remand: February 15, 2013 - Fact Discovery Completed; March 15, 2013 - Parties Exchange Expert Reports; April 5, 2013 - Parties Exchange Rebuttal Reports (if necessary); April 26, 2013 - Expert Depositions Completed. ENDORSEMENT: Approved. (Deposition due by 4/26/2013, Fact Discovery due by 2/15/2013.) (Signed by Judge Thomas P. Griesa on 11/26/2012) (djc) (Entered: 11/30/2012) |
| 08/22/2013 | 116 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/21/2013 re: The parties jointly propose the following schedule: Plaintiff's Motion: September 12, 2013; Defendant's Opposition: October 18, 2013; Plaintiff's Reply: November 1, 2013. ENDORSEMENT: Approved., ( Motions due by 9/12/2013., Responses due by 10/18/2013., Replies due by 11/1/2013.) (Signed by Judge Thomas P. Griesa on 8/22/2013) (lmb) (Entered: 08/22/2013) |
| 09/12/2013 | 117 | NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum.(lmb) (Entered: 09/16/2013) |
| 09/12/2013 | 118 | MEMORANDUM OF LAW in Support re: 117 NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (lmb) (Entered: 09/16/2013) |
| 10/16/2013 | 119 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated 10/15/2013 re: We represent defendant the Republic of Argentina (the "Republic") in the above captioned actions. The parties have agreed to extend, from October 18, 2013, to October 25, 2013, the deadline for the Republic to file opposition papers to plaintiffs' motions to modify the class definition. Pursuant to this agreement, the deadline for plaintiffs to file reply papers would be extended from November 1, 2013, to November 15, 2013. ENDORSEMENT: Approved. ( Responses due by 10/25/2013, Replies due by 11/15/2013.) (Signed by Judge Thomas P. Griesa on 10/16/2013) (ama) (Entered: 10/16/2013) |

| 11/08/2013 | [120](#) | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 11/06/2013 re: The parties have agreed to extend the Plaintiffs' deadline to file reply papers in further support of their motions to modify the class definitions from November 15, 2013 to November 22, 2013. ENDORSEMENT: Approved., ( Replies due by 11/22/2013.) (Signed by Judge Thomas P. Griesa on 11/08/2013) (ama) (Entered: 11/08/2013) |
| 11/19/2013 | [121](#) | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jeniphr Breckenridge dated 11/15/2013 re: Counsel for Brecher Plaintiffs requests that Your Honor so-order the modified briefing schedule by endorsement of this letter. ENDORSEMENT: Approved. Set Deadlines/Hearing as to (78 in 1:06-cv-15297-TPG) MOTION Modify Class Definition: Replies due by 11/22/2013. (Signed by Judge Thomas P. Griesa on 11/19/2013) ***Filed in 06cv15297, 04cv5068, 04cv400, 04cv401, 04cv506, 04cv936, 04cv937, 04cv1085, 04cv2117, and 04cv2118(tn) Modified on 11/25/2013 (tn). (Entered: 11/20/2013) |
| 11/22/2013 | 122 | REPLY MEMORANDUM OF LAW in Support re: 117 MOTION. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (ft) (Entered: 12/04/2013) |
| 11/22/2013 | 123 | REPLY DECLARATION of Jennifer R. Scullion in Support re: 117 MOTION. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (ft) (Entered: 12/04/2013) |
| 04/24/2014 | [124](#) | ORDER GRANTING MOTION TO MODIFY CLASS DEFINITION AND CERTIFYING MODIFIED CLASS: granting 117 Motion to Modify Class Definitions. IT IS HEREBY ORDERED THAT: 1. The Court finds: There is good and sufficient cause to modify the existing class definition to encompass the Holder Class; modification of the class definition will serve the interests of justice and will not prejudice Argentina or any holder; the Holder Class satisfies the requirements of Rule 23 (including numerosity, commonality, typicality, and fair and adequate representation) and is ascertainable by reference to objective criteria; and the requirements of FED. R. CIV. P. 23(b)(3) and 23(c)(2)(B) will be satisfied, and Due Process rights of actual and potential Holder Class members will be protected, by notice and opt out procedures. 2. The Court therefore GRANTS Plaintiffs' motion to modify the class definition to encompass, as modified, "all holders of Republic of Argentina 8.375% Global Notes due December 20,2003 (CUSIP/ISIN # US040114AH34)," a "holder" being an owner of a beneficial interest in said bonds. Excluded from the Holder Class are all holders to the extent that their holdings (x) are the subject of a separately pending lawsuit or claim in arbitration to collect on such holdings or (y) have been exchanged for new bonds or otherwise extinguished. Holders that timely opt out pursuant to the attached procedures also will be excluded from the Holder Class. 3. The Court hereby appoints Proskauer Rose LLP, Diaz Reus & Targ LLP, and Saul Roffe as co-Class Counsel for the Holder Class. (Signed by Judge Thomas P. Griesa on 4/24/2014) (lmb) (Entered: 04/24/2014) |
| 06/19/2014 | [125](#) | ORDER of USCA (Certified Copy) USCA Case Number 14-1590. Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's |

| | | orders granting class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001). The appeals will be heard in tandem. The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 06/19/2014. **[New USCA Case No. 14-2106-cv.]** (nd) (Entered: 06/19/2014) |
|---|---|---|
| 06/19/2014 | | Appeal Fee Due: re: FRCP 23(f) granting leave to appeal the District Court's order granting class certification. $505.00 Appeal filing fee due. (nd) (Entered: 06/19/2014) |
| 06/20/2014 | | USCA Appeal Fees received $ 505.00 receipt number 465401098441 on 6/20/2014 re: Rule 23f Appeal. USCA Case No. 14-2106-cv. (tp) (Entered: 06/20/2014) |
| 06/24/2014 | 126 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from William H. Weisman dated 6/30/2014 re: Counsel requests to be terminated as an attorney of record for Plaintiff in the above-referenced matter. ENDORSEMENT: So ordered. Attorney William Henry Weisman terminated. (Signed by Judge Thomas P. Griesa on 6/30/2014) (tn) Modified on 7/2/2014 (tn). (Entered: 06/30/2014) |
| 07/02/2014 | 127 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for Notice of Appeal, filed by The Republic of Argentina. USCA Case Number 14-2106, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) (Entered: 07/02/2014) |
| 07/23/2014 | 128 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 7/23/2014 re: Settlement Negotiations. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum.(Scullion, Jennifer) (Entered: 07/23/2014) |
| 07/24/2014 | 129 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 130 | NOTICE OF APPEARANCE by Michael Todd Mobley on behalf of Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (Mobley, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 131 | NOTICE OF APPEARANCE by Michael Diaz, Jr on behalf of Elizabeth Andrea Azza, Hickory Securities, Ltd.. (Diaz, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 132 | NOTICE OF APPEARANCE by Carlos F. Gonzalez on behalf of Elizabeth Andrea Azza, Hickory Securities, Ltd.. (Gonzalez, Carlos) (Entered: 07/24/2014) |
| 07/24/2014 | 133 | MOTION for Permanent Injunction . Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (Attachments: # 1 Exhibit A)(Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 134 | MEMORANDUM OF LAW in Support re: 133 MOTION for Permanent Injunction . *Memorandum of Law in Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

| | | Rodolfo Vogelbaum. (Scullion, Jennifer) (Entered: 07/24/2014) |
|---|---|---|
| 07/24/2014 | 135 | CERTIFICATE OF SERVICE of Notice of Motion for Preliminary Injunction and Supporting Papers served on Carmine Boccuzzi-Attorney for Defendant on 7/24/14. Service was accepted by ECF and Hard Copy Filing. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 08/06/2014 | 136 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/6/2014 re: Response to Mr. Blackman's letter. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (Attachments: # 1 Appendix A - C)(Scullion, Jennifer) (Entered: 08/06/2014) |
| 08/15/2014 | 137 | ORDER. On July 24, 2014, plaintiffs filed a motion for a preliminary injunction, seeking essentially the same relief granted to plaintiffs in NML Capital, Ltd., et al. v. The Republic of Argentina, No. 08-cv-6978, and related cases. By letter dated August 5, 2014, the Republic asked the court to defer briefing on plaintiffs' motion or grant the Republic an extension to file its opposition. The court will defer briefing on plaintiffs' motion according to the following schedule: The Republic's opposition shall be filed no later than August 29, 2014. Plaintiffs' reply shall be filed no later than September 12, 2014. So ordered. (Responses due by 8/29/2014. Replies due by 9/12/2014.) (Signed by Judge Thomas P. Griesa on 8/15/2014) (rjm) (Entered: 08/15/2014) |
| 08/15/2014 | 138 | ORDER: IT IS HEREBY: ORDERED, that the Republic's Memorandum of Law in Opposition to Plaintiffs' Motion to Modify the Class Definition and the Declaration of Carmine D. Boccuzzi in support thereof be added to the docket in each of the above-captioned cases. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/15/2014) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B-2, # 4 Exhibit B-3)(ama) (Entered: 08/15/2014) |
| 08/18/2014 | | First Supplemental ROA Sent to USCA (Electronic File). USCA Case Number 14-2106-cv., Certified Supplemental Indexed record on Appeal Electronic Files for 138 Order were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/18/2014) |
| 08/19/2014 | 139 | ORDER: The court directs the Clerk's Office to designate all of the above-captioned actions as ECF cases. Barring issues related to confidential, privileged, or otherwise sensitive information, parties are directed to file all documents electronically and send a courtesy copy to the court. (Signed by Judge Thomas P. Griesa on 8/19/2014) (kgo) (Entered: 08/19/2014) |
| 08/19/2014 | | Case Designated ECF. (kgo) (Entered: 08/19/2014) |
| 08/26/2014 | 140 | MEMORANDUM OF LAW in Support re: 133 MOTION for Permanent Injunction . *Supplement to Memorandum of Law In Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (Attachments: # 1 Appendix A, # 2 Appendix B)(Scullion, Jennifer) (Entered: 08/26/2014) |
| 08/29/2014 | 141 | MEMORANDUM OF LAW in Opposition re: 133 MOTION for Permanent |

| | | |
|---|---|---|
| | | Injunction . , *dated August 29, 2014*. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 08/29/2014 | 142 | DECLARATION of Carmine D. Boccuzzi, dated August 29, 2014, with Exhibits in Opposition re: 133 MOTION for Permanent Injunction .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit I-K)(Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 09/12/2014 | 143 | REPLY MEMORANDUM OF LAW in Support re: 133 MOTION for Permanent Injunction . . Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (Scullion, Jennifer) (Entered: 09/12/2014) |
| 09/12/2014 | 144 | DECLARATION of Jennifer R. Scullion in Support re: 133 MOTION for Permanent Injunction .. Document filed by Elizabeth Andrea Azza, Hickory Securities, Ltd., Rodolfo Vogelbaum. (Attachments: # 1 Exhibit s A-B, # 2 Exhibit s C-E)(Scullion, Jennifer) (Entered: 09/12/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/26/2014 21:48:37 | | |
| **PACER Login:** | clearypacer:3464758:0 | **Client Code:** | 28017-204 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-01085-TPG |
| **Billable Pages:** | 21 | **Cost:** | 2.10 |

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-02117-TPG

Puricelli v. The Republic of Argentina

Assigned to: Judge Thomas P. Griesa

Related Case: 1:02-cv-05699-TPG

Case in other court: USCA 2nd Circuit, 11-03373

Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 03/17/2004

Date Terminated: 01/09/2009

Jury Demand: Plaintiff

Nature of Suit: 190 Contract: Other

Jurisdiction: Federal Question

**Plaintiff**

**Eduardo Puricelli**                        represented by **Bertrand Charles Sellier**

Vandenberg & Feliu, LLP

60 East 42nd Street,

51st Floor

New York, NY 10165

212-763-6833

Fax: 212-380-0172

Email: bsellier@rlrpclaw.com

*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**

Guillermo A. Gleizer, Esq.

347 Fifth Avenue, Suite 1402

New York, NY 10016

(917) 539-0175

Fax: (212) 918-7958

Email: ari.gui@gmail.com

*LEAD ATTORNEY*

**Michael Todd Mobley**

Proskauer Rose, LLP

Eleven Times Square

New York, NY 10036

(212) 969-3212

Fax: (212) 969-2900

Email: mmobley@proskauer.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Saul Roffe**

Sirota & Sirota, LLP(Queens)
125 Beach 128th Street
Queens, NY 11694
(609) 791-7007
Fax: (609) 896-9060
Email: saul@sirotalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
Diaz Reus
Bank of America Tower
100 S.E. Second Street
Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: cgonzalez@diazreus.com
*PRO HAC VICE*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email:
*PRO HAC VICE*

**Marta Colomar Garcia**

Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*TERMINATED: 06/30/2014*

V.

**Defendant**

**The Republic of Argentina**       represented by **Carmine D. Boccuzzi , Jr**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan I. Blackman**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**The individual persons and entities
listed in Annex A**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2004 | | SUMMONS ISSUED as to The Republic of Argentina. (gmo, ) (Entered: 03/19/2004) |
| 03/17/2004 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 150.00, Receipt Number 502508)Document filed by Eduardo Puricelli.(gmo, ) (Entered: 03/19/2004) |
| 03/19/2004 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:02-cv-5699. (gmo, ) (Entered: 03/19/2004) |
| 04/05/2004 | | CASE ACCEPTED AS RELATED TO 1:02-cv-5699. Notice of Assignment to follow. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned no longer assigned to the case. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | | Mailed notice to the attorney(s) of record. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Republic of Argentina served on 3/30/2004, answer due 4/19/2004. Service was accepted by Antonio Lues. Document filed by Eduardo Puricelli. (kw, ) (Entered: 04/08/2004) |
| 06/02/2004 | 4 | ANSWER to Complaint. Document filed by The Republic of Argentina.(ps, ) (Entered: 06/04/2004) |
| 08/13/2004 | 5 | NOTICE OF MOTION to Certify Class action and to appoint Sirota & Sirota LLP, Lovell Stewart Halbian, LLP and law firm of Guillermo Gleizer apponted co-lead counsel in this action.. Document filed by Eduardo Puricelli. (pa, ) Modified on 8/16/2004 (pa, ). (Entered: 08/16/2004) |
| 08/13/2004 | 6 | AFFIDAVIT of Saul Roffe in Support re: 5 MOTION to Certify Class.. Document filed by Eduardo Puricelli. (pa, ) (Entered: 08/16/2004) |
| 08/13/2004 | 7 | MEMORANDUM OF LAW in Support re: 5 MOTION to Certify Class.. Document filed by Eduardo Puricelli. (pa, ) (Entered: 08/16/2004) |
| 09/28/2004 | 8 | STIPULATION AND ORDER that the Republic will serve discovery requests concerning class certification issues on plaintiff on or before 9/16/04 after which plaintiff and the Republic will coordinate class discovery in the proposed class actions; at the conclusion of class discovery in the proposed class action plaintiff and the Republic will confer concerning an agreed to briefing schedule for the Republic's papers in response |

| | | |
|---|---|---|
| | | to the class certification motion and the reply papers of plaintiff if any in further support of their motion; pursuant to Rule 1.E of the court's individual practices, the undersigned counsel represent that this is the first request for an extension of the briefing schedule for the motion. (Signed by Judge Thomas P. Griesa on 9/24/04) (dle, ) (Entered: 09/30/2004) |
| 01/24/2005 | 9 | NOTICE of Change of Firm Name & Legal Status to Cleary Gottlieb, Steen & Hamilton LLP. Document filed by The Republic of Argentina. (ps, ) (Entered: 01/31/2005) |
| 03/21/2005 | | ENDORSED LETTER addressed to Judge Griesa from Saul Roffe dated 3/17/2005 re: request denied. Original filed in 04cv400. (Signed by Judge Thomas P. Griesa on 3/17/2005) (jsa, ) (Entered: 03/23/2005) |
| 03/28/2005 | 12 | MEMORANDUM OF LAW in Opposition re: 5 MOTION to Certify Class.. Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 13 | DECLARATION of Christopher P. Moore in Opposition re: 5 MOTION to Certify Class.(Vol. I of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 14 | DECLARATION of Christopher P. Moore in Opposition re: 5 MOTION to Certify Class.(Vol. II of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/30/2005 | 11 | CERTIFICATE OF SERVICE of declaration of Christopher P. Moore served on Lovell Stewart Halebian, LLP, Saul Roffe, Guillermo Gleizer on 3/28/05. Service was made by hand delivery. Document filed by The Republic of Argentina. (dle, ) (Entered: 04/06/2005) |
| 03/31/2005 | 10 | ORDER granting 5 Motion to Certify Class. For the reasons stated on the record at today's hearing, the motions are granted in all of the captioned cases except in Fuhr (04 civ 507), Cooke 04 civ 508, Castro 04 civ 746 and Castro 04 civ 1183).Plaintiffs attorneys to settle appropriate orders.. (Signed by Judge Thomas P. Griesa on 3/31/2005) (jsa, ) (Entered: 04/04/2005) |
| 04/12/2005 | | MEMORANDUM OF LAW in Support re: 5 MOTION to Certify Class. Document filed by Eduardo Puricelli. Original entry in 04cv400 document number 41. (yv, ) (Entered: 04/19/2005) |
| 06/20/2005 | 15 | MOTION for Summary Judgment. Document filed by Eduardo Puricelli. (ae, ) (Entered: 06/24/2005) |
| 06/20/2005 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION for Summary Judgment. Document filed by Eduardo Puricelli. (ae, ) (Entered: 06/24/2005) |
| 06/20/2005 | 17 | AFFIDAVIT of Saul Roffe in Support re: 15 MOTION for Summary Judgment. Document filed by Eduardo Puricelli. (ae, ) (Entered: 06/24/2005) |
| 07/19/2005 | 18 | NOTICE OF MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| | | Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/21/2005) |
| 07/19/2005 | 19 | MEMORANDUM OF LAW of the Republic of Argentina in Support re: 18 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper.. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/21/2005) |
| 08/05/2005 | 20 | ORDER; granting Class Certification; the Court hereby appoints Sirota & Sirota LLP, the law Offices of Guillermo Gleizer and Lovell Steward Halebian LLP as co-lead counsel ("Class Counsel") in the prosecution of this action pursuant to Rule 23. (Signed by Judge Thomas P. Griesa on 8/5/05) (pl, ) (Entered: 08/12/2005) |
| 09/12/2005 | | AFFIDAVIT of Saul Roffe in Opposition re: 18 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper.(orig. docketed in 04cv400 as document #54). Document filed by Eduardo Puricelli. (pl, ) (Entered: 09/16/2005) |
| 09/12/2005 | | MEMORANDUM OF LAW in Opposition re: 18 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. (orig. document docketed in 04cv400 as document #55).(pl, ) (Entered: 09/16/2005) |
| 09/28/2005 | | AFFIDAVIT OF SERVICE of Order served on William Sweeney, Esq on 9/27/2005. Service was accepted by William Sweeney, Esq. Original filed under 04cv400 document #57. (jar, ) (Entered: 10/03/2005) |
| 12/06/2005 | 21 | STIPULATION AND ORDER: The Republic will serve a consolidated response to the motions for summary judgment on or before 1/10/2006; Plaintiffs will serve a consolidated reply to the Republic's response to the motions for summary judgment, if any, on or before 1/27/2006. (Signed by Judge Thomas P. Griesa on 12/5/2005) (lb, ) (Entered: 12/06/2005) |
| 01/10/2006 | 22 | DECLARATION of Amy Chung in Opposition re: 15 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/10/2006 | 23 | MEMORANDUM OF LAW in Opposition re: 15 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/17/2006 | 24 | ORDER denying as moot 18 Motion for Leave to File Document . (Signed by Judge Thomas P. Griesa on 1/13/06) (cd, ) (Entered: 01/18/2006) |
| 02/15/2006 | 25 | ORDER denying 15 Motion for Summary Judgment . (Signed by Judge Thomas P. Griesa on 2/15/06) (dle, ) (Entered: 02/17/2006) |
| 09/13/2006 | 26 | Statement of Opt-Out From Certified And Putative Class Actions, as per Annex A. (cd, ) (Entered: 09/14/2006) |
| | | |

| | | |
|---|---|---|
| 09/18/2006 | 27 | NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. (ae, ) (Entered: 09/20/2006) |
| 11/06/2006 | | MOTION for an Order appointing the law firm of Proskauer Rose LLP as Co-Lead Counsel in these actions. Attached is Affidavit in Supprt. Document filed by Eduardo Puricelli. (Original docmt dktd in case no. 04 cv 400, docmt #69) (djc, ) (Entered: 11/07/2006) |
| 12/01/2006 | 28 | STIPULATION AND ORDER; that the Republic shall have until 12/1/06 to serve papers in response to plaintiffs' motion to appoint Proskauer Rose LLP as co-lead counsel; plaintiffs shall have until 12/8/06 to serve reply papers, if any, in further support of the motion. (Signed by Judge Thomas P. Griesa on 11/29/06) (pl, ) (Entered: 12/04/2006) |
| 12/01/2006 | 29 | DECLARATION of Amy Chung in Opposition re: MOTION to Appoint Counsel.. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/01/2006 | 30 | MEMORANDUM OF LAW in Opposition re: MOTION to Appoint Counsel.. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/08/2006 | | MEMORANDUM OF LAW in Support re: MOTION to Appoint Counsel. Document filed by Eduardo Puricelli. Original filed in case 04cv400 (TPG), doc # 73. (jco, ) (Entered: 12/11/2006) |
| 12/08/2006 | | AFFIDAVIT of Bertrand C. Sellier in Support re: MOTION to Appoint Counsel.. Document filed by Eduardo Puricelli. Original filed in case 04cv400 (TPG), doc # 74. (jco, ) (Entered: 12/11/2006) |
| 12/19/2006 | 31 | Statement of Opt-Out from certified and putative class actions by counsel for the parties listed in Annexes A and B. (pl, ) (Entered: 12/20/2006) |
| 12/19/2006 | 32 | NOTICE of Notice of Errata To Previously Filed Opt-Out Statement by counsel for the parties listed in Annexes A to the Statement of Opt-Out from Certified and Putative Class Actions filed on 9/12/06. (pl, ) (Entered: 12/20/2006) |
| 12/21/2006 | 33 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of all plaintiffs. New Address: Guillermo A. Gleizer, 6 Beechwood Court, East Hampton, NY, US 11937, 917-539-0175. (Gleizer, Guillermo) (Entered: 12/21/2006) |
| 12/22/2006 | 34 | AMENDMENT re:[27,32] NOTICE of ERRATA to Previously Filed Opt-Out Statement filed by Certain Individuals and entities listed in Annex A to the opt-out notice filed on 9/12/06. The following names should not have appeared in exhibit one to this notice: Anna Miccio, Antonio Gargiulo, Maria Gargiulo. (jmi, ) (Entered: 12/26/2006) |
| 02/16/2007 | 35 | CONFIDENTIALITY STIPULATION AND ORDER. The term "Confidential Information" means and includes any material, document or information that a producing party reasonably and in good faith believes is proprietary, personal, sensative, private and/or otherwise confidential, including, but not limited to financial, business and/or |

| | | customer information. SO ORDERED. (Signed by Judge Thomas P. Griesa on 2/16/2007) (jar) (Entered: 02/21/2007) |
|---|---|---|
| 05/31/2007 | 36 | NOTICE of ERRATA to Previously filed Opt-Out Statements. Certain individuals and entities listed in either (i) Annex A to the opt-out notice filed on September 12, 2006 or (ii) Annex A to the opt-out notice filed on December 19, 2006, should not have been listed in either Annex for purposes of the Sept. 12, 2006 or December 19, 2006 filings. The names listed in Exhibit A. attached hereto should not have appeared in either of the afore-mentioned Annexes. The individuals and entities listed in Exhibit A remain participants in the above captioned actions. (djc) (Entered: 06/05/2007) |
| 07/01/2007 | 37 | REQUEST FOR EXCLUSION FROM CLASS *STATEMENT OF OPT-OUT FROM CERTIFIED CLASS ACTIONS*. Document filed by Andrarex, Ltd..(Boggio, Andrea) (Entered: 07/01/2007) |
| 09/14/2007 | | MEMORANDUM TO THE DOCKET CLERK: Pretrial conference 9/14/07. (jmi) (Entered: 09/19/2007) |
| 09/28/2007 | 38 | ORDER APPOINTING CO-LEAD COUNSEL: on 11/6/2006, plaintiffs filed a motion seeking an order appointing Proskauer Rose LLP co-lead counsel for the Plaintiffs. A conference was held on 9/14/2007, to address the motion. Proskauer Rose LLP is hereby appointed as co-lead counsel for the plaintiffs. (Signed by Judge Thomas P. Griesa on 9/27/07) Attorney Bertrand Charles Sellier for Eduardo Puricelli added. Motions terminated: MOTION to Appoint Counsel.filed by Eduardo Puricelli. (kco) (Entered: 10/02/2007) |
| 12/04/2007 | 39 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of Andrarex, Ltd., Eduardo Puricelli. New Address: Guillermo A. Gleizer, 19 W 34th St. Suite 914, New York, NY, USA 10001, 9175390175. (Gleizer, Guillermo) (Entered: 12/04/2007) |
| 02/29/2008 | 40 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE of Errata to Previously Filed Opt-Out Statements re: 31 Remark, 26 Remark. Document filed by The individual persons and entities listed in Annex A. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Pell, Owen) Modified on 3/3/2008 (db). (Entered: 02/29/2008) |
| 03/03/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Owen Pell to MANUALLY RE-FILE Document NOTICE of Errata to Previously Filed Opt-Out Statements, Document No. 40. This case is not ECF. (db) (Entered: 03/03/2008) |
| 04/16/2008 | | AFFIDAVIT of Saul Roffe. Document filed by Eduardo Puricelli. Original document filed in case #04cv400, document #87. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 41 | MOTION for an order granting summary judgment in favor of plaintiffs on all counts of the Complaint in the amount of $381,488,403 inclusive of accrued interest through 4/30/08, plus accrued interest thereafter at the statutory rate of 9%. Document filed by Eduardo Puricelli.(dle) (Entered: 04/18/2008) |

| 04/16/2008 | 42 | MEMORANDUM OF LAW in Support re: 41 MOTION for Summary Judgment. Document filed by Eduardo Puricelli. (dle) (Entered: 04/18/2008) |
|---|---|---|
| 04/16/2008 | 43 | RULE 56.1 STATEMENT. Document filed by Eduardo Puricelli. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 44 | NOTICE OF CHANGE OF ADDRESS by Howard B. Sirota on behalf of Eduardo Puricelli. New Address: Howard Sirota, Attorney at Law, 260 Madison Avenue, New York, New York, 10016, (212) 425-9055. (dle) (Entered: 04/18/2008) |
| 04/18/2008 | | DECLARATION of Guillermo A. Gleizer in Support of plaintiffs' motion for pre-judgment relief concerning property located in New York belonging to Argentina. (tro) Original document filed under civil case no. 04-cv-400, document #92. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | | MEMORANDUM OF LAW in Support of Plaintiffs' Order to Show Cause. Original document filed under case no. 04-cv-400, document # 93. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | 45 | ORDER TO SHOW CAUSE: Defendants shall show cause on 4/30/2008 at 10:30 AM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa, as to why an order should not be made and entered, as set forth herein. Reply papers if any shall be served upon defendant's counsel at the time of the hearing. (Signed by Judge Thomas P. Griesa on 4/18/2008) (jpo) (Entered: 04/18/2008) |
| 04/25/2008 | | CERTIFICATE OF SERVICE of order to show cause and supporting documents served on Cynthia Scott on 4/18/08. Service was accepted by Cynthia Scott by hand delivery. Document filed by Eduardo Puricelli. Original document filed in case #04cv400, document #101. (dle) Modified on 5/5/2008 (dle). (Entered: 05/05/2008) |
| 04/28/2008 | | DECLARATION of Gleizer in support of plaintiffs' motion for pre-judgment relief concerning property located in Belgium and Germany belonging to Argentina. Document filed by Eduardo Puricelli (orig. docmt dktd in case no. 04 cv 400, docmt #95) Document filed by Eduardo Puricelli. (djc) (Entered: 04/29/2008) |
| 04/28/2008 | 46 | ORDER TO SHOW CAUSE filed by Eduardo Puricelli. The Republic of Argentina shall show cause as to why an order should not be entered Preliminarily Restraining and Enjoining with respect to the Trust Bonds. Show Cause Response due by 4/29/2008. Show Cause Hearing set for 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/28/08) (cd) (Entered: 04/29/2008) |
| 04/30/2008 | 47 | MEMORANDUM OF LAW in Opposition to Plaintiffs' Motion for Preliminary Injunction and Restraining Order. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 48 | DECLARATION of JoAnn D. Kamuf in Support re: 47 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 49 | DECLARATION of Christopher P. Moore in Support re: 47 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |

9/26/2014                                    SDNY CM/ECF Version 5.1.1

| 05/05/2008 | 50 | DECLARATION of Carlos Maria Tombeur. Document filed by The Republic of Argentina. (jp) (Entered: 05/06/2008) |
|---|---|---|
| 05/12/2008 | 51 | CERTIFICATE OF SERVICE of Memorandum of Law of the Republic of Argentina; Declaration of Amy Chung and Response of the Republic of Argentina to Plaintiffs' Local Rule 56.1 Statement served on Bertrand Sellier of Proskauer Rose LLP; Howard B. Sirota, Esq., Imtiaz Siddiqui, Esq., of Lovell Stewart Halebian LLP and Guillermo A. Gleizer, Esq. on 5/12/08. Service was accepted by by hand. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 52 | RESPONSE of the Republic of Argentina to Plaintiff's Local Rule 56.1 Statement. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 53 | DECLARATION of Amy Chung in Opposition re: 41 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 54 | MEMORANDUM OF LAW in Opposition re: 41 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (docmt received in night dep. on 5/12/08 at 6:03 p.m.) (djc) (Entered: 05/13/2008) |
| 05/16/2008 | 55 | DECLARATION of Severo Rizzo. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/16/2008 | 56 | SUR-REPLY MEMORANDUM OF LAW in Opposition to Plaintiff's motion for Preliminary Injunction. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/30/2008 | 57 | NOTICE of Errata To Previously Filed Opt-Out Statements. Document filed by The individual persons and entities listed in Annex A. (dle) (Entered: 06/02/2008) |
| 06/03/2008 | 58 | STIPULATION AND ORDER: Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgment, dated 4/16/08, previously due on 5/27/08, shall now be due on 6/3/08. (Signed by Judge Thomas P. Griesa on 6/3/08) (tro) (Entered: 06/04/2008) |
| 06/03/2008 | 59 | STIPULATION AND ORDER, Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgement, dated April 16, 2008 (the "motion"), previously due on May 27, 2008, shall now be due on June 3, 2008; Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request by plaintiffs for an extension in the briefing schedule for motion. (Signed by Judge Thomas P. Griesa on 6/3/08) (mme) (Entered: 06/09/2008) |
| 06/06/2008 | 60 | NOTICE OF APPEAL from 45 Order to Show Cause. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653369. Copies mailed to attorney(s) of record: Howard B. Sirota; Proskauer Rose LLP; Guillermo A. Gleizer; Lovell Stewart Halebian LLP. (tp) (Entered: 06/11/2008) |
| 06/11/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 60 Notice of Appeal.(tp) (Entered: 06/11/2008) |

| 06/11/2008 | | Transmission of Notice of Appeal to the District Judge re: 60 Notice of Appeal.(tp) (Entered: 06/11/2008) |
|---|---|---|
| 12/23/2008 | 61 | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATEMENTS. Document filed by The individual persons and entities listed in Annex A. (db) (Entered: 12/24/2008) |
| 01/09/2009 | 62 | ORDER: For the reasons stated on the record at the hearing on November 12, 2008 the motions for summary judgment in these cases are granted. The Clerk of the Court is directed to close these cases and terminate the following motions set forth within. (Signed by Judge Thomas P. Griesa on 1/8/2009) (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 62 Order, Terminate Motions,,, to the Judgments and Orders Clerk. (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | 63 | JUDGMENT #09,0014 in favor of Eduardo Puricelli against The Republic of Argentina in the amount of $ 95,253,940.00. (Signed by Judge Thomas P. Griesa on 01/08/2009) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 01/09/2009) |
| 01/22/2009 | 64 | ORDER AFFIRMING DESIGNATION OF PORTIONS OF LOPEZ ISNARDI AS "CONFIDENTIAL" It is hereby ordered that plaintiffs and plaintiffs' counsel may not publicly disclose, directly or indirectly, any of the Confidential Testimony, and shall not only use such Confidential Testimony for purposes of prosecuting the above captioned litigation. (Signed by Judge Thomas P. Griesa on 1/16/09) (mme) (Entered: 01/23/2009) |
| 01/23/2009 | 65 | NOTICE OF APPEAL from 63 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 676192. Copies mailed to attorney(s) of record: Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewat Halebian LLP; and Guillermo A. Gleizer. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 65 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal to the District Judge re: 65 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/29/2009 | 66 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Thomas P. Griesa on 1/29/2009) (jfe) (Entered: 01/29/2009) |
| 02/13/2009 | 67 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 65 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0332-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 02/13/2009) |
| 03/05/2009 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental |

| | | |
|---|---|---|
| | | Indexed record on Appeal Electronic Files for 65 Notice of Appeal, filed by The Republic of Argentina, 45 Order to Show Cause, filed by Eduardo Puricelli, 64 Order, 46 Order to Show Cause, filed by Eduardo Puricelli, 67 Appeal Record Sent to USCA - Index, 62 Order, Terminate Motions,, 40 Notice (Other), Notice (Other) filed by The individual persons and entities listed in Annex A, 59 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 33 Notice of Change of Address filed by Eduardo Puricelli, 37 Request for Exclusion from Class filed by Andrarex, Ltd., 58 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 39 Notice of Change of Address filed by Eduardo Puricelli, Andrarex, Ltd., 66 Protective Order, 63 Judgment USCA Case Number 09-0332-cv, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/05/2009) |
| 03/11/2009 | | Received returned mail re: 65 Notice of Appeal. Mail was addressed to Saul Roffe, Esq. of Sirota & Sirota LLP. at 110 Wall Street, 21st Floor, New York, NY 10005 and was returned for the following reason(s): FORWARD TIME EXP RTN TO SEND. Forwarded Return Document to Sirota & Sirota LLP, 125 Beach 128th St., Rockaway Park NY 11694-1604. (tp) (Entered: 03/11/2009) |
| 07/28/2009 | 68 | DECLARATION of Amy Chung in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 07/28/2009 | 69 | MEMORANDUM OF LAW in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 08/06/2009 | 70 | STIPULATION AND ORDER; Plaintiffs' reply papers in further support of plaintiffs' motion to turn over property, dated July 13, 2009 (the "Motion"), previously due on August 3, 2009, shall now be due on August 7, 2009. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/6/2009) (tve) (Entered: 08/06/2009) |
| 08/06/2009 | | Set/Reset Deadlines: Replies due by 8/7/2009. (tve) (Entered: 08/06/2009) |
| 08/19/2009 | 71 | ORDER: The motion to compel the Republic to turn over all property held in the United States by Aerolineas Argentinas is denied. In light of the above discussion, the court need not reach the Republic's additional contention that the motion is procedurally flawed because plaintiffs failed to commence a separate turnover proceeding. For the reasons stated above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 8/19/2009) (jpo) (Entered: 08/19/2009) |
| 11/16/2009 | 72 | TRUE COPY ORDER of USCA as to 60 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2976-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Capital Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts |

| | | |
|---|---|---|
| | | resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 11/12/2009. (nd) (Entered: 11/16/2009) |
| 01/27/2010 | 73 | MANDATE of USCA WITHDRAWING APPEAL (Certified Copy) as to 60 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2976-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Capital Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 1/25/2010. (nd) (Entered: 01/28/2010) |
| 04/14/2010 | 74 | ORDER TO SHOW CAUSE: The Republic of Argentina shall show cause as to why this Court should not enter an Order temporarily restraining and enjoining Defendant Republic of Argentina, its servants, employees, agents, representatives and any person acting in concert with them. Show Cause Hearing set for 4/15/2010 at 04:30 PM before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/14/2010) (jfe) (Entered: 04/14/2010) |

| 04/14/2010 | | MEMORANDUM OF LAW in Support of Plaintiff's Motion for a Temporary Restraining Order, A Preliminary Injunction and Expedited Discovery. Document filed by Eduardo Puricelli. ***Original filed in case number 04-cv-400, document #143. (mro) (Entered: 04/15/2010) |
|---|---|---|
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Eduardo Puricelli. ***Original filed in case number 04-cv-400, document #144.(mro) (Entered: 04/16/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support (with exhibits attached hereto) of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Eduardo Puricelli. ***Original filed in case number 04-cv-400, document #145. (mro) (Entered: 04/16/2010) |
| 04/23/2010 | | NOTICE OF APPEARANCE by Alexander Reus on behalf of Eduardo Puricelli. ***Original filed in case number 04-cv-400, document #146. (mro) (Entered: 04/26/2010) |
| 04/26/2010 | 75 | OPINION: The motions before the court in the 10 captioned cases are denied. (Signed by Judge Thomas P. Griesa on 4/26/2010) (tro) (Entered: 04/26/2010) |
| 04/30/2010 | 76 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 77 | STIPULATION AND ORDER OF SUBSTITUTION OF PLAINTIFFS' CO-LEAD COUNSEL that Diaz, Reus & Targ, LLP be and hereby is substituted as attorney of record and Co-Lead Counsel for the Lead Plaintiffs and Class Representatives in the above-captioned matters, in place and stead of the Law Offices of Guillermo A. Gleizer, as of the date hereof. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 78 | CERTIFICATE OF SERVICE of Motions to Admit Counsel Pro Hac Vice served on Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewart & Halebian, LLP on 4/26/10. Service was made by U.S. Mail. (mro) (Entered: 05/04/2010) |
| 05/03/2010 | 79 | MOTION for Marta Colomar Garcia to Appear Pro Hac Vice. Document filed by Eduardo Puricelli.(mro) (Entered: 05/04/2010) |
| 05/10/2010 | 80 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Guillermo Gleizer dated 5/3/2010 re: Class Members-Judgment Creditors request to be treated "the same" and not worse than every other recipient of the Exchange Offer. |

9/26/2014                              SDNY CM/ECF Version 5.1.1

|  |  | ENDORSEMENT: Denied. So ordered. (Signed by Judge Lawrence M. McKenna, Part I, on 5/10/2010) (tve) (Entered: 05/10/2010) |
|---|---|---|
| 05/11/2010 | 81 | MOTION for Margaret T. Perez to Appear Pro Hac Vice. Document filed by Eduardo Puricelli.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 82 | MOTION for Carlos F. Gonzalez to Appear Pro Hac Vice. Document filed by Eduardo Puricelli.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 83 | MOTION for Michael Diaz, Jr. to Appear Pro Hac Vice. Document filed by Eduardo Puricelli.(mro) (Entered: 05/13/2010) |
| 05/17/2010 |  | CASHIERS OFFICE REMARK on 79 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/03/2010, Receipt Number 902378. (jd) (Entered: 05/17/2010) |
| 05/17/2010 | 84 | NOTICE OF APPEARANCE by Guillermo Ariel Gleizer on behalf of Eduardo Puricelli (mro) (Entered: 05/18/2010) |
| 05/18/2010 |  | CASHIERS OFFICE REMARK on 82 Motion to Appear Pro Hac Vice, 83 Motion to Appear Pro Hac Vice, 81 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 05/11/2010, Receipt Number 903907,903908,903909. (jd) (Entered: 05/18/2010) |
| 05/20/2010 | 85 | ORDER: In light of the above circumstances, which "reaffirm Plaintiffs' concerns that they may receive nothing in return under the proposed Exchange Offer," plaintiffs request that the court "require Argentina to maintain in escrow all relevant incoming bonds (whether old or new) and cash, if any." After consideration of the circumstances outlined above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 5/20/2010) (jpo) (Entered: 05/20/2010) |
| 05/24/2010 |  | MEMORANDUM OF LAW in Support of Order to Show Cause. Document filed by Eduardo Puricelli. ***Original filed in case number 04-cv-400, document #158. (mro) (Entered: 05/25/2010) |
| 05/24/2010 |  | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Jonathan I. Blackman, Carmine D. Boccuzzi, Christopher P. Moore (attorneys for defendants the Republic of Argentina) on 5/24/10. Service was made by U.S. Mail and Email. ***Original filed in case number 04-cv-400, document number 159. (mro) (Entered: 05/25/2010) |
| 05/24/2010 |  | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Banco Nacion Argentina on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 160. (mro) (Entered: 05/25/2010) |
| 05/24/2010 |  | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on HSBC on 5/24/10. Service was made by U.S. Mail. ***Original filed in case |

| | | |
|---|---|---|
| | | number 04-cv-400, document number 161. (mro) (Entered: 05/25/2010) |
| 05/25/2010 | 86 | WRIT OF EXECUTION AND ORDER TO SHOW CAUSE. IT IS HEREBY ORDERED, that a Writ of Execution is hereby issued; pursuant to this Writ of Execution, Rule 69(a) of the Federal Rules of Civil Procedure and -as applicable- FSIA, 28 U.S.C. §1610, Plaintiffs are authorized to execute upon certain property of Argentina as previously authorized by further Order of this court within this jurisdiction in satisfaction of the outstanding final judgments, amounting, to date in total to the sum of $2,243,075,681.00 until full payment and as further set forth in this order. Defendant The Republic of Argentina shall show cause as to why an order of execution pursuant to Rule 69 (a) of the Federal Rules of Civil Procedure and CPLR § 5230 shall not issue to the Sheriff of New York County or the United States Marshal directing him to satisfy the Judgments out of the Funds held by or for the benefit of Argentina in the Accounts maintained by BNA.(Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa., Show Cause Response due by 6/2/2010.). Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 87 | RESTRAINING NOTICE TO GARNISHEE. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 88 | RESTRAINING NOTICE TO GARNISHEE. To: HSBC Bank 550 Fashion Avenue, New York, New York 10018. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 89 | RESTRAINING NOTICE TO GARNISHEE. To: Banco de la Nacion Argentina 225 Park Avenue, New York, New York 10017. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |

| | | |
|---|---|---|
| 05/25/2010 | | Set Deadlines/Hearings: Show Cause Response due by 6/2/2010. Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (rjm) (Entered: 05/26/2010) |
| 05/27/2010 | 90 | RESTRAINING NOTICE TO GARNISHEE: The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 91 | RESTRAINING NOTICE TO GARNISHEE: (Re: Banco de la Nacion Argentina) The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 92 | ORDER: The U.S. Marshals Service is directed to defer taking actual possession of or levying upon any property pursuant to the Orders until further order of this Court; ORDERED, the Blanket Orders are immediately vacated for the reasons stated in the Republic's May 25, 2010 letter; ORDERED, as provided for under the OSC, objections or responses to the BNA Orders and HSBC Orders shall be filed on or before June 2, 2010 at 12:00 p.m., or at such other time set by the Court. (Signed by Judge Thomas P. Griesa on 5/27/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | | Set Deadlines/Hearings: Responses due by 6/2/2010 (jpo) (Entered: 05/27/2010) |
| 06/04/2010 | 93 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Eduardo Puricelli (mro) (Entered: 06/04/2010) |
| 06/07/2010 | 94 | MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. ***Declaration of Rahul Mukhi and exhibits attached hereto. (Received in the night deposit box on 6/7/10 at 6:06pm)(mro) (Entered: 06/08/2010) |

| 06/07/2010 | 95 | MEMORANDUM OF LAW in Support re: 94 MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. (Received in the night deposit box on 6/7/10 at 6:07pm) (mro) (Entered: 06/08/2010) |
| --- | --- | --- |
| 06/18/2010 | 96 | MANDATE of USCA (Certified Copy) as to (65 in 1:04-cv-02117-TPG) Notice of Appeal, filed by The Republic of Argentina, (126 in 1:04-cv-00400-TPG) Notice of Appeal, filed by The Republic of Argentina, (66 in 1:04-cv-00936-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00506-TPG) Notice of Appeal, filed by Republic of Argentina, (66 in 1:04-cv-00401-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-01085-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00937-TPG) Notice of Appeal, filed by The Republic of Argentina, (55 in 1:04-cv-02118-TPG) Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0332-cv(L). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, REMANDED in part in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 06/17/2010. (nd) (Entered: 06/18/2010) |
| 06/18/2010 | | Transmission of USCA Mandate/Order to the District Judge re: (176 in 1:04-cv-00400-TPG, 96 in 1:04-cv-00937-TPG, 99 in 1:04-cv-00401-TPG, 96 in 1:04-cv-01085-TPG, 97 in 1:04-cv-00936-TPG, 86 in 1:04-cv-02118-TPG, 95 in 1:04-cv-00506-TPG, 96 in 1:04-cv-02117-TPG) USCA Mandate,,,. (nd) (Entered: 06/18/2010) |
| 07/01/2010 | 97 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 7/1/10) (pl) (Entered: 07/02/2010) |
| 08/05/2010 | | MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). Document filed by Eduardo Puricelli. ***Original document filed in case number 04-cv-400, document number 180.(mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/05/2010 | | MEMORANDUM OF LAW in Support re: MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). ***Original document filed in case number 04-cv-400, document number 181. Document filed by Eduardo Puricelli. (mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/19/2010 | 98 | RESPONSE by the Republic of Argentina to plaintiffs' Motion to Clarify. Document filed by The Republic of Argentina. (mro) (Entered: 08/23/2010) |
| 08/25/2010 | 99 | ORDER: The court hereby withdraws Footnote 1 of the July 23,2010 opinion in Aurelius Capital Partners, LP v. Republic of Argentina, 07 Civ. 2715 (TPG), and notes that the Seijas plaintiffs have not formally abandoned whatever rights they have in connection with this claim. (Signed by Judge Thomas P. Griesa on 8/23/2010) (jpo) (Entered: 08/25/2010) |

| 09/23/2010 | | DECLARATION of Michael Adler. Document filed by Eduardo Puricelli. ***Original document filed in case number 04-cv-400, document # 185. (mro) (Entered: 09/24/2010) |
|---|---|---|
| 09/23/2010 | | DECLARATION of Jennifer Scullion. Document filed by Eduardo Puricelli. ***Original document filed in case number 04-cv-400, document # 187. (mro) (Entered: 09/24/2010) |
| 10/04/2010 | 100 | ORDER: Plaintiffs request that the court compel the Republic to respond to interrogatories and document requests dated September 29, 2010. Plaintiffs seek to determine whether it is the Republic's present intention to issue new bonds in the next twelve months, and, if so, plaintiffs seek further information. The Republic opposes the request in its entirety. Plaintiffs' request is denied. (Signed by Judge Thomas P. Griesa on 10/4/10) (db) (Entered: 10/04/2010) |
| 10/06/2010 | 101 | MEMORANDUM OF LAW in Opposition to Entry of Revised Aggregate Class Judgments. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 102 | DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 103 | CERTIFICATE OF SERVICE of the Memorandum of Law of the Republic of Argentina in Opposition to Entry of Revised Aggregate Class Judgments served on Michael Diaz, Jr., and Jennifer Scullion on 10/6/2010. Service was made by Federal Express. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/12/2010 | 104 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine Boccuzzi dated 10/12/10 re: Briefing schedule for further briefing the order to show cause as follows. ENDORSEMENT: So Ordered. (Plaintiff Reply due by 10/13/2010. The Republic may make a supplemental filing addressing the opinions of plaintiffs' expert Prof. Michael Adler by Monday, 10/18 at noon. Hearing set for Tuesday, 10/19/2010 at 11:00 AM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/12/10) (cd) (Entered: 10/13/2010) |
| 10/13/2010 | | REPLY MEMORANDUM OF LAW in Support of Entry of Revised Class Judgments. Document filed by Plaintiff Classes. (Received in the night deposit box on 10/13/10 at 10:47pm). ***Original Document filed in case number 04-cv-400, document number 195. (mro) (Entered: 10/18/2010) |
| 10/13/2010 | | REPLY DECLARATION of Jennifer Scullion in Support of Plaintiffs' Reply on their Order to Show Cause for entry of revised Class Judgments. Document filed by Plaintiff Classes. ***Exhibits attached hereto. (Received in the night deposit box on 10/13/10 at 10:47pm) ***Original document filed in case number 04-cv-400, document number 196. (mro) (Entered: 10/18/2010) |
| 10/18/2010 | 105 | SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO THE DECLARATION OF MICHAEL ADLER CONCERNING REVISED AGGREGATED CLASS JUDGMENT. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |

| 10/18/2010 | 106 | SUPPLEMENTAL DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| --- | --- | --- |
| 10/19/2010 | 107 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs ) for any interests tendered into the 2010 Exchange Offer, and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/20/2010) |
| 11/12/2010 | | NOTICE OF ERRATA TO PREVIOUSLY FILED OPT-OUT STATMENTS. Document filed by The individual persons and entities listed in Annex A. ***Original filed in case number 04-cv-400, document #201. (mro) (Entered: 11/15/2010) |
| 12/15/2010 | 108 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Michael Diaz, Jr., Carlos F. Gonzalez, Margaret T. Perez, and Marta Colomar Garcia, counsel for defendants in the above captioned matters, have moved for permission to appear and participate pro hac vice in the above captioned matters pursuant to Local Rule 1.3(c). The motion is granted, and Mr. Diaz, Mr. Gonzalez, Ms. Perez, and Ms. Garcia may appear and participate in this matter upon payment of the necessary fee. SO ORDERED. (Signed by Judge Thomas P. Griesa on 12/15/2010) (lnl) (Entered: 12/15/2010) |
| 03/29/2011 | 109 | OPINION: The motion to vacate the May 24 orders is granted. This resolves the motions listed as document numbers 174 in case 04 Civ. 400; 97 in 04 Civ. 401; 93 in 04 Civ. 506; 95 in 04 Civ. 936; 94 in 04 Civ. 937, 04 Civ. 1085, and 04 Civ. 2117; and 84 in 04 Civ. 21 18. SO ORDERED. (Signed by Judge Thomas P. Griesa on 3/29/2011) (lnl) (Entered: 03/29/2011) |
| 07/22/2011 | 110 | STIPULATION AND ORDER that without waiver of the Republic's positions on aggregate judgments and acceleration, all of which are expressly preserved for any appeal, the amounts of principal and interest for each Plaintiff Class is currently calculated as further set forth in this document and detailed in the chart attached hereto as Exhibit B. (Signed by Judge Thomas P. Griesa on 7/22/11) (cd) (Entered: 07/22/2011) |
| 07/22/2011 | 111 | JUDGMENT #11,1419 in favor of Eduardo Puricelli against The Republic of Argentina in the amount of $ 112,437,999.82. (Signed by Judge Thomas P. Griesa on 7/22/11) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 07/22/2011) |
| 07/22/2011 | | Transmission to Docket Assistant Clerk. Transmitted re: 111 Judgment, to the Docket |

|  |  | Assistant Clerk for case processing. (dt) (Entered: 07/22/2011) |
|---|---|---|
| 07/22/2011 |  | Mailed notice of Right to Appeal re: 111 Judgment, to Attorney(s) of Record: Andrea Boggio, Alexander Reus, William Henry Weisman, Saul Roffe, Bertrand Charles Sellier, Michael Diaz, Jr, Margaret T. Perez, Guillermo Ariel Gleizer, Jennifer R. Scullion, Carlos F. Gonzalez, Marta Colomar Garcia, Carmine D. Boccuzzi, Jr, Jonathan I. Blackman. (eef) (Entered: 07/26/2011) |
| 08/15/2011 | 112 | NOTICE OF APPEAL from 111 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number 11465400150. Copies of Notice of Appeal mailed to Attorney(s) of Record: Diaz Reus; Stark & Stark LLP; Proskauer Rose LLP; Sirota & Sirota LLP. (tp) (Entered: 08/16/2011) |
| 08/16/2011 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 112 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/16/2011 |  | Transmission of Notice of Appeal to the District Judge re: 112 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/24/2011 |  | USCA Case Number 11-3373 from the USCA 2nd Circuit assigned to 112 Notice of Appeal, filed by The Republic of Argentina. (tp) (Entered: 08/24/2011) |
| 08/25/2011 | 113 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 112 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3373, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 08/26/2011) |
| 09/07/2012 | 114 | MANDATE of USCA (Certified Copy) as to 112 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3373. Ordered, Adjudged and Decreed that the judgments of the District Court are AFFIRMED in part, VACATED in part, and the case is REMANDED for further proceedings. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/07/2012. (nd) (Entered: 09/07/2012) |
| 09/07/2012 |  | Transmission of USCA Mandate/Order to the District Judge re: 114 USCA Mandate,. (nd) (Entered: 09/07/2012) |
| 11/26/2012 | 115 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jason A. Zweig dated 11/21/2012 re: Class counsel in the cases and counsel for Argentina have conferred and jointly propose the following schedule for discovery and hearing on the issues identified for remand: February 15, 2013 - Fact Discovery Completed; March 15, 2013 - Parties Exchange Expert Reports; April 5, 2013 - Parties Exchange Rebuttal Reports (if necessary); April 26, 2013 - Expert Depositions Completed. ENDORSEMENT: Approved. (Deposition due by 4/26/2013, Fact Discovery due by 2/15/2013.) (Signed by Judge Thomas P. Griesa on 11/26/2012) (djc) (Entered: 11/30/2012) |
| 08/22/2013 | 116 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion |

| | | |
|---|---|---|
| | | dated 8/21/2013 re: The parties jointly propose the following schedule: Plaintiff's Motion: September 12, 2013; Defendant's Opposition: October 18, 2013; Plaintiff's Reply: November 1, 2013. ENDORSEMENT: Approved., ( Motions due by 9/12/2013., Responses due by 10/18/2013., Replies due by 11/1/2013.) (Signed by Judge Thomas P. Griesa on 8/22/2013) (lmb) (Entered: 08/22/2013) |
| 09/12/2013 | 117 | NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Eduardo Puricelli.(lmb) (Entered: 09/16/2013) |
| 09/12/2013 | 118 | MEMORANDUM OF LAW in Support re: 117 NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Eduardo Puricelli. (lmb) (Entered: 09/16/2013) |
| 10/16/2013 | 119 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated 10/15/2013 re: We represent defendant the Republic of Argentina (the "Republic") in the above captioned actions. The parties have agreed to extend, from October 18, 2013, to October 25, 2013, the deadline for the Republic to file opposition papers to plaintiffs' motions to modify the class definition. Pursuant to this agreement, the deadline for plaintiffs to file reply papers would be extended from November 1, 2013, to November 15, 2013. ENDORSEMENT: Approved. ( Responses due by 10/25/2013, Replies due by 11/15/2013.) (Signed by Judge Thomas P. Griesa on 10/16/2013) (ama) (Entered: 10/16/2013) |
| 11/08/2013 | 120 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 11/06/2013 re: The parties have agreed to extend the Plaintiffs' deadline to file reply papers in further support of their motions to modify the class definitions from November 15, 2013 to November 22, 2013. ENDORSEMENT: Approved., ( Replies due by 11/22/2013.) (Signed by Judge Thomas P. Griesa on 11/08/2013) (ama) (Entered: 11/08/2013) |
| 11/19/2013 | 121 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jeniphr Breckenridge dated 11/15/2013 re: Counsel for Brecher Plaintiffs requests that Your Honor so-order the modified briefing schedule by endorsement of this letter. ENDORSEMENT: Approved. Set Deadlines/Hearing as to (78 in 1:06-cv-15297-TPG) MOTION Modify Class Definition: Replies due by 11/22/2013. (Signed by Judge Thomas P. Griesa on 11/19/2013) ***Filed in 06cv15297, 04cv5068, 04cv400, 04cv401, 04cv506, 04cv936, 04cv937, 04cv1085, 04cv2117, and 04cv2118(tn) Modified on 11/25/2013 (tn). (Entered: 11/20/2013) |
| 11/22/2013 | 122 | MEMORANDUM OF LAW in Support re: 117 MOTION. Document filed by Eduardo Puricelli. (ft) (Entered: 12/04/2013) |
| 11/22/2013 | 123 | REPLY DECLARATION of Jennifer R. Scullion in Support re: 117 MOTION. Document filed by Eduardo Puricelli. (ft) (Entered: 12/04/2013) |
| 04/24/2014 | 124 | ORDER GRANTING MOTION TO MODIFY CLASS DEFINITION AND CERTIFYING MODIFIED CLASS: granting 117 Motion to Modify Class Definitions. IT IS HEREBY ORDERED THAT: 1. The Court finds: There is good and sufficient |

cause to modify the existing class definition to encompass the Holder Class; modification of the class definition will serve the interests of justice and will not prejudice Argentina or any holder; the Holder Class satisfies the requirements of Rule 23 (including numerosity, commonality, typicality, and fair and adequate representation) and is ascertainable by reference to objective criteria; and the requirements of FED. R. CIV. P. 23(b)(3) and 23(c)(2)(B) will be satisfied, and Due Process rights of actual and potential Holder Class members will be protected, by notice and opt out procedures. 2. The Court therefore GRANTS Plaintiff's motion to modify the class definition to encompass, as modified, "all holders of Republic of Argentina 12.375% Global Notes due February 21,2012 (CUSIP/ISIN # US040114GD65)," a "holder" being an owner of a beneficial interest in said bonds. Excluded from the Holder Class are all holders to the extent that their holdings (x) are the subject of a separately pending lawsuit or claim in arbitration to collect on such holdings or (y) have been exchanged for new bonds or otherwise extinguished. Holders that timely opt out pursuant to the attached procedures also will be excluded from the Holder Class. 3. The Court hereby appoints Proskauer Rose LLP, Diaz Reus & Targ LLP, and Saul Roffe as co-Class Counsel for the Holder Class. (Signed by Judge Thomas P. Griesa on 4/24/2014) (lmb) (Entered: 04/24/2014)

| | | |
|---|---|---|
| 06/19/2014 | 125 | ORDER of USCA (Certified Copy) USCA Case Number 14-1508. Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's orders granting class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.,* 262 F.3d 134, 139-40 (2d Cir. 2001). The appeals will be heard in tandem. The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 06/19/2014. **[New USCA Case No. 14-2104-cv.]** (nd) (Entered: 06/19/2014) |
| 06/19/2014 | | Appeal Fee Due: re: FRCP 23(f) granting leave to appeal the District Court's order granting class certification. $505.00 Appeal filing fee due. (nd) (Entered: 06/19/2014) |
| 06/20/2014 | | USCA Appeal Fees received $ 505.00 receipt number 465401098442 on 6/20/2014 re: Rule 23f Appeal. USCA Case No. 14-2104-cv. (tp) (Entered: 06/20/2014) |
| 06/30/2014 | 126 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from William H. Weisman dated 6/24/2014 re: Counsel requests to be terminated as an attorney of record for Plaintiff in the above-referenced matter. ENDORSEMENT: So ordered. Attorney William Henry Weisman terminated. (Signed by Judge Thomas P. Griesa on 6/30/2014) (tn) (Entered: 06/30/2014) |
| 07/02/2014 | | Appeal Record Sent to USCA (Electronic File).USCA Case Number 14-2104-cv, Certified Indexed record on Appeal Electronic Files **ONLY** for 125 USCA Order - granting leave to appeal the District Court's order granting class certification were transmitted to the U.S. Court of Appeals. (nd) (nd) (Entered: 07/02/2014) |
| 07/23/2014 | 127 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 7/23/2014 re: Settlement Negotiations. Document filed by Eduardo Puricelli.(Scullion, Jennifer) (Entered: 07/23/2014) |

| 07/24/2014 | 128 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Eduardo Puricelli. (Scullion, Jennifer) (Entered: 07/24/2014) |
|---|---|---|
| 07/24/2014 | 129 | NOTICE OF APPEARANCE by Michael Todd Mobley on behalf of Eduardo Puricelli. (Mobley, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 130 | NOTICE OF APPEARANCE by Michael Diaz, Jr on behalf of Eduardo Puricelli. (Diaz, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 131 | NOTICE OF APPEARANCE by Carlos F. Gonzalez on behalf of Eduardo Puricelli. (Gonzalez, Carlos) (Entered: 07/24/2014) |
| 07/24/2014 | 132 | MOTION for Preliminary Injunction . Document filed by Eduardo Puricelli. (Attachments: # 1 Exhibit A)(Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 133 | MEMORANDUM OF LAW in Support re: 132 MOTION for Preliminary Injunction . *Memorandum of Law in Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Eduardo Puricelli. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 134 | CERTIFICATE OF SERVICE of Notice of Motion for Preliminary Injunction served on Carmine Boccuzzi-Attorney for Defendant on 7/24/14. Service was accepted by ECF and Hand Delivery. Document filed by Eduardo Puricelli. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 08/06/2014 | 135 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/6/2014 re: Response to Mr. Blackman's letter. Document filed by Eduardo Puricelli. (Attachments: # 1 Appendix A - C)(Scullion, Jennifer) (Entered: 08/06/2014) |
| 08/15/2014 | 136 | ORDER. On July 24, 2014, plaintiffs filed a motion for a preliminary injunction, seeking essentially the same relief granted to plaintiffs in NML Capital, Ltd., et al. v. The Republic of Argentina, No. 08-cv-6978, and related cases. By letter dated August 5, 2014, the Republic asked the court to defer briefing on plaintiffs' motion or grant the Republic an extension to file its opposition. The court will defer briefing on plaintiffs' motion according to the following schedule: The Republic's opposition shall be filed no later than August 29, 2014. Plaintiffs' reply shall be filed no later than September 12, 2014. So ordered. (Responses due by 8/29/2014. Replies due by 9/12/2014.) (Signed by Judge Thomas P. Griesa on 8/15/2014) (rjm) (Entered: 08/15/2014) |
| 08/15/2014 | 137 | ORDER: IT IS HEREBY: ORDERED, that the Republic's Memorandum of Law in Opposition to Plaintiffs' Motion to Modify the Class Definition and the Declaration of Carmine D. Boccuzzi in support thereof be added to the docket in each of the above-captioned cases. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/15/2014) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B-2, # 4 Exhibit B-3)(ama) (Entered: 08/15/2014) |
| 08/18/2014 | | First Supplemental ROA Sent to USCA (Electronic File). USCA Case Number 14-2104-cv., Certified Supplemental Indexed record on Appeal Electronic Files for 137 Order were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/18/2014) |

| 08/19/2014 | 138 | ORDER: The court directs the Clerk's Office to designate all of the above-captioned actions as ECF cases. Barring issues related to confidential, privileged, or otherwise sensitive information, parties are directed to file all documents electronically and send a courtesy copy to the court. (Signed by Judge Thomas P. Griesa on 8/19/2014) (kgo) (Entered: 08/19/2014) |
| 08/19/2014 | | Case Designated ECF. (kgo) (Entered: 08/19/2014) |
| 08/26/2014 | 139 | MEMORANDUM OF LAW in Support re: 132 MOTION for Preliminary Injunction . *Supplement to Memorandum of Law In Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Eduardo Puricelli. (Attachments: # 1 Appendix A, # 2 Appendix B)(Scullion, Jennifer) (Entered: 08/26/2014) |
| 08/29/2014 | 140 | MEMORANDUM OF LAW in Opposition re: 132 MOTION for Preliminary Injunction . *, dated August 29, 2014*. Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 08/29/2014 | 141 | DECLARATION of Carmine D. Boccuzzi, dated August 29, 2014, with Exhibits in Opposition re: 132 MOTION for Preliminary Injunction .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit I-K)(Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 09/12/2014 | 142 | REPLY MEMORANDUM OF LAW in Support re: 132 MOTION for Preliminary Injunction . . Document filed by Eduardo Puricelli. (Scullion, Jennifer) (Entered: 09/12/2014) |
| 09/12/2014 | 143 | DECLARATION of Jennifer R. Scullion in Support re: 132 MOTION for Preliminary Injunction .. Document filed by Eduardo Puricelli. (Attachments: # 1 Exhibit s A-B, # 2 Exhibit s C-E)(Scullion, Jennifer) (Entered: 09/12/2014) |

### PACER Service Center

### Transaction Receipt

| 09/26/2014 22:05:52 | | | |
|---|---|---|---|
| **PACER Login:** | clearypacer:3464758:0 | **Client Code:** | 28017-204 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-02117-TPG |
| **Billable Pages:** | 18 | **Cost:** | 1.80 |

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-02118-TPG

| | |
|---|---|
| Chorny v. The Republic of Argentina | Date Filed: 03/17/2004 |
| Assigned to: Judge Thomas P. Griesa | Date Terminated: 01/09/2009 |
| Related Case: 1:02-cv-05699-TPG | Jury Demand: Plaintiff |
| Case in other court: USCA 2nd Circuit, 11-03329 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Federal Question |

**Plaintiff**

**Ruben Chorny**                    represented by **Bertrand Charles Sellier**
Vandenberg & Feliu, LLP
60 East 42nd Street,
51st Floor
New York, NY 10165
212-763-6833
Fax: 212-380-0172
Email: bsellier@rlrpclaw.com
*LEAD ATTORNEY*

**Guillermo Ariel Gleizer**
Guillermo A. Gleizer, Esq.
347 Fifth Avenue, Suite 1402
New York, NY 10016
(917) 539-0175
Fax: (212) 918-7958
Email: ari.gui@gmail.com
*LEAD ATTORNEY*

**Michael Todd Mobley**
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036
(212) 969-3212
Fax: (212) 969-2900
Email: mmobley@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saul Roffe**

Sirota & Sirota, LLP(Queens)
125 Beach 128th Street
Queens, NY 11694
(609) 791-7007
Fax: (609) 896-9060
Email: saul@sirotalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
Diaz Reus
Bank of America Tower
100 S.E. Second Street
Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: areus@drrt.com

**Carlos F. Gonzalez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
Email: cgonzalez@diazreus.com
*PRO HAC VICE*

**Jennifer R. Scullion**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212-969-3655
Fax: 212-969-2900
Email: jscullion@proskauer.com

**Margaret T. Perez**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**Marta Colomar Garcia**

Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
305-375-9220
Fax: 305-375-8050
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Diaz , Jr.**
Diaz, Reus, & Targ, LLP
100 S.E. 2ND Street , Suite 2600
Miami, FL 33131
(305) 375-9220
Fax: (305) 375-8050
*PRO HAC VICE*

**William Henry Weisman**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
(212)-969-3979
Fax: (212)-969-2900
Email: wweisman@proskauer.com
*TERMINATED: 06/30/2014*

V.

**<u>Defendant</u>**

**The Republic of Argentina**           represented by **Carmine D. Boccuzzi , Jr**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan I. Blackman**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax: 212-225-3499
Email: maofiling@cgsh.com

SDNY CM/ECF Version 5.1.1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2004 | | SUMMONS ISSUED as to The Republic of Argentina. (gmo, ) (Entered: 03/19/2004) |
| 03/17/2004 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 150.00, Receipt Number 502508)Document filed by Ruben Chorny.(gmo, ) Modified on 3/19/2004 (gmo, ). (Entered: 03/19/2004) |
| 03/19/2004 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly related to 1:02-cv-5699. (gmo, ) (Entered: 03/19/2004) |
| 04/05/2004 | | CASE ACCEPTED AS RELATED TO 1:02-cv-5699. Notice of Assignment to follow. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned no longer assigned to the case. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | | Mailed notice to the attorney(s) of record. (jjm, ) (Entered: 04/05/2004) |
| 04/05/2004 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Republic of Argentina served on 3/30/2004, answer due 4/19/2004. Service was accepted by Antonio Lues, compliance officer. Document filed by Ruben Chorny. (dle, ) (Entered: 04/06/2004) |
| 06/02/2004 | 4 | ANSWER to Complaint. Document filed by The Republic of Argentina.(ps, ) (Entered: 06/04/2004) |
| 07/26/2004 | 5 | MOTION to Class Certification. Document filed by Ruben Chorny. Plaintiffs request Oral Argument. (db, ) (Entered: 07/28/2004) |
| 07/26/2004 | 6 | MEMORANDUM OF LAW in Support re: 5 MOTION to Certify Class. Document filed by Ruben Chorny. (db, ) (Entered: 07/28/2004) |
| 07/26/2004 | 7 | AFFIDAVIT of Saul Roffe in Support re: 5 MOTION to Certify Class. Document filed by Ruben Chorny. (db, ) (Entered: 07/28/2004) |
| 09/28/2004 | 8 | STIPULATION AND ORDER the Republic will serve discovery requests concerning class certification issues on plaintiff on or before 9/16/04, after which plaintiff and the Republic will coordinate class discovery in the Proposed Class Actions; and at the conclusion of class discovery in the Proposed Class Actions, plaintiff and the Republic will confer concerning an agreed-to briefing schedule for the Republic's papers in response to the class certification motion and the reply papers of plaintiff, if any, in further support of their motion. (Signed by Judge Thomas P. Griesa on 9/28/04) (jco, ) (Entered: 10/01/2004) |
| 01/24/2005 | 9 | NOTICE of Change of Firm Name & Legal Status to Cleary Gottlieb, Steen & |

| | | Hamilton LLP. Document filed by The Republic of Argentina. (ps, ) (Entered: 01/31/2005) |
|---|---|---|
| 03/21/2005 | | ENDORSED LETTER addressed to Judge Griesa from Saul Roffe dated 3/17/2005 re: request denied. Original filed in 04cv400. (Signed by Judge Thomas P. Griesa on 3/17/2005) (jsa, ) (Entered: 03/23/2005) |
| 03/28/2005 | 12 | MEMORANDUM OF LAW in Opposition re: 5 MOTION to Certify Class.. Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 13 | DECLARATION of Christopher P. Moore in Opposition re: 5 MOTION to Certify Class.(Vol. I of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/28/2005 | 14 | DECLARATION of Christopher P. Moore in Opposition re: 5 MOTION to Certify Class.(Vol. II of II). Document filed by The Republic of Argentina. (rag, ) (Entered: 04/11/2005) |
| 03/30/2005 | 11 | CERTIFICATE OF SERVICE of Declaration of Christopher P. Moore served on LOvell, Stewart Holwell, Saul Roffe, Guillever3/28/05 on 3/30/05. Service was made by hand delivery. Document filed by The Republic of Argentina. (dle, ) (Entered: 04/06/2005) |
| 03/31/2005 | 10 | ORDER granting 5 Motion to Certify Class For the reasons stated on the record at today's hearing, the motions are granted in all of the captioned cases except in Fuhr (04 civ 507), Cooke 04 civ 508, Castro 04 civ 746 and Castro 04 civ 1183).Plaintiffs attorneys to settle appropriate orders.. (Signed by Judge Thomas P. Griesa on 3/31/2005) (jsa, ) (Entered: 04/04/2005) |
| 04/12/2005 | | MEMORANDUM OF LAW in Support re: 5 MOTION to Certify Class. Document filed by Ruben Chorny. Original entry in 04cv400 document number 41. (yv, ) Modified on 4/19/2005 (yv, ). (Entered: 04/19/2005) |
| 07/19/2005 | 15 | NOTICE OF MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/21/2005) |
| 07/19/2005 | 16 | MEMORANDUM OF LAW of the Republic of Argentina in Support re: 15 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper.. Document filed by The Republic of Argentina. (jmi, ) (Entered: 07/21/2005) |
| 08/10/2005 | 17 | ORDER; granting Class Certification; the Court hereby appoints Sirota & Sirota LLP, the law Offices of Guillermo Gleizer and Lovell Steward Halebian LLP as co-lead counsel ("Class Counsel") in the prosecution of this action pursuant to Rule 23. (Signed by Judge Thomas P. Griesa on 8/5/05) (pl, ) (Entered: 08/12/2005) |
| 09/12/2005 | | AFFIDAVIT of Saul Roffe in Opposition re: 15 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, |

| | | |
|---|---|---|
| | | and for Such Other Relief as this Court Deems Just and Proper. (orig. document docketed in 04cv400 as document #54). Document filed by Ruben Chorny. (pl, ) (Entered: 09/16/2005) |
| 09/12/2005 | | MEMORANDUM OF LAW in Opposition re: 15 MOTION for Leave to File Amend Pursuant to Rule 15(a) for an Order Granting Defendants Leave to Amend the Answer, and for Such Other Relief as this Court Deems Just and Proper. (orig. document docketed in 04cv400 as document #55).(pl, ) (Entered: 09/16/2005) |
| 09/28/2005 | | AFFIDAVIT OF SERVICE of Order served on William Sweeney, Esq on 9/27/2005. Service was accepted by William Sweeney, Esq. Original filed under 04cv400 document #57. (jar, ) (Entered: 10/03/2005) |
| 11/22/2005 | 18 | MOTION for Summary Judgment. Document filed by Ruben Chorny. (djc, ) (Entered: 11/23/2005) |
| 11/22/2005 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION for Summary Judgment.. Document filed by Ruben Chorny. (djc, ) (Entered: 11/23/2005) |
| 11/22/2005 | 20 | AFFIDAVIT of Saul Roffe in Support re: 18 MOTION for Summary Judgment.. Document filed by Ruben Chorny. (djc, ) (Entered: 11/23/2005) |
| 12/06/2005 | 21 | STIPULATION AND ORDER: The Republic will serve a consolidated response to the motions for summary judgment on or before 1/10/2006; Plaintiffs will serve a consolidated reply to the Republic's response to the motions for summary judgment, if any, on or before 1/27/2006. (Signed by Judge Thomas P. Griesa on 12/5/2005) (lb, ) (Entered: 12/06/2005) |
| 01/10/2006 | 22 | MEMORANDUM OF LAW in Opposition re: 18 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/10/2006 | 23 | DECLARATION of Amy Chung in Opposition re: 18 MOTION for Summary Judgment.. Document filed by The Republic of Argentina. (dle, ) (Entered: 01/11/2006) |
| 01/17/2006 | 24 | ORDER denying as moot 15 Motion for Leave to File Document . (Signed by Judge Thomas P. Griesa on 1/13/06) (cd, ) (Entered: 01/18/2006) |
| 02/15/2006 | 25 | ORDER denying 18 Motion for Summary Judgment . (Signed by Judge Thomas P. Griesa on 2/15/06) (dle, ) (Entered: 02/17/2006) |
| 11/06/2006 | | MOTION for an order appointing the law firm of Proskauer Rose LLP as Co-Lead Counsel in these actions. Attached is Affidavit in Support. Document filed by Ruben Chorny. (Orig. docmt dktd in case no. 04 cv 400, docmt #69) (djc, ) (Entered: 11/07/2006) |
| 12/01/2006 | 26 | STIPULATION that the Republic shall have until 12/1/06 to serve papers in response to plntfs' motion to appoint Poskauer Rose LLP as co-lead counsel. Plntfs shall have until 12/8/06 to serve reply papers, if any, in further support of the Motion. (Signed by Judge Thomas P. Griesa on 11/21/06) (cd, ) (Entered: 12/04/2006) |
| 12/01/2006 | | Set/Reset Deadlines as to MOTION to Appoint Counsel.. Responses due by |

| | | 12/1/2006 Replies due by 12/8/2006. (cd, ) (Entered: 12/04/2006) |
|---|---|---|
| 12/01/2006 | 27 | DECLARATION of Amy Chung in Opposition re: MOTION to Appoint Counsel. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/01/2006 | 28 | MEMORANDUM OF LAW in Opposition re: MOTION to Appoint Counsel. Document filed by The Republic of Argentina. (dle, ) (Entered: 12/06/2006) |
| 12/08/2006 | | MEMORANDUM OF LAW in Support re: MOTION to Appoint Counsel. Document filed by Ruben Chorny. Original filed in case 04cv400 (TPG), doc # 73. (jco, ) (Entered: 12/11/2006) |
| 12/08/2006 | | AFFIDAVIT of Bertrand C. Sellier in Support re: MOTION to Appoint Counsel.. Document filed by Ruben Chorny. Original filed in case 04cv400 (TPG), doc # 74. (jco, ) (Entered: 12/11/2006) |
| 12/22/2006 | 29 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of all plaintiffs. New Address: Guillermo A. Gleizer, 6 Beechwood Court, East Hampton, NY, US 11937, 917-539-0175. (Gleizer, Guillermo) (Entered: 12/22/2006) |
| 02/16/2007 | 30 | CONFIDENTIALITY STIPULATION AND ORDER. The term "Confidential Information" means and includes any material, document or information that a producing party reasonably and in good faith believes is proprietary, personal, sensative, private and/or otherwise confidential, including, but not limited to financial, business and/or customer information. SO ORDERED (Signed by Judge Thomas P. Griesa on 2/16/2007) (jar) (Entered: 02/21/2007) |
| 09/14/2007 | | Minute Entry for proceedings held before Judge Thomas P. Griesa : Interim Pretrial Conference held on 9/14/2007. (tro) (Entered: 09/19/2007) |
| 09/28/2007 | 31 | ORDER APPOINTING CO-LEAD COUNSEL: on 11/6/2006, plaintiffs filed a motion seeking an order appointing Proskauer Rose LLP co-lead counsel for the Plaintiffs. A conference was held on 9/14/2007, to address the motion. Proskauer Rose LLP is hereby appointed as co-lead counsel for the plaintiffs. (Signed by Judge Thomas P. Griesa on 9/27/07) Motions terminated: MOTION to Appoint Counsel filed by Ruben Chorny. Attorney Bertrand Charles Sellier for Ruben Chorny added. (kco) (Entered: 10/02/2007) |
| 12/04/2007 | 32 | NOTICE OF CHANGE OF ADDRESS by Guillermo Ariel Gleizer on behalf of Ruben Chorny. New Address: Guillermo A. Gleizer, 19 W 34th St. Suite 914, New York, NY, USA 10001, 9175390175. (Gleizer, Guillermo) (Entered: 12/04/2007) |
| 04/16/2008 | | AFFIDAVIT of Saul Roffe. Document filed by Ruben Chorny. Original document filed in case #04cv400, document #87. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 33 | MOTION for an order granting summary judgment in favor of Plaintiffs on all counts of the Complaint in the amount of $178,213,330, inclusive of accrued interest through 4/30/08, plus accrued interest thereafter at the statutory rate of 9%. Document filed by Ruben Chorny.(dle) (Entered: 04/18/2008) |

SDNY CM/ECF Version 5.1.1

| 04/16/2008 | 34 | MEMORANDUM OF LAW in Support re: 33 MOTION for Summary Judgment. Document filed by Ruben Chorny. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 35 | RULE 56.1 STATEMENT. Document filed by Ruben Chorny. (dle) (Entered: 04/18/2008) |
| 04/16/2008 | 36 | NOTICE OF CHANGE OF ADDRESS by Howard B. Sirota on behalf of Ruben Chorny. New Address: Howard Sirota, Attorney at Law, 260 Madison Avenue, New York, New York, 10016, (212) 425-9055. (dle) (Entered: 04/18/2008) |
| 04/18/2008 | | DECLARATION of Guillermo A. Gleizer in Support of plaintiffs' motion for pre-judgment relief concerning property located in New York belonging to Argentina. (tro) Original document filed under civil case no. 04-cv-400, document #92. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | | MEMORANDUM OF LAW in Support of Plaintiffs' Order to Show Cause. Original document filed under case no. 04-cv-400, document # 93. (tro) (Entered: 04/18/2008) |
| 04/18/2008 | 37 | ORDER TO SHOW CAUSE: Defendants shall show cause on 4/30/2008 at 10:30 AM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa, as to why an order should not be made and entered, as set forth herein. Reply papers if any shall be served upon defendant's counsel at the time of the hearing. (Signed by Judge Thomas P. Griesa on 4/18/2008) (jpo) (Entered: 04/18/2008) |
| 04/25/2008 | | CERTIFICATE OF SERVICE of order to show cause and supporting documents served on Cynthia Scott 4/18/08. Service was accepted by Cynthia Scott by hand delivery. Document filed by Ruben Chorny. Original document filed in case #04cv400, document #101. (dle) (Entered: 05/05/2008) |
| 04/28/2008 | | DECLARATION of Gleizer in support of plaintiffs' motion for pre-judgment relief concerning property located in Belgium and Germany belonging to Argentina. Document filed by Ruben Chorny; (orig. docmt dktd in case no. 04 cv 400, docmt #95) (djc) (Entered: 04/29/2008) |
| 04/28/2008 | 38 | ORDER TO SHOW CAUSE filed by Ruben Chorny. The Republic of Argentina shall show cause as to why an order should not be entered Preliminarily Restraining and Enjoining with respect to the Trust Bonds. Show Cause Hearing set for 4/30/2008 at 10:30 AM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. Show Cause Response due by 4/29/2008. (Signed by Judge Thomas P. Griesa on 4/28/08) (cd). (Entered: 04/29/2008) |
| 04/30/2008 | 39 | MEMORANDUM OF LAW in Opposition to Plaintiffs' Motion for Preliminary Injunction and Restraining Order. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 40 | DECLARATION of JoAnn D. Kamuf in Support re: 39 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |
| 04/30/2008 | 41 | DECLARATION of Christopher P. Moore in Support re: 39 Memorandum of Law in Opposition. Document filed by The Republic of Argentina. (jmi) (Entered: 05/01/2008) |

9/26/2014                                          SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| 05/05/2008 | 42 | DECLARATION of Carlos Maria Tombeur. Document filed by The Republic of Argentina. (jp) (Entered: 05/06/2008) |
| 05/12/2008 | 43 | CERTIFICATE OF SERVICE of Memorandum of Law of the Republic of Argentina in opposition to Plaintiffs' Motions for Summary Judgment, dated May 12, 2008, the Declaration of Amy Chung dated May 12, 2008 including Exhbits A-E and Response of the Republic of Argentina to Plaintiffs' Local Rule 56.1 Statement served on Bertrand Sellier of Proskauer Rose LLP; Howard B. Sirota, Esq., Imtiaz Siddiqui, Esq., of Lovell Stewart Halebian LLP and Guilleremo A. Gleizer, Esq. on 5/12/08. Service was accepted by hand. Document filed by The Republic of Argentina. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 44 | RESPONSE to Plaintif's Local 56.1 Statement. Document filed by The Republic of Argentina. (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 45 | MEMORANDUM OF LAW in Opposition re: 33 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (docmt received in night dep. on 5/12/08 at 6:04 p.m.) (djc) (Entered: 05/13/2008) |
| 05/12/2008 | 46 | DECLARATION of Amy Chung in Opposition re: 33 MOTION for Summary Judgment. Document filed by The Republic of Argentina. (docmt received in night dep. on 5/12/08 at 6:04 p.m.) (djc) (Entered: 05/13/2008) |
| 05/16/2008 | 47 | DECLARATION of Severo Rizzo. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 05/16/2008 | 48 | SUR-REPLY MEMORANDUM OF LAW in Opposition to Plaintiff's motion for Preliminary Injunction. Document filed by The Republic of Argentina. (pl) (Entered: 05/19/2008) |
| 06/03/2008 | 49 | STIPULATION AND ORDER: Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgment, dated 4/16/08, previously due on 5/27/08, shall now be due on 6/3/08. (Signed by Judge Thomas P. Griesa on 6/3/08) (tro) (Entered: 06/04/2008) |
| 06/03/2008 | 50 | STIPULATION AND ORDER, Plaintiffs' reply papers in further support of plaintiffs' motion for summary judgement, dated April 16, 2008 (the "motion"), previously due on May 27, 2008, shall now be due on June 3, 2008; Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request by plaintiffs for an extension in the briefing schedule for motion. (Signed by Judge Thomas P. Griesa on 6/3/08) (mme) (Entered: 06/09/2008) |
| 06/06/2008 | 51 | NOTICE OF APPEAL from 38 Order to Show Cause,. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 653368. Copies of the Notice of Appeal mailed to attorney(s) of record: Howard B. Sirota, Esq., Proskauer Rose LLP, Guillermo A. Gleizer, Esq. and Lovell Stewart Halebian LLP. (nd) (Entered: 06/10/2008) |
| 06/10/2008 | | Transmission of Notice of Appeal to the District Judge re: 51 Notice of Appeal,. (nd) (Entered: 06/10/2008) |

| | | |
|---|---|---|
| 06/10/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 51 Notice of Appeal,. (nd) (Entered: 06/10/2008) |
| 01/09/2009 | 52 | ORDER: For the reasons stated on the record at the hearing on November 12, 2008 the motions for summary judgment in these cases are granted. The Clerk of the Court is directed to close these cases and terminate the following motions set forth within. (Signed by Judge Thomas P. Griesa on 1/8/2009) (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 52 Order, Terminate Motions,,, to the Judgments and Orders Clerk. (jfe) (Entered: 01/09/2009) |
| 01/09/2009 | 53 | JUDGMENT #09,0015 in favor of Ruben Chorny against The Republic of Argentina in the amount of $ 167,459,484.00. (Signed by Judge Thomas P. Griesa on 01/08/09) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 01/09/2009) |
| 01/22/2009 | 54 | ORDER AFFIRMING DESIGNATION OF PORTIONS OF LOPEZ ISNARDI AS "CONFIDENTIAL" It is hereby ordered that plaintiffs and plaintiffs' counsel may not publicly disclose, directly or indirectly, any of the Confidential Testimony, and shall not only use such Confidential Testimony for purposes of prosecuting the above captioned litigation. (Signed by Judge Thomas P. Griesa on 1/16/09) (mme) (Entered: 01/23/2009) |
| 01/22/2009 | 55 | NOTICE OF APPEAL from 53 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number E 676192. Copies mailed to attorney(s) of record: Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewat Halebian LLP; and Guillermo A. Gleizer. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 55 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/26/2009 | | Transmission of Notice of Appeal to the District Judge re: 55 Notice of Appeal. (tp) (Entered: 01/26/2009) |
| 01/29/2009 | 56 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Thomas P. Griesa on 1/29/2009) (jfe) (Entered: 01/29/2009) |
| 02/13/2009 | 57 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 55 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0373-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 02/13/2009) |
| 03/05/2009 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 37 Order to Show Cause, filed by Ruben Chorny, 54 Order, 38 Order to Show Cause, filed by Ruben Chorny, 49 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 50 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 53 Judgment, 52 Order, Terminate Motions, 56 |

SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| | | Protective Order, 32 Notice of Change of Address filed by Ruben Chorny, 55 Notice of Appeal, filed by The Republic of Argentina, 29 Notice of Change of Address filed by Ruben Chorny, 57 Appeal Record Sent to USCA - Index, USCA Case Number 09-0373-cv, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/05/2009) |
| 03/11/2009 | | Received returned mail re: 55 Notice of Appeal. Mail was addressed to Saul Roffe, Esq. of Sirota & Sirota LLP. at 110 Wall Street, 21st Floor, New York, NY 10005 and was returned for the following reason(s): FORWARD TIME EXP RTN TO SEND. Forwarded Return Document to Sirota & Sirota LLP, 125 Beach 128th St., Rockaway Park NY 11694-1604. (tp) (Entered: 03/11/2009) |
| 07/28/2009 | 58 | DECLARATION of Amy Chung in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 07/28/2009 | 59 | MEMORANDUM OF LAW in Opposition to plaintiffs' motion to turn over property. Document filed by The Republic of Argentina. (mbe) (Entered: 07/29/2009) |
| 08/06/2009 | 60 | STIPULATION AND ORDER; Plaintiffs' reply papers in further support of plaintiffs' motion to turn over property, dated July 13, 2009 (the "Motion"), previously due on August 3, 2009, shall now be due on August 7, 2009. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/6/2009) (tve) (Entered: 08/06/2009) |
| 08/06/2009 | | Set/Reset Deadlines: Replies due by 8/7/2009. (tve) (Entered: 08/06/2009) |
| 08/19/2009 | 61 | ORDER: The motion to compel the Republic to turn over all property held in the United States by Aerolineas Argentinas is denied. In light of the above discussion, the court need not reach the Republic's additional contention that the motion is procedurally flawed because plaintiffs failed to commence a separate turnover proceeding. For the reasons stated above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 8/19/2009) (jpo) (Entered: 08/19/2009) |
| 11/16/2009 | 62 | TRUE COPY ORDER of USCA as to 51 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 08-2883-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the |

| | | understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 11/12/2009. (nd) (Entered: 11/16/2009) |
|------------|----|------------------------------------------------------------------------------------------------------|
| 02/19/2010 | 63 | MANDATE of USCA (Certified Copy) as to 51 Notice of Appeal, filed by The Republic of Argentina. USCA Case Number 08-2883-cv. The undersigned counsel for plaintiffs-appellees and Defendants-Appellants the Republic of Argentina (the "Republic") and the Province of Buenos Aires (the "Province") hereby stipulate that the above-captioned appeals (the "Deactivated Appeals") are hereby withdrawn from active consideration from the Court pending the resolution of the following five consolidated appeals: Seijas v. Republic of Argentina, 08-2847-cv, Aurelius Captial Partners LP v. Republic of Argentina, 08-2864-cv, Catto v. Republic of Argentina, 08-2922-cv, Macrotecnic Int`l Corp. v. Republic of Argentina, 08-2926-cv, and Mazzini v. Republic of Argentina, 08-2943-cv (collectively, the "Consolidated Appeals"). The parties agree that the Courts resolution of the Consolidated Appeals shall resolve the deactivated appeals; provided however that the Republic and Province shall have the right to reactivate its appeal within 60 days of the Courts decision in the Consolidated Appeals in the event that plaintiff in the Deactivated Appeals does not have a judgment and the Courts order in the Consolidated Appeals does not determine the applicability here of Grupo Mexicano de Dessarrollo S.A. v. Alliance Bond Fund, Inc., 527 U.S 308 (1999). Withdrawal if the Deactivated Appeals from active consideration shall not operate as dismissal of the appeals under Federal Rule of Appellate Procedure 42(b). SO ORDERED: On the understanding that the reactivation contemplated by this stipulation will be accomplished by notice to the Clerk of this Court, and, upon such notice, the Clerk will offer the appeal to the panel adjudicating the Consolidated Appeals, which may either accept the appeal (with or without oral argument) or direct scheduling of the appeal before a subsequent panel. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 2/5/2010. (nd) (Entered: 02/19/2010) |
| 04/14/2010 | 64 | ORDER TO SHOW CAUSE: The Republic of Argentina shall show cause as to why this Court should not enter an Order temporarily restraining and enjoining Defendant Republic of Argentina, its servants, employees, agents, representatives and any person acting in concert with them. Show Cause Hearing set for 4/15/2010 at 04:30 PM before Judge Thomas P. Griesa. (Signed by Judge Thomas P. Griesa on 4/14/2010) (jfe) (Entered: 04/14/2010) |
| 04/14/2010 | | MEMORANDUM OF LAW in Support of Plaintiff's Motion for a Temporary Restraining Order, A Preliminary Injunction and Expedited Discovery. Document filed by Ruben Daniel Chorny. ***Original filed in case number 04-cv-400, document #143. (mro) (Entered: 04/15/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Ruben Daniel Chorny. ***Original filed in case number 04-cv-400, document #144.(mro) |

| | | |
|---|---|---|
| | | (Entered: 04/16/2010) |
| 04/14/2010 | | DECLARATION of Guillermo Gleizer in Support (with exhibits attached hereto) of Plaintiff's Motion for a Temporary Injunctive Relief against Defendant Republic of Argentina. Document filed by Ruben Daniel Chorny. ***Original filed in case number 04-cv-400, document #145. (mro) (Entered: 04/16/2010) |
| 04/23/2010 | | NOTICE OF APPEARANCE by Alexander Reus on behalf of Ruben Chorny. ***Original filed in case number 04-cv-400, document #146. (mro) (Entered: 04/26/2010) |
| 04/26/2010 | 65 | OPINION: The motions before the court in the 10 captioned cases are denied. (Signed by Judge Thomas P. Griesa on 4/26/2010) (tro) (Entered: 04/26/2010) |
| 04/30/2010 | 66 | ORDER AUTHORIZING TENDER OF BENEFICIAL INTERESTS FOR PURPOSES OF PARTICIPATION IN THE 2010 EXCHANGE OFFER that 1) Any plaintiff in the above-listed cases who holds a judgment and wishes to participate in the 2010 Exchange Offer may tender the beneficial interests in the Eligible Securities underlying such judgment in accordance with the terms of the 2010 Exchange Offer, and 2) The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. So Ordered. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 67 | STIPULATION AND ORDER OF SUBSTITUTION OF PLAINTIFFS' CO-LEAD COUNSEL that Diaz, Reus & Targ, LLP be and hereby is substituted as attorney of record and Co-Lead Counsel for the Lead Plaintiffs and Class Representatives in the above-captioned matters, in place and stead of the Law Offices of Guillermo A. Gleizer, as of the date hereof. (Signed by Judge Thomas P. Griesa on 4/29/10) (cd) (Entered: 04/30/2010) |
| 04/30/2010 | 68 | CERTIFICATE OF SERVICE of Motions to Admit Counsel Pro Hac Vice served on Proskauer Rose LLP; Sirota & Sirota LLP; Lovell Stewart & Halebian, LLP on 4/26/10. Service was made by U.S. Mail. (mro) (Entered: 05/04/2010) |
| 05/03/2010 | 69 | MOTION for Marta Colomar Garcia to Appear Pro Hac Vice. Document filed by Ruben Chorny.(mro) (Entered: 05/04/2010) |
| 05/10/2010 | 70 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Guillermo Gleizer dated 5/3/2010 re: Class Members-Judgment Creditors request to be treated "the same" and not worse than every other recipient of the Exchange Offer. ENDORSEMENT: Denied. So ordered. (Signed by Judge Lawrence M. McKenna, Part I, on 5/10/2010) (tve) (Entered: 05/10/2010) |
| 05/11/2010 | 71 | MOTION for Margaret T. Perez to Appear Pro Hac Vice. Document filed by Ruben Chorny.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 72 | MOTION for Carlos F. Gonzalez to Appear Pro Hac Vice. Document filed by Ruben Chorny.(mro) (Entered: 05/13/2010) |
| 05/11/2010 | 73 | MOTION for Michael Diaz, Jr. to Appear Pro Hac Vice. Document filed by Ruben |

| | | |
|---|---|---|
| | | Chorny.(mro) (Entered: 05/13/2010) |
| 05/17/2010 | | CASHIERS OFFICE REMARK on 69 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/03/2010, Receipt Number 902378. (jd) (Entered: 05/17/2010) |
| 05/17/2010 | 74 | NOTICE OF APPEARANCE by Guillermo Ariel Gleizer on behalf of Ruben Chorny (mro) (Entered: 05/18/2010) |
| 05/18/2010 | | CASHIERS OFFICE REMARK on 72 Motion to Appear Pro Hac Vice, 71 Motion to Appear Pro Hac Vice, 73 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 05/11/2010, Receipt Number 903907,903908,903909. (jd) (Entered: 05/18/2010) |
| 05/20/2010 | 75 | ORDER: In light of the above circumstances, which "reaffirm Plaintiffs' concerns that they may receive nothing in return under the proposed Exchange Offer," plaintiffs request that the court "require Argentina to maintain in escrow all relevant incoming bonds (whether old or new) and cash, if any." After consideration of the circumstances outlined above, plaintiffs' motion is denied. (Signed by Judge Thomas P. Griesa on 5/20/2010) (jpo) (Entered: 05/20/2010) |
| 05/24/2010 | | MEMORANDUM OF LAW in Support of Order to Show Cause. Document filed by Ruben Chorny. ***Original filed in case number 04-cv-400, document #158. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Jonathan I. Blackman, Carmine D. Boccuzzi, Christopher P. Moore (attorneys for defendants the Republic of Argentina) on 5/24/10. Service was made by U.S. Mail and Email. ***Original filed in case number 04-cv-400, document number 159. (mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on Banco Nacion Argentina on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 160.(mro) (Entered: 05/25/2010) |
| 05/24/2010 | | CERTIFICATE OF SERVICE of Writ of Execution and Order to Show Cause, Memorandum of Law, Declaration with Exhibits and Retraining Notice to Garnishee served on HSBC on 5/24/10. Service was made by U.S. Mail. ***Original filed in case number 04-cv-400, document number 161. (mro) (Entered: 05/25/2010) |
| 05/25/2010 | 76 | WRIT OF EXECUTION AND ORDER TO SHOW CAUSE. IT IS HEREBY ORDERED, that a Writ of Execution is hereby issued; pursuant to this Writ of Execution, Rule 69(a) of the Federal Rules of Civil Procedure and -as applicable- FSIA, 28 U.S.C. §1610, Plaintiffs are authorized to execute upon certain property of Argentina as previously authorized by further Order of this court within this jurisdiction in satisfaction of the outstanding final judgments, amounting, to date in total to the sum of $2,243,075,681.00 until full payment and as further set forth in this order. Defendant |

| | | |
|---|---|---|
| | | The Republic of Argentina shall show cause as to why an order of execution pursuant to Rule 69 (a) of the Federal Rules of Civil Procedure and CPLR § 5230 shall not issue to the Sheriff of New York County or the United States Marshal directing him to satisfy the Judgments out of the Funds held by or for the benefit of Argentina in the Accounts maintained by BNA.(Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa., Show Cause Response due by 6/2/2010.). Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 77 | RESTRAINING NOTICE TO GARNISHEE. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 78 | RESTRAINING NOTICE TO GARNISHEE. To: HSBC Bank 550 Fashion Avenue, New York, New York 10018. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | 79 | RESTRAINING NOTICE TO GARNISHEE. To: Banco de la Nacion Argentina 225 Park Avenue, New York, New York 10017. This notice also covers all property wherever located in the U.S. in which the judgment debtor Argentina has an interest hereafter coming into your possession or custody and all debts hereafter coming due from you to the judgment debtor Argentina pursuant to NEW YORK CIVIL PRACTICE LAW AND RULES SECTION 5222(b). Disobedience of this Restraining Notice is punishable as contempt of court. Relates to 04-400, 04-401, 04-506, 04-936, 04-937, 04-1085, 04-2117, 04-2118. (Signed by Judge Thomas P. Griesa on 5/24/10) (rjm) (Entered: 05/26/2010) |
| 05/25/2010 | | Set Deadlines/Hearings: Show Cause Response due by 6/2/2010. Show Cause Hearing set for 6/3/2010 at 03:00 PM in Courtroom 26B, 500 Pearl Street, New York, NY 10007 before Judge Thomas P. Griesa. (rjm) (Entered: 05/26/2010) |
| 05/27/2010 | 80 | RESTRAINING NOTICE TO GARNISHEE: The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 |

of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010)

| 05/27/2010 | 81 | RESTRAINING NOTICE TO GARNISHEE: (Re: Banco de la Nacion Argentina) The amount of $2,243,075,681.00 remains due and unpaid, and WHEREAS it appears that you owe a debt to the judgment debtor Argentina or are in possession or in custody of property in which the judgment debtor Argentina has an interest, to with funds held by you in an account for, or for the benefit of, the judgment debtor, Argentina, TAKE NOTICE that pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and subdivision (b) of Section 5222 of the New York Civil Practice Law and Rules applicable thereunder and as set forth in full below, you are hereby forbidden to make or suffer any sale, assignment, or transfer of or interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided, as set forth in this Restraining Notice To Garnishee. Take further notice that disobedience of this Restraining Notice is punishable as contempt of Court. (Signed by Judge Thomas P. Griesa on 5/24/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | 82 | ORDER: The U.S. Marshals Service is directed to defer taking actual possession of or levying upon any property pursuant to the Orders until further order of this Court; ORDERED, the Blanket Orders are immediately vacated for the reasons stated in the Republic's May 25, 2010 letter; ORDERED, as provided for under the OSC, objections or responses to the BNA Orders and HSBC Orders shall be filed on or before June 2, 2010 at 12:00 p.m., or at such other time set by the Court. (Signed by Judge Thomas P. Griesa on 5/27/2010) (jpo) (Entered: 05/27/2010) |
| 05/27/2010 | | Set Deadlines/Hearings: Responses due by 6/2/2010 (jpo) (Entered: 05/27/2010) |
| 06/04/2010 | 83 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Ruben Chorny (mro) (Entered: 06/04/2010) |
| 06/07/2010 | 84 | MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. ***Declaration of Rahul Mukhi and exhibits attached hereto. (Received in the night deposit box on 6/7/10 at 6:07pm)(mro) (Entered: 06/08/2010) |
| 06/07/2010 | 85 | MEMORANDUM OF LAW in Support re: 84 MOTION to Vacate Ex Parte restraining notices and writ of execution. Document filed by Republic of Argentina. (Received in the night deposit box on 6/7/10 at 6:07pm) (mro) (Entered: 06/08/2010) |
| 06/18/2010 | 86 | MANDATE of USCA (Certified Copy) as to (65 in 1:04-cv-02117-TPG) Notice of Appeal, filed by The Republic of Argentina, (126 in 1:04-cv-00400-TPG) Notice of Appeal, filed by The Republic of Argentina, (66 in 1:04-cv-00936-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00506-TPG) Notice of Appeal, filed by Republic of Argentina, (66 in 1:04-cv-00401-TPG) Notice of Appeal, |

| | | |
|---|---|---|
| | | filed by The Republic of Argentina, (65 in 1:04-cv-01085-TPG) Notice of Appeal, filed by The Republic of Argentina, (65 in 1:04-cv-00937-TPG) Notice of Appeal, filed by The Republic of Argentina, (55 in 1:04-cv-02118-TPG) Notice of Appeal, filed by The Republic of Argentina USCA Case Number 09-0332-cv(L). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, REMANDED in part in accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 06/17/2010. (nd) (Entered: 06/18/2010) |
| 06/18/2010 | | Transmission of USCA Mandate/Order to the District Judge re: (176 in 1:04-cv-00400-TPG, 96 in 1:04-cv-00937-TPG, 99 in 1:04-cv-00401-TPG, 96 in 1:04-cv-01085-TPG, 97 in 1:04-cv-00936-TPG, 86 in 1:04-cv-02118-TPG, 95 in 1:04-cv-00506-TPG, 96 in 1:04-cv-02117-TPG) USCA Mandate,,,. (nd) (Entered: 06/18/2010) |
| 07/01/2010 | 87 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Thomas P. Griesa on 7/1/10) (pl) (Entered: 07/02/2010) |
| 08/05/2010 | | MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). Document filed by Ruben Chorny. ***Original document filed in case number 04-cv-400, document number 180.(mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/05/2010 | | MEMORANDUM OF LAW in Support re: MOTION for an Order to Clarify its July 23, 2010 Opinion in Aurelius Capital Partners, L.P. v. The Republic of Argentina, 07-cv-2715(TPG). ***Original document filed in case number 04-cv-400, document number 181. Document filed by Ruben Chorny. (mro) Modified on 8/6/2010 (mro). (Entered: 08/06/2010) |
| 08/19/2010 | 88 | RESPONSE by the Republic of Argentina to plaintiffs' Motion to Clarify. Document filed by The Republic of Argentina. (mro) (Entered: 08/23/2010) |
| 08/25/2010 | 89 | ORDER: The court hereby withdraws Footnote 1 of the July 23,2010 opinion in Aurelius Capital Partners, LP v. Republic of Argentina, 07 Civ. 2715 (TPG), and notes that the Seijas plaintiffs have not formally abandoned whatever rights they have in connection with this claim. (Signed by Judge Thomas P. Griesa on 8/23/2010) (jpo) (Entered: 08/25/2010) |
| 09/23/2010 | | DECLARATION of Michael Adler. Document filed by Ruben Chorny. ***Original document filed in case number 04-cv-400, document # 185. (mro) (Entered: 09/24/2010) |
| 09/23/2010 | | DECLARATION of Jennifer Scullion. Document filed by Ruben Chorny. ***Original document filed in case number 04-cv-400, document # 187. (mro) (Entered: 09/24/2010) |
| 10/04/2010 | 90 | ORDER: Plaintiffs request that the court compel the Republic to respond to interrogatories and document requests dated September 29, 2010. Plaintiffs seek to |

| | | |
|---|---|---|
| | | determine whether it is the Republic's present intention to issue new bonds in the next twelve months, and, if so, plaintiffs seek further information. The Republic opposes the request in its entirety. Plaintiffs' request is denied. (Signed by Judge Thomas P. Griesa on 10/4/10) (db) (Entered: 10/04/2010) |
| 10/06/2010 | 91 | MEMORANDUM OF LAW in Opposition to Entry of Revised Aggregate Class Judgments. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 92 | DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/06/2010 | 93 | CERTIFICATE OF SERVICE of the Memorandum of Law of the Republic of Argentina in Opposition to Entry of Revised Aggregate Class Judgments served on Michael Diaz, Jr., and Jennifer Scullion on 10/6/2010. Service was made by Federal Express.. Document filed by The Republic of Argentina. (mbe) (Entered: 10/08/2010) |
| 10/12/2010 | 94 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine Boccuzzi dated 10/12/10 re: Briefing schedule for further briefing the order to show cause as follows. ENDORSEMENT: So Ordered. (Plaintiff Reply due by 10/13/2010. The Republic may make a supplemental filing addressing the opinions of plaintiffs' expert Prof. Michael Adler by Monday, 10/18 at noon. Hearing set for Tuesday, 10/19/2010 at 11:00 AM before Judge Thomas P. Griesa.) (Signed by Judge Thomas P. Griesa on 10/12/10) (cd) (Entered: 10/13/2010) |
| 10/13/2010 | | REPLY MEMORANDUM OF LAW in Support of Entry of Revised Class Judgments. Document filed by Plaintiff Classes. (Received in the night deposit box on 10/13/10 at 10:47pm). ***Original Document filed in case number 04-cv-400, document number 195. (mro) Modified on 10/18/2010 (mro). (Entered: 10/18/2010) |
| 10/13/2010 | | REPLY DECLARATION of Jennifer Scullion in Support of Plaintiffs' Reply on their Order to Show Cause for entry of revised Class Judgments. Document filed by Plaintiff Classes. ***Exhibits attached hereto. (Received in the night deposit box on 10/13/10 at 10:47pm) ***Original document filed in case number 04-cv-400, document number 196. (mro) (Entered: 10/18/2010) |
| 10/18/2010 | 95 | SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO THE DECLARATION OF MICHAEL ADLER CONCERNING REVISED AGGREGATED CLASS JUDGMENT. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/18/2010 | 96 | SUPPLEMENTAL DECLARATION of Sara A. Sanchez. Document filed by The Republic of Argentina. (mbe) (Entered: 10/19/2010) |
| 10/19/2010 | 97 | ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA AS TO PARTICIPATION IN THE 2010 EXCHANGE OFFER: Counsel for all plaintiffs in the above-captioned actions must inform counsel to the Republic as to (a) whether any of the plaintiffs in their cases are Tendering Holders who participated in the 2010 Exchange Offer, and, if so, confirm the amounts and bond identification numbers (ISINs) for any interests tendered into the 2010 Exchange Offer, |

|  |  |  |
|---|---|---|
|  |  | and (b) the amounts and ISINs for any interests still held by plaintiffs in the above-captioned actions and still subject to litigation. The above-described information must be transmitted to counsel for the Republic, Carmine D. Boccuzzi, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, by no later than November 5, 2010; and The Clerk of the Court is directed to cause this Order to be entered into all cases listed in this Order, including both ECF and non-ECF cases. (Signed by Judge Thomas P. Griesa on 10/19/2010) (jpo) (Entered: 10/20/2010) |
| 12/15/2010 | 98 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Michael Diaz, Jr., Carlos F. Gonzalez, Margaret T. Perez, and Marta Colomar Garcia, counsel for defendants in the above captioned matters, have moved for permission to appear and participate pro hac vice in the above captioned matters pursuant to Local Rule 1.3(c). The motion is granted, and Mr. Diaz, Mr. Gonzalez, Ms. Perez, and Ms. Garcia may appear and participate in this matter upon payment of the necessary fee. SO ORDERED. (Signed by Judge Thomas P. Griesa on 12/15/2010) (lnl) (Entered: 12/15/2010) |
| 03/29/2011 | 99 | OPINION: The motion to vacate the May 24 orders is granted. This resolves the motions listed as document numbers 174 in case 04 Civ. 400; 97 in 04 Civ. 401; 93 in 04 Civ. 506; 95 in 04 Civ. 936; 94 in 04 Civ. 937, 04 Civ. 1085, and 04 Civ. 2117; and 84 in 04 Civ. 21 18. SO ORDERED. (Signed by Judge Thomas P. Griesa on 3/29/2011) (lnl) (Entered: 03/29/2011) |
| 07/22/2011 | 100 | STIPULATION AND ORDER that without waiver of the Republic's positions on aggregate judgments and acceleration, all of which are expressly preserved for any appeal, the amounts of principal and interest for each Plaintiff Class is currently calculated as further set forth in this document and detailed in the chart attached hereto as Exhibit B. (Signed by Judge Thomas P. Griesa on 7/22/11) (cd) (Entered: 07/22/2011) |
| 07/22/2011 | 101 | JUDGMENT #11,1420 in favor of Ruben Chorny against The Republic of Argentina in the amount of $ 4,289,549.13. (Signed by Judge Thomas P. Griesa on 7/22/11) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 07/22/2011) |
| 07/22/2011 |  | Transmission to Docket Assistant Clerk. Transmitted re: 101 Judgment, to the Docket Assistant Clerk for case processing. (dt) (Entered: 07/22/2011) |
| 07/22/2011 |  | Mailed notice of Right to Appeal re: 101 Judgment, to Attorney(s) of Record: Alexander Reus, Guillermo Ariel Gleizer, Bertrand Charles Sellier, Jennifer R. Scullion, William Henry Weisman, Saul Roffè, Marta Colomar Garcia, Margaret T. Perez, Michael Diaz, Jr, Carlos F. Gonzalez, Carmine D. Boccuzzi, Jr, Jonathan I. Blackman. (eef) (Entered: 07/26/2011) |
| 08/15/2011 | 102 | NOTICE OF APPEAL from 101 Judgment. Document filed by The Republic of Argentina. Filing fee $ 455.00, receipt number 11465400150. Copies of Notice of Appeal mailed to Attorney(s) of Record: Diaz Reus; Stark & Stark LLP; Proskauer Rose LLP; Sirota & Sirota LLP. (tp) (Entered: 08/16/2011) |
| 08/16/2011 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of |

| | | |
|---|---|---|
| | | Appeals re: 102 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/16/2011 | | Transmission of Notice of Appeal to the District Judge re: 102 Notice of Appeal. (tp) (Entered: 08/16/2011) |
| 08/24/2011 | | USCA Case Number 11-3329 from the USCA 2nd Circuit assigned to 102 Notice of Appeal, filed by The Republic of Argentina. (tp) (Entered: 08/24/2011) |
| 08/25/2011 | 103 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 102 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3329, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (nd). (Entered: 08/26/2011) |
| 09/07/2012 | 104 | MANDATE of USCA (Certified Copy) as to 102 Notice of Appeal, filed by The Republic of Argentina USCA Case Number 11-3329. Ordered, Adjudged and Decreed that the judgments of the District Court are AFFIRMED in part, VACATED in part, and the case is REMANDED for further proceedings... Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/07/2012. (nd) (Entered: 09/07/2012) |
| 09/07/2012 | | Transmission of USCA Mandate/Order to the District Judge re: 104 USCA Mandate,. (nd) (Entered: 09/07/2012) |
| 11/26/2012 | 105 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jason A. Zweig dated 11/21/2012 re: Class counsel in the cases and counsel for Argentina have conferred and jointly propose the following schedule for discovery and hearing on the issues identified for remand: February 15, 2013 - Fact Discovery Completed; March 15, 2013 - Parties Exchange Expert Reports; April 5, 2013 - Parties Exchange Rebuttal Reports (if necessary); April 26, 2013 - Expert Depositions Completed. ENDORSEMENT: Approved. (Deposition due by 4/26/2013, Fact Discovery due by 2/15/2013.) (Signed by Judge Thomas P. Griesa on 11/26/2012) (djc) (Entered: 11/30/2012) |
| 08/22/2013 | 106 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/21/2013 re: The parties jointly propose the following schedule: Plaintiff's Motion: September 12, 2013; Defendant's Opposition: October 18, 2013; Plaintiff's Reply: November 1, 2013. ENDORSEMENT: Approved., ( Motions due by 9/12/2013., Responses due by 10/18/2013., Replies due by 11/1/2013.) (Signed by Judge Thomas P. Griesa on 8/22/2013) (lmb) (Entered: 08/22/2013) |
| 09/12/2013 | 107 | NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Ruben Chorny.(lmb) (Entered: 09/16/2013) |
| 09/12/2013 | 108 | MEMORANDUM OF LAW in Support re: 107 NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions Document filed by Ruben Chorny. (lmb) (Entered: 09/16/2013) |

9/26/2014                                   SDNY CM/ECF Version 5.1.1

| 10/16/2013 | 109 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated 10/15/2013 re: We represent defendant the Republic of Argentina (the "Republic") in the above captioned actions. The parties have agreed to extend, from October 18, 2013, to October 25, 2013, the deadline for the Republic to file opposition papers to plaintiffs' motions to modify the class definition. Pursuant to this agreement, the deadline for plaintiffs to file reply papers would be extended from November 1, 2013, to November 15, 2013. ENDORSEMENT: Approved. ( Responses due by 10/25/2013, Replies due by 11/15/2013.) (Signed by Judge Thomas P. Griesa on 10/16/2013) (ama) (Entered: 10/16/2013) |
|---|---|---|
| 11/08/2013 | 110 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 11/06/2013 re: The parties have agreed to extend the Plaintiffs' deadline to file reply papers in further support of their motions to modify the class definitions from November 15, 2013 to November 22, 2013. ENDORSEMENT: Approved., ( Replies due by 11/22/2013.) (Signed by Judge Thomas P. Griesa on 11/08/2013) (ama) (Entered: 11/08/2013) |
| 11/08/2013 | 111 | SUPPLEMENTAL CERTIFICATE OF SERVICE of Memo in Opposition to Motion to Modify Class Definition served on Plaintiff on 19/25/2013. Service was made by Priority Mail. Document filed by The Republic of Argentina. (cd) (Entered: 11/13/2013) |
| 11/19/2013 | 112 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from Jeniphr Breckenridge dated 11/15/2013 re: Counsel for Brecher Plaintiffs requests that Your Honor so-order the modified briefing schedule by endorsement of this letter. ENDORSEMENT: Approved. Set Deadlines/Hearing as to (78 in 1:06-cv-15297-TPG) MOTION Modify Class Definition: Replies due by 11/22/2013. (Signed by Judge Thomas P. Griesa on 11/19/2013) ***Filed in 06cv15297, 04cv5068, 04cv400, 04cv401, 04cv506, 04cv936, 04cv937, 04cv1085, 04cv2117, and 04cv2118(tn) Modified on 11/25/2013 (tn). (Entered: 11/20/2013) |
| 11/22/2013 | 113 | REPLY MEMORANDUM OF LAW in Support re: 107 MOTION. Document filed by Ruben Chorny. (ft) (Entered: 12/04/2013) |
| 11/22/2013 | 114 | REPLY DECLARATION of Jennifer R. Scullion in Support re: 107 MOTION. Document filed by Ruben Chorny. (ft) (Entered: 12/04/2013) |
| 04/24/2014 | 115 | ORDER GRANTING MOTION TO MODIFY CLASS DEFINITION AND CERTIFYING MODIFIED CLASS. IT IS HEREBY ORDERED THAT: 1. The Court finds: There is good and sufficient cause to modify the existing class definition to encompass the Holder Class; modification of the class definition will serve the interests of justice and will not prejudice Argentina or any holder; the Holder Class satisfies the requirements of Rule 23 (including numerosity, commonality, typicality, and fair and adequate representation) and is ascertainable by reference to objective criteria; and the requirements of FED. R. Civ. P. 23(b)(3) and 23(c)(2)(B) will be satisfied, and Due Process rights of actual and potential Holder Class members will be protected, by notice and opt out procedures. 2. The Court therefore GRANTS Plaintiff's motion to modify the class definition to encompass, as modified, "all holders of Republic of Argentina Floating Rate L+0.8125 Global Notes due March, 2005 (CUSIP/ISIN # |

XS0043120582)," a "holder" being an owner of a beneficial interest in said bonds. Excluded from the Holder Class are all holders to the extent that their holdings (x) are the subject of a separately pending lawsuit or claim in arbitration to collect on such holdings or (y) have been exchanged for new bonds or otherwise extinguished. Holders that timely opt out pursuant to the attached procedures also will be excluded from the Holder Class. 3. The Court hereby appoints Proskauer Rose LLP, Diaz Reus & Targ LLP, and Saul Roffe as co-Class Counsel for the Holder Class. Granting 107 NOTICE OF RULE 23(c)(1)(C) MOTION to Modify Class Definitions. Document filed by Ruben Chorny. (Signed by Judge Thomas P. Griesa on 4/24/2014) (rjm) (Entered: 04/25/2014)

| 06/19/2014 | 116 | ORDER of USCA (Certified Copy) USCA Case Number 14-1479. Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's orders granting class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001). The appeals will be heard in tandem. The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 06/19/2014. **[New USCA Case NO. 14-2105-cv.]**(nd) Modified on 7/2/2014 (nd). (Entered: 06/19/2014) |
| 06/19/2014 | | Appeal Fee Due: re: FRCP 23(f) granting leave to appeal the District Court's order granting class certification. $505.00 Appeal filing fee due. (nd) (Entered: 06/19/2014) |
| 06/20/2014 | | USCA Appeal Fees received $ 505.00 receipt number 465401098443 on 6/20/2014 re: Rule 23f Appeal. USCA Case NO. 14-2112-cv. (tp) (Entered: 06/20/2014) |
| 06/30/2014 | 117 | ENDORSED LETTER addressed to Judge Thomas P. Griesa from William H. Weisman dated 6/24/2014 re: Counsel requests to be terminated as an attorney of record for Plaintiff in the above-referenced matter. ENDORSEMENT: So ordered. Attorney William Henry Weisman terminated. (Signed by Judge Thomas P. Griesa on 6/30/2014) (tn) (Entered: 06/30/2014) |
| 07/02/2014 | | Appeal Record Sent to USCA (Electronic File).USCA Case Number 14-2105-cv, Certified Indexed record on Appeal Electronic Files **ONLY** for 116 USCA Order - granting leave to appeal the District Court's order granting class certification were transmitted to the U.S. Court of Appeals. (nd) (nd) (Entered: 07/02/2014) |
| 07/23/2014 | 118 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 7/23/2014 re: Settlement Negotiations. Document filed by Ruben Chorny.(Scullion, Jennifer) (Entered: 07/23/2014) |
| 07/24/2014 | 119 | NOTICE OF APPEARANCE by Jennifer R. Scullion on behalf of Ruben Chorny. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 120 | NOTICE OF APPEARANCE by Michael Todd Mobley on behalf of Ruben Chorny. (Mobley, Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 121 | NOTICE OF APPEARANCE by Michael Diaz, Jr on behalf of Ruben Chorny. (Diaz, |

SDNY CM/ECF Version 5.1.1

| | | |
|---|---|---|
| | | Michael) (Entered: 07/24/2014) |
| 07/24/2014 | 122 | NOTICE OF APPEARANCE by Carlos F. Gonzalez on behalf of Ruben Chorny. (Gonzalez, Carlos) (Entered: 07/24/2014) |
| 07/24/2014 | 123 | MOTION for Preliminary Injunction . Document filed by Ruben Chorny. (Attachments: # 1 Exhibit A)(Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 124 | MEMORANDUM OF LAW in Support re: 123 MOTION for Preliminary Injunction . *Memorandum of Law in Support of Class Plaintiffs' Motion for Preliminary Injunction*. Document filed by Ruben Chorny. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 07/24/2014 | 125 | CERTIFICATE OF SERVICE of Notice of Motion for Preliminary Injunction served on Carmine Boccuzzi-Attorney for Defendant on 7/24/14. Service was accepted by ECF and Hand Delivery. Document filed by Ruben Chorny. (Scullion, Jennifer) (Entered: 07/24/2014) |
| 08/06/2014 | 126 | LETTER addressed to Judge Thomas P. Griesa from Jennifer R. Scullion dated 8/6/2014 re: Response to Mr. Blackman's letter. Document filed by Ruben Chorny. (Attachments: # 1 Appendix A - C)(Scullion, Jennifer) (Entered: 08/06/2014) |
| 08/15/2014 | 127 | ORDER. On July 24, 2014, plaintiffs filed a motion for a preliminary injunction, seeking essentially the same relief granted to plaintiffs in NML Capital, Ltd., et al. v. The Republic of Argentina, No. 08-cv-6978, and related cases. By letter dated August 5, 2014, the Republic asked the court to defer briefing on plaintiffs' motion or grant the Republic an extension to file its opposition. The court will defer briefing on plaintiffs' motion according to the following schedule: The Republic's opposition shall be filed no later than August 29, 2014. Plaintiffs' reply shall be filed no later than September 12, 2014. So ordered. (Responses due by 8/29/2014. Replies due by 9/12/2014.) (Signed by Judge Thomas P. Griesa on 8/15/2014) (rjm) (Entered: 08/15/2014) |
| 08/15/2014 | 128 | ORDER: IT IS HEREBY: ORDERED, that the Republic's Memorandum of Law in Opposition to Plaintiffs' Motion to Modify the Class Definition and the Declaration of Carmine D. Boccuzzi in support thereof be added to the docket in each of the above-captioned cases. SO ORDERED. (Signed by Judge Thomas P. Griesa on 8/15/2014) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B-2, # 4 Exhibit B-3)(ama) (Entered: 08/15/2014) |
| 08/18/2014 | | First Supplemental ROA Sent to USCA (Electronic File). USCA Case Number 14-2105-cv., Certified Supplemental Indexed record on Appeal Electronic Files for 128 Order were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/18/2014) |
| 08/19/2014 | 129 | ORDER: The court directs the Clerk's Office to designate all of the above-captioned actions as ECF cases. Barring issues related to confidential, privileged, or otherwise sensitive information, parties are directed to file all documents electronically and send a courtesy copy to the court. (Signed by Judge Thomas P. Griesa on 8/19/2014) (kgo) (Entered: 08/19/2014) |
| | | |

SDNY CM/ECF Version 5.1.1

| 08/19/2014 | | Case Designated ECF. (kgo) (Entered: 08/19/2014) |
|---|---|---|
| 08/26/2014 | 130 | MEMORANDUM OF LAW in Support re: 123 MOTION for Preliminary Injunction . *Supplement to Memorandum of Law In Support of Class Plaintiffs' Motion for Preliminary Injunction.* Document filed by Ruben Chorny. (Attachments: # 1 Appendix A, # 2 Appendix B)(Scullion, Jennifer) (Entered: 08/26/2014) |
| 08/29/2014 | 131 | MEMORANDUM OF LAW in Opposition re: 123 MOTION for Preliminary Injunction . *, dated August 29, 2014.* Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 08/29/2014 | 132 | DECLARATION of Carmine D. Boccuzzi, dated August 29, 2014, with Exhibits in Opposition re: 123 MOTION for Preliminary Injunction .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit I-K)(Boccuzzi, Carmine) (Entered: 08/29/2014) |
| 09/12/2014 | 133 | REPLY MEMORANDUM OF LAW in Support re: 123 MOTION for Preliminary Injunction . . Document filed by Ruben Chorny. (Scullion, Jennifer) (Entered: 09/12/2014) |
| 09/12/2014 | 134 | DECLARATION of Jennifer R. Scullion in Support re: 123 MOTION for Preliminary Injunction .. Document filed by Ruben Chorny. (Attachments: # 1 Exhibit s A-B, # 2 Exhibit s C-E)(Scullion, Jennifer) (Entered: 09/12/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/26/2014 22:06:31 | | |
| **PACER Login:** | clearypacer:3464758:0 | **Client Code:** | 28017-204 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-02118-TPG |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |

# A-178

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

SILVIA SEIJAS, HEATHER M. MUNTON,   :   CLASS ACTION
THOMAS L. PICO ESTRADA,             :   COMPLAINT

          Plaintiffs,   **04 CV 00400**

                       :

        -against-          :   JURY TRIAL DEMANDED

                       :

THE REPUBLIC OF ARGENTINA,          :

                       :

          Defendant.   :

-------------------------------------X

      Silvia Seijas, Heather M. Munton and Thomas L. Pico Estrada by their attorneys, Sirota & Sirota LLP and Guillermo A. Gleizer, for their Class Action Complaint, allege as follows:

## The Parties

      1.    Plaintiffs Silvia Seijas, Heather M. Munton, and Thomas L. Pico Estrada are individuals who purchased Republic of Argentina $300,000,000, 11% Global Bonds due October 9, 2006, identified as ISIN: US040114AN02, COMMON CODE: 007022140 (the "Argentine 2006 Bonds"), sold pursuant to a Prospectus dated July 15, 1998 (the "Prospectus") and Prospectus Supplement dated November 5, 1998 (the "Prospectus Supplement"). Plaintiffs bring this action as a Class Action on behalf of all holders of the Argentine 2006 Bonds from December 1, 2001 through and including December 31, 2003.

      2.    Defendant The Republic of Argentina is a foreign state as defined in 28 U.S.C. §1603(a).

## Jurisdiction

3. This Court has jurisdiction pursuant to 28 U.S.C. §1330 and pursuant to the terms set forth by the parties.

4. Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. §1391(f).

## CLASS ACTION ALLEGATIONS

5. This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiffs and all persons and entities who were holders of the Argentine 2006 Bonds from December 1, 2001 through December 31, 2003, both dates inclusive (the "Class Period"). Excluded from the class are defendant herein, any entity in which any of the defendant has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6. This action is properly maintainable as a class action for the following reasons:

(a) The Class is so numerous that joinder of all members is impracticable. The Argentine 2006 Bonds has been actively traded during the Class Period on the numerous exchanges, including the Luxembourg Stock Exchange and the Buenos Aires Stock Exchange. As a result, it is believed that

2

there are at least hundreds or thousands of members of the Class
located throughout the United States and the world.

(b)    There are common questions of law and fact
involved herein which predominate over any questions affecting
only individual members of the Class.    These common questions of
law and fact include:

(i)    Whether the defendant authorized and
issued the Argentine 2006 Bonds;

(ii) Whether the defendant agreed to pay the
Argentine 2006 Bonds as set forth in the Prospectus and
Prospectus Supplement;

(iii)    Whether defendant defaulted or
otherwise failed to make said payments as required;

(iv)    Whether the Argentine 2006 Bonds, and
the interest thereunder, are due and owing; and

(v)    The extent of injuries sustained
plaintiffs and by members of the Class and the appropriate
measure of damages.

(c)    Plaintiffs' claims are typical of the claims
of the other members of the Class.    The damages suffered by
plaintiff and all other Class members arise from and were caused
by the same violations and course of conduct.    Plaintiffs do not
have interests antagonistic to, or in conflict with, the Class.

3

(d) Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities litigation to vigorously prosecute this action.

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2006 Bonds are available, inter alia, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2006 Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

4

#### Count One

7.     Plaintiffs acquired and own the Argentine 2006 Bonds within the Class Period. The Argentine 2006 Bonds were to pay interest semi-annually beginning April 9, 1999 and has a maturity date of September 19, 2006, and was issued, inter alia, pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"), the Prospectus and the Prospectus Supplement.

8.     Pursuant to Section 22 of the Fiscal Agency Agreement, the Prospectus, the Prospectus Supplement and other documents, with respect to said Argentine 2006 Bonds, the Republic of Argentina (i) appointed Banco de la Nacion Argentina as its agent for service of process, (ii) made express provisions for the jurisdiction of this Court, and (iii) agreed to waive any claim of immunity, including, but not limited to, sovereign immunity for claims other than those brought under United States securities laws.

9.     Pursuant to Section 12 of the Fiscal Agency Agreement, and other documents, the following, inter alia, are defined as "Events of Default":

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or ...

5

(d) Moratorium: a moratorium on the payment of
principal of, or interest on, the Public External
Indebtedness of the Republic shall be declared by
the Republic.

10. Paragraph 12 of the Fiscal Agency Agreement
further provides that following either of the foregoing Events
of Default, a noteholder may give the Republic of Argentina
written notice and declare "the principal amount of such
Securities held by it to be due and payable immediately,"
together with all accrued interest.

11. In or about December 2001, the Republic of
Argentina declared a moratorium on the payment of principal and
interest with respect to all of its foreign debt, including all
payments due under the Argentine 2006 Bonds.

12. In accordance with paragraph 12 of the Fiscal
Agency Agreement, and the other documents, defendant Republic of
Argentina was notified by letters dated May 3, 2002, and on
prior dates, that the principal and interest on the Argentine
2006 Bonds was declared to be due and payable.

13. Furthermore, since on or about April 9, 2002,
interest on the Argentine Bonds has become due and payable in
certain amounts. Defendant has failed to pay said due interest
and such failure has continued for a period of at least 30 days.

14. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiffs.

15. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2006 Bonds, and the Republic of Argentina is in breach of its obligations under the Fiscal Agency Agreement and the other documents.

WHEREFORE, plaintiffs Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada requests that this action be declared a class action as defined herein and demands judgment awarding damages to plaintiffs and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding plaintiffs their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

Dated:    New York, New York
          January 16, 2004

                              SIROTA & SIROTA LLP

                              By:
                                  Saul Roffe sr/2108
                              110 Wall Street
                              New York, New York 10005
                              (212) 425-9055

                              GUILLERMO A. GLEIZER (GG-9237)
                              130 Water Street, Suite 4K
                              New York, NY 10005
                              (212) 635-0233
                              Attorneys for Plaintiffs

7

# A-185

**04 CV 00401**

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SILVIA SEIJAS, EMILIO ROMANO,          :
RUBEN WEISZMAN, ANIBAL CAMPO,          :
and MARIA COPATI                       :   CLASS ACTION
                                       :   COMPLAINT
                                       :
            Plaintiffs,                :
                                       :
            -against-                  :   JURY TRIAL DEMANDED
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
            Defendant.                 :
----------------------------------X

Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo and Maria Copati, by their attorneys, Sirota & Sirota LLP and Guillermo A. Gleizer, for their Class Action Complaint, allege as follows:

## The Parties

1.    Plaintiffs Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo and Maria Copati are individuals who purchased Republic of Argentina 7% Global Bonds due December 19, 2008 (the "Argentine 2008 Bonds"), sold pursuant to a Prospectus dated May 22, 2001 (the "Prospectus") and Prospectus Supplement dated June 4, 2001(the "Prospectus Supplement"). Plaintiffs bring this action as a Class Action on behalf of all holders of the Argentine 2008 Bonds from December 1, 2001 through and including December 31, 2003.

2. Defendant The Republic of Argentina is a foreign state as defined in 28 U.S.C. §1603(a).

## Jurisdiction

3. This Court has jurisdiction pursuant to 28 U.S.C. §1330 and pursuant to the terms set forth by the parties.

4. Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. §1391(f).

## CLASS ACTION ALLEGATIONS

5. This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiffs and all persons and entities who were holders of the Argentine 2008 Bonds from December 1, 2001 through December 31, 2003, both dates inclusive (the "Class Period"). Excluded from the class are defendant herein, any entity in which any of the defendants has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6. This action is properly maintainable as a class action for the following reasons:

(a) The Class is so numerous that joinder of all members is impracticable. The Argentine 2008 Bonds has been actively traded during the Class Period on the numerous

2

# A-187

exchanges. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

(b)    There are common questions of law and fact involved herein which predominate over any questions affecting only individual members of the Class. These common questions of law and fact include:

(i)    Whether the defendant authorized and issued the Argentine 2008 Bonds;

(ii) Whether the defendant agreed to pay the Argentine 2008 Bonds as set forth in the Prospectus and Prospectus Supplement;

(iii)    Whether defendant defaulted or otherwise failed to make said payments as required;

(iv)    Whether the Argentine 2008 Bonds, and the interest thereunder, are due and owing; and

(v)    The extent of injuries sustained plaintiffs and by members of the Class and the appropriate measure of damages.

(c)    Plaintiffs' claims are typical of the claims of the other members of the Class. The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct. Plaintiffs do not

3

have interests antagonistic to, or in conflict with, the Class.

(d) Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities litigation to vigorously prosecute this action.

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2008 Bonds are available, inter alia, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2008 Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

4

# A-189

## Count One

7.    Plaintiffs acquired and own the Argentine 2008 Bonds within the Class Period. The Argentine 2008 Bonds were to pay interest semi-annually beginning December 19, 2001 and has a maturity date of December 19, 2008, and was issued, inter alia, pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"), the Prospectus and the Prospectus Supplement.

8.    Pursuant to Section 22 of the Fiscal Agency Agreement, the Prospectus, the Prospectus Supplement and other documents, with respect to said Argentine 2008 Bonds, the Republic of Argentina (i) appointed Banco de la Nacion Argentina as its agent for service of process, (ii) made express provisions for the jurisdiction of this Court, and (iii) agreed to waive any claim of immunity, including, but not limited to, sovereign immunity for claims other than those brought under United States securities laws.

9.    Pursuant to Section 12 of the Fiscal Agency Agreement, and other documents, the following, inter alia, are defined as "Events of Default":

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or ...

5

(d) Moratorium: a moratorium on the payment of
principal of, or interest on, the Public External
Indebtedness of the Republic shall be declared by
the Republic.

10. Paragraph 12 of the Fiscal Agency Agreement
further provides that following either of the foregoing Events
of Default, a noteholder may give the Republic of Argentina
written notice and declare "the principal amount of such
Securities held by it to be due and payable immediately,"
together with all accrued interest.

11. In or about December 2001, the Republic of
Argentina declared a moratorium on the payment of principal and
interest with respect to all of its foreign debt, including all
payments due under the Argentine 2008 Bonds.

12. In accordance with paragraph 12 of the Fiscal
Agency Agreement, and the other documents, defendant Republic of
Argentina was notified by letters dated May 3, 2002, and on
prior dates, that the principal and interest on the Argentine
2006 Bonds was declared to be due and payable.

13. Furthermore, since on or about December 19, 2001,
interest on the Argentine Bonds has become due and payable in
certain amounts. Defendant has failed to pay said due interest
and such failure has continued for a period of at least 30 days.

6

14. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiffs.

15. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2008 Bonds, and the Republic of Argentina is in breach of its obligations under the Fiscal Agency Agreement and the other documents.

WHEREFORE, plaintiffs Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo and Maria Copati requests that this action be declared a class action as defined herein and demands judgment awarding damages to plaintiffs and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding plaintiffs their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

# A-192

Dated:     New York, New York
           January 16, 2004

                                 SIROTA & SIROTA LLP

                                 By: _____
                                      Saul Roffe  sr/2108
                                 110 Wall Street
                                 New York, New York 10005
                                 (212) 425-9055

                                 GUILLERMO A. GLEIZER (GG-9237)
                                 130 Water Street, Suite 4K
                                 New York, NY 10005
                                 (212) 635-0233
                                 Attorneys for Plaintiffs

mc\RepublicArgentina.complaint

8



A-193

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK

04 CV 00506

------------------------------------X
CESAR RAUL CASTRO,                  :
                                    :   CLASS ACTION
                                    :   COMPLAINT
                    Plaintiff,      :
                                    :
            -against-               :   JURY TRIAL DEMANDED
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                    Defendant.      :
------------------------------------X

        Cesar Raul Castro("Plaintiff"), by his attorneys,
Sirota & Sirota LLP and Guillermo A. Gleizer, for his Class
Action Complaint, alleges as follows:

                        The Parties

        1.    Plaintiff purchased and holds Republic of
Argentina 9.75% Global Bonds due September 19, 2027(the
"Argentine 2027 Bonds"). Plaintiff brings this action as a Class
Action on behalf of all holders of the Argentine 2027 Bonds.

        2.    Defendant The Republic of Argentina is a foreign
state as defined in 28 U.S.C. §1603(a).

                        Jurisdiction

        3.    This Court has jurisdiction pursuant to 28 U.S.C.
§1330 and pursuant to the terms set forth by the parties.

        4.    Venue is proper in this district by agreement of
the parties and pursuant to 28 U.S.C. §1391(f).

# A-194

## CLASS ACTION ALLEGATIONS

5.    This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiff and all persons and entities who are holders of the Argentine 2027 Bonds. Excluded from the class are defendant herein, any entity in which any of the defendants has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6.    This action is properly maintainable as a class action for the following reasons:

(a)    The Class is so numerous that joinder of all members is impracticable.  The Argentine 2027 Bonds have been actively traded, inter alia, on the Luxembourg Stock Exchange. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

(b)    There are common questions of law and fact involved herein which predominate over any questions affecting only individual members of the Class.  These common questions of law and fact include:

(i)  Whether the defendant authorized and issued the Argentine 2027 Bonds;

2

(ii) Whether the defendant agreed to pay the Argentine 2027 Bonds;

(iii) Whether defendant defaulted or otherwise failed to make said payments as required;

(iv) Whether the Argentine 2027 Bonds, and the interest thereunder, are due and owing; and

(v) The extent of injuries sustained plaintiff and by members of the Class and the appropriate measure of damages.

(c) Plaintiff's claims are typical of the claims of the other members of the Class. The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct. Plaintiff does not have interests antagonistic to, or in conflict with, the Class.

(d) Plaintiff will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities litigation to vigorously prosecute this action.

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude

3

its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2027 Bonds are available, inter alia, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2027 Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

### Count One

7. Plaintiff acquired and owns the Argentine 2027 Bonds. The Argentine 2027 Bonds were to pay interest semi-annually beginning March 19, 1998 and has a maturity date of September 19, 2027, and was issued, inter alia, pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). Pursuant to Section 22 of the Fiscal Agency Agreement and other documents, with respect to said Argentine 2027 Bonds, the Republic of Argentina (i) appointed Banco de la Nacion Argentina as its agent for service of process, (ii) made express provisions for the jurisdiction of

4

this Court, and (iii) agreed to waive any claim of immunity, including, but not limited to, sovereign immunity for claims other than those brought under United States securities laws.

8.    Pursuant to Section 12 of the Fiscal Agency Agreement, and other documents, the following, inter alia, are defined as "Events of Default":

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or ...

> (d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

9.    Paragraph 12 of the Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a noteholder may give the Republic of Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

10.    In or about December 2001, the Republic of Argentina declared a moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Argentine 2027 Bonds.

5

11. In accordance with paragraph 12 of the Fiscal Agency Agreement and the other documents, defendant Republic of Argentina was notified by letters dated May 3, 2002, and on prior dates, that the principal and interest on the Argentine 2020 Bonds was declared to be due and payable.

12. Furthermore, since on or about March 19, 1998, interest on the Argentine Bonds has become due and payable in certain amounts. Defendant has failed to pay said due interest and such failure has continued for a period of at least 30 days.

13. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiff and the Class.

14. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2027 Bonds, and the Republic of Argentina is in breach of its obligations under the Fiscal Agency Agreement and the other documents.

WHEREFORE, Plaintiff requests that this action be declared a class action as defined herein and demands judgment awarding damages to Plaintiff and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding Plaintiff their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

6

# A-199

Dated:     New York, New York
           January 21, 2004

SIROTA & SIROTA LLP

By: _____
     Saul Roffe/sr/2108
110 Wall Street
New York, New York 10005
(212) 425-9055

GUILLERMO A. GLEIZER (GG-9237)
130 Water Street, Suite 4K
New York, NY 10005
(212) 635-0233
Attorneys for Plaintiffs

mc\RepublicArgentina.complaint

7

# A-200

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
SILVIA SEIJAS, HEATHER M. MUNTON,  :
THOMAS L. PICO ESTRADA,                :
                                     :
             Plaintiffs,    :
                                     :
         -against-       :
                                     :
THE REPUBLIC OF ARGENTINA,        :
                                     :
            Defendant.    :
------------------------------------X

CORRECTED AMENDED
CLASS ACTION
COMPLAINT

CIVIL ACTION NO.
04 CV 00400 (TPG)

JURY TRIAL DEMANDED

      Silvia Seijas, Heather M. Munton and Thomas L. Pico Estrada by their attorneys, Sirota & Sirota LLP and Guillermo A. Gleizer, for their Class Action Complaint, allege as follows:

## The Parties

      1.    Plaintiffs Silvia Seijas, Heather M. Munton, and Thomas L. Pico Estrada are individuals who purchased Republic of Argentina $300,000,000, 11% Global Bonds due October 9, 2006, identified as ISIN: US040114AN02, COMMON CODE: 007022140 (the "Argentine 2006 Bonds"), sold pursuant to a Prospectus dated July 15, 1998 (the "Prospectus") and Prospectus Supplement dated November 5, 1998 (the "Prospectus Supplement"). Plaintiffs bring this action as a Class Action on behalf of all holders of the Argentine 2006 Bonds.

      2.    Defendant The Republic of Argentina is a foreign state as defined in 28 U.S.C. §1603(a).

# A-201

## Jurisdiction

3.    This Court has jurisdiction pursuant to 28 U.S.C. §1330 and pursuant to the terms set forth by the parties.

4.    Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. §1391(f).

## CLASS ACTION ALLEGATIONS

5.    This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiffs and all persons and entities who were holders of the Argentine 2006 Bonds.  Excluded from the class are defendant herein, any entity in which defendant has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6.    This action is properly maintainable as a class action for the following reasons:

(a)    The Class is so numerous that joinder of all members is impracticable.  The Argentine 2006 Bonds have been actively traded on the numerous exchanges, including the Luxembourg Stock Exchange and the Buenos Aires Stock Exchange. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

(b)    There are common questions of law and fact

2

# A-202

involved herein which predominate over any questions affecting only individual members of the Class. These common questions of law and fact include:

(i) Whether the defendant authorized and issued the Argentine 2006 Bonds;

(ii) Whether the defendant agreed to pay the Argentine 2006 Bonds as set forth in the Prospectus and Prospectus Supplement;

(iii) Whether defendant defaulted or otherwise failed to make said payments as required;

(iv) Whether the Argentine 2006 Bonds, and the interest thereunder, are due and owing; and

(v) The extent of injuries sustained plaintiffs and by members of the Class and the appropriate measure of damages.

(c) Plaintiffs' claims are typical of the claims of the other members of the Class. The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct. Plaintiffs do not have interests antagonistic to, or in conflict with, the Class.

(d) Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities

3

# A-203

litigation to vigorously prosecute this action.

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2006 Bonds are available, <u>inter alia</u>, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2006 Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

# A-204

## Count One

7. Plaintiffs acquired and own the Argentine 2006 Bonds. The Argentine 2006 Bonds were to pay interest semi-annually beginning April 9, 1999 and has a maturity date of September 19, 2006, and was issued, _inter alia_, pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"), the Prospectus and the Prospectus Supplement.

8. Pursuant to Section 22 of the Fiscal Agency Agreement, the Prospectus, the Prospectus Supplement and other documents, with respect to said Argentine 2006 Bonds, the Republic of Argentina (i) appointed Banco de la Nacion Argentina as its agent for service of process, (ii) made express provisions for the jurisdiction of this Court, and (iii) agreed to waive any claim of immunity, including, but not limited to, sovereign immunity for claims other than those brought under United States securities laws.

9. Pursuant to Section 12 of the Fiscal Agency Agreement, and other documents, the following, _inter alia_, are defined as "Events of Default":

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or ...

5

# A-205

(d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

10. Paragraph 12 of the Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a noteholder may give the Republic of Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

11. In or about December 2001, the Republic of Argentina declared a moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Argentine 2006 Bonds.

12. In accordance with paragraph 12 of the Fiscal Agency Agreement, and the other documents, defendant Republic of Argentina was notified by letters dated May 3, 2002, and on prior dates, that the principal and interest on the Argentine 2006 Bonds was declared to be due and payable.

13. Furthermore, since on or about April 9, 2002, interest on the Argentine Bonds has become due and payable in certain amounts. Defendant has failed to pay said due interest and such failure has continued for a period of at least 30 days.

6

# A-206

14. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiffs.

15. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2006 Bonds, and the Republic of Argentina is in breach of its obligations under the Fiscal Agency Agreement and the other documents.

WHEREFORE, plaintiffs Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada requests that this action be declared a class action as defined herein and demands judgment awarding damages to plaintiffs and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding plaintiffs their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

Dated:    New York, New York
          January 26, 2004

SIROTA & SIROTA LLP

By: _____
    Saul Roffe sr/2108
110 Wall Street
New York, New York 10005
(212) 425-9055

GUILLERMO A. GLEIZER (GG-9237)
130 Water Street, Suite 4K
New York, NY 10005
(212) 635-0233
Attorneys for Plaintiffs

7

# A-207

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SILVIA SEIJAS, EMILIO ROMANO,        :
RUBEN WEISZMAN, ANIBAL CAMPO,        :    CORRECTED AMENDED
and MARIA COPATI                     :    CLASS ACTION
                                     :    COMPLAINT
                                     :
               Plaintiffs,           :    CIVIL ACTION NO.
                                     :    04 CV 00401(TPG)
          -against-                  :
                                     :    JURY TRIAL DEMANDED
THE REPUBLIC OF ARGENTINA,           :
                                     :
               Defendant.            :
------------------------------------X

Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo and Maria Copati, by their attorneys, Sirota & Sirota LLP and Guillermo A. Gleizer, for their Class Action Complaint, allege as follows:

## The Parties

1.    Plaintiffs Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo and Maria Copati are individuals who purchased Republic of Argentina 7% Global Bonds due December 19, 2008 (the "Argentine 2008 Bonds"), sold pursuant to a Prospectus dated May 22, 2001 (the "Prospectus") and Prospectus Supplement dated June 4, 2001(the "Prospectus Supplement"). Plaintiffs bring this action as a Class Action on behalf of all holders of the Argentine 2008 Bonds.

2.    Defendant The Republic of Argentina is a foreign state as defined in 28 U.S.C. §1603(a).

# A-208

## Jurisdiction

3. This Court has jurisdiction pursuant to 28 U.S.C. §1330 and pursuant to the terms set forth by the parties.

4. Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. §1391(f).

### CLASS ACTION ALLEGATIONS

5. This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiffs and all persons and entities who were holders of the Argentine 2008 Bonds. Excluded from the class are defendant herein, any entity in which any defendant has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6. This action is properly maintainable as a class action for the following reasons:

(a) The Class is so numerous that joinder of all members is impracticable. The Argentine 2008 Bonds have been actively traded during the Class Period on the numerous exchanges. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

(b) There are common questions of law and fact involved herein which predominate over any questions affecting

2

# A-209

only individual members of the Class. These common questions of law and fact include:

(i) Whether the defendant authorized and issued the Argentine 2008 Bonds;

(ii) Whether the defendant agreed to pay the Argentine 2008 Bonds as set forth in the Prospectus and Prospectus Supplement;

(iii) Whether defendant defaulted or otherwise failed to make said payments as required;

(iv) Whether the Argentine 2008 Bonds, and the interest thereunder, are due and owing; and

(v) The extent of injuries sustained plaintiffs and by members of the Class and the appropriate measure of damages.

(c) Plaintiffs' claims are typical of the claims of the other members of the Class. The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct. Plaintiffs do not have interests antagonistic to, or in conflict with, the Class.

(d) Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities litigation to vigorously prosecute this action.

# A-210

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2008 Bonds are available, <u>inter alia</u>, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2008 Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

## Count One

7. Plaintiffs acquired and own the Argentine 2008 Bonds. The Argentine 2008 Bonds were to pay interest semi-annually beginning December 19, 2001 and has a maturity date of December 19, 2008, and was issued, <u>inter alia</u>, pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the

4

# A-211

"Fiscal Agency Agreement"), the Prospectus and the Prospectus Supplement.

8.    Pursuant to Section 22 of the Fiscal Agency Agreement, the Prospectus, the Prospectus Supplement and other documents, with respect to said Argentine 2008 Bonds, the Republic of Argentina (i) appointed Banco de la Nacion Argentina as its agent for service of process, (ii) made express provisions for the jurisdiction of this Court, and (iii) agreed to waive any claim of immunity, including, but not limited to, sovereign immunity for claims other than those brought under United States securities laws.

9.    Pursuant to Section 12 of the Fiscal Agency Agreement, and other documents, the following, inter alia, are defined as "Events of Default":

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or ...

> (d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

10. Paragraph 12 of the Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a noteholder may give the Republic of Argentina

5

written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

11. In or about December 2001, the Republic of Argentina declared a moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Argentine 2008 Bonds.

12. In accordance with paragraph 12 of the Fiscal Agency Agreement, and the other documents, defendant Republic of Argentina was notified by letters dated May 3, 2002, and on prior dates, that the principal and interest on the Argentine 2006 Bonds was declared to be due and payable.

13. Furthermore, since on or about December 19, 2001, interest on the Argentine Bonds has become due and payable in certain amounts. Defendant has failed to pay said due interest and such failure has continued for a period of at least 30 days.

14. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiffs.

15. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2008 Bonds, and the Republic of Argentina is in breach of its obligations under the Fiscal Agency Agreement and the other documents.

# A-213

WHEREFORE, plaintiffs Silvia Seijas, Emilio Romano, Ruben Weiszman, Anibal Campo and Maria Copati requests that this action be declared a class action as defined herein and demands judgment awarding damages to plaintiffs and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding plaintiffs their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

Dated:     New York, New York
           January 26, 2004

                              SIROTA & SIROTA LLP

                              By:
                                   Saul Roffe sr/2108
                              110 Wall Street
                              New York, New York 10005
                              (212) 425-9055

                              GUILLERMO A. GLEIZER (GG-9237)
                              130 Water Street, Suite 4K
                              New York, NY 10005
                              (212) 635-0233
                              Attorneys for Plaintiffs

mc\RepublicArgentina.complaint

7

A-214

04 civ 00937

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ELIZABETH ANDREA AZZA, CLAUDIA    :
FLORENCIA VALLS, AND HICKORY    :
SECURITIES, LTD.,    :
    :
        Plaintiffs,    :   CLASS ACTION
    :   COMPLAINT
    :
    :
    :
        -against-    :   JURY TRIAL DEMANDED
    :
THE REPUBLIC OF ARGENTINA,    :
    :
        Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        Elizabeth Andrea Azza, Claudia Florencia Valls and
Hickory Securities, Ltd. ("Plaintiffs"), by their attorneys,
Sirota & Sirota LLP Guillermo A. Gleizer and Lovell Stewart
Halabian LLP, for their Class Action Complaint, allege as
follows:

### The Parties

        1.    Plaintiffs purchased and are holders of Republic
of Argentina 11% Global Notes due December 4, 2005(the
"Argentine 2005 Notes"). Plaintiffs bring this action as a Class
Action on behalf of all holders of the Argentine 2005 Notes.

        2.    Defendant The Republic of Argentina is a foreign
state as defined in 28 U.S.C. §1603(a).

# A-215

## Jurisdiction

3.     This Court has jurisdiction pursuant to 28 U.S.C. §1330 and pursuant to the terms set forth by the parties.

4.     Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. §1391(f).

## CLASS ACTION ALLEGATIONS

5.     This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiffs and all persons and entities who are holders of the Argentine 2005 Notes. Excluded from the class are defendant herein, any entity in which any of the defendants has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6.     This action is properly maintainable as a class action for the following reasons:

(a)     The Class is so numerous that joinder of all members is impracticable.   The Argentine 2005 Notes have been actively traded, inter alia, on the Luxembourg Stock Exchange. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

2

# A-216

(b)    There are common questions of law and fact involved herein which predominate over any questions affecting only individual members of the Class.    These common questions of law and fact include:

(i)    Whether the defendant authorized and issued the Argentine 2005 Notes;

(ii) Whether the defendant agreed to pay the Argentine 2005 Notes;

(iii)    Whether    defendant    defaulted    or otherwise failed to make said payments as required;

(iv)    Whether the Argentine 2005 Notes, and the interest thereunder, are due and owing; and

(v)    The    extent    of    injuries    sustained plaintiffs and by members of the Class and the appropriate measure of damages.

(c)    Plaintiffs' claims are typical of the claims of the other members of the Class.    The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct.    Plaintiffs do not have interests antagonistic to, or in conflict with, the Class.

(d)    Plaintiffs    will    fairly    and    adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities

3

litigation to vigorously prosecute this action.

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2005 Notes are available, inter alia, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2005 Notes. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

## Count One

7. Plaintiffs acquired and own the Argentine 2005 Notes. The Argentine 2005 Notes were to pay interest semi-annually beginning June 4, 1999 and has a maturity date of December 4, 2005, and was issued, inter alia, pursuant to a

4

## A-218

Prospectus dated July 15, 1998(the "Prospectus"), a Prospectus
Supplement dated December 1, 1998(the "Prospectus Supplement"),
and a Fiscal Agency Agreement, dated as of October 19, 1994 (the
"Fiscal Agency Agreement"). Pursuant to Section 22 of the Fiscal
Agency Agreement and other documents, with respect to said
Argentine 2005 Notes, the Republic of Argentina (i) appointed
Banco de la Nacion Argentina as its agent for service of
process, (ii) made express provisions for the jurisdiction of
this Court, and (iii) agreed to waive any claim of immunity,
including, but not limited to, sovereign immunity for claims
other than those brought under United States securities laws.

8.    Pursuant    to    the    Prospectus,    the    Prospectus
Supplements and Section 12 of the Fiscal Agency Agreement, and
other  documents,  the  following,  inter alia,  are  defined  as
"Events of Default":

> (a) Non-Payment: the Republic fails to pay any
> principal of any of the Securities of such Series
> when due and payable or fails to pay any interest
> on any of the Securities of such Series when due
> and payable and such failure continues for a
> period of 30 days; or ...

> (d) Moratorium: a moratorium on the payment of
> principal of, or interest on, the Public External
> Indebtedness of the Republic shall be declared by
> the Republic.

9.    Paragraph  12  of  the  Fiscal  Agency  Agreement
further provides that following either of the foregoing Events

5

of Default, a noteholder may give the Republic of Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

10. In or about December 2001, the Republic of Argentina declared a moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Argentine 2005 Notes.

11. In accordance with paragraph 12 of the Fiscal Agency Agreement and the other documents, defendant Republic of Argentina was notified by letters dated January 27, 2004, and on prior dates, that the principal and interest on the Argentine 2005 Notes was declared to be due and payable.

12. Furthermore, since on or about June 4, 2002, interest on the Argentine Bonds has become due and payable in certain amounts. Defendant has failed to pay said due interest and such failure has continued for a period of at least 30 days.

13. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiffs and the Class.

14. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2005 Notes, and the Republic of Argentina is in breach of its

## A-220

obligations under the Fiscal Agency Agreement and the other documents.

WHEREFORE, Plaintiffs request that this action be declared a class action as defined herein and demands judgment awarding damages to Plaintiffs and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding Plaintiffs their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

# A-221

Dated:    New York, New York
          January 27, 2004

SIROTA & SIROTA LLP

By: _____
    Saul Roffe sr/2108
110 Wall Street
New York, New York 10005
(212) 425-9055

LOVELL STEWART HALABIAN LLP
500 Fifth Avenue
New York, New York, 10110
(212) 608-1900

GUILLERMO A. GLEIZER (GG-9237)
130 Water Street, Suite 4K
New York, NY 10005
(212) 635-0233
Attorneys for Plaintiffs

mc\RepublicArgentina.complaint

8

A-222

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK

**04 CV 00936**

------------------------------------X

HICKORY SECURITIES LTD.          :
                                 :    CLASS ACTION
                                 :    COMPLAINT
              Plaintiff,         :
                                 :
         -against-               :    JURY TRIAL DEMANDED
                                 :
THE REPUBLIC OF ARGENTINA,       :
                                 :
              Defendant.         :
------------------------------------X

Hickory Securities Ltd. ("Plaintiff"), by its attorneys, Sirota & Sirota LLP, Lovell Stewart Halebian LLP, and Guillermo A. Gleizer, for his Class Action Complaint, alleges as follows:

### The Parties

1.    Plaintiff purchased and holds Republic of Argentina 11.75% Global Bonds due June 15, 2015{the "Argentine 2015 Bonds"). Plaintiff brings this action as a Class Action on behalf of all holders of the Argentine 2015 Bonds.

2.    Defendant The Republic of Argentina is a foreign state as defined in 28 U.S.C. §1603(a).

### Jurisdiction

3.    This Court has jurisdiction pursuant to 28 U.S.C. §1330 and pursuant to the terms set forth by the parties.

4.    Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. §1391(f).

# A-223

## CLASS ACTION ALLEGATIONS

5.    This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiff and all persons and entities who are holders of the Argentine 2015 Bonds. Excluded from the class are defendant herein, any entity in which any of the defendants has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6.    This action is properly maintainable as a class action for the following reasons:

(a)    The Class is so numerous that joinder of all members is impracticable. The Argentine 2015 Bonds have been actively traded, inter alia, on the Luxembourg Stock Exchange. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

(b)    There are common questions of law and fact involved herein which predominate over any questions affecting only individual members of the Class. These common questions of law and fact include:

(i)    Whether the defendant authorized and issued the Argentine 2015 Bonds;

2

## A-224

(ii) Whether the defendant agreed to pay the Argentine 2015 Bonds;

(iii) Whether defendant defaulted or otherwise failed to make said payments as required;

(iv) Whether the Argentine 2015 Bonds, and the interest thereunder, are due and owing; and

(v) The extent of injuries sustained plaintiff and by members of the Class and the appropriate measure of damages.

(c) Plaintiff's claims are typical of the claims of the other members of the Class. The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct. Plaintiff does not have interests antagonistic to, or in conflict with, the Class.

(d) Plaintiff will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities litigation to vigorously prosecute this action.

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude

3

its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2015 Bonds are available, inter alia, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2015 Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

<u>Count One</u>

7. Plaintiff acquired and owns the Argentine 2015 Bonds. The Argentine 2015 Bonds were to pay interest semi-annually beginning December 15, 2000 and has a maturity date of June 15, 2015, and were issued, inter alia, pursuant to a Prospectus dated May 30, 2000(the "Prospectus"), a Prospectus Supplement dated June 8, 2000(the "Prospectus Supplement"), and a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). Pursuant to Section 22 of the Fiscal Agency Agreement and other documents, with respect to said Argentine 2015 Bonds, the Republic of Argentina (i) appointed

4

Banco de la Nacion Argentina as its agent for service of process, (ii) made express provisions for the jurisdiction of this Court, and (iii) agreed to waive any claim of immunity, including, but not limited to, sovereign immunity for claims other than those brought under United States securities laws.

8.    Pursuant to Section 12 of the Fiscal Agency Agreement, and other documents, the following, inter alia, are defined as "Events of Default":

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or ...
>
> (d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

9.    Paragraph 12 of the Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a noteholder may give the Republic of Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

10.    In or about December 2001, the Republic of Argentina declared a moratorium on the payment of principal and

interest with respect to all of its foreign debt, including all payments due under the Argentine 2015 Bonds.

11. In accordance with paragraph 12 of the Fiscal Agency Agreement and the other documents, defendant Republic of Argentina was notified by letters dated January 27, 2004, and on prior dates, that the principal and interest on the Argentine 2015 Bonds was declared to be due and payable.

12. Furthermore, since on or about June 15, 2002, interest on the Argentine Bonds has become due and payable in certain amounts. Defendant has failed to pay said due interest and such failure has continued for a period of at least 30 days.

13. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiff and the Class.

14. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2015 Bonds, and the Republic of Argentina is in breach of its obligations under the Fiscal Agency Agreement and the other documents.

6

# A-228

WHEREFORE, Plaintiff requests that this action be declared a class action as defined herein and demands judgment awarding damages to Plaintiff and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding Plaintiff their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

Dated:     New York, New York
           January 29, 2004

                          SIROTA & SIROTA LLP

                          By:
                              Saul Roffe sr/2108
                          110 Wall Street
                          New York, New York 10005
                          (212) 425-9055

                          LOVELL STEWART HALEBIAN LLP.
                          500 Fifth Avenue
                          New York, New York, 10110
                          (212) 608-1900

                          GUILLERMO A. GLEIZER (GG-9237)
                          130 Water Street, Suite 4K
                          New York, NY 10005
                          (212) 635-0233
                          Attorneys for Plaintiffs

mc\RepublicArgentina.complaint

7

# A-229

```
UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ELIZABETH ANDREA AZZA, RODOLFO       :
VOGELBAUM, and HICKORY SECURITIES    :
LTD.,                                :  CLASS ACTION
                                     :  COMPLAINT
                                     :
                 Plaintiffs,         :  09 Cl. 1085
                                     :
            -against-                :  JURY TRIAL DEMANDED
                                     :
THE REPUBLIC OF ARGENTINA,           :
                                     :
                 Defendant.          :
-----------------------------------X
```

Elizabeth Andrea Azza, Rodolfo Vogelbaum and Hickory

Securities Ltd. ("Plaintiffs"), by their attorneys, Sirota &

Sirota LLP, Lovell Stewart Halebian LLP and Guillermo A.

Gleizer, for their Class Action Complaint, allege as follows:

## The Parties

1.    Plaintiffs are individuals who purchased and are

holders of Republic of Argentina 8 3/8% Global Bonds due

December 20, 2003 (the "Argentine 2003 Bonds"). Plaintiffs bring

this action as a Class Action on behalf of all holders of the

Argentine 2003 Bonds.

2.    Defendant The Republic of Argentina is a foreign

state as defined in 28 U.S.C. §1603(a).

# A-230

## Jurisdiction

3.   This Court has jurisdiction pursuant to 28 U.S.C. §1330 and pursuant to the terms set forth by the parties.

4.   Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. §1391(f).

## CLASS ACTION ALLEGATIONS

5.   This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiffs and all persons and entities who are holders of the Argentine 2003 Bonds. Excluded from the class are defendant herein, any entity in which any of the defendants has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6.   This action is properly maintainable as a class action for the following reasons:

(a)   The Class is so numerous that joinder of all members is impracticable. The Argentine 2003 Bonds have been actively traded, inter alia, on the Luxembourg Stock Exchange. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

(b)   There are common questions of law and fact

2

involved herein which predominate over any questions affecting only individual members of the Class. These common questions of law and fact include:

(i) Whether the defendant authorized and issued the Argentine 2003 Bonds;

(ii) Whether the defendant agreed to pay the Argentine 2003 Bonds;

(iii) Whether defendant defaulted or otherwise failed to make said payments as required;

(iv) Whether the Argentine 2003 Bonds, and the interest thereunder, are due and owing; and

(v) The extent of injuries sustained plaintiffs and by members of the Class and the appropriate measure of damages.

(c) Plaintiffs' claims are typical of the claims of the other members of the Class. The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct. Plaintiffs do not have interests antagonistic to, or in conflict with, the Class.

(d) Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities litigation to vigorously prosecute this action.

## A-232

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2003 Bonds are available, inter alia, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2003 Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

### Count One

7. Plaintiffs acquired and own the Argentine 2003 Bonds. The Argentine 2003 Bonds were to pay interest semi-annually beginning December 20, 1998 and has a maturity date of December 20, 2003, and was issued, inter alia, pursuant to a Fiscal Agency Agreement, dated as of December 10, 1993 (the

4

"Fiscal Agency Agreement") and the Bond attached thereto.
Pursuant to the Argentine 2003 Bonds and the Fiscal Agency
Agreement and other documents, the Republic of Argentina (i)
appointed Banco de la Nacion Argentina as its agent for service
of process, (ii) made express provisions for the jurisdiction of
this Court, and (iii) agreed to waive any claim of immunity,
including, but not limited to, sovereign immunity for claims
other than those brought under United States securities laws.

8.    Pursuant to the Argentine 2003 Bond, and other
documents, the following, inter alia, are defined as "Events of
Default":

> (a) Non-Payment: the Republic fails to pay any
> principal of any of the Bonds when due and
> payable or fails to pay any interest on any of
> the Bonds when due and payable and such failure
> continues for a period of 30 days; or ...
>
> (d) Moratorium: a moratorium on the payment of
> principal of, or interest on, the Public External
> Indebtedness of the Republic shall be declared by
> the Republic; or ...

9.    The Argentine 2003 Bonds further provide that
following either of the foregoing Events of Default, a
noteholder may give the Republic of Argentina written notice and
declare "the principal amount of such Securities held by it to
be due and payable immediately," together with all accrued
interest.

# A-234

10. In or about December 2001, the Republic of Argentina declared a moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Argentine 2003 Bonds.

11. In accordance with paragraph 12 of the Fiscal Agency Agreement and the other documents, defendant Republic of Argentina was notified by letter dated February 4, 2004, and on prior dates, that the principal and interest on the Argentine 2003 Bonds was declared to be due and payable.

12. Furthermore, since on or about December 20, 2001, interest on the Argentine 2003 Bonds has become due and payable in certain amounts. On December 20, 2003, the principal also became due on the Argentine 2003 Bonds. Defendant has failed to pay said due principal and interest and such failure has continued for a period of at least 30 days.

13. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiffs and the Class.

14. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2003 Bonds, and the Republic of Argentina is in breach of its obligations under the Bond, the Fiscal Agency Agreement and the other documents.

6

## A-235

WHEREFORE, Plaintiffs request that this action be declared a class action as defined herein and demands judgment awarding damages to Plaintiffs and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding Plaintiffs their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.


Dated:    New York, New York
          February 10, 2004

                         SIROTA & SIROTA LLP

                         By:
                             Saul Roffe sr/2108
                         110 Wall Street
                         New York, New York 10005
                         (212)425-9055

                         LOVELL STEWART HALABIAN LLP
                         500 Fifth Avenue
                         New York, New York, 10110
                         (212)608-1900

                         GUILLERMO A. GLEIZER (GG-9237)
                         130 Water Street, Suite 4K
                         New York, NY 10005
                         (212) 635-0233
                         Attorneys for Plaintiffs

mc\RepublicArgentina complaint

7

# A-236

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
EDUARDO PURICELLI,              :

                            :    CLASS ACTION

                            :    COMPLAINT

            Plaintiff,       :

                            :

         -against-         :    JURY TRIAL DEMANDED

                            : **04 CV 02117**

THE REPUBLIC OF ARGENTINA,    :

                            :

         Defendant.      :
-------------------------------------X

      Eduardo Puricelli("Plaintiff"), by his attorneys, Sirota & Sirota LLP, Lovell Stewart Halebian LLP and Guillermo A. Gleizer, for his Class Action Complaint, alleges as follows:

## The Parties

      1.     Plaintiff purchased and holds Republic of Argentina 12.375% Global Bonds due February 21, 2012(the "Argentine 2012 Bonds"). Plaintiff brings this action as a Class Action on behalf of all holders of the Argentine 2012 Bonds.

      2.     Defendant The Republic of Argentina is a foreign state as defined in 28 U.S.C. §1603(a).

## Jurisdiction

      3.     This Court has jurisdiction pursuant to 28 U.S.C. §1330 and pursuant to the terms set forth by the parties.

      4.     Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. §1391(f).

# A-237

## CLASS ACTION ALLEGATIONS

5.   This action is brought as a class action pursuant to Rule 23(a) and 23(b) (3) of the Federal Rules of Civil Procedure, on behalf of plaintiff and all persons and entities who are holders of the Argentine 2012 Bonds. Excluded from the class are defendant herein, any entity in which any of the defendants has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6.   This action is properly maintainable as a class action for the following reasons:

(a)   The Class is so numerous that joinder of all members is impracticable.   The Argentine 2012 Bonds have been actively traded, inter alia, on the Luxembourg Stock Exchange. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

(b)   There are common questions of law and fact involved herein which predominate over any questions affecting only individual members of the Class.   These common questions of law and fact include:

(i)   Whether the defendant authorized and issued the Argentine 2012 Bonds;

2

# A-238

(ii) Whether the defendant agreed to pay the Argentine 2012 Bonds;

(iii) Whether defendant defaulted or otherwise failed to make said payments as required;

(iv) Whether the Argentine 2012 Bonds, and the interest thereunder, are due and owing; and

(v) The extent of injuries sustained plaintiff and by members of the Class and the appropriate measure of damages.

(c) Plaintiff's claims are typical of the claims of the other members of the Class. The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct. Plaintiff does not have interests antagonistic to, or in conflict with, the Class.

(d) Plaintiff will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities litigation to vigorously prosecute this action.

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude

3

## A-239

its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine 2012 Bonds are available, inter alia, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine 2012 Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

### Count One

7. Plaintiff acquired and owns the Argentine 2012 Bonds. The Argentine 2012 Bonds were to pay interest semi-annually beginning February 21, 2001 and has a maturity date of February 21, 2012, and were issued, inter alia, pursuant to a Prospectus dated January 30, 2001(the "Prospectus") and a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). Pursuant to Section 22 of the Fiscal Agency Agreement and other documents, with respect to said Argentine 2012 Bonds, the Republic of Argentina (i) appointed Banco de la Nacion Argentina as its agent for service of process, (ii) made

4

# A-240

express provisions for the jurisdiction of this Court, and (iii) agreed to waive any claim of immunity, including, but not limited to, sovereign immunity for claims other than those brought under United States securities laws.

8. Pursuant to Section 12 of the Fiscal Agency Agreement, and other documents, the following, inter alia, are defined as "Events of Default":

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or ...

> (d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

9. Paragraph 12 of the Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a noteholder may give the Republic of Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

10. In or about December 2001, the Republic of Argentina declared a moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Argentine 2012 Bonds.

5

# A-241

11. In accordance with paragraph 12 of the Fiscal Agency Agreement and the other documents, defendant Republic of Argentina was notified by letters dated March 10, 2004, and on prior dates, that the principal and interest on the Argentine 2012 Bonds was declared to be due and payable.

12. Furthermore, since on or about February 21, 2002, interest on the Argentine Bonds has become due and payable in certain amounts. Defendant has failed to pay said due interest and such failure has continued for a period of at least 30 days.

13. The Republic of Argentina has failed to make any payment of principal or interest to Plaintiff and the Class.

14. By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine 2012 Bonds, and the Republic of Argentina is in breach of its obligations under the Fiscal Agency Agreement and the other documents.

# A-242

WHEREFORE, Plaintiff requests that this action be declared a class action as defined herein and demands judgment awarding damages to Plaintiff and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding Plaintiff their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

Dated:    New York, New York
         March 17, 2004

SIROTA & SIROTA LLP

By: _____
     Saul Roffe sr/2108
110 Wall Street
New York, New York 10005
(212) 425-9055

LOVELL STEWART HALEBIAN LLP.
500 Fifth Avenue
New York, New York, 10110
(212) 608-1900

GUILLERMO A. GLEIZER (GG-9237)
130 Water Street, Suite 4K
New York, NY 10005
(212) 635-0233
Attorneys for Plaintiffs

mc\RepublicArgentina.complaint

# A-243

```
UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RUBEN DANIEL CHORNY,                      :
                                          :   CLASS ACTION
                                          :   COMPLAINT
                  Plaintiff,              :
                                          :
          -against-                       :   JURY TRIAL DEMANDED
                                              04 CV 02118
THE REPUBLIC OF ARGENTINA,
                                          :
                  Defendant.              :
------------------------------------X
```

Ruben Daniel Chorny("Plaintiff"), by his attorneys,

Sirota & Sirota LLP, Lovell Stewart Halebian LLP and Guillermo

A. Gleizer, for his Class Action Complaint, alleges as follows:

## The Parties

1.      Plaintiff  purchased  and  holds  Republic  of

Argentina FRB Floating Bonds(the "Argentine Bonds"). Plaintiff

brings this action as a Class Action on behalf of all holders of

the Argentine Bonds.

2.     Defendant The Republic of Argentina is a foreign

state as defined in 28 U.S.C. §1603(a).

## Jurisdiction

3.     This Court has jurisdiction pursuant to 28 U.S.C.

§1330 and pursuant to the terms set forth by the parties.

4.     Venue is proper in this district by agreement of

the parties and pursuant to 28 U.S.C. §1391(f).

### CLASS ACTION ALLEGATIONS

5. This action is brought as a class action pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, on behalf of plaintiff and all persons and entities who are holders of the Argentine Bonds. Excluded from the class are defendant herein, any entity in which any of the defendants has a controlling interest, and the legal representatives, heirs, successors or assigns of any of the defendant.

6. This action is properly maintainable as a class action for the following reasons:

(a) The Class is so numerous that joinder of all members is impracticable. The Argentine Bonds have been actively traded. As a result, it is believed that there are at least hundreds or thousands of members of the Class located throughout the United States and the world.

(b) There are common questions of law and fact involved herein which predominate over any questions affecting only individual members of the Class. These common questions of law and fact include:

(i) Whether the defendant authorized and issued the Argentine Bonds;

(ii) Whether the defendant agreed to pay the Argentine Bonds;

(iii) Whether defendant defaulted or otherwise failed to make said payments as required;

(iv) Whether the Argentine Bonds, and the interest thereunder, are due and owing; and

(v) The extent of injuries sustained plaintiff and by members of the Class and the appropriate measure of damages.

(c) Plaintiff's claims are typical of the claims of the other members of the Class. The damages suffered by plaintiff and all other Class members arise from and were caused by the same violations and course of conduct. Plaintiff does not have interests antagonistic to, or in conflict with, the Class.

(d) Plaintiff will fairly and adequately protect the interests of the members of the Class and have retained competent counsel experienced in class and securities litigation to vigorously prosecute this action.

(e) A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action. Furthermore, since the damages suffered by individual members of the Class may be

3

relatively small, the expense and burden of individual litigation make it impracticable for the members of the Class to seek redress individually for the wrongs they have suffered.

(f) The names and addresses of the record purchasers of the Argentine Bonds are available, inter alia, from transfer agents and records, defendant's agents, and the underwriters who distributed the Argentine Bonds. Notice can be provided to Class members via a combination of published notice and first class mail using techniques and forms of notice similar to those customarily used in class actions.

<center>Count One</center>

7. Plaintiff acquired and owns the Argentine Bonds. The Argentine Bonds were to pay interest semi-annually beginning on or about April 1, 1996 and has a maturity date of March, 2005, and were issued by defendant. Upon information and belief, defendant has, (i) appointed Banco de la Nacion Argentina as its agent for service of process, (ii) made express provisions for the jurisdiction of this Court, and (iii) agreed to waive any claim of immunity, including, but not limited to, sovereign immunity for claims other than those brought under United States securities laws.

8. In or about December 2001, the Republic of Argentina declared a moratorium on the payment of principal and

<center>4</center>

## A-247

interest with respect to all of its foreign debt, including all payments due under the Argentine Bonds. Accordingly, defendant has defaulted on the Argentine Bonds.

9.    Defendant Republic of Argentina was notified by letters dated March 11, 2004, and on prior dates, that the principal and interest on the Argentine Bonds was declared to be due and payable.

10.    Furthermore, interest on the Argentine Bonds has become due and payable in certain amounts.  Defendant has failed to pay said due interest and such failure has continued for a period of at least 30 days.

11.    The Republic of Argentina has failed to make any payment of principal or interest to Plaintiff and the Class.

12.    By reason of the foregoing, there has been an Event of Default, or Events of Default, on the Argentine Bonds, and the Republic of Argentina is in breach of its obligations.

5

# A-248

WHEREFORE, Plaintiff requests that this action be declared a class action as defined herein and demands judgment awarding damages to Plaintiff and the Class against defendant The Republic of Argentina in an amount to be determined at trial, plus additional interest; and awarding Plaintiff their costs, prejudgment interest, attorneys' fees and such other and additional relief as the Court deems just and proper.

Dated:     New York, New York
           March 17, 2004

                              SIROTA & SIROTA LLP

                              By:_____
                                  Saul Roffe  sr/2108
                              110 Wall Street
                              New York, New York 10005
                              (212) 425-9055

                              LOVELL STEWART HALEBIAN LLP.
                              500 Fifth Avenue
                              New York, New York, 10110
                              (212) 608-1900

                              GUILLERMO A. GLEIZER (GG-9237)
                              130 Water Street, Suite 4K
                              New York, NY 10005
                              (212) 635-0233
                              Attorneys for Plaintiffs

mc\RepublicArgentina.complaint

6

A-249

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                          :
CESAR RAUL CASTRO,                  :
                                            :         04 Civ. 506 (TPG)
                Plaintiff,           :
                                            :
              - against -          :         **ANSWER TO CLASS**
                                          :         **ACTION COMPLAINT**
THE REPUBLIC OF ARGENTINA,    :
                                          :
              Defendant.       :
                                          :
------------------------------------------------------------------- X

         Defendant the Republic of Argentina (the "Republic"), as and for its answer to the

Class Action Complaint dated January 21, 2004 (the "Complaint"), respectfully states as follows:

         1.      To the extent Paragraph 1 purports to characterize the nature of the action

brought, no responsive pleading is required. The Republic otherwise lacks knowledge or

information sufficient to form a belief as to the truth of the allegations of Paragraph 1 of the

Complaint, except admits that it issued global bonds having a coupon of 9.75% and a maturity of

September 19, 2027.

         2.      Paragraph 2 of the Complaint constitutes a conclusion of law as to which

no responsive pleading is required. The Republic otherwise admits that it is a foreign state as

defined in 28 U.S.C. § 1603(a).

         3.      Paragraph 3 of the Complaint constitutes a conclusion of law as to which

no responsive pleading is required.

         4.      Paragraph 4 of the Complaint constitutes a conclusion of law as to which

no responsive pleading is required.

         5.      Paragraph 5 of the Complaint constitutes a characterization of the nature

of the action as to which no responsive pleading is required.

# A-250

6.      The Republic denies the introductory phrase of Paragraph 6 of the Complaint and lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 6(a)-(f), except that the Republic denies subparagraphs (d)-(f), and affirmatively avers that (i) prior to this case attorneys Sirota & Sirota LLP appear never to have litigated a case under the Foreign Sovereign Immunities Act or against a foreign sovereign, (ii) attorney Guillermo A. Gleizer appears never to have litigated a complex class action lawsuit against a foreign sovereign, (iii) Sirota & Sirota LLP and Guillermo A. Gleizer have filed eleven other purported class actions on behalf of eleven different classes of alleged owners of beneficial interests in Republic-issued debt, (iv) of these eleven other purported class actions, Cesar Raul Castro is the named class representative in two in addition to this action, and (v) the Republic maintains no records from which the identities of purported class members can be determined. To the extent Paragraphs 6(a)-(f) purport to state conclusions of law or otherwise to characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.

7.      The Republic lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of the Complaint.  Paragraph 7 of the Complaint also purports to characterize the contents of written documents, which documents speak for themselves.  The Republic denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 7 of the Complaint for their true and correct contents.

8.      Paragraph 8 of the Complaint purports to characterize the contents of written documents, which documents speak for themselves.  The Republic denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 8 of the Complaint for their true and correct contents.

2

9.      Paragraph 9 of the Complaint purports to characterize the contents of written documents, which documents speak for themselves. The Republic denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 9 of the Complaint for their true and correct contents.

10.     The Republic denies the allegations contained in Paragraph 10 of the Complaint.

11.     The Republic lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 of the Complaint. To the extent Paragraph 11 of the Complaint purports to characterize the contents of written documents, the Republic denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 11 of the Complaint for their true and correct contents.

12.     The Republic denies the allegations contained in Paragraph 12 of the Complaint, except admits that it has not made payments of principal or interest, if any, in 2002 and 2003 in connection with external debt issued by the Republic.

13.     The Republic lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint.

14.     Paragraph 14 of the Complaint constitutes a conclusion of law as to which no responsive pleading is required. The Republic otherwise denies the allegations contained in Paragraph 14 of the Complaint.

**First Affirmative Defense**

15.     The Complaint fails to state a claim upon which relief may be granted.

3

## Second Affirmative Defense[1]

16.    Enforcement of plaintiff's claims would violate the public policy of the United States (and thereby the public policy of New York).

17.    Argentina is currently trying to emerge from the worst financial crisis in its modern history.  This grave crisis, which threatens the stability of the nation, has required the Republic to focus on preserving the soundness of the financial system, rebuilding the country's internal payment system and access to liquidity for the Argentine people and enacting a sound budget in light of internal and external resources.  The Republic is committed to a consensual process that will address, within the framework of available resources, the claims of all Republic bondholders.

18.    Initiating and maintaining dialogue with investors throughout 2002 and 2003, the Republic developed formal consultative groups of its private creditors and their representatives in Japan, Germany, Italy and the United States, comprised of investors who are representative of debt-holders and enjoy credibility with other investors.  The groups are organized by geographic region (Europe, Japan and the United States) and reflect the particular characteristics of investors, including retail investors.  The Republic had its first meeting with the consultative groups in late July 2003, and continued to meet with them and with other organizations of private investors throughout the remainder of 2003 to discuss its restructuring objectives and to hear their views.

---

[1]    The Republic recognizes that the Court has addressed the Second, Third and Sixth Affirmative defenses listed herein. See Orders dated April 14, 2003 and April 25, 2003. The Republic pleads these Affirmative Defenses here to preserve them for potential appellate review.  In connection with the Seventh Affirmative Defense facts exist in the present case that were not before the Court in the cases covered by the April 14, April 25, and September 12 (amended September 16) Orders.

# A-253

19.    In addition, the Republic, working jointly with the IMF, reached a medium-term agreement with the IMF during September 2003. That agreement cleared the way for a debt restructuring proposal to the Republic's private creditors. The IMF agreement recently underwent its second review, which was approved unanimously on March 22, 2004, by all Board Members of the IMF. The Republic has also recently entered into agreements with the financial institutions that will assist the Republic in the restructuring process. It is contemplated that the Republic's final proposal will include a "menu" of options from which various creditors can choose the alternatives that best suit their individual needs.

20.    Further, the Republic is currently holding meetings with different constituencies of creditors. More than 20 creditor groups were invited to Buenos Aires to participate in consultation meetings on the debt restructuring from mid-March 2004 to April 16, 2004.

21.    Since 1982, when sovereign debt crises began to affect many countries in Latin America and elsewhere, the United States has invested considerable efforts to help resolve debt crises, and U.S. public policy has evolved to address the interest of both the United States and debtor nations. U.S. public policy has consistently supported, and cooperated with, efforts by debtor nations to adopt sound economic and fiscal policy, including the reprofiling of unmanageable external indebtedness.

22.    In this case, plaintiff is intentionally trying to thwart the Republic's attempts to equitably resolve the debt crisis by prosecuting this action with full knowledge that the Republic is involved in discussions with creditors in order to reprofile its external indebtedness.

· A-254

23.     Plaintiff's tactics threaten the common strategy of cooperation that has evolved in the international financial community for the orderly resolution of sovereign debt crises through the encouragement of the United States government and international financial institutions of which the United States is a member, such as the IMF and the World Bank. Such tactics undermine the established cooperative framework to continued success in dealing with international financial problems.

24.     If any creditor can circumvent U.S. policy by resorting to the courts, without any willingness even to consider equitable debt repayment plans backed by U.S. policy, such conduct would be rewarded and U.S. policy severely impaired. Because the actions of the Republic are consistent with U.S. policy, plaintiff's claims are barred by the doctrine of comity.

### Third Affirmative Defense

25.     Plaintiff's claims are barred by the act of state doctrine.

### Fourth Affirmative Defense

26.     To the extent plaintiff is not acting in good faith in commencing and prosecuting this action, he is barred from enforcing any rights he may otherwise have.

### Fifth Affirmative Defense

27.     Plaintiff's claims are barred by the doctrine of unclean hands.

### Sixth Affirmative Defense

28.     Plaintiff's claims are barred by the doctrine of abuse of rights.

### Seventh Affirmative Defense

29.     Plaintiff's claims are barred by N.Y. Judiciary Law Section 489.

A-255

WHEREFORE, the Republic respectfully requests that the Court enter an order:

 (a) dismissing plaintiff's claims with prejudice;

 (b) awarding the Republic costs and disbursements, including reasonable

attorneys' fees; and

 (c) granting the Republic such other and further relief as the Court may deem

just and proper.

Dated: New York, New York
   April 2, 2004

       CLEARY, GOTTLIEB, STEEN & HAMILTON

       By:_____
         Jonathan I. Blackman (JB 3846)
         Carmine D. Boccuzzi (CB 2177)
       One Liberty Plaza
       New York, New York 10006
       (212) 225-2000

       Attorneys for the Republic of Argentina

TO: Saul Roffe
   Sirota & Sirota LLP
   110 Wall Street
   New York, New York 10005

   Guillermo A. Gleizer
   130 Water Street, Suite 4K
   New York, New York 10005

   Attorneys for Plaintiff

7

A-256

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

SILVIA SEIJAS, HEATHER M. MUNTON and          :
THOMAS L. PICO ESTRADA,                        :          04 Civ. 400 (TPG)
                                               :
                 Plaintiffs,                   :
                                               :
              - against -                      :          **ANSWER TO**
                                               :          **CORRECTED AMENDED**
                                               :          **CLASS ACTION**
THE REPUBLIC OF ARGENTINA,                     :          **COMPLAINT**
                                               :
                 Defendant.                    :
                                               :
------------------------------------------------------------------ X

    Defendant the Republic of Argentina (the "Republic"), as and for its answer to the

Corrected Amended Class Action Complaint dated January 26, 2004 (the "Complaint"),

respectfully states as follows:

    1.  To the extent Paragraph 1 purports to characterize the nature of the action

brought, no responsive pleading is required. The Republic otherwise lacks knowledge or

information sufficient to form a belief as to the truth of the allegations of Paragraph 1 of the

Complaint, except admits that it issued global bonds having a coupon of 11%, a maturity of

October 9, 2006 and ISIN US040114AN02 and refers to the bonds' terms and conditions for the

characteristics thereof. To the extent Paragraph 1 refers to various documents, the Republic

denies such characterizations inconsistent with the contents of the referenced documents and

refers to the documents cited in Paragraph 1 of the Complaint for their true and correct contents.

    2.  Paragraph 2 of the Complaint constitutes a conclusion of law as to which

no responsive pleading is required. The Republic otherwise admits that it is a foreign state as

defined in 28 U.S.C. § 1603(a).

# A-257

3. Paragraph 3 of the Complaint constitutes a conclusion of law as to which no responsive pleading is required.

4. Paragraph 4 of the Complaint constitutes a conclusion of law as to which no responsive pleading is required.

5. Paragraph 5 of the Complaint constitutes a characterization of the nature of the action as to which no responsive pleading is required.

6. The Republic denies the introductory phrase of Paragraph 6 of the Complaint and lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraphs 6(a)-(f), except that the Republic denies subparagraphs (d)-(f), and affirmatively avers that (i) prior to this case attorneys Sirota & Sirota LLP appear never to have litigated a case under the Foreign Sovereign Immunities Act or against a foreign sovereign, (ii) attorney Guillermo A. Gleizer appears never to have litigated a complex class action lawsuit against a foreign sovereign, (iii) Sirota & Sirota LLP and Guillermo A. Gleizer have filed eleven other purported class actions on behalf of eleven different classes of alleged owners of beneficial interests in Republic-issued debt, (iv) of these eleven other purported class actions, Silvia Seijas is a named class representative in one in addition to this action, and (v) the Republic maintains no records from which the identities of purported class members can be determined. To the extent Paragraphs 6(a)-(f) purport to state conclusions of law or otherwise to characterize the nature of the claims alleged in the Complaint, no responsive pleading is required.

7. The Republic lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of the Complaint. Paragraph 7 of the Complaint also purports to characterize the contents of written documents, which documents speak for themselves. The Republic denies such characterizations inconsistent with the contents of the

2

## A-258

referenced documents and refers to the documents cited in Paragraph 7 of the Complaint for their true and correct contents.

8.      Paragraph 8 of the Complaint purports to characterize the contents of written documents, which documents speak for themselves. The Republic denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 8 of the Complaint for their true and correct contents.

9.      Paragraph 9 of the Complaint purports to characterize the contents of written documents, which documents speak for themselves. The Republic denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 9 of the Complaint for their true and correct contents.

10.      Paragraph 10 of the Complaint purports to characterize the contents of written documents, which documents speak for themselves. The Republic denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 10 of the Complaint for their true and correct contents.

11.      The Republic denies the allegations contained in Paragraph 11 of the Complaint, except admits that it has not made payments of principal or interest, if any, in 2002 and 2003 in connection with external debt issued by the Republic.

12.      The Republic lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 of the Complaint. To the extent Paragraph 12 of the Complaint purports to characterize the contents of written documents, the Republic denies such characterizations inconsistent with the contents of the referenced documents and refers to the documents cited in Paragraph 12 of the Complaint for their true and correct contents.

3

# A-259

13.     The Republic denies the allegations contained in Paragraph 13 of the Complaint, except admits that it has not made payments of principal or interest, if any, in 2002 and 2003 in connection with external debt issued by the Republic.

14.     The Republic lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint.

15.     Paragraph 15 of the Complaint constitutes a conclusion of law as to which no responsive pleading is required. The Republic otherwise denies the allegations contained in Paragraph 15 of the Complaint.

## First Affirmative Defense

16.     The Complaint fails to state a claim upon which relief may be granted.

## Second Affirmative Defense[1]

17.     Enforcement of plaintiffs' claims would violate the public policy of the United States (and thereby the public policy of New York).

18.     Argentina is currently trying to emerge from the worst financial crisis in its modern history. This grave crisis, which threatens the stability of the nation, has required the Republic to focus on preserving the soundness of the financial system, rebuilding the country's internal payment system and access to liquidity for the Argentine people and enacting a sound budget in light of internal and external resources. The Republic is committed to a consensual process that will address, within the framework of available resources, the claims of all Republic bondholders.

---

[1]     The Republic recognizes that the Court has addressed the Second, Third and Sixth Affirmative defenses listed herein. See Orders dated April 14, 2003 and April 25, 2003. The Republic pleads these Affirmative Defenses here to preserve them for potential appellate review. In connection with the Seventh Affirmative Defense facts exist in the present case that were not before the Court in the cases covered by the April 14, April 25, and September 12 (amended September 16) Orders.

4

# A-260

19.    Initiating and maintaining dialogue with investors throughout 2002 and 2003, the Republic developed formal consultative groups of its private creditors and their representatives in Japan, Germany, Italy and the United States, comprised of investors who are representative of debt-holders and enjoy credibility with other investors. The groups are organized by geographic region (Europe, Japan and the United States) and reflect the particular characteristics of investors, including retail investors. The Republic had its first meeting with the consultative groups in late July 2003, and continued to meet with them and with other organizations of private investors throughout the remainder of 2003 to discuss its restructuring objectives and to hear their views.

20.    In addition, the Republic, working jointly with the IMF, reached a medium-term agreement with the IMF during September 2003. That agreement cleared the way for a debt restructuring proposal to the Republic's private creditors. The IMF agreement recently underwent its second review, which was approved unanimously on March 22, 2004, by all Board Members of the IMF. The Republic has also recently entered into agreements with the financial institutions that will assist the Republic in the restructuring process. It is contemplated that the Republic's final proposal will include a "menu" of options from which various creditors can choose the alternatives that best suit their individual needs.

21.    Further, the Republic is currently holding meetings with different constituencies of creditors. More than 20 creditor groups were invited to Buenos Aires to participate in consultation meetings on the debt restructuring from mid-March 2004 to April 16, 2004.

22.    Since 1982, when sovereign debt crises began to affect many countries in Latin America and elsewhere, the United States has invested considerable efforts to help resolve

5