
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Jennifer R. Scullion
Member of the Firm
d 212.969.3655
f 212.969.2900
jscullion@proskauer.com
www.proskauer.com

October 9, 2014

**By ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Puricelli v. The Republic of Argentina*, No. 14-2104

Dear Ms. Wolfe:

On behalf of the Plaintiffs-Appellees, and pursuant to Local Rule 31.2(a)(1)(B), we respectfully request a deadline of December 9, 2014 to file our brief in the above-referenced appeal.

Respectfully,

/s/ Jennifer R. Scullion

Jennifer R. Scullion

cc by ECF:    Counsel of Record