# UNITED STATES COURT OF APPEALS
### for the
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand and fourteen,

_____

| | |
|---|---|
| Eduardo Puricelli, Ruben Chorny, Hickory Securities, Ltd., Rodolfo Vogelbaum, Elizabeth Andrea Azza, Claudia Florencia Valls, Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada, Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati and Cesar Raul Castro, | **ORDER**<br>Docket No: 14-2104 |

      Plaintiffs - Appellees,

v.

Republic of Argentina,

      Defendant - Appellant.

_____

Counsel for Appellees Eduardo Puricelli, Ruben Chorny, Hickory Securities, Ltd., Rodolfo Vogelbaum, Elizabeth Andrea Azza, Claudia Florencia Valls, Silvia Seijas, Heather M. Munton, Thomas L. Pico Estrada, Emilio Romano, Ruben Weiszman, Anibal Campo, Maria Copati and Cesar Raul Castro has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 9, 2014 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before December 9, 2014. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

